FILED

2024 FEB 22 AM 11: 22

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____
CL

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS AT AUSTIN

Prophet Willie H. Ellis
Candlestick Ministries
And Class Action Partners
Aka Judah or (Juden)
 (ProSe)  Plaintiffs.

CASE NO: **1 : 2 4 CV00177** DII

COMPLAINT & DEMAND
FOR A JURY TRIAL

        VS
Yale University,
Skulls & Bones Fraternity ,
WellsFargo Bank,
BBVA Compass Bank,
CaixaBank,
Bantmax Securities,
The Scottish Rite Freemasonry
Supreme Council Southern Juris-
diction,
The Scottish Rite Freemasonry
Supreme Council Northern
Jurisdiction,
ConocoPhillips,&John &Jane DOE.|
_____Defendants _____|

1

## INTRODUCTION

A. Yale University is one of three of the most prestigious universities in the world. It shares a unique scholastic relationship with Harvard, and the College of William And Mary. It has produced some of the World's most famous personalities including 3 U.S. Presidents, U.S. Senators, Publishers, and many renowned legal scholars. It may be best known for the secrecy surrounding its Fraternity known as Skull and Bones who flirts with Death in a mystery that has been unknown outside of it veiled walls, and windows until now.  Now those veils have become broken by the God who permitted them to be sealed. They have now been torn from top to bottom, exposing how Yale and its Co-Defendants named herein, have severally, and collectively, engaged in an elaborate, and systematic campaign to destroy Jewish people of color.  It is a time represented by the 22nd Hebrew Alphabet that is fixed on Confederate Flags. This being the same 22nd Hebrew alphabet associated with Yale's Skull and Bones Fraternity Death emblem.

B. On November 21, 2019 I notified 14 U.S. Congressional members, News Organizations, private organizations, and others, of an imminent global manmade pandemic.  At that time I was unaware that the key printing method for such was developed by Yale University Sinologist George Kennedy in 1943 under a program to teach mandarin to U.S. Soldiers. I included Yale's  Skull and Bones on page 15 in my urgent voluminous and specific documents. They were sent urgently to Congress asking them to act

immediately to save millions of lives. I was totally ignorant of the iron mountain that I was attempting to tunnel through. The cover page of my November 21, 2019 letter , and the first two pages of it, is used as key evidence in this Class Action lawsuit.  My notice was very specific in nature, and the pandemic came in the 400th year that was written in code hidden in the 22nd Hebrew letter Taw X which decorates Confederate flags. This letter  has a value of 400 in Hebrew Numerology. It is the same 22nd Hebrew letter that is made a part of Yale's Skull And Bones Death emblem.  At the time of my letter, I had never heard of Dean Koontz, and what he described as Wuhan, and Gerki 400 in his 1981, and 1989 Novels about a man made Biological weapon from Russia, and from Wuhan, China. Yale's Skull and Bones emblem is always accompanied by the number 322 for XXX.  This 22nd Hebrew letter is called a Time Sign in Mathematics.  It is also called the figure of the unknown in Algebra. For more than 400 years, this emblem which decorates Confederate Flags was unknown as a Hebrew letter. This legal document shall explain why scholars gave it such names. I will show that it marked a Biblical Prophetic time period that began on August 20, 1619 when the first Black Jewish Captives arrived as slaves in Jamestown, Virginia, and it culminated in December of 2019 when the coronavirus was released in Wuhan, China. I will show that Wuhan is written in mandarin by using the 22nd Hebrew letter that is a Romanized system developed at Yale, and is called Hanyu Pinyin. It is all the subject of the highly secret Death emblem of the Skull and Bones Fraternity. Skull and Bones fraternity is one of the many appendages of Freemasonry.

3

1. Defendant WellsFargo Bank is one of the largest banks in America with assets on its balance sheet as of September 2023 totaling some $1.909 Trillion Dollars . The company has been riddled with corruption that has triggered multiple of lawsuits in recent years. Its executives led by Charles Scharf, working in concert with named Co-Defendants, have carried out a perpetual secret campaign of corruption that targeted this Plaintiff. Their campaign is aimed at undermining my Prophetic assignment in favor of the 45th former U.S. President.

2. The former 45th U.S. President , now seeks to become the 47th President. His and their goals are to fulfill their false Temple ambitions, and also to shield Israel's historic errors regarding its true Messiah. Those plans include extreme global violence which has already gotten underway, and it has greatly intensified as of October 7, 2023.

3. Wells-Fargo Bank, and Yale Universities, have maintained what they call a Mystic International Tie through the Masonic Brotherhood of Defendants who makes up the Northern and Southern Scottish Rite Jurisdictions. That Mystic Tie also ties Defendants ConocoPhillips, CaixaBank, BBVA Compass Bank, and a little known Spanish Firm located in Madrid, Spain who goes by the name Bantmax Securities. Individually, and collectively, these named Defendants have targeted the Plaintiffs because of the special Divine charge that God has assigned to me to come forth and rebuild His Temple at a specific and verified location in the United States, at Angleton, Texas.

They have targeted Judah whom they call Juden , based solely on racism, and the envy that is recorded in **Isaiah 11:13.**

4. Plaintiff Prophet Willie H. Ellis is GOD's anointed Prophetic Messenger who is identified as such by an unique Password and username that has been sealed within the United States Great Seal that has been unwittingly vetted by Defendants who have been given this Passwords that is the subject of Yale's University's emblem, and also those emblems of Harvard, and William And Mary College. Plaintiff Password is intricately connected to his birth name, and the name JEHOVAH through a scientific method employing the Pythagorean Numerology System which is a proven system commonly known as Western and Biblical Numerology. Defendants have been given this Password by God in a mystery so that the Nations will not make any errors in identifying God's promised Messenger. This Password secret is unknown by outsiders, and its purpose is to weed out imposters during these critical and decisive days.

5. Plaintiff will show that his Password is hidden in the white stone of Revelation 2:17 which is the stone which Dr. Martin Luther King called the Stone of Hope in his prophetic voice on August 28, 1963.  That white stone is the Washington Monument whose height of 555 feet is treated as 5+5+5 which equals to 15, and this 15 is reduced to a single digit under the ancient  rules of Pythagorean  Numerology by adding 1+5 to equal 6. This is the number of my Birth name **Willie Herman Ellis,** *and it*

*is also the number of God's name **JEHOVAH** who has sent me as He has promised to speak to the Nations .*

*5.    On Thursday January 30, 2014, I published in the Giddings,Texas Times & News two full page open letters to Texas U.S. Senator Ted Cruz, Rep. Mike MCCaul, and to All Members of Congress, and the U.S. Senate. The letter clearly articulated the White Stone which conceals my Password, and it set forth other information which no man could know about this white stone of Hope but he who has received it.*



*6.  On February 6, 2014, I published the same notice in the FACTS newspaper in Angleton, Texas. I informed Congress that the revelation of those things including the Revelation of the Stone of Hope which is the Cornerstone of the millennium Temple, meant that it was time to implement the Key of David Project which includes the rebuilding of the millennium Temple. Immediately, Defendants began to engage in criminal activities which included making the Washington Monument officially shorter than its 555 feet which would effectively in their minds erase my name from this white stone.  TIME would*

6



☰     Los Angeles Times     LOG IN  Q

Washington Monument
measures slightly shorter on
Presidents Day

The Washington Monument on the National Mall on Feb. 16.
Government surveyors have determined a new height for the
monument that's nearly 10 inches shorter than what has been
thought for more than 130 years.  (Pablo Martinez Monsivais
/ Associated Press)

BY MICHAEL MUSKAL  |  WRITER

FEB. 16, 2015 10:12 AM PT

*Speak by symbolism that Donald Trump is Defendants' choice for rebuilding God's Temple.  Soon afterwards Newspapers around the country would write that the Washington Monument is now shorter, and a new and better version of measuring its height was used. This would be just the beginning of their criminal artifices. They would also use Bank and Mail Fraud  aimed at ruining me financially. They believed that such would make it impossible for me to convince the world that God had sent me to rebuild His Temple, but did not provide me the financial means to do the job.*

### *JURISDICTION  AND VENUE*

*7.  This Court has diversity jurisdiction over the subject matter of this action pursuant to 28 U.S.C. because Plaintiffs and Defendants are citizens of different states, and the amount in*

7

*controversy exceeds the sum of $75,000 exclusive of interest and cost. On information and belief, Defendant Yale University is a Higher Educational Institution established in the State of Connecticut since its 1701 formation.*

*8.   Defendants WellsFargo is a global Financial Organization having its headquarters in San Francisco, California. Defendant ConocoPhillips is a global Oil and Gas Corporation which has its global headquarters in Houston, Texas.*

*9.   Defendant CaixaBank is a global financial institution based in Valencia , with operative offices in Madrid and Barcelona Spain, and also in New York, City, USA. Most of the $60,000 which Defendants stole from me by Bank Fraud, went from my WellsFargo Bank account to CaixaBank in  form of Bank Wire Transfers. CaixaBank would then funnel it to Bantmax Securities who held the $22.5Million Temple Tribute/Levy Fund put in place by King Solomon which endures to this day,* **(1 Kings 9:15-21KJV).**



8

10.  BBVA COMPASS BANK is a Spanish multinational financial services company based in Madrid, and Bilbao, Spain. It is one of the largest financial institutions in the world, and is present mainly in Spain, Portugal, Mexico, South America, Turkey, Italy, and Romania.

11.    Defendant Scottish Rite Of Freemasonry Supreme Counsel Southern Jurisdiction is a highly secretive organization operating under a veil of Charity having its principal Office in Washington DC, but it influences stretches to all four corners of the world through what they define as the Mystic Tie. This Plaintiff intercepted a sample of that influence when North Korea's Master Spy Kim Yong Chol recruited and initiated the 45th U.S. President on June 1, 2018.



12.  The Ancient Accepted Scottish Rite Supreme Council of The Northern Masonic Jurisdiction is a global organization with Mystic Ties that are undefinable. They are headquartered in Lexington, Massachusetts. According to their

*website they have been established on nearly every continent which includes the following nations, which now includes North Korea:*

*Argentina, Australia, Austria, Belgium, Bolivia, Brazil, Canada, Chile, Columbia, Costa Rica, Czech Republic, Dominican Republic, Ecuador, El Salvador, England, Wales, Finland, France, Germany, Greece, Guatemala, Honduras, Hungary, Iran-in-Exile, Ireland, Israel, Italy, Luxembourg, Mexico, Netherlands, New Zealand, Nicaragua, Panama, Paraguay, Peru, Philippines, Poland, Portugal, Romania, Russia, Scotland , Serbia, Slovenia, South Africa, Spain, Switzerland, Togo, Turkey, Uruguay, and Venezuela.*

*13.    Bantmax Securities is a Spanish company located in Madrid, Spain. It is this company who holds the $22,500,000 sent secretly by the Saudi' Government  via Diplomatic Channels to rebuild the Temple of God. The money was a small part of an ancient fund put in place by King Solomon after the first Temple was built by placing a Divine levy of tribute on the Arab Nations surrounding Israel. The purpose of the levy was to have money for the rebuilding of God's Third Temple, and other work related to my ministry. This is one of the greatest secrets in Freemasonry. Banks who opposed Christ have plotted for many centuries on how they could prevent the rebuilding of God's Christian Order of His Temple if He chooses someone who is not acceptable to them, and Israel. Israel feared a Messenger  who would also expose their historic errors regarding the Messiah.*

10

*WellsFargo after I reached out directly to Pro-Israel, and Pro-Trump Jewish CEO Charles Scharf to receive my funds into my WellsFargo account, they then secretly plotted with CaixaBank,, and BBVA Compass Bank, to pretend that they would receive such funds, but instead they devised an elaborate scheme that defrauded me of over $60,000 using Wire and Bank Fraud amongst other sophisticated criminal methods which could only be exposed with*

Divine assistance. The Department of Justice was unresponsive to my request for help. It was clear now that the Masonic Oath Keepers were planted deep within the DOJ, and they were confident that they could prevail over a man who may have had God, but did not have green paper with the inscriptions reading, **"IN GOD WE TRUST".** It is this secret asset which they calls the Mystic Tie.. Therefore this Court also has jurisdiction over the subject matter of this action pursuant

### Tracking Details

**Tracking Details for 210572**

| Items Deposited: | Diplomatic Trunk, estimated value $US 22.500.000.00 ( TWENTY TWO MILLION FIVE HUNDRED THOUSAND UNITED STATES DOLLARS ONLY) |
| --- | --- |
| Name Of Depositor: | SHEIKH KHALID AL-TUWAURI |
| Next of Kin: | ELLIS WILLIE HERMAN |
| Date of Deposit: | 18/01/2018 |
| Depositor Address: | SAUDI ARABIA |

**Delivery Information**

| Destination Address: | USA |
| --- | --- |
| Destination Country: | USA |
| Receiver Phone Number: | 832-771-0115 |
| Estimated Delivery Date: | New date |

**Shipment Progress:**

| Location | Date | Activity |
| --- | --- | --- |
| ANTMAX SECURITY VAULT MADRID | 05/07/2023 | Trunk returned back to our SECURITY Vault MADRID, fees paid by the Company to Authorities in UK awaits beneficiary settling outstanding and further instructions to BANK Transfer only Payment instruction. Bank Name: Caixabank Account Name: Raúl Ramos Avendaño IBAN: ES63 2100 5843 7701 0007 4755 Swift:CAIXESBBXXX ADRESS: 28300 ARANJUEZ MADRID |

to 28 U.S.C. Section 1331 based on the federal claims asserted under the Racketeers Influenced and Corrupt Organizations Act, 18 U.S.C. Section 1961 et seq, and 18 U.S.C. Section 1343, 1962 and 1964.

14. Venue is proper in the District Court for The Western District of Texas at Austin because of the events and omissions giving rise to the claims occurred in Texas.

## THE FACTS

15. The global Pandemic of 2020 shut down essentially the entire Earth. There were millions of people who were killed as a result thereof, and thousands are still dying daily. For believers in God, and those of us who are not ashamed of our Christian Faith , We believe that God would keep His promise that are found in the last **FIFTY-ONE (51) WORDS** of the Old Testament of **Malachi 4: 5-6KJV Only.** That is, before the great and dreadful day of the LORD, that He would send Elijah to warn the people. Here are those **51** words, promised by God, and after those words, I will show how Congressional Leaders rejected them, and their criminal activities that followed to keep God's warning from reaching the ears of His people. Their actions triggered the curse that God promised

would smite the whole earth should they refuse to hear. That curse continues until this day as **Covid-19,** and as Putin plot to put nuclear weapons into space. The following are the **51 words which are a code for the new name given to Elijah by applying the ancient rules of Pythagorean Numerology.**

In other words, the number 51 has a value of 6 under the rules of Pythagorean numerology which is the number of my birth name, and also the Password which God has given unto me to make me known unto the Nations as His Messenger. **Malachi 4: (5) Behold, I will send you Elijah the prophet before the coming of the great and dreadful day of the LORD: (6) And he shall turn the heart of the fathers to the children, and the heart of the children to their fathers, lest I come and smite the earth with a curse.**



# Putin's plans for space nukes should wake up the left and right

By Post Editorial Board
Published Feb. 15, 2024, 6:48 p.m. ET



Vladimir Putin talks to workers at Uralvagonzavod machine-building plant in Sverdlovsk, Russia.
ZUMAPRESS.com

Vladimir Putin's drive to put nukes in space, dominating near-earth orbit and so crippling Western surface forces, should be a wake-up call across the political spectrum.

13

*I was fully aware of the broad network who were plotting to discredit me, therefore I took extra steps to confirm that everyone had been warned. My warning specifically mentioned the 400 years that marked the time beginning in 1619, to that current year of November 2019. This meant that the manmade pandemic was imminent, however, I didn't know that it would rise up from China. The name of the plague is called by Freemasonry , The* **Illustrious Order Of The Red Cross". The CDC called it Disease X. The X is the Red Cross.** *It is based on a Biblical Order found in Ezekiel 9:1-11 which appears to call for the complete extermination of Jews. It is the secret behind Yale's Skull and Bones Fraternity which was created by William Russell in 1832 after he returned from Germany and saw their secret operation of Death which manifested itself in what became known as the Jewish Holocaust under Hitler's Nazis. All of these things were included in my 48 pages letter to Congress. I specifically mentioned on page 15 of my letter the Deep language of Yale's Skull, and Bones, and the role which Vladimir Putin would play in what Putin would later call* **denazifying Ukraine.**

14

## 16.  MY NOVEMBER 22, 2019 COVER LETTER TO CONGRESS WARNING OF AN IMMINENT GLOBAL PANDEMIC AS A HOLOCAUST

*Rep. Michael McCaul, (R-Tx)*
*2001 Rayburn House O.B.*
*Washington, D.C. 20515.*
*70181130000086671335*
*Also Via Fax: 202-225-5955.*

*Rep. Adam Schiff, (D-Ca.)*
*2269 Rayburn House O.B.*
*Washington, D.C. 20515*
*7015343000017320*
*Also By: 202-225-5828*

*Rep. Al Green, (D-Tx)*
*2347 Rayburn HOB*
*Washington, D.C. 20515*
*7018113000008666.*

*Spk Nancy Pelosi, (D-Ca)*
*1236 Longworth HOB*
*Washington, D.C. 20515*
*70191130000086671328*

**Re: Instructions For 2020 Global Holocaust Intercepted And Deciphered: Why Congressional Action Warranted And Prompt Notification To U.S.A. Olympic Committee Is Essential**



15

***FOR IMMEDIATE DISTRIBUTION: 11/22/2019***

*17.  Dear Rep. Michael McCaul, et al:*

*I am one of your constituents residing in the 10th Congressional District of Texas. Some of the facts in this urgent message were first submitted to the FBI after the shooting massacre in Las Vegas, Nevada before these new facts were revealed. The Bureau were silent, unresponsive, and took no known action. I also presented this information to Rep. Mike Conway who represents the 11th Congressional District of Texas. His office appears to have immediately notified the President, but he likewise was unresponsive.  Therefore it would be futile for me to return to President Trump's Justice Department who were unresponsive, and unapologetically bias. It behooves me therefore to bring such matter before your office as my Congressional Representative.  I have also decided to bring it to the attention of three of your Constituents in such event that silence is your only response.*

*Please be hereby advised, that after a long, relentless, prudent, prophetic, and purpose driven investigation, that I have by Divine Revelations, located, identified, intercepted, and deciphered, the origin of a deadly, sophisticated, and scientific cipher that President Trump and the GOP have code named "**MAGA**". **MAGA** is their acronym for "Make America Great Again".  It is used as a global holocaustic directive.*

*__MAGA__ as it is used by the Trump campaign, derived from the Latin word  " **MAGNA"** meaning great.  It is the first word in the Latin phrase **"MAGNA EST VERITAS ET PREVALEBIT"** appearing on the banner of a secret white supremacist global*

16

Freemasonry fraternity known as **"ORDER OF THE RED CROSS"**.   Their Order calls for the slaughter of Blacks and Jews based on an implicit, but not explicit Biblical Order in Ezekiel 9:1-11. It is the same Order in the Turner Diaries that its author writes is supported by a book that he did not name. The Trump campaign cunningly deleted the letter **"N"** from **MAGNA** to symbolize Afro-Americans described as **"NIGGERS"** who would be killed by the Order.   Thus, such deaths would create **"MAGA"** and it would make America Great again.

The **ORDER OF THE RED CROSS** fraternity also refer to themselves by a cipher that is called SubReddit.   Reddit is a cipher for **Red X** whose motto is **"Front Page Of The Internet "**. Their motto alludes to the trigram menu bars where the 22nd Hebrew letter Tau (X) is expressed in the International  Morse Code as triple (XXX) on every website worldwide. This trigram which is their shorthand  for expressing the two Korean and Russia's National Seals and flags, will convert to the Hebrew Tau (X)  when pressed by the users fingers. This trigram has been encrypted into the GOP official campaign logo for 2020. It is the same logo that appeared as President Trump's 2016 official Campaign that he redesigned after his critics lampooned us as suggestive. Subreddit, an Anti-Semitic army of 730,000 mostly anonymous Trump supporters, organized simultaneously with his June 27, 2015 announcement as a Presidential Candidate. Somehow the group managed to get their holocaustic message encrypted and accepted as the official logo for the Tokyo 2020 Olympic Games.

*The Order of The Red Cross is an appendage of Freemasonry whose instructions are communicated only by a special science of symbolism. Their Order is an offshoot of the Ancient Arabic Order of Nobels of The Mystic Shrine that was founded by the Brother-N-Law of the Prophet Mohammed in the 7th Century. They are called Shriners in the west, and their emblem seen here is a Crescent and Star with the horns pointed downward. Their crescent is used cunningly as an Official emblem for the Tokyo 2020 Paralympic Games with the horns pointed upward following strict rules of heraldry. In the logo the two horns destroy a 12-point star that is symbolizing the 12 tribes of Israel, and it has three Islamic crescents below it.*

*Their emblem use the Hebrew Tau (X) expressed in the International Morse Code in a combination of 45 bars, rectangles, and squares for the year 1945, and the 45th President of the United States. The two horns are symbolic of power and vengeance. It is vengeance taken against Israel for the Jewish Theoretical Physicist Albert Einstein who developed the theory of relativity $E=mc2$. His theory led to the development of the Atom Bomb that destroyed Hiroshima, and Nagasaki on August 6th, and 9th, 1945 killing some 120,000 people. The Olympic rings thus became nuclear rings. The Hebrew tau (X) has a numerical value of 400, and it has the nickname Time-Sign (X) to express 400 is equal to 20X20 for the year 2020. This was a Divine Mystery.*

*These 400 years is also a Prophetic memorial for the 400th anniversary since the first slave ship arrived in Jamestown, Virginia with the captives of Judah as promised by God to*

18

Abraham, (Acts 7:6-7). The Order of The Red Cross emblem has the initials **D.J.T.L.** For Donald J. Trump, and Russia's Lenin fixed on its cross. Therefore Donald Trump is called the god Emperor by his Reddit followers at the link r/The_Donald. The 730,000 strong Community is quarantined because of violence. Men, women, and children from the world over will be in Japan on August 6, and 9, in 2020 for the 75th Anniversary when these Atom Bombs fell on Japan in 1945.
**END Of FIRST 2 PAGES OF A 48 PAGE DOCUMENT:**

18. Exactly two months after my Prophetic notice to Congressional, and other Leaders including the Washington Post, the first documented case of the virus would arrive in the United States on **January 23, 2020.** I had illustrated in the first two pages of my foregoing letter that the man made virus was slated for 400 years from the year of August 20, 1619 when the Jewish slaves arrived in Jamestown, Virginia. It is a date which inspired the CDC to change the name from Coronavirus to Covid-19. The 400 years were hidden in the Hebrew letter Tau (X) , and the Numerical value of 400 assigned to it. Yale Sinologist George Kennedy had also put it inside the word **WUHAN. Thus you had Wuhan-400 if one could read it.** For that reason Tau (X) became a Time Sign amongst intellectuals at Yale, and amongst the elite who envied Judah.

At this time, I had never heard of Dean Koontz and his best selling novel titled **"In The Eyes Of Dankness".** As soon as the virus began to shut down the entire earth, Koontz Readers remembered what he called **Wuhan-400** , and **Gorky-400** in his novels in 1981, and 1989. The internet was on fire as his

Followers discussed how he predicted a global virus that would start in **Wuhan, China and spread across the world.** In his book he described how the virus would differ from syphilis. Immediately it came to my mind what became known as the Tuskegee Syphilis Project that was conducted on Black men. It did not take me long to make the connection and understand that he was referring to the Hebrew Numerical value of Tau (X) which Americans took to be simply the Latin 24th letter ex(X) being used as a placeholder.



I had detected, and learned by Divine Revelation how plans were in place to create Death, and Chaos during the 2020 Tokyo Olympics. Therefore, the Olympic Committee were amongst the 14 recipients of my documents which included two of my published books. Both books were published to warn the Earth of the time that had come, and those things that would follow including the 47th Problem for those seeking to become the 47th US President. The book details how Election 2016 will become the 47th Problems. It includes a 3000 year Old ancient map of the United States with the name of the first U.S.

*President written therein, along with the names of this Plaintiff, and JEHOVAH for whom he is testifying.*

*The 2020 Olympic Committee eventually cancelled the games according to my warnings on the cover page of my November 22, 2019 letter. Sometime afterwards, a Foreign Magazine which Publishes in Japan, noticed the virus being coded into the logo for the 2020 Olympics which irritated the Committee who threatened a lawsuit. The Magazine eventually called their article a parody and somewhat retracted.*





## What Is Disease X? The Pandemic Threat Discussed At Davos 2024

**Bruce Y. Lee** Senior Contributor ⓘ

*I am a writer, journalist, professor, systems modeler, computational a...*

Jan 27, 2024, 02:21pm EST



*19. The conduct of the Defendants is highly sophisticated, and it is also perpetual as Covid-19 continues to plague the earth, and millions across the globe are expected to be killed by it. It cannot be recalled as one would recall a faulty manufactured product. Millions more will die from the virus according to CDC predictions.*

21

*Therefore, I have published this lawsuit as a 412 page book which are essentially attachments excluding the leading introductory pages of this Petition. It is designed to teach Lawyers, and Laymen alike all aspects of this Diabolical operation. The unnamed John and Jane Does are too numerous to include at this time, however, such designations are meant to put on notice any institution, government, and/or individuals who've participated in this historic Conspiracy. These John and Jane Does are advised to confess, and volunteer to support the Key of David Project as the Earth prepares for the appearance of Our Lord who now dwells secretly amongst us. Evidence of this Historical event is included inside my 412 Book that has been made a part of this lawsuit. The Book is published in a Scientific format to teach one of the longest running conspiracy in US and world History.*

## 20. REPARATIONS AFTER THE 400 YEARS

*Reparations after the 400 years is a Divine Order which is an Order recorded Biblically along with the Confederate Flag. It is therefore necessary that your Plaintiff confirm that Divine Order so that Defendants do not make the irreversible mistake and defy an Order that has been sent directly from Him who owns the Earth, and the fullness thereof, the world, and those that dwell therein. I have been given Authority to reprove with equity for God's people who are called "The Meek Of The Earth".*

**Genesis 15: (13) And he said unto Abram, know of a surety that thou seed shall be a stranger in a land that is not**

*theirs, and shall serve them; and they shall afflict them four hundred years.*

*(14) And also that nation, whom they shall serve, will I judge: and afterwards shall they come out with great substance.*

*Isaiah 11: (1) AND there shall come forth a rod out of the stem of Jesse, and a Branch shall grow out of his roots. (2) And the spirit of the LORD shall rest upon him, the spirit of wisdom and understanding, the spirit of counsel and might, the spirit of knowledge and of the fear of the LORD.*

*(3) And shall make him of quick understanding in the fear of the LORD: and he shall not judge after the sight of his eyes, neither reprove after the hearing of his ears. (4) But with righteous shall he judge the poor, and reprove with EQUITY FOR THE MEEK OF THE EARTH.*

*In this chapter there is a positive description of the Confederate Flag which has a symbol that is called "CHI" in the Greek. Many people knows that Chi (X) represents Christ who is the root of Jesse, the father of David. The letter Chi (X) is most familiar to US citizens around Christmas when it is written*



23

as **Xmas.**   It is therefore specifically written as an ensign of the Gentiles that shall be set up during the time when Judah has been scattered, and then gathered up when the LORD stretches forth His hand the Second Time as He did with Moses before Pharaoh...The Southern Border holds the evidence of His promise.



**(10) And in that day there shall be a root of Jesse, which shall stand for an ensign of the people; to it shall the Gentiles seek: and his rest shall be glorious.**

**(11) And it shall come to pass in that day, that the LORD shall set**  **his hand the SECOND TIME TO RECOVER THE REMNANT OF HIS PEOPE, which shall be left, from Assyria, and from Egypt, and from Pathros, and from Cush, and from Elam, and from Shinar , and from Hamath, and from the Islands of the sea.**

**(12) And he shall set up an ensign for the nations, and shall assemble the outcasts of Israel, and gather the dispersed of Judah from the four corners of the earth.**

**(13)** ***The envy also of Ephraim shall depart, and the adversaries of Judah shall be cut off: Ephraim shall not envy Judah, and Judah shall not vex Ephraim.***

*The Defendants acting in Partnership with Israel, and those John and Jane Does who are unnamed, have engaged in multiple offenses to keep the mystery of the Migrants crossing our Southern Borders hidden because of envy, and their reliance on* **Ezekiel 9:11 as their secret justification.** *That scripture is what the Defendants have called the* **ILLUSTRIOUS ORDER OF THE RED Cross.** *That scripture is the very substance behind what has become known as the 911 Emergency Code, and also the 911* **ZIP Code.** *The name ZIP is an acronym for* **zoning improvement plan** *which was the plan associated with placing anthrax in mailboxes that was to target certain neighborhoods. This plan was also included in Wing Ding 9/11 Blueprint that was represented by mailboxes and envelopes.*

**21.** *The complexity of this Defendants' Conspiracy has been an extraordinary challenge to articulate in a legal and coherent format that would withstand their whirlwind of denials and spinning. Therefore, I have in most cases, used their own words against them whenever possible. Some of those words appeared in a June 2012 Special issue by LIFE MAGAZINE . The special issue was devoted exclusively to* **THE HIDDEN WORLD OF SECRET SOCITIES".** *The last entry of that Special Issue was on Yale's Skull And Bones 1920 Graduating Class which include Henry Luce, and Briton Hadden. The writers wrote the following about their last entry which they titled*

25

**"JUST ONE MORE".** *They began with these exact words, to wit:*

**22. IN DAYS GONE BY ( and who knows, maybe tomorrow?), running this as our last page could (or maybe) get the staff of LIFE Books fired.**



**What is it?**

**It is a super secret roster of the 1920 class of Yale's Skull and Bones. Listed you will find Henry Luce and Briton Hadden, who are also editorial colleagues on the Yale Daily News. Upon graduating, they will team up and cofounder Time Magazine. Luce will go on to found Fortune and then LIFE. And our company will spin on and on, and merge with Warner Communications Inc, and then do that silly AOL thing and...**

**Did Luce and Hadden plot all this in the recesses of the Tomb in New Haven?**

**We cannot say.**

**Really we can not say.**

26

*At the bottom of the roster which the writers were referring to was the number 119 . It was a number alluding to what Skulls and Bones Fraternity are all about, and the reason for it being established after William Russell returned from his trip to Germany. This 119 was for Ezekiel 9:11 alluding to the Order of The Red Cross. I have included that roster on the first page of the next section of this original Petition.  It is imperative that I write in this legal brief all 11 verses of that scripture just as I submitted it along with my November 22, 2019 letter aforementioned. This scripture is reaffirmed in Masonic Bibles in the section which they titled **"The Royal Arch".**     The scripture as it appears in the New American Catholic Bible is as follows:*

### 23.   Slaughter Of The Idolaters

**Ezekiel 9: (1)  THEN he cried loud for me to hear:  Come you scourges of the city!   (2) With that I saw six men coming from the direction of the upper gate which faces the north, each with a destroying weapon in his hand. In their midst was a man dressed in linens, with a writer's case at his waist. (3) Then he called to the man dressed in linen with the writer's case at his waist,**

**(4) saying to him: Pass through the city {through} Jerusalem } and mark an X on the forehead of those who moan and groan over all the abominations that are practiced within it.  (5) To the others I heard him say:  Pass through the city after him and strike!  Do not look on them with pity nor show any mercy! (6) Old men, youths, and maidens, women and children--wipe them out! But do not**

*touch any marked with the X: begin at my sanctuary. So they began with the men {the elders} who were in front of the temple.*

*(7)Defile the temple, he said to them, and fill the courts with the slain; then go out and strike in the city.*

*(8) As he began to strike, I was left alone. I fell prone, crying out, "Alas, Lord God! Will you destroy all that is left of Israel when you pour out your fury on Jerusalem?  (9) He answered me:  The sins of the house of Israel are great beyond measure; the land is filled with bloodshed, the city with lawlessness. They think that the LORD has forgotten the land, that he does not see them.*

*(10) I, however, will not look upon them with pity, nor show any mercy. I will bring down their conduct upon their heads.*

*(11) Then I saw the man dressed in linen with the writing* ~~*case at his waist make his Report:  I HAVE DONE AS YOU ORDERED"*~~.

*The Order to put a X on the forehead of those to be spared, is what became known in Freemasonry as the "ORDER OF THE RED CROSS".  In Russia, it is called the "ORDER OF LENIN". The entire war in Ukraine is based on this Order, and the Atrocities of Hitler, and also the 9/11 Terror attacks were all based on this Order. The nations have tried to justify classifying 9/11 Secrets because they consider it a Divine Order without understanding that it is also laid as a snare for their unrighteousness.*

# SECTION TWO OF PETITION

# BEGAN NEXT
# PAGE

1. ***WUHAN, the Chinese city that is the origin of the coronavirus,*** *is written in Chinese by using a system known as* ***"Yale Romanization of Mandarin". The system was devised in 1943 by Yale University Sinologist George Kennedy for a course teaching Chinese to American Soldiers.*** *To write Wuhan in Chinese, one must join this 22nd Hebrew letter Tau (X) which decorates Confederate flags, and Yale's 322 Skull and Bones emblem, with its corresponding Latin lowercase "t". This Hebrew letter Tau (X) has a Hebrew Numerical value of 400 in*



*Hebrew Numerology. This knowledge inspired Novelist Dean Koontz to use the phrase **WUHAN-400 in his 1989 Novel "The Eyes Of Darkness" which described a global manmade biological weapon originating in Wuhan, China.** Millions of his readers without knowledge, credited Koontz with predicting the Coronavirus. Together **"X" and "t"** are converted from letters to characters, and cunningly dressed as weapons to spell the word **WUHAN** in Chinese.   It was all created at Yale University to teach Chinese to American Soldiers. It is the secret behind the 322 DEATH symbol of Skull*



*and Bones.  **WUHAN has a Pythagorean Numerical value of 22. The numbers 11 and 22 are not reduced to single digits under Pythagorean Numerology Rules. You will come to understand why this  22nd Hebrew letter tau (X) is used as a***

Page 2 of 34

**brace in the construction of our military surveillance towers. They are therefore called TOWER 22 such as Tower 22 in Amman, Jordan Desert where 3 brave Black American Soldiers were killed.** The Chinese language do not have letters; but instead, they have what is called characters. It is a Romanized system called **Hanyu Pinyin in which the 26 letters from the Roman alphabet are used. This is the reason Xi Jinping is called SHE JINPING. Thanks to Yale University Sinologist George Kennedy.** The 22nd Hebrew Tau (X) is the same figure appearing as crossbones on the emblem of Yale's Fraternity Skull and Bones. It has the code number 322 for XXX. This 322 code acts as a key for opening many secret doors. Among those doors is the door which unlocks the 66 Books of the Bible. It also opens the United States Great Seal. All of these are scientifically illustrated in this legal document and textbook. This same symbol among other Jewish symbols, were found incised in a dusty brick at Levi Jordan slave Plantation in



*Brazoria, Texas. That discovery among other Jewish related evidentiary artifacts, motivated Antropoligist to secretly identify the Jordan Plantation slaves as the Tribe of Judah. To secretly hide Judah's identity, scholars would choose the German term for Jews which is* **JUDEN.** *It was all incorporated into a dissertation and thesis paper by Antropoligist Dr. David Bruner. His paper and his online link have been partially incorporated into this legal textbook. CNN and TIME MAGAZINE which are part of the mega media network founded by Yale's 1920 Senior Bones members Henry Luce, and Bruce Hadden, cleverly used the German term* **JUDEN with a Blackface for Judah.** *It was televised in a CNN recent segment on antisemitism. CNN had no intention however, of opening Pandora's Box. It was apparent that their hopes were, that this intellectual*



Page 4 of 34

## Numerical Values

### Table 6: Values of Hebrew Letters

| | | | | | |
|---|---|---|---|---|---|
| 100 | ק | 10 | י | 1 | א |
| 200 | ר | 20 | כ,ך | 2 | ב |
| 300 | ש | 30 | ל | 3 | ג |
| 400 | ת | 40 | מ,ם | 4 | ד |
| | | 50 | נ,ן | 5 | ה |
| | | 60 | ס | 6 | ו |
| | | 70 | ע | 7 | ז |
| | | 80 | פ,ף | 8 | ח |
| | | 90 | צ,ץ | 9 | ט |

*maneuver ,would place their printing methods   beyond the intellectual reach of our Jewish people of Color. Therefore; it is called the Confederate Flag because their ensign represents an International , institutionalized Conspiracy, running some 400 years aimed at hiding our Jewish identity. The Hebrew Alphabet Numerology chart essentially acts as a calendar for the countdown of the 400 years. They began with **Aleph as 1, and end with Tau (X) as 400.** They plotted to bring Death rather than God's promised fortune to Judah after those 400 years  of affliction . Based on this time set fortune, Yale's Skull and Bones Members of the  1920 Senior graduating Class, Bruce Hadden, and Henry Luce, would become Co-Founders of*

Fortune and Time Magazines. These publications operates today as the Fraternity's secret mouthpieces. When those 400 years were over in 2019, and the time had come for what they call **"THE ORDER OF THE RED CROSS"**, TIME MAGAZINE announced the Time with a clever message.   They did so by writing 20X20 for 400 Years on the Cover of its December 2020 issue of Time as illustrated on page 4. It was perhaps the 4th Time in 100 years that the Red Cross had   appeared on Time's Cover. In 1920, Henry Luce, and Bruce Hadden knew that there were exactly 100 years to go before those 400 years would end. At that time, the affliction of Judah would also end according  to  God's  promise  to



Abraham. It would come on the 100th anniversary of TIME MAGAZINE. It is a period of time that inspired the MAGAZINE'S name given by its Skull and Bones Co-Founders. Those 400 years of affliction would run from August  1619,  to November 2019.  August 1619 is when the first slaves arrived as captives of Judah in Jamestown, Virginia, and November 2019 is when the Coronavirus was loosed in Wuhan, China   as a mass biological weapon, **(Jeremiah 33:7) . (7) And I will cause the captive of Judah and the captivity of Israel to return, and will build them, as at the first".**

2.  The Latin word Coroner which is the name of the county official who pronounces the cause of DEATH, had his title added as a

prefix to the word **"VIRUS" which created the CDC's name given as Coronavirus. It is a sign of DEATH symbolized by the International symbolism for poison and Death which was adopted by the Yale Fraternity.** This same DEATH that is symbolized by Yale University's Skull and Bones  emblem, is also symbolized by the Fraternity's mysterious tomb at New Haven, Connecticut. Their 322 is an international code which veils my Password, and username which no other human can have. It was locked under a Divine Seal. This 400 year time period  inspired a nickname for the Confederate emblem that became known in mathematics , and in scholarly circles as a Time Sign (X) . It was rightfully called by Rene Descartes , the father of Algebra,  the X symbol of the unknown. In 1619 while Descartes was in Bohemia, he is said to have invented analytic Geometry, a method of solving geometric problems algebraically, and algebraic problems geometrically. His discovery came simultaneously as a Portuguese slave ship was bringing captives of Judah to Jamestown, Virginia in August 1619. This Confederate Time Sign was also known among intellectuals



from Yale to Yugoslavia as "Wuhan 400" , A Biblical Time Sign of Death And Fortune.  Those biblical 400 years were a type of prison sentence pronounced by God on Abraham's Seed in Genesis 15: 13-14

3.  , **"Saying:**
**(13) And he said unto Abram, Know of a surety that thy seed shall be a stranger in a land that is not theirs, and shall serve them; and they shall afflict them four hundred years:  (14) And also that nation whom they shall serve, will I judge: and afterward shall they come out with great substance.**

 The emblem which decorates the Confederate Flag is the 22nd Hebrew letter Taw which has a numerical value of 400 in Hebrew Numerology. This is where Novelist Dean Koontz got his Wuhan 400 for his 1989 Novel "The Eyes of Darkness". In his first release on May 10, 1981, it was called "Gorki -400 after the Russian City in in Nizhny, Novgorod. Why Russia?

Because  it all has to do with what is called the "ORDER OF THE RED CROSS" in Ezekiel 9:1-11 that is executed by the man clothed in linen. This linen is the Biblical scripture from whence the Founder of the Soviet Union secretly adopted his nickname **"Lenin".**  In Russia, this Order is called **"The Order of Lenin". The Order of Lenin has an emblem with Lenin's image, a hammer, and a sickle cutting down**



*Wheat as people in the Biblical Day of Harvest, (Rev.14:18-20). (18) And another angel came out from under the altar , which had power over fire; and cried with a loud cry to him that had the sharp sickle, saying, Thrust in thy sharp sickle, and gather the clusters of the vine of the earth; for her grapes are fully ripe. (19) And the angel thrust in his sickle into the earth, and cast it into the great wine press of the wrath of God. (20) And the wine press was trodden without the city, and blood came out of the wine press, even unto the horse bridles, by the space of a thousand and six hundred furlongs.*

*The Order appears to call for the mass destruction of Jews without the Taw (X) on their forehead. It is interchangeable with the 22nd Greek letter CHI (X) which inspired the East India Portuguese Slave Traders to create the name China for the East Asian Country whose official name is Zhongguo. The origin of the name China has*

# The Alpha-Numeric Greek Alphabet

| Alpha | Beta | Gamma | Delta | Epsilon | Zeta | Eta | Theta |
|-------|------|-------|-------|---------|------|-----|-------|
| A α | B β | Γ γ | Δ δ | E ε | Z ζ | H η | Θ θ |
| 1 | 2 | 3 | 4 | 5 | 7 | 8 | 9 |

| Iota | Kappa | Lamda | Mu | Nu | Xi | Omicron | Pi |
|------|-------|-------|----|----|----|---------|----|
| I ι | K κ | Λ λ | M μ | N ν | Ξ ξ | O o | Π π |
| 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 |

| Rho | Sigma | Tau | Upsilon | Phi | Chi | Psi | Omega |
|-----|-------|-----|---------|-----|-----|-----|-------|
| P ρ | Σ σ ς | T τ | Y υ | Φ φ | X χ | Ψ ψ | Ω ω |
| 100 | 200 | 300 | 400 | 500 | 600 | 700 | 800 |

*remained unknown. It is a name that was Spiritually inspired to seal Jesus' name represented by CHI for Christ, and the meaning of NA that was added to CHI was **NOT AVAILABLE (NA)** until now. **NA** is a Pythagorean Numerology code for my Divine Password 6. The **NA** was borrowed from the last two letters in my middle name which is **HERMAN, and the last 2 letters in CORONA.** My*



*Password was given to me by the Holy Spirit so that I might be identified by the Nations as their promised Messenger whom God has sent to rebuild His Temple. You will learn from this scientific structured legal document, that Israel has chosen Donald Trump for this task. Their choice was based solely on Black antisemitism.*

*The name CHINA was created by using the 22nd Greek letter CHI which corresponds to the 22nd Hebrew letter Taw (X) as shown in this graphic. CHI has a Greek letter numerical value of 600. This 600 was transformed to its Pythagorean Numerical value of 6 following the rules of Pythagorean Numerology. You will see from*

*the contents of this Scientifically Constructed textbook that the Pythagorean Numerical value of my Birth name **WILLIE HERMAN ELLIS is 6. It is the same as the number of JEHOVAH's name in Pythagorean Numerology which is also 6. Therefore my username matches my Divine issued Password which is 6.***

*A consonant and vowel whose total value of 6 were taken from my middle name **HERMAN using this Pythagorean Numerology Chart. NA was** added to the word CHI to create the name **CHINA. That consonant was the letter "N" which has a value of 5, and the vowel was A which has a value of 1. Therefore 5+1 Equals 6. This is the origin of the name CHINA.***

*When the word China therefore is written, you will see in it the Greek letter CHI (X), and you will see the character representing*



Character: Chinese Simplified
Pronunciation: Hanyu Pinyin
(Mandarin = Standard Chinese)

武汉

Wŭhàn

*the**"t"**cross on which Christ was martyred. Both are slightly*



*modified so that they remain hidden until they are unsealed by the Lord himself as a sign to all Nations. It is called **"Yale's Romanization of Mandarin". These characters are weapons created at Yale for the benefit of the United States Army.***

*The Yale And Slavery Research Project appears to have been established so that the University may prepare itself for what they have always known as the inevitables. That is, Yale's Benefactor, **"Elihu Yale",** whose name was adopted as the namesake of Yale University, was a Slave Trader who funneled his slave trading*

*wealth to this prestigious institution. Elihu Yale was a Welsh Merchant, and Philanthropist born April 5, 1649 in Boston, Massachusetts. He died July 8, 1721 in London, England. The wealth that he amassed in Slave Trading while working at the East India Company can be seen in this 1719 Oil on canvas painting attributed to John Verelst that is titled* **"Enslaved Child".** *The painting depicts Elihu Yale with Members of his Family, and an enslaved child with a dog collar yoked, and locked around his neck. After 400 years of affliction upon my people, that Yoke is now broken. The contents of this book lays out an elaborate international conspiracy that have employed a multiplicity of criminal tactics. These have been employed against me personally. They were aimed at neutralizing me to keep their malevolent existence, and secrets hidden under an impenetrable spiritual veil. They call it the Mystical Tie. It is a mysterious tie to an evil force that is undefinable save and except by the Holy Spirit from whence came my counsel. Based on my Divine counsel, and my appointed Spiritual obligation, I was allowed on*



*November 21, 2019, to provide 14 entities a two month prophetic prior warning of the coming global pandemic. Those who were warned had an obligation to take immediate action because of their official duties. Instead, of taking actions that could have saved millions of lives, **SOME, AND NOT ALL** of those who were warned, plotted to kidnap, and possibly take my life and much, much more. My warning by US Certified Mail appears in Chapter Two of this book. It is followed by a long list of criminal activities including mail and Bank Fraud that runs all the way through Chapter Fifteen. The Washington Post who was a primary recipient, conspired with Postal Officials and claimed its voluminous documents were lost, or stolen. WellsFargo Bank, Caixabank, Compass Bank, and other unknown Financial Institutions, conspired and defrauded me of more than $60,000 aimed at blocking my access to a $22,500,000*



*Temple Fund for rebuilding God's Temple. After more than a year, I*

came to understand that they feared that their Temple by Donald Trump, would conflict with my Temple which would mean that one of the Temples is a fraud. Therefore, they plotted with Banks to cripple me financially by a sophisticated operation of Bank Fraud masterminded deep from within many institutions. These are just a sample of the Criminal activities which some of the recipients engaged in once they received my certified mail notice that a global manmade Pandemic was imminent known as **"THE ORDER OF THE RED CROS".** You shall see from the contents of this historical book, that the Order of The Red Cross like Skull and Bones, is one of the many appendages of Freemasonry. The Red Cross which appeared on the cover of TIME MAGAZINE's December 2020 issue on the Coronavirus, also appeared as my cover page, and the subject of my Certified notice to Congressional and other Leaders. It was expressed using the Orthodox Greek form of this alphabet. It is the chief emblem for *Freemasonry's* **ORDER OF THE RED CROSS** based on the mass Death of Jews as set forth in Ezekiel 9:1-11. Freemasonry writes that this Order is the Christian route to rebuilding God's Temple whose time has come. Both Israel and white



*Evangelicals have all unwittingly confirmed this with the minting of the Trump Temple coin. Nevertheless none are pleased that God has chosen a Christian Jew of Color for this historic task.*

*On page 52 of Chapter One of this book, is an important excerpt that was taken from a Freemasonry training book that is titled **ASK ME BROTHER",** and because of its 1001 Questions and Answers, it was nicknamed* ***"A Thousand Points Of Light". General Test Number Three, and question and answer number 23 of their book put forth the following significant question as it relates to what Novelist Dean Koontz call "WUHAN-400".*** *One must keep in mind that the 400 is the numerical value of the Hebrew letter Tau(X) in Hebrew Numerology. Their question ask as follows:*

**"Why is the Hebrew language of the greatest importance in Free masonry"?**
**(Answer)  Because this alphabet, with its numerical values, is the key to the greater number of words employed in masonry as well as the mystery of the Bible.**

*The Hebrew letter tau (X) with its value of 400 is basically the method of writing the Chinese word Wuhan. Moreover, the word W u h a n  h a s  a  P y t h a g o r e a n Numerical value of 22 which doubles as a*



code for Tau's (X) place value as the 22nd Hebrew letter. It is calculated as follows, and can be verified by using the Pythagorean Numerology chart on page 10 of this section. **WUHAN: W=5, U=3, H=8, A=1, N=5.: Therefore; 5+3+8+1+5 Equals 22.** The numbers 11, and 22 are not reduced to single digits under the ancient rules of Pythagorean Numerology.

The open Bible emblem of Yale University embodies the token which God has given unto me so that I might speak on his behalf to the nations. It is the same token given to Moses representing the two Egyptian pillars that stood before Pharaoh's house. One of these has been moved to the UK, and its twin has been moved to New York Central Park. The token is written in the Hebrew language , and is called the **URIM and THUMMIN** flanked by two olive branches representing the TWO WITNESSES. These Two Candlesticks are called **LIGHT and TRUTH** which appears in Latin as **LUX and VERITAS on Yale's Emblem.** These are a key which is called the **PHI-BETA-KAPPA** golden key. Their key is a Divine key



which is known Biblically as The Key of David.  The number 322 is a clue which signals if the 66 books of the King James Bible are divided into 22 sets of 3's, and added according to their numerical places values, and apply the Rules of Pythagorean Numerology to their sums; then a Key which is my Password will be unveiled. That Password is 6. It is the number of my name, and it is the number of JEHOVAH's name. A blueprint of that Key is the subject of Harvard

*University emblem where three Bibles are rightfully dividing 66 Books into groups of threes. These 66 Books are the Word of* **VERITAS (TRUTH). TRUTH has a Pythagorean Numerical value of 6. This 6 is my Password, and the structure of this 322 Key is articulated on pages 77 and 78 of my Chapter Two.**

*Why is it that God has kept these things hidden at the highest seats of wisdom where some of the wisest men have gone to study? None of them have known the truths which are written into this book. It was therefore fitting that those words of Truth spoken by God, and repeated by the Apostle Paul to the Church at Corinth, be fulfilled. Those words were as follows;*

**1 Corinthians 1: (19) For it is written, I will destroy the wisdom of the wise, and will bring to nothing the understanding of the prudent. (20) Where is the wise? Where is the scribe? Where is the disputer of this world? Hath not God made foolish the wisdom of this world?**



**(26) For ye see your calling, brethren, how that not many wise men after the flesh, not many mighty, not many noble, are called: (27) But God hath chosen the foolish things of the world to confound the wise; and God hath chosen the weak things of the world to confound the things which are mighty.**

**(28) And base things of the world, and things which are despised, hath God chosen, yea, and things which are not, to bring to nought things that are.**

The removal of Professor Claudine Gay from her Presidential Position at Harvard at this pivotal time was a top priority of antisemitics who are skilled in the art of reverse psychology. Nevertheless, when reverse psychology backfire, the fire will consume those who struck the first match. So it is this day, when we as God's Two Candlesticks, and His Two Olive Trees, are shinning



our Candlelight in the Eyes of Darkness.

The 15 names of Yale's Senior Class of 1920 Skull and Bones Members on page one, were published by LIFE BOOKS in a special issue of June 2012. The issue was titled, **"The Hidden World Of Secret Societies ", An Illustrated History of The Most**

***Mysterious Organizations".*** *All of my Chapter Nine is devoted exclusively to this mystery. At the very bottom of the list of the 15 names is the number **119** which is to be read as one would read Hebrew, and that is from right to left. Therefore this number **119** **should be read as 911.** It is a code for Ezekiel 9:11 where the Death Ordered against the Jews is carried out by **6 men with destroying weapons in their hands.** The 15 Senior Members is a code for those **6** men with destroying weapons in Ezekiel 9:1-2 by applying the rules of Pythagorean Numerology to the number 15. In other words **1+5 Equals 6.** Each Society consists of 15 members of the senior class, and a total of 90 members for all six societies.*



***Ezekiel 9:   (1) HE cried also in mine ears with a loud voice, saying, Cause them that have charge over the city to   draw near, even every man with his destroying weapon in his hand.***

***(2) And, behold, six men came from the way of the higher gate, which lieth toward the north, and every man a slaughter weapon in his hand; and one man among them was clothed with linen, , with a writer's ink horn by his side; and they went in, and stood beside the brazen altar.***

*A Death Squad of 15 Saudis were used on 9/11 to carry out the attacks on the World Trade Tower, and the Pentagon. Another Death Squad of 15 Saudis were used to carry out the execution of*


Meshal Saad M. Albostani


Salah Muhammed A. Tubaigy


Naif Hassan S. Alarifi


Mohammed Saad H. Alzahrani


Mansour Othman M. Abahussain


Khalid Aedh G. Alotaibi


Abdulaziz Mohammed M. Alhawsawi


Waleed Abdullah M. Alsehri


Turki Muserref M. Alsehri


Thaar Ghaleb T. Alharbi


Maher Abdulaziz M. Mutreb


Fahad Shabib A. Albalawi


Badr Lafi M. Alotaibi


Mustafa Mohammed M. Almadani


Saif Saad Q. Alqahtani

Page 21 of 34

*Washington Post Journalist Jamal Khashoggi. Yale has left behind a unique and conspicuous type of DNA which is found on the blood soaked hands of some of America's most powerful, and wealthiest citizens. On September 11, 2001, it was a Skull and Bones Member George W. Bush who was President on that fateful day when many died in an inferno that brought Hell to the golden doors of one of the world's greatest cities. You will see from the contents hereof,* that on **September 11, 1999, the LORD showed me the coming of this great Day, although I did not understand the vision, however, it was recorded in my contemporaneous Prophetic journal.** *According to an online report from Yale's Skull and Bones, Members, they visited former President George W. Bush in 2019. The President told them, "I joined Skull and Bones, a Secret Society, so*



US President George W. Bush reacts after



World Trade Cente...



Ahmed Alghamdi

FBI released an up...

*secret, I can't say anything more". Evidence of that secrecy is currently playing out at the time of this writing at the Thurgood Marshall Federal Courthouse in New York City where the 9/11 Family Victims have sued Saudi Arabia for its roll in the 9/11 Terror attacks. Shortly after the attacks a blueprint of the attacks was widely circulated online where the attack appeared to have been planned using a sophisticated symbolic font program called Wing Ding. Authorities and News organizations worked hard using their*



political assets to discredit the symbolic font program called Wing Ding as a conspiracy theory. I noticed in the blueprint that the 24th Roman letter **ex (X)** had as it corresponding symbol the emblem for the **ORDER OF THE RED CROSS**. It also had Yale's Skull and Bones emblem with a black face for the letter **N. The letter "N" is a code used by Yale and others to identify Jews of Color in a derogatory manner .**

**The letter "Y" was the Star of David. "Q" was a jet flying into twin towers.** The Twin Towers were representing perhaps by the



most sophisticated symbols. The architects of  Wing Dings Charles Bigelow, and Kris Holmes, created the twin towers which are the symbols for the number 3, by putting 6 bars of equal length which were separated from the 6 bars that makes up the Star of David which is a six-pointed star. The Star of David consists of two equilateral triangles representing the fourth Greek letter Delta that corresponds to the Roman "D" for the two D's in the name DAVID. There were a total of 12 bars which was one for each of the 12 tribes of Israel who are the target of the destroying weapon. The letter "Z" which derives form the semites word **Zayin which means weapon, has as its corresponding symbols Islam's crescent and star.**

Page 24 of 34

Perhaps there is noting more disgusting than a Wing Ding Bar-B-Que online chicken recipe which is advertised to have 119 calories. These 119 calories is read as in Hebrew as 911. It is unlikely that such a recipe would be only 119 calories. The **Q Used in Bar-B-Que is the jet used by the 9/11 Terrorists. In other words, as illustrated by the Wing Ding Chart, "Q" is symbolized by a jet. The Bars are the 12 bars in the 2 symbolic twin towers .**

This book is a legal document which has been formulated in a scientific format. Every allegation of fact has been proven by physical evidence which has taken more than two decades to assemble. The format therefore requires extensive photos, and supporting documents that were taken from a wide spectrum of credible and verified sources. You will see from these 400 plus pages, that this book was written with direct consultation given by the Holy Spirit. Blessed are those who reads and keep the prophesies herein, for the Time has now come.

https://www.hwcmagazine.com › recipe › super-easy-baked-wing

### Super Easy Baked Wing Dings - Healthy World Cuisine

Mar 3, 2014 · In a sealable plastic bag, add your chicken wings, olive oil, seasoned salt, paprika, garlic powder and pepper. Shake well to make sure the…

Category: Appetizers/ Snacks

Total Calories: 119

Video Duration: 2 min



## *C O N T E N T S*

*Chapter One:  INTRODUCTION EXPANDED :  1-66*

_____

*Chapter Two:   November 21, 2019 Certified Warning To 14 U.S. Congressional Members, And News Organizations On The Coming of A Manmade Global Pandemic.   67-85*

*Chapter Three:  Saudi Arabia Identifies Me, And Sends Its Secular Diplomat On A Secret Mission To Deliver $22.5 Million For Building The Christian Order Of The Temple. The LORD Asked Me, "How Will You Get Your Money?  86-96*

*Chapter Four:  A Scheme To Kidnap And Imprison Me By Using The Office Of Harrison County, West Virginia Sheriff Office Gone Bad. 97-113.*

*Chapter Five:   The Angels Reveals The 322 Shatner Tree As The Jewish Actor William Shatner's 3/22 Birthday of March 22, 1931. It Is All Symbolized By The Saudis VVV Sword   In The Form of The 22nd Hebrew Letter Taw (X) cutting down the Palm Tree as Israel. 114-115*

*Chapter Six:  Dos Equis Of Texas, And The Oil, And The Wine. 126-132*

*Chapter Seven:   Freemasons Confirms Under Degree XVI "Prince Of Jerusalem, That They No Longer Expect To Rebuild The Temple In Jerusalem. 133-164*

*Chapter Eight : God Speaks To Me Saying, "I've Got Your Chewing Gum. Six years Later He Gives It To Me As Russia, Invades Ukraine Who Has The Trident Symbol, And The Order Of The Red Cross As Their National Symbols. Trident Is A Popular Chewing Gum made In The USA. 165-182*

*Chapter Nine:      Illustrious Order Of The Red Cross – In Freemasonry, It represents The Preparation Of The Christian Order Of God's Temple. 183-192*

*Chapter     Ten: ConocoPhillips Joins Trump 2020 Campaign With Antisemitism Signs To Roll The X (Rolex). 193-217*

*Chapter Eleven:    How To Find The Triple Tau (XXX) That Are Cleverly Hidden On Masonic lambskin Aprons. 218-241*

*Chapter Twelve :    Jewish Current October 7, 2022 Issue Publishes Exactly One Year Before The October 7, 2023 Attacks, The GOP Violent Plans To Rebuild The Third Temple At Jerusalem. 242-279*



*Chapter Thirteen:    The Symbolical Testimony Of Saint Peter's Square Egyptian Obelisk Confirms The Revelation Of Jesus. 280-315*

*Chapter Fourteen:    William And Mary, Yale University, And The Emblems of Harvard University, All Join Together To Confirm The Testimony Of The Two Witnesses That Are Set Forth In This, And Two Other Published books.  316-388*

*Chapter Fifteen:  The Mystery Ground Breaking Gets Underway For The 911 Acre Key Of David Project Which Includes The Building Of Two Schools,  and Two Sanctuaries , Which God Has Commission Me To Build. This Project Contrast With The GOP And Israel/Trump Temple which Motivated Them To Carry Out Multiple Criminal Activities To Hinder And Hide The Authority God Has Given Unto Me.  This Includes The Current Israeli/Hamas War.  389-411*



Page 28 of 34

*The Key of David Project is a Mystery. It is the Project mentioned in my opened letters to Congress in January and February of 2014. It triggered Defendants criminal responses which made this Class Action Lawsuit necessary. God knew what they would do before I published the notices. Every   man must understand, that, the Throne of God, and the reign of Jesus Christ on Earth, does not require approval from Congressional committees, Senatorial Leadership , nor the President. The 911 Acres of the Project is in agreement with what Freemasons have published globally in their Bibles stating that the Order Of The Red Cross is the Christian Route to rebuilding God's Temple. And, that they, the Builders, no longer expect to rebuild the Temple at Jerusalem. Therefore; the 911 Acres represents the Order Of The Red Cross found in Ezekiel 9:11. The 412 pages of my book which are partially attached hereto, and also referenced by 15 titled chapters , is made a central part of this lawsuit .*

*The Project also includes a man made Lazy River which is the mysterious River mentioned by God to Ezekiel which shall run through the Temple, **(Ezekiel 47: 1-12KJV, and Psalm 46: 4-11)**. There is no River in Jerusalem where Donald Trump, the GOP, and Israel are planning to build the Trump Temple. There is only bloodshed, and wars.*

***Ezekiel 47: (12) And by the River upon the bank thereof, on this side and on that side, shall grow all trees for meat, whose leaf shall not fade, neither shall the fruit thereof be consumed: it shall bring forth new fruit according to his months, because their waters they issued out of the sanctuary: and the fruit thereof shall be for meat, and the leaf thereof for medicine.***

*Psalm 46: There is a River, the streams whereof shall make glad the city of God, the holy place of the tabernacles of the Most High.   (5) God is in the midst of her; she shall not be moved: God shall help her, and that right early.*

*The Key of David is the focus of Yale's emblem where it is called the* **URIM and THUMMIM.** *The 911 Acres is only 400 feet from the front door of our home, and the Project is where God will come and Rest.   I have written my Book not as a traditional Book is written, but as a textbook where the world can study, and learn of the biggest hidden mysteries in all the Earth.*

*Chapter One confirms that institutions of higher learning were working in concert with Yale, and an International Network of Freemasons to keep the identity of Judah hidden. They have also assisted Israel in stealing the identity of Judah. They further conspired to cut off all financial benefits that were not theirs, but are the financial benefits set aside for the Plaintiff to carry out this historical work. This is illustrated by showing how the University of Houston , and its Antropoligist schemed with the State of Texas to hide evidence left behind by Jewish slaves at the Levi Jordan Plantation in Brazoria, Texas.  Levi Jordan Plantation designated a Historical site by the Texas Historical Commission , is located only 20 miles from the Key of David Project. It received its Historical designation because of the Jewish slaves who were held captive there, and left behind sophisticated artifacts and symbols of their Jewish identity. You will see from Chapter One, how  Antropoligist chose to use the term* ***"Juden",*** *the German term for Jews to place the identity of my people under an intellectual veil. The University*

of Houston, the University of Texas, and the State of Texas will be given an opportunity to confess their guilt before being added as Defendants to this Lawsuit. They must also provide substantial financial and professional assistance to the Project in order to escape legal liability.

### RICO INJURY SUFFERED BY PLAINTIFFS

The Plaintiffs have been purposely substantially injured as a direct and proximate result of the Defendants racketeering activities. The Defendants activities were a direct result of their efforts to undermine the promises made by God of the substance which he had ordered to be given as reparations for His people after the 400 years of affliction were over. The Defendants, those who are named, and those who are unnamed, were keenly aware of those promises when they implemented their criminal artifices both severally , and jointly. The purpose of my Book as an attachment, is to lay out those Criminal activities in a corroborating sequential format. Moreover, the historical name by which the ensign at the epicenter of this lawsuit, is in itself a Testifying Witness to Defendants atrocities. For that reason it is called the Confederate Flag because it represents this 400 year long Conspiracy of Defendants.

**Genesis 15: (14) And also that nation, whom they shall serve, will I judge: and afterward shall they come out with great substance.**

Page 31 of 34

*Revelation 11: (18) And the nations were angry, and thy wrath is come, and the time of the dead, that they should be judged, and that thou shouldest give reward unto thy servants the prophets, and to the saints, and them that fear thy name, small and great: and shouldest destroy them which destroy the earth.*

*(19)!And the temple of God was opened in heaven, and there was seen in His Temple the ark of his testament: and there were lightnings, and voices, and thundering, and an earthquake, and great hail.*

## DEMAND FOR A JURY TRIAL

*Plaintiff hereby demand a trial by a competent Jury on all issues of facts that care so triable.*

## PRAYER FOR RELIEF

**WHEREFORE :** *Plaintiffs pray that this Court enter a judgment favoring Plaintiff and His Class Partners on each and every claim that is set forth herein, including but not limited to an Order For:*

1. *The release of the $22,500,000 held by Bantmax Securities which your Defendants directly, or indirectly, knowingly, or unknowingly, via association, conspired through the Freemasonry International Network to deprive Plaintiff there from. This was done by aiding and abetting Bantmax Securities to hold, and to continue withholding property which they do not own. And that the said firm continues to use Bank and Wire Fraud to carry out its activities.*

2.  *Accessing each Plaintiff including Bantmax Securities a penalty equal to three times the amount of $22,500,000 which are treble damages of which Plaintiff is rightfully entitled.*

3.  *Awarding lead Plaintiff, and all Class Action Plaintiffs who are not yet all identified, monetary relief, including damages sustained by all Plaintiffs in an amount to be determined at trial.*

4.  *Awarding compensatory damages.*

5.  *Awarding Plaintiffs punitive and exemplary damages in such amount as may be awarded at trial.*

6.  *If it shall become necessary to hire attorneys in this case to represent the interests of Plaintiffs, then request is being made that the Court award such attorneys fees as part of its judgment.*

7.  *Awarding costs of suit incurred herein.*

8.  *Awarding interest according to law.*

9.  *For a constructive trust to be placed upon all Defendants both individually, and as a Corporation, or other persons acting on their behalf under their direction or control, as to all revenues and profits received by any and all such individuals , including Defendants, to be held for the benefit of the Plaintiffs, and to be disgorged in their entirety to Plaintiffs,in connection with any book, movie, story or any other media or means to attempt to profit off of the events set forth within this complaint.*

10.  Awarding such other and further relief as this Court may deem just and proper.


SWORN By My Hand, Prophet Willie H. Ellis this 20th Day of February 2024.



*Prophet Willie H. Ellis*


Contact :

Prophet Willie H. Ellis
Candlestick Ministries
New Hope Baptist Church
P.O. Box 545
Giddings, Texas 78942

832-771-0115

Email: Prophetellis.whitestoneofhope@gmail.com

Wuhan-400, "A Confederate Time Sign of Death And Fortune" is a Spiritual inspired non-fictional Christian work. It is based on the promised book of Revelation 10:1-11 KJV, and the promised testimony cited therein. All rights are reserved. No part of this book may be reproduced or transmitted in any form or by any means, electronic nor mechanical, including photocopying, recording, or by any information storage and retrieval system, without permission in writing from the Publisher.

Copyright 2023: By Prophet Willie H. Ellis

Wuhan 400, "A Confederate Time Sign Of Death And Fortune".  By: Prophet Willie H. Ellis
 ISBN:  979-8-218-31462-0

Published by: Candlestick Ministries
697 West Boundary Street
Giddings, Texas 78942

 Other related work by Prophet Willie H. Ellis:
SEE SQUARE __RED SQUARE, "The 47th Problem of Election 2016:  ISBN 978-0-578-54586-8 (Copyright 2019).

Armageddon Rising At Jade Helm 15: "The Two Witnesses And The Key of David Revealed" (Copyright 2015)
ISBN: 978-0-692-97031-7

Most of the photos used in this book were taken from the public domain.  All excerpts taken from Newspapers,

Magazines, Internet blogs, and some books, were acquired pursuant to the Fair Use Act Section 107. Consequently, no copyright permission was necessary according to current and applicable copyright laws.

Contact Me by US Mail at:

Prophet W.H. Ellis, Pastor
NEW HOPE BAPTIST CHURCH
P.O. Box 545
Giddings, Texas 78942



Prophet W.H. "Bill" Ellis

Media And General Inquiries:

Email To: Prophetellis.whitestoneofhope@gmail.com

# WUHAN 400



A
CONFEDERATE
TIME
SIGN
OF



DEATH
AND
FORTUNE



BY: PROPHET WILLIE H. ELLIS
COPYRIGHT 2023



STATE HISTORICAL SURVEY COMMITTEE
TEXAS
OFFICIAL HISTORICAL MEDALLION

**LEVI JORDAN PLANTATION**
HOME BUILT 1848–1851 BY
SLAVE LABOR. MATERIALS
CAME BY SEA, FLORIDA TO
VELASCO, AND UP THE SAN
BERNARD RIVER.
RECORDED TEXAS HISTORIC LANDMARK–1967

# INTRODUCTION

By: Prophet Willie H. Ellis - Copyright 2023:  Wuhan-400 " A Confederate Time Sign Of Death And Fortune".

### CHAPTER ONE OF FIFTEEN

On Wednesday February 24, 2010, when I saw the Houston Chronicle Newspaper front page titled "SLAVERY SECRETS", and that African culture Crossroads were the focus of those secrets, I quickly realized that those secrets focused on the 22nd Hebrew letter Taw (X). It's the dreaded emblem which decorates Confederate flags. During that time the angels of the LORD had taught me much, but I did not know that this emblem was a Time Sign in Hebrew Numerology which



marked a  Biblical Time Period  of 400 years as recorded  in Genesis 15: 13-14. That period would began August 20, 1619, and it ended December 2019 when the Coronavirus was released 400 years later in Wuhan, China. Neither did I know that the  Chinese language  does  not  have  letters;  they  have  Characters. The characters that are used to write the Chinese word Wuhan was found  incised  in  a  dusty  brick  at  the  Levi  Jordan  Plantation

_located significantly near the Black Community of JERUSALEM ,about 16 miles from where I grew up along with Cotton and Corn   at Anchor, Texas.  Neither had I learned that the two characters that are used to write the   Chinese word Wuhan, are the **"t" and "X"** in the name **"texas".**_  These **Exes (XX)** _would be the inspired lyrics of the Country Western hit,_ _"**ALL OF MY EXES LIVE IN TEXAS".**   Moreover, the LORD would reveal to me, that when the Mexican government   gave Steven F. Austin 300 Settlers their Texas Land Grants in 1824, that there were_ **two exes XX**   _("DOS EQUIS") hidden in Texas which would  be revealed to His  Messenger who would be sent to rebuild His Temple  on a plot of land granted to one of Stephen F. Austin 300 Settlers. No man could guess where these DOS EQIS were hidden. These Red Exes are called in Freemasonry   **"The Order Of The Red Cross"**  based on the Jewish extermination in **Ezekiel 9: 1-11.**  These Red Exes XX have  now arrived in Mexico by way of a German Beer. Learn why Plantation Archeologists and Thesis Writers chose the Sinister German word "**JUDEN"** to identify the captives of Judah who were the Black Jewish Slaves at Jordan Plantation .   This Plantation now a Texas Historical landmark, is a Divine sign for identifying the Tribe of Judah which God scattered to North and South America to fulfill His Promise in Jeremiah 30: 3**, saying;**_

---

*"For, lo, the days come, saith the LORD, that I will bring again the captivity of my people Israel and Judah, saith the LORD; and I will cause them to return to the land that I gave to their fathers, and they shall possess it".*

*I L L U S T R A T I O N   /   I N T R O D U C T I O N*



**By ALLAN TURNER**— *HOUSTON CHRONICLE*

*The brick was, as bricks tend to be, rather unremarkable. But to University of Houston Anthropologist Kenneth Brown, this slave-made brick, pulled from the site of an old cabin at a one-time Brazoria County plantation, was worth its weight in gold.*

*That's because, incised in its dusty skin was a clear "X"—a possible reference to crossroads, places in west African cultures of legendary mystery and power. (**Unquote Houston Chronicle**)*

*It would be many more years before the LORD would reveal to me the hidden secrets which are called in this article, and in the thesis paper of archaeologist David Bruner, legendary mystery and power of Juden slaves. When GOD'S revelation came to me*

*that the word **"JUDEN"** was the German word for **"JEWS"**, I was both angry, and also disappointed . Angry, because Colleges, Universities, governments, and religious institutions, had all plotted for 400 years in a Conspiracy to hide our Jewish identity. They developed plans to do evil at the end of 400 years in an effort to circumvent promises made by GOD after the 400 years were passed . Their plot is the true definition of Confederacy. This term actually means Conspiracy.  It was a Conspiracy protected from revelation by a Divine Seal, and it was impossible to discover it by one's intelligence. Their reckless overconfidence in what they perceived as their superior intelligence, is the snare in which they were caught.   This revelation comes packaged with God's judgment that is now visible worldwide .*

*I grew up on State Highway 288 which is the same Highway in which the Levi Jordan Plantation is located. However, this portion of 288 Highway was changed to F.M. 521 sometime during the 1950's. The LORD would slowly reveal to me that many highways such as **"Route 66"**, are numbered according to a hidden mystery. State Highway 288 is just one of those Highways which may conceal one of the biggest mysteries in Post Biblical history.  A mystery is a Divine Truth that is made known only by revelation. What is the mystery of Highway 288, and County Road 44 at my hometown at Anchor, Texas?   The 288 is numbered according to the 288 sons of the 24 Elders who are first mentioned in the book of Revelation 4:4 for which County Road*

*44 was named. These 24 Elders have mystified Clergymen, and Theologians for centuries while they tried to figure out who these 24 Elders were. All twenty four are named and numbered in* **1 Chronicles 25: 1-31.** *Each Elder, his sons, and his brethren, were twelve. The thirteenth of the twenty-four was named* **"Shubael". Shubael was one of the Stephen F. Austin 300 Settlers who was given one of the Texas Land Grants by the Mexican Government in 1824.** *I will illustrate shortly that Part of the land that was granted to Shubael has remained in my family since 1888. Hidden in the Brazoria County Deed and Map records in Angleton, Texas are these "DOS EQUIS". The number 288 that was assigned to the Highway which runs through the Property granted to Shubael, was calculated by multiplying 12 which represents the number of sons, and brethren of each of the Elders times 24 ;(24 X 12 Equals 288). The 300 Settlers who came with Stephen F. Austin were calculated according to these 288 men plus 12 which were in each group which provided songs for the sanctuary according to King David, and the Captain of his hosts instructions. These 288 Biblical figures, Plus the 12 members of my immediate family were equal to 300. My parents had 10 children plus 2 parents, and these were equal symbolically to the 300 Settlers that came with Stephen F. Austin.*

*How were the DOS EQUIS hidden? They were hidden with wisdom so that no man, nor beast could raise a credible doubt*

_regarding their meaning and purpose.    Here is how they were hidden. In the Latin alphabet, the letter ex (X) has a numerical place value of 24.  It has a Pythagorean Numerical value of 6 by adding 2 + 4. This 6 is a Key, and it is the Number of JEHOVAH's , and my names under Pythagorean Numerology rules . Therefore the DOS EQUIS were sealed symbolically in a 6 Pack. The abbreviation for the title Elder is **"EL". The name Shubael ends with the two letters "el". Therefore the Deed Map and Plat records simply placed the 24th letter X under the "EL" in Shubael in two  distinct, and separate places. Thus you have a code for One of the 24 Elders which GOD gave unto me by Revelation. Shubael   is the one amongst the 24 Elders in Revelation 5:5 who proclaimed that the Lion of the Tribe of Judah, has prevailed to loose the Seven Seal. These Seals are the substance of the Texas Time Capsule, and the United States Great Seal which have been opened by the Key of David.**_

_In April 1998, the LORD ordered me to record and write down in my prophetic Journal those things which He speaks to me by dreams, and/or visions. Therefore I have what could be the largest hand written Prophetic Journal ever recorded. On **March 28, 2004 At 4:45 A.M.,** He showed me what I recorded as the **"Opening Of The Texas Time Capsule".**   That capsule is the mystery by which this Time Sign (X) has been hidden. It  conceals_

---

*many Secrets of the Black Christian Jewish peoples, and my charge to come forth and rebuild the LORD's place of Rest, and also verify my peoples' Jewish identity.  A  PLAT MAP showing the J.N. Kincaid Subdivision of a portion of the South half of the North half of the Shubael Marsh League, Brazoria County, Texas, is the map whereby the DOS EQIS were hidden. Lots 9,10, 11, and 12 were deeded to my Grandparents, and today only tract 12 containing about 40 acres remain. The other tracts were swindled from the family by Anglos seeking to enrich themselves from Oil and Gas at the expense of vulnerable Black landowners. My grandparents deeded a portion of this land for the building of a small sanctuary which was named "**NEW REVELATION BAPTIST CHURCH".**  This name uttered silently what the LORD has now fulfilled by Divine Revelation . Although the original sanctuary was destroyed August 13,  1932 by à hurricane , it was later rebuilt about two miles  north in the same Shubael Marsh League  where  it  remains  standing  until  this  day.  The  brick discovered by Archaeologists with the incised Time Sign within its skin,  is a sign to build two new Sanctuaries after the 400 years of affliction. This Nation's failure to do  so  triggers an  automatic curse with deadly consequences which are already in effect . This curse is the last word of the Old Testament found in Malachi 4:6. One of those sanctuaries is for New Revelation Baptist Church, and the second one is the historic Millennium Temple of the LORD  whose time has now come. His Temple is not to be rebuilt*

*in Jerusalem on Jerusalem's Temple Mount where blood flows down its violent streets, and the streets of Gaza.*

*One cannot fully appreciate the Mysteries of Stephen F. Austin, unless they first appreciate Hebrews 13:2-3 which speaks of angels whom we may entertain as Strangers being unaware of their angelic nature. Stephen F. Austin and at least three if not all of his*



*300 Settlers were angels.*

**Hebrews 13: (2) Be not forgetful to entertain strangers: for thereby some have entertained angels unawares.    (3) Remember them that are in bonds, as bound with them; and them which suffer adversity, as being yourselves also in the body.**

*An Angelic statue of Stephen F. Austin towering in white towards the fluffy white clouds, was strategically positioned on State Highway 288 in my hometown of Angleton, Texas .*

*The other two angels who came with Austin were named **Elijah, and Elisha Issacks.** This is a mystery which means that one cannot be dogmatic about these things. I have learned that Spiritual Awakening, and Spiritual Revelations are intrinsically connected. Therefore the Proverb 3:5 factor must always be kept in mind regarding our own understanding, which says;*



**"Trust in the LORD with all thine heart; and lean not unto thine own understanding. (6) In all thy ways acknowledge him, and he shall direct thy paths.**

# INTRODUCTION

*It could have been so, but it is doubtful that Country Music Star George Strait realized that the Lyrics to "ALL MY EXES LIVE IN TEXAS were Spiritually inspired to conceal a mystery". Neither could he have known that I was born with Dimples and would build God's Temple in Texas. When my sisters boasted of my Dimples as a young child, I was embarrassed and covered my face with my hands. The errors made by Israel regarding the Messiah, is currently causing its religious Right much embarrassment. It is also causing the population of Israelites, and Palestinians needless pain. So much so that   Israel has secretly preceded to willfully rebuild God's Temple on the Temple Mount which*



*they realize is not the place which God has sanctioned it to be rebuilt. Admitting to the right place for rebuilding, would be tantamount to Israelis admitting to that which could reveal all that they have conspired to hide that would identify me as God's Messenger, and other Christian Jews of color. They are joined by the United States Government who has always known where God's Temple has been ordered to be rebuilt. It has been sealed up In the United States Great Seal, and what the angels of the LORD has called the Texas Time Capsule. Perhaps there is nothing bigger in Texas than the Levi Jordan Plantation itself. Like Stephen F.*

*Austin, Jordan was undoubtedly a fit for the Strangers referenced in Hebrews 13:2. The Levites Priests were those who crossed over the Jordan on the Twelve Memorial Stones of Israel's Exodus from Egypt, (Joshua 4:1-24). Those twelve stones are the Keystones which God has given unto me as one of several tokens evidencing my authority to build His Temple. The Star of David which was among the many artifacts which Archaeologists unearthed at the Jordan Plantation, is symbolic of these stones laid before Joshua in the Jordan. They have all been preserved in what the angels of the LORD have called the Texas Time Capsule.  On October 2, 2007 At 2:20 A.M., the angel of the LORD visited me showing me that this  Texas Time Capsule had the shape of a Cartouche, which is another name for a Seal. When it is opened , a Storm will blow out of it. It is the storm*



*whose powerful winds of adversity are blowing without mercy upon the troubled waters of the Mediterranean where U.S. Warships, and Destroyers are deployed as à Protective Force of Israel. It is a storm blowing across Europe, Asia, and South America. The eye of this storm is spinning In North America as mortal men attempts to shut a giant door which the LORD has opened. There is No man who is able to close it. You will see first hand from the contents of this book how banks, and governments agencies have joined with others to take from me some $22,500,000 which was secretly allocated by the Saudi Government for rebuilding God's Temple in the United States. This would prevent the destruction of "Al-Aqsa Mosque, and would have made unnecessary the Hamas seize which they code named "Al-Aqsa Flood". This book has the complete thesis paper which Archeologist David Bruner wrote referring to the Slaves as Juden Slaves. This term is a dog whistle that is sounding a Holocaust comparison , and a winking eye alluding to DEATHS and  needless wars at the end of these Wuhan-400 years.*

*As the war rages between Israel, Hamas  and the Palestinian peoples , and Americans rush to get the latest Covid-19 vaccines, only those who are Spiritually capable are able to connect the dots of Death and Fortune, and Judgement and Favors. The World Health Organization is the agency who identified the Coronavirus as Disease Taw  (X) . They apparently believed that Americans would recognize it as ex (X), and not recognize it as the emblem of the Confederate Flag. Those who are identified by others or themselves as*

News  /  World News  /  Disease X Could Bring Ne...

हिंदी में पढ़ें

## Disease X Could Bring Next Pandemic, Kill 50 Million People, Says Expert

Kate Bingham further said that scientists have identified 25 virus families, but there could be more than one million undiscovered variants.

*experts, are currently saying,  " that the next round of the virus could be twenty times more deadly than the first, and that 50 Million people could die. I found it curious that 50 Million is very close to the U.S. Population who identifies themselves as Black. There are approximately 47.3 million African Americans who identify themselves as Black. This is the secret hidden behind the emblem known as the Confederate flag. This is the emblem that*

*represents the unknown in Algebra. This is the emblem which represents the Time Sign in Mathematics. This is the emblem that the ancients Semites called the mark (X).   This is the emblem which distinguished the slave States from the Free States. This is the emblem representing   DEATH   for Yale's Skull and Bones Fraternity. It is also the cross swords for the emblems of the NRA, and for the Kingdom of Saudi Arabia. Discover  how Yale's Skull And Bones Number 322 is a keyword   and number identifying God's Messenger, and how this Key unseals the U.S. Great Seal,*



*thus  unlocking the Mysteries of the Bible.*

*There is no need to be afraid of  mistaking  an imposter as being God's Messenger to the Nations. The American Government cannot be deceived when it comes to identifying God's Messenger to whom God has given a Password.  My name and  Password  are*

hidden with the U.S. State Department, and within the U.S. Great Seal. Messiah's Password is also hidden inside of all the United States National Monuments . It is also sealed within the 66 Books of the Bible.  Rejections are certain, but mistaken identities are not possible.  Imposters are unaware of these Spiritual safeguards. God has also given me dozens of other deep secrets regarding the Earth which He created including this ancient map of the USA which was hidden as New Jerusalem.  New Jerusalem is the Great City of Revelation  16: 19 that is divided into three parts. When **JERUSALEM** is divided into three parts, it would then bare witness to the **USA** being revealed hidden therein. *Example:  ( J E R–U S A–L E M). This mystery has been sealed by God.*

*Revelation 16: (18) And there were voices, and thunders, and lightnings, and there was a great earthquake, such as was not since men were upon the earth, so mighty an earthquake, and so great. (19) And the great city was divided into three parts, and the cities of the nations*



*fell: and great Babylon came in remembrance before God, to give unto her the cup of the wine of the fierceness of his wrath.*

In 1896, the township of Jerusalem was established just 16 miles southwest of Angleton in Brazoria, County near the Levi Jordan Jewish Plantation. It had a school with one teacher with 72 Afro American students. All put in place as a sign that is confirmed by this ancient map of the USA. This map has the name of the U.S. first President, and





it has my Password, and JEHOVAH's name hidden therein. The 47th Problem Symbolizes many things including the Problems associated with choosing the 45th U.S. President as the 47th President of the USA.    The number 47 is a Mystery representing many things in the Spiritual Realm. It is the year of my Birth, and it represents the Number of Jesus's name which is 11 under the Ancient Rules of Pythagorean Numerology. The Texas Time Capsule is hidden in Pythagorean Numerology.

It was alluded to in 2015 when the Pentagon conducted a domestic Military operation code named **"Operation Jade Helm 15"**. The Number 15 is a code for the number 6 under

Pythagorean Numerology rules by adding 1 plus 5 to reduce 15 to a single digit of 6. This Texas Time capsule is alluded to by the capsule of a Texas grocery chain called H-E-B . These letters equals to the number 6 which is a Key which opens this capsule. In other words **H=8, E=5, and B=2; Therefore 8+5+2 =15, and 1+5=6.** You will see from the contents of this book, that 6 unlocks the U.S. Great Seal, and the Seven Seals which seals the Bible. This number 6 is the Number of JEHOVAH's name, and it is the number of my birth  name as His Messenger.  The number 15, and 42, are both codes for my Password. My Birth March 13, 1947 came simultaneously with the **April 15, 1947 date when Jackie Robinson joined  Major League Baseball with the Dodgers ,**



**and given #42 Jersey as a Prophetic sign.** *This 6 is hidden also in Earth's Equator which measures* **131,477,280 feet, and is equal to 33 which is the sum of these 9 numbers before reducing them to a single digit of 6.** *The letters in H-E-B, TEXAS, WACO, are all equal to 6. This includes the Ford F-150 Pickups which is the top selling pickup in Texas. The   6th Latin letter "F" and the "X" in Texas are also equals to 6. This 6 is my Password for Identifying me as God's Messenger.   Like Jackie Robinson 42 Jersey,   MESSENGER is also equal to 42 before it is reduced to a single digit of 6. This is the Texas Time Capsule as my Password 6. In other words, the number 6 is sealed in the word* **TEXAS** *as it Pythagorean Numerical value. I have been given many of Earth's greatest secrets which are all set out in details in this book, and two other related books. These secrets confirms my authority to come forth and rebuild God's Temple. Therefore, my Password 6 has been hidden also in the* **Al-Aqsa mosque** *which sits on the site of Solomon's Temple. Imposters, and those pretending to have the authority to rebuild God's Temple while blood drips from their hands all over Jerusalem, are unaware that* **Al-Aqsa   and Hamas are spiritual** *codes which hides the Number of JEHOVAH's name, and my name as His Messenger. It is calculated as follows by applying the rules of Pythagorean Numerology using the chart on the previous page:*

_**AL-AQSA. :  A=1, L=3, A=1, Q=8, S=1, A=1:  Therefore 1+3, +1+8, +1+1  Equals 15.  (1+5=6).   HAMAS: H=8, A=1, M=4, A=1, S=1: Therefore: 8+1+4+1+1 Equals 15: 1 +5 Equals 6.**  This is the Key and Password which God sent by the Holy Spirit._ It was all



recorded in my contemporaneous Prophetic Journal so that it could be validated as type of forensic evidence at the appointed time. As stated by Hezbollah and Hamas leaders, the purpose of **Al-Aqsa Flood**  October 7, 2023 attack on Israel was to defend destruction of this Holy Shrine.  The emblem which decorates the Confederate Flag confirms it all along with the Texas Time Capsule. The November 1, 2023 bombing of the Jabalia Refugee Camp, and the thousands of bombs before, and after, are designed to remove all Palestinian resistance, and opposition to

*rebuilding the Donald Trump Temple which is supported by the GOP establishment,  and approved by Netanyahu government. It has a large segment of America's white Conservative  Evangelicals support.*



*It is not necessary that you be an expert in anything if you have what my dad, and my fifth grade teacher called common sense.   It is common sense to see that the attack on Israel on October 7, 2023 had many flaws. The rhetoric stating Israel's intelligence failed appears weak, and defies common sense. What is true, is that there is a not-so-secret Israeli plan to destroy the Islamic Al-Aqsa Mosque, and build the Donald Trump Millennium, Temple. The Secular Jewish Online Newspaper* **"JEWISH CURRENTS"** *in their online article dated significantly exactly one year-to-date of Hamas* **October 7, 2023 attack,** **described how Donald Trump sent envoys to Israel to inquire about rebuilding the Temple.**  *Their article is*

spiritually dated **October 7, 2022.** Why is this date so important? The answer can be found in my Voluminous Prophetic Journal which is encoded by dates. Here is an example. On **September 11, 1999,** I received a visit by the angel of the LORD showing me the coming of the **September 11, 2001 Terror attacks on the World Trade Towers and the Pentagon.** I recorded the vision in my handwritten journal. This is just one of the many ways by which God speaks to His anointed. October 7, 2023 is being called by some as a dog whistle "Israel's 9/11". Before Israel can began building





the Donald Trump Temple, they must first completely destroy the Palestinians and Hamas opposition. That process is now underway. The Prime Minister of Israel, and the Biden Administration are fully aware of my Divine charge. However,

the color of my skin, and Israel's historic errors toward Christianity, and their perception of People of Color is a problem. As such, thousands of Palestinians, and Jewish women and children alike are dying to save face for a few men who have made a big mistake. Note: This Book was started months before 10/7/2023. This book was purposely formatted in an



unconventional format because there were many circumstances that required it. Therefore substance has prevailed over style.

The substance of the 70 year Donald Trump/Cyrus gold Temple coin is much greater than its style. According to Temple planners, and the Israeli government, the sale of the coins are to raise money for rebuilding the Temple. The 70 years marks a period   from 1948 to 2018 when Donald Trump announced



recognizing Jerusalem as the Capital of Israel by moving the U.S. Embassy from Tel Aviv to Jerusalem. The 70 years are secretly called the **"The 710 Experiment"**. The Jewish Rock group **"The Grateful Dead** which have had close relationships with Prime Minister Benjamin Netanyahu , Sally Oren, and other Israeli politicians, have created a secret Masonic Temple  movement at **"The 710 Experiment.Com"**.  The 710 is a code for 7 times 10 for a 70 year   period when Israel was reestablished as a Nation in 1948, to Donald Trump declaration in 2018.   The word "Experiment" is important because it refers to a scientific test or an investigation to provide evidence for or against an hypothesis. This 710 inspired the 10/7 date for what Hamas code named  **"Al-Aqsa Flood"**.

The experiment is designed to produce many results. Those who ordered the experiment are Freemasons who are what the Bible calls the Builders. Masons  built Solomon's Temple, and they also built Islam's Dome of the Rock **(2 Kings 22:6)** . Therefore, the 710 Experiments is a scientific search for God's Two Witnesses depicted on this poster, who would be able to read and

*understand many dark sentences by Revelations given to me only by God through His Holy Spirit. One of those revelations would be that 710 turned upside-down spells* **OIL.** *Oil   refers to Israel's*



*Menorah which is the Seven Golden Candlesticks.  The Menorah is fixed on the Donald Trump Temple coin.   The world including Israel do not know that the Washington Monument in connection with the Statue of Liberty, works in concert with the State Flag of Indiana to identify the Seven Golden Candlesticks. This is a complex revelation which is articulated in detail in this book. The 710 Experiment uses graphics to depict the Two Witnesses of God who have been raised up from the dead as* **"The Grateful or Thankful  Dead",** *along with multitudes of Saints including the Whole House of Israel, to testify of this mystery.  One of their caps depicts the anointing of God's Messenger to reveal these secrets by putting oil as blood dripping from a black forehead using the 710*

*Experiment. Blessed are they who read and receive the fulfilled and coming prophesies of this book.*

*What is meant by the phrase "7:10 Is The New 4:20" fixed on the 710 Experiment poster? This is a deep Masonic phrase alluding to the Divine image of God's Two Witnesses depicted coming down from Heaven to rebuild God's Temple. The 7:10 fixed with the semi-colons between the 7 and 10 indicates a Time as on à Timepiece or date. Here 7:10 represents the year 70 AD when the last Temple was destroyed by the Roman Emperor Titus and his Army. The 4:20 represents how the enemies of Israel will come against the City of Jerusalem and tread upon it for 42 months which is the new occupation of Jerusalem . The January 26, 2024 theft of the Jackie Robinson number 42 Bronze statue is a sign of those terrible things to come.  Preparation for the new occupation appears to*





be happening now as seen by all the global anger kindled against Israel for what many are calling the genocide of the Palestinians people. When we find the Biblical origin of the 42 months, we will also find a hidden Biblical clue that the new Millennium Temple is not to be rebuilt in Jerusalem. The following is the origin of the 42 months encrypted on the poster.

*Revelation 11: (1) AND there was given me a reed like unto a rod: and the angel stood, saying, Rise, and measure the temple of God, and the altar, and them that worship therein. (2) But the court which is without the temple leave out, and measure it not: for it is given unto the Gentiles: and the holy city shall they tread under foot forty and two months. (3) And I will give power unto my Two Witnesses, and they shall prophesy a 1260 days clothed in sackcloth.*



These 1260 days divided by the 30 days in a month are equal to 42 Months. This 42 is reduced to a single digit of 6 by adding 2 Plus 4. This is the number of my name, and the number of Jehovah's name for

*whom my testimony is given. These 42 months are also hidden in* **Daniel 9: 24 as Seventy Weeks. How can 70 Weeks be the same as 1260 or 42 months?  WEEKS is a code for 18. The number 18 is the Pythagorean Numerical value of WEEKS calculated as follows:  W=5, E=5, E=5, K=2, S=1: Therefore 5+5+5+2+1 Equals 18.  Eighteen times Seventy (18X70=1260). 1260 divided by 30days in one month  Equals 42 months.**

*We are the Two Witnesses, and this is the symbolism of the two angels descending from Heaven on the 710 Experiment posters. Their Experiment has been conducted in a scientific manner to satisfy the Intellectual and Scientific World at these critical Crossroads for mankind.*

*Therefore the foregoing scripture is the origin of the 4:20 representing   the time period which the enemies shall occupy Jerusalem which will grow out of*

*the current Israeli/Hamas War. The scripture confirms that God has given the Temple Mount unto the Gentiles, and that this Court is without the Temple of God. Neither Islam, nor Israel are willing to admit this, because doing so would lend credence to Christianity which both rejects. The days of*



*Jerusalem appears to be numbered in preparation to cleanse them, and make its people ready to receive Christ. The next scripture gives a more detailed explanation of that which is about to happen, including the disgusting raping of women. It is a indeed the DREADFUL DAY OF THE LORD!*

*Zechariah 14: (1) BEHOLD, the day of the LORD cometh, and thy spoil shall be decided in the midst of thee.*

*(2) For I will gather all Nations against Jerusalem to battle: and the city shall be taken, and the houses rifled, and the women ravished: and half of the city shall go forth into captivity, and the residue of the people shall not be cut off*



*from the city. (3) Then shall the LORD go forth, and fight against those nations, as when he fought in the day of battle.*

*(4) And his feet shall stand in that day upon the mount of Olives, which is before Jerusalem on the east, and the mount of Olives shall cleave in the midst thereof toward the east and toward the west, and there shall be a very great valley; and half of the mountain shall remove towards the North, and half of it toward the south.*  These scriptures shows that the Messiah whom they rejected, shall be the one who shall save them. In other words, it shall be a type of repeat of what happen to the Northern Kingdom of Israel when God allowed the ten tribes to be given over to the hands of the Assyrians. Likewise, the Southern Kingdom of Judah was given over to the Babylonians for seventy years. Those 70 years continue to be used as a diverse prophetic sign by applying the science of Masonic symbolism.  All these and many more things  the LORD has  given unto me as tokens so that all Nations shall know that He has sent me. These are all articulated in this 400 page historic book. These expanded forewords were necessary in order to provide an appreciation of the greater words spoken herein.

Symbolism is a complex science of communicating instructions via public domain in a shorthand language. It is intended to appear as foolishness to those without literacy in heraldry. Many times it may appear under a Divine seal making it impossible to read by even the most experienced among the Intellectuals, and scholars. On October 30, 2023, Israeli Ambassador to the UN Gilad Erdan wore yellow stars of David as

*he testified before the UNSC about Hamas October 7, 2023 attacks. The symbolism was borrowed from German Nazi practice of putting yellow stars on Jews before putting them into the gas chambers. They called it **"The Final Solution"**. The Star of David may be either a 5 or 6 pointed star.*

 **THE JERUSALEM POST**

Jerusalem Post > World News

## Erdan blasts Hamas final solution wearing yellow star at UNSC

By GADI ZAIG, ZVIKA KLEIN, TOVAH LAZAROFF
Published: OCTOBER 31, 2023 02:55
Updated: OCTOBER 31, 2023 21:15



Israeli Ambassador to the UN Gilad Erdan wears a yellow Star of David at the UN Security Council on October 30, 2023.
(photo credit: SCREENSHOT VIA MAARIV)

*While the angels of t h e  L O R D  w e r e teaching me to read symbolism, I collected this H-E-B yellow star along with the Texas Time Capsule attached to the foot of a bear. I knew that H-E-B was the abbreviation used for Hebrew alluding to Jews, and Jerusalem. I also knew the scripture of Revelation 11: 2 saying, "**But the court which is without the temple leave out, and measure it not; for it is given unto***

*<u>the Gentiles: and the holy city shall they tread under foot forty and two months.</u>*

This is the symbolism of placing the Texas Time Capsule with the H-E-B call number, and my Divine Password 6 encrypted beneath the foot of a bear wearing a yellow star symbolizing the **FINAL SOLUTION**. It was all sealed within the Texas Time Capsule. This does not mean that H-E-B is antisemitic; rather it shall in this instance be received as a prophetic sign from him which was, and is, and is to come.

Here are the reasons why Israel, Islam, the United States, and many other religions other than Christianity, believes that it is not in their best interests to recognize and accept me as the Lord Jesus's Jewish Christian Messenger, and as a Witness for God. It is because the



LORD has given me as one of my identification tokens the Crucifixion Apron of Jesus which was taken as a souvenir by those who crucified him. The Freemasons calls this Apron which is the George Washington Lambskin Masonic Apron, the most prized relic of Freemasonry inside of the United States. It is called a Lamb Skin Apron because it belonged to the slain Lamb of God. The scripture tells us in Revelation 19: 11-13 that the Lord will return with his armies clothed in a vesture dipped in blood. The word clothed is used figuratively such as a valley that is clothed with trees and shrubs. The trees and shrubs hides the valley just as Jesus's crucifixion apron has kept him hidden. The Apron's revelation indicates that the Lord revelation shall come simultaneously with the revelation of his blood soaked



crucifixion vesture. His Apron has been hidden inside the United States as the George Washington Masonic Lambskin Apron. This is a huge problem for the United States, Israel, and Islam because

on the Apron is an ancient map of the 50 States of the United States where the name **PRESIDENT GEORGE WASHINGTON was hidden.** It also was hidden with my name and Password for more than 3000 years. Neither the U.S., nor any other Nation are willing to admit this.

However there are a d v e r s e consequences for their failure to do so. Therefore, Since Israel, and Islam have taught for more than 2000 years, that Jesus did not rise from the dead,



for them to say otherwise now would overthrow Judaism, and Islam. This overthrow is depicted in the symbolism of the map being divided into three parts, and the five square being overthrown by JEHOVAH represented as 6 . God is the Principal in the right angle triangle . This division is hidden in several other places including the emblem of Harvard University, **2 Timothy 2:15, and Revelation 16:19KJV.** The emblem of Harvard states by symbolism that this division is **TRUTH by dividing the Latin Word for TRUTH (VERITAS) into three parts .** **TRUTH** became the new media platform for the 45th, President who

*sought to overthrow the United States government on January 6, 2021. He is now a sign of the 47ᵗʰ Problem .   TRUTH therefore has my Password, the number of my name, and JEHOVAH's name hidden inside its Pythagorean Numerical value which is 6.   This is the symbolism of the six Peacocks wings which NBC Television Network uses in their logo which they sarcastically posted on this ancient map of the USA with their **MSNBC acronym**.   The letters*

MSNBC were placed in the right angle triangle because these 5 letters have a Pythagorean Numerical value of 6 also. It is calculated as follows:   **M=4, S=1, N=5, B=2, C=3; Therefore 4+1+5+2+3 Equals 15, and 1+5 Equals 6.** In Revelation 5: 7-8 The prophet John was shown a vision of the NBC Peacock and he described the peacock



as the fourth of four  beasts having  six wings like a flying eagle.

**_Revelation 5: (7) And the first beast was like a lion, and the second beast like a calf, and the third beast had a face like a man, and the fourth beast was like a flying eagle._**

**_(8) And the four beasts had each of them six wings about him: and they rest not day and night, saying, Holy, holy, holy, Lord God Almighty, which was, and is, and is to come._**

The repetition of the word Holy, Holy, Holy  three times is meant to signal the number 6-6-6  which is the number of the beast. Holy has a Pythagorean Numerical value of 6 which is calculated as follows.  **H=8, O=6, L=3, Y=7:  Therefore 8+6+3+7 Equals 24: And 2+4 Equals 6.**  The Prime Minister of Israel, The King of Saudi Arabia, President Biden, Donald Trump, and all of their leaders, are fully aware of my authority to come forth and build the LORD's Temple. However, they believe that no one would believe that their God has chosen a Black man to such an historical task. Moreover, they assume, that no one would believe my Jewish identity because they have successfully kept it hidden for 400 years without outside knowledge. Therefore clever politicians are currently using their official employment to engage in a wide range of criminal activities to keep their 400 year conspiracy alive. This included releasing their biological weapon at the expiration of the 400 years of affliction. This Covid-19 pandemic war was just one. They also have released political and economic weapons , and much, much, more. They have learned that racial division is their most effective weapon, and as such, racism has become their weapon of choice. All of these things were hidden behind the symbolism of the Time sign

(X) the figure of the unknown which they called the Confederate flag.

The U.S. is stuck with the embarrassment having conspired for 400 years to hide the identity of the Black Jews who were enslaved by its laws , but is now unable to stomach the truth because of the political, religious, and economic fallout.  This is the definition of the Confederacy which brought about an emblem known as the Confederate flag. You shall discover much more from these 400  plus pages that are captivating and stacked with revelations after revelations. One such revelation is the  manner by which my name appears  in the mysterious four square (4x4) . In it the sum of any 4 diagonal, vertical, or horizontal numbers are equal to 311.5 which has many meanings. All of the 16 numbers in the square ends with the decimal .375:



**When this .375 is multiplied times 16, it would then be equal to 6 which is the number of Jehovah's and my birth name under the rules of  Pythagorean Numerology.**

*The numbers in the 3 Square also are mythical. The sum of any three diagonal numbers such as **1-5-9, 7-5-3, 4-5-6, 1-2-3, and 7-8-9, all have Pythagorean Numerical values of 6. This is the reason that the hashtag is called a Message Sign on cell phone keypads. God is using it as a token to identify His Messenger to the Nations. There the right angle triangle is the Principal figure of the 47th Problem of Euclid. This 47 is the year of my Birth, and it is the number of Jesus's name***



*which is 11.** Who is wise enough **to guess the identity of President #47th ?*** There are several types of Litmus Tests to confirm the 47th Problem as an ancient map of the USA. The U.S. Census Bureau identifies 16 States as being southern slave States. These 16 States would be the Four Square which is in the perfect South position of the map. These 16 States were the 16 slave States*

*before the Civil War. The British Government therefore cast a die to mint a penny depicting the broken chains of slavery in these 16*



*States represented by the 47th Problem. The coin bares the emblem of the Christian faith because 47th is the number of Jesus's name when reduced to 11. Eleven and Twenty-Two are not reduced to   single digits under Pythagorean Numerology rules. The cross is also put on the coin because this ancient map*

*appears on the crucifixion apron of Jesus. It is also included in all full size Masonic Bibles from which this   present graphic was*



*taken. One must keep in mind that the War between Israel and Hamas is exactly what former President Barack Obama said is was.  The 44th President said  that  there  is much complexity in this war that the public do not understand, and that neither Israel, nor Hamas hands are clean.   The central focus of this book, and my two other books which I mentioned by reference to their titles and their ISBN numbers, is to make all of mankind aware of what is behind one of the most horrific atrocities of our time. It is much more than most people realize.*

*First, and foremost, One cannot ignore the historical significance of finding an ancient map of the United States whereby God's signature is hidden thereon with the name of the*

*United States first President. Allow that to sink in for a moment. Notwithstanding, also my name, and my identity as God's Messenger is written thereon. He has sent me with this map as a token to speak to the Nations warning them of His coming judgment, and his rule and reign over the earth. Therefore; I will share a little more on the 47th Problem as America prepares to elect the 47th President. The word President has a Pythagorean Numerical value of 47 before it is reduced to 11. Here is how it is*



*calculated.     P=7, R=9, E=5, S=1, I=9, D=4, E=5, N=5, T=2.*
**Therefore 7+9+5+1+9+4+5+5+2 Equals 47, and 4+7 Equals 11.**
*One with wisdom, and just a little understanding, can reason why this ancient figure is called the Figure of the 47th Problem as America tries to elect its 47th President. Can the 45th, who remains under 91 Criminal indictments, become the 47th along with all of his Criminal and Civil Problems? Notwithstanding the Temple fraud that he and Israel Nethanyahu are now engaged in.*

The answer to that question remains with He who is omniscient, wise and sagacious. Nevertheless, knowing more about Euclid Figure of the 47th Problem allows us to be prepared, for those things which man cannot control, especially as the war between Israel and Hamas escalates. Daniel 2:21 says that "God removes Kings, and He establishes them". He gives wisdom to the wise, and knowledge to the discerning". In order to discern the mysteries surrounding the Figure of The 47th Problem, I will take you to a Masonic book which the Late C.I.A. Director, and Former 41st President George H. Bush called a **"THOUSAND POINTS OF LIGHT"**. He uttered these words during his 1989 Presidential Inaugural Address after he placed his hand and swore on the George Washington Masonic Bible. The Masonic training book is off limits to the General Public, and it was published in 1927, nearly 100 years ago by **MaCoy Publishing And Masonic Supply Company"**. The late President perhaps nicknamed the book which is titled **"ASK ME BROTHER"** because of its One Thousand And One Questions And Answers (1001). This number (1001) when written in its numeric form derives from 47 by applying the rules of Pythagorean Numerology.

General Test Number Eighteen of that Masonic Book is like all of the others save and except test 40 that have 26 Questions and Answers rather than 25. I have selected 6 Questions and

*Answers from Test Number Eighteen which focuses on the 47th Problem. These are essential in establishing the 47th Problem's Masonic identity. Doing so provides an important clue regarding who we are dealing with as the 2024 Presidential Election approaches, and the mysteries of the Confederate flag is revealed .*

**Question 1:  Why should the figure of the 47th Problem, when used in Masonry, always be accompanied by the circle?** *Note: The circle represents the earth. This ancient map of the United States confirms that God was all knowledgeable about the USA because it was a key part of the Earth which He created.*

*Answer:  Because it  belongs to that figure, and should be displayed as a test of its proper form.*

**Question 2:  How may the figure of the 47th Problem be taken to represent Masonry?**

*Answer:  it is in itself a perfect representation of Masonry in its three Degrees. The smaller squares represent the E.A. and F.C. Degrees, and the larger one the Master's Degree.*

**Question 14:  What is said to be the length of the wands or rods of our three ancient Grand Masters?**
*Answer:  They were 3, 4, and 5 units in length respectively.*

*Question 15:  When placed in juxtaposition, what figure did they form?*

Answer:  The right-angle triangle, <u>**CONTENT 6.**</u>

*Question 16:   What officer in an English Lodge wears a figure of the 47th Problem as his Jewel?*

Answer: The Past Master.

The final question and answer for this important illustration is focused on the 50 squares which represents the 50 States of the United States. This ancient figure is most certainly the reasoning behind keeping the number of States to this Union 50 rather than 51 or greater.

*Question 17: What are the total contents of the three squares of the 47th Problem?*

Answer:     **FIFTY.** Three square  plus four square plus five square equals **FIFTY.**



GENERAL TEST

NUMBER EIGHTEEN

1.  Why should the figure of the 47th problem, when used in Masonry, always be accompanied by the circle?......................

2.  How may the figure of the 47th problem be taken to represent Masonry? ......................

14.  What is said to be the length of the wands or rods of our three ancient Grand Masters?......................

15.  When placed in juxtaposition, what figure did they form?........

16.  What officer in an English Lodge wears a figure of the 47th problem as his jewel?......................

17.  What are the total contents of the three squares of the 47th problem? ......................

List of Answers                    Test Number Eighteen

GENERAL TEST NUMBER EIGHTEEN

1.  Because it belongs to that figure, and should be displayed as a test of its proper form.

2.  It is in itself a perfect representation of Masonry in its three Degrees. The smaller squares represent the E. A. and F. C. Degrees, and the larger one the Master's Degree.

14.  They were 3, 4 and 5 units in length respectively.

15.  The right-angled triangle, contents 6.

16.  The Past Master.

17.  Fifty.  Three square plus four square plus five square equals fifty.

*This one hundred year old book confirms with Question and Answer number 2, that the 47th Problem is a perfect representation of Masonry. The first degree is called the* **Entered Apprentice.** *The NBC Episode of the Apprentice is the show which launched the 45th President to Stardom. NBC figure of the 47th Problem has been illustrated earlier with it 6 Peacock Wings fixed in the right angle triangle which is depicted overthrowing the Five-Square which is falling like the Emblem of ENRON. ENRON "E" logo originated from the Figure of the 47th Problem. The letter "E" has a Pythagorean Numerical value of 5 the sign of the five square. Was*



Enron On The Verge Of Collapse



the 45th U.S. President a Freemason?        On June 2,  2018, by the powers, and Favors of God, I intercepted a Tweet from Windsor Castle Lodge in the United Kingdom. Once they learned I had intercepted their treasonous Trump North Korean spy Tweet , they block me, and made their tweet private mostly likely after White House complaints.  The Lodge was  new to Twitter, and did



not know how to privatize its Tweets before it was too late. No

other soul outside of Freemasonry have this information other than myself.  This is first hand evidence of what is called the **Mystic Tie** which is undefinable because it is a Spiritual Tie beyond the reach of US intelligence unless revealed by GOD. They tweeted that Donald Trump had been initiated a Freemason by



North Korea's Spymaster Kim Yong Chol.  Inside of the now infamous large envelope was a Lambskin Masonic Apron which

*were among the Classified Documents which were later moved by the Former President to his Mar-A-Lago Estate. The initiation of a U.S. President into Freemasonry by à foreign adversary has many adverse implications. It is the 47th Problem that must be addressed.*

*No other source outside of Masonry has a record of this Treasonous Tweet other than myself. However, to acknowledge my receipt of it, would mean an acknowledgment of my identity as God's Messenger. It would also bring to light the meaning and purpose of Wuhan 400 which is their Time Sign of Death and Fortune.*



*There is perhaps no other Nation who can boast of having Intelligence Agencies better than those of the United States, and Israel. Nevertheless, there are many things that occur in the Spiritual Realm which are far beyond the reach of man's intellect. There are*

*several classes of Freemasons who have spiritual abilities to operate in à dimension higher than man. They do so under the powers of the Prince of This World who is called the Grand Dragon. The hands of the Grand Dragon, and his Wizards, played a significant part in Donald Trump's 2016 victory. It was believed that the Russians helped him to victory. That claim led to what became known as the Robert Mueller investigation which was inconclusive as to the role which the Russians played. As the Mueller investigation was underway, my Spiritual Empowered Investigation was also underway that was being led by the Spirit of God. I was able to go into à dimension that was off limits to the*



*FBI. I called it the Church Version of The Robert Mueller Report.*

*I published and Copyrighted it in 2019, however, the documentation would begin in 2016. I put it in book form, and*

filed it with the United States Copyright Office under the ISBN 978-0-578-54586-8. I did not distribute it, but I put it on ice to wait for those prophetic words regarding the 47th Problem to come to pass. The Book is titled **"SEE SQUARE—RED SQUARE"**, and it is subtitled, **"THE 47th PROBLEM OF ELECTION 2016"** which occurred on November 8, 2016.

Four days later on Saturday, November 12, 2016, the Freemasons held a day of celebration which they called "Scottish Rite Day". The celebration emblem featured Russia's National Seal which is their double-eagles with one having his head looking eastward , and the other one looking westward. Freemasons who have taken the   Death Oath known as the "Obligation", are required to remain loyal by silence. Those who are not Freemasons do not have the slightest clue. I documented all of this in my 250 page book and kept it on ice for this moment. How they were able to do it lies beyond the understanding of man. Nevertheless, the LORD has warned me some three years earlier, that President Barack Obama would be the last elected U.S. President. I took this to mean that President Obama would remain in office after the expiration of his four year term.

I learned later that the LORD had not only spoken to me, but He had also spoken to others saying these same words. We all apparently failed to listen to the two key **words in the LORD's warning** which were  the words **"LAST ELECTED".** After Donald Trump took office, I returned to the LORD and inquired

*reminding Him of what I understood as President Obama being the last President. He simply replied with a question saying, "What Are The Consequences"? Those Consequences are seen now after Magician Freemasons attempted, but failed by the Power of God to repeat in 2020 what they did in 2016. Typically Freemasons who use Wizards, and Magicians, do not fail. Like Houdini, they are Masters of their Crafts, and are*



SCOTTISH RITE BLOG

*Harry Houdini, the Masonic Magician*

*called Master Masons. Donald Trump and Masonic GOP leaders are unable to say why they believe their Candidate won in 2020 because they would be admitting to Election Fraud. Instead, they know that in Order for them to have not prevailed, that something underhanded had taken place. The attempted seizure of voting machines in Fulton County, Georgia, and other Battleground States, were to see if forensic analysis could provide answers to the 47th Problem. Their search was tantamount to an attempt to find the second half of the woman who was cut into two equal parts by deft hands of a Masonic Magician such as Illusionist Harry Houdini. Houdini was born on March 24, 1884,*

*in Budapest, Hungary as Eric Weiss to a Jewish family. His father accepted a job as a rabbi and moved the family of five boys to Appleton, Wisconsin. According to a blog at the Scottish Rite website, Houdini is among a cohort of Masonic magicians like Harry Keller, Howard Thurston, and Harry Blackstone.*

*Perhaps the best way to illustrate what happened on Election Day in 2016, and in 2020, is to turn to the book of Exodus when God sent Moses and Aaron before Pharaoh with a Rod. When Moses stretched forth his Rod and brought forth the plague of frogs across the land of Egypt, Pharaoh called his Magicians and they did so with their Rod. Pharaoh was certain that if they did it once, twice, and three times without fail, that they could do it again, and again without fail. But when the LORD had Moses and Aaron to stretch forth their Rod and bring Lice upon the land, and Pharaoh instructed his Magicians to do likewise, the Magicians failed this time just as the GOP Magicians failed in 2020. After failing to bring lice upon the land of Egypt like the Rod of Moses, and Aaron had done, the Egyptian Magicians knew that their failure could only be attributed to the invisible hands of the LORD. God's hands were more powerful than the Grand Dragon. Elon Musk would name his Space capsule after the title of the Head of the Ku Klux Klan. The Grand Dragon wasn't able to repeat his craft in the 2020 Presidential Election which has created the 47th Problem.*

*Exodus 8: (16) And the LORD said unto Moses, Say unto Aaron, Stretch out thy rod, and smite the dust of the land,*



*that it may become lice throughout all the land of Egypt.(17) And they did so: for Aaron stretched out his hand with his rod, and smite the dust of the earth, and it became lice in man, and in beast;   all the dust of the land became lice throughout all the land of Egypt.*

*    (18) And the Magicians did so with their enchantments to bring forth lice, but they could not: so there were lice upon man, and upon beast.(19) Then the Magicians said unto Pharaoh, This is the finger  of God:  And Pharaoh's heart*

*was hardened, and he hearkened not unto them; as the LORD had said. This Biblical scenario is just one way of explaining what happened in 2016, failed in 2020 when an*



*attempt was made   by the Freemason Magicians to repeat what was done in 2016.*

The Liberation of Israel from Egyptian slavery would come at the end of 430 Years when the 22nd Hebrew letter Taw (X) was put over the doorposts of the Hebrews with the blood of the Lamb. It is the same Red Mark which appears on Confederate flags which

| | |
|---|---|
| 22. | Why is modern Freemasonry termed Speculative?................... |
| 23. | Why is the Hebrew language of the greatest importance in Freemasonry? ................................................................. |
| 24. | By what name were Masons anciently known?........................... |

has a Hebrew Numerical value of 400.   The richest man in the world has cleverly chosen this emblem for all his major

businesses including Tesla, to deliver an antisemitic message to millions of his Antisemitic followers worldwide.

This 22nd Hebrew alphabet  X is the new logo for Twitter.  It sends a secret message  to an International Antisemitic Network which Carries the imported stench of South Africa's years of Apartheid that has festered within the souls of millions. According to an investigation and recent study published by the Washington Post, antisemitic tweets  have soared on Twitter since Elon Musk's acquisition . This alphabet is used by the Freemasons to symbolize what they call the greater words spoken in Freemasonry. You will learn from the analytical contents of this

22. To distinguish it as a system of Speculative or Contemplative science from an Operative art.
23. Because this alphabet, with its numerical values, is the key to the greater number of words employed in Masonry as well as the mysteries of the Bible.
24. Long before the building of King Solomon's Temple, Masons were known as the "Sons of Light."

400 page book, that this Hebrew letter is fixed on all 33rd Degree Masonic emblems, and it is the cross sword of the NRA which formed in 1871 shortly after the Civil War, and the end of slavery. One of  My final illustrations for this extended Introduction are excerpts taken from **General Test Three, and Question and Answer 23. It ask "Why is the Hebrew language of the greatest importance in Freemasonry?  Answer: Because this alphabet, with its numerical values, is the key to the greater**

*number of words employed in Masonry as well as the mysteries of the Bible.*

One of those mysteries of the Bible is when the Dragon is let out of his prison, and he goes up on the breath of the Earth to encompass the camp of the Saints during the Rapture. The Rapture has already begun, but it cannot be discerned by carnal means. The Bible says in **Revelation 20: 7-10 that fire will come down from Heaven and destroy them.**



Elon Musk became a U.S. citizen in 2002. Musk was born in segregated South Africa and he prides his intellectual prowess, and the hidden secrets behind his use of the Hebrew letter Taw X. It seems that when his Star Ship X reaches a certain altitude



where pass victims of Apartheid dwells in the clouds, that his Spacecraft explodes by colliding with the angelic fist of Nelson Mandela, and Black voices of victory sounds like the noise of thunder in the Heavens . The first purpose of the Dragon SpaceX, and Russia's International Space Station, is preparation for the Rapture, and to spy on the Holy City. The LORD has already prepared a place up on the breath of the Earth which His angels



call the Golden City.   It is the camp for the Saints where they are being moved out of harms way during the Great Tribulation.

There are apartments, Townhouses, and many Mansions that have been prepared for the raptured Saints. Who will believe our Report?   *(John 14: 2-7).   (2) In my Father's house are many mansions: if it were not so, I would have told you. I go to prepare a place for you.   (3) And if I go and prepare a place for you, I will come again, and receive you unto myself; that*

*__where I am, there ye may be also.__ Having your name on a Church role as a Church member does not guarantee you a place of refuge during tribulation which has already begun in many parts of the Earth such as Ukraine, Sudan, Gaza, and many others as well. It is strictly for those without spot or wrinkles. White Supremacy is mentioned in the Bible as the Great White*



*Throne Judgment which is symbolized in the Earth by the Lincoln Memorial where Lincoln sits on a white throne signaling by symbolism the consequences of White Supremacy. That judgment likewise has already begun.__Revelation 20: (8) And they went up on the breadth of the earth, and compassed the camp of the saints about, and__*

*__the beloved city, and fire came down from God out of heaven, and destroyed them.__*

*The preparation of this book, and those that are connected has taken nearly 30 years beginning in Moscow, Russia after the fall and collapse of the Soviet Union.   You will see from it's contents, that some of the most powerful men in the world have risen up against the LORD, and His elect who shall reign with Him in His earthly kingdom. They know the Signs of The Time. That is*



*the reason that this Hebrew letter is called a Time Sign. It measures a time period of 400 years from the date that the first Hebrew slaves arrived in Jamestown, Virginia on August 20, 1619. The South African Industrialist Elon Musk uses the same Hebrew letter found etched  in the skin of a dusty brick at the Levi Jordan Plantation to deliver his antisemitic messages globally. Nevertheless, there is one thing which binds Non-Black Jews, and Gentiles together; That is, they must keep Black Jews ignorant of*

their identity, and they must not do anything that lends credibility to Christianity, and undermine Judaism, and Islam.

Musk Black and White Twitter cross says thousands of secret words. A picture of it is worth more than a thousand words.

This book is prepared in a textbook format so that it is easy to use as a teaching tool. These expanded Forewords were necessary so that a complex subject, can have that complexity diluted to a level making this drink easier too swallow without drowning the reader. The Professors at Colleges, and Universities who were involved with the Levi Jordan Plantation, some who were non-Black Jews, chose the German word Juden in their thesis, and other scholastic texts to shield the Jewish identity of Black enslaved Jews. The German text



"*ACHTUNG JUDEN*" on this poster which appeared on a CNN report on Antisemitism, means "*ATTENTION JEWS—DEATH*". The time period for that Death is concealed in the Hebrew Numerical value of this 22nd Hebrew letter Taw (X) which decorates Confederate Flags. It has a value of 400, and this X is a symbol of the unknown in Algebraic Equations. As it is taught in Freemasonry, it is indeed the key to the mysteries of the Bible.

*The hidden power mentioned in David Bruner's thesis, is the power and wealth promised by God in Genesis 15:12-14 after the 400 years are over. It is the prayers of Antisemitics, that ignorance, unbelief, and Death destroy all possibilities of relinquishing such power from the haves to the have nots who suffered 400 years of affliction.*

*In this photo, University of Houston Antropoligist Dr. Kenneth Brown stands at what they call the Lizzie Johnson Juden*



**LEVI JORDAN PLANTATION PROJECT, (JUDEN CEMETERY) BRAZORIA, TEXAS**

http://www.webarchaeology.com/html/BrunrSHA.htm

Lizzie Johnson's Gravestone at the Juden Cemetery

**Levi Jordan Plantation**

**Hidden Power: Burial Practices from an African-American Slave and Tenant Community**

by David Bruner

*Cemetery at the Levi Jordan Plantation. It is highly unlikely that those enslaved tenants who had not been to school, and did not know how to read nor write, knew the meaning of the word Juden. It is apparent, that their descendants who today are educated, and well learned, do not know the meaning of this*

term. It was all hidden behind the Time Sign which concealed a plot to do destroy the Black Jews at the end of those 400 years by a virus developed in Wuhan, China. Keep in mind that this 22nd Hebrew letter is called Chi (X) in the Greek language.  Chi is the root word of China, and it's the 22nd Greek letter  which has a value of 60 in Greek Numerology, and a value of 6 in Pythagorean Numerology represented by the **NA added as a suffix to CHI**. In other words; N=**5, and A=1. One plus five equals six (1+5=6).** It is the symbolism of XXX in the Pythagorean Numerology Chart.

It is important to know that since this 22nd Hebrew letter is used to write the word **"WUHAN",** that **WUHAN**  would therefore have a Pythagorean Numerical value of 22 which is calculated as follows: <u>**W=5, U=3, H=8, A=1, N=5:  Therefore, 5+3+8+1+5 Equals 22.**</u>  Please Remember,  that 22 and 11 are not reduced to single digits under the rules of Pythagorean Numerology. You will see from the contents of this book, that 22 as in 322, is one of the key components of the code which unlocks the mysteries of the Bible, and usher in the Throne of David. David shall reign as king for ever with the Lord Jesus. The name **DAVID therefore has a Pythagorean Numerical value of 22.**

<u>**D=4, A=1, V=4, I=9, D=4:  Therefore,  4+1+4+9+4 Equals 22.**</u>

Among the artifacts discovered at the Levi Jordan Plantation were items with the Star of David etched thereon. The Star of

*David is created by interlacing two equilateral Delta triangles to create a 6-pointed Star. Delta is the 4th Greek letter which has a Greek Numerical value of 4. When the two are interlaced, they then represents the number 44 for America's 44th President. The Star of David as a six-pointed star is hidden with a five-pointed star on the Presidential Medal of Freedom. The symbolism interpretation means that God shall raise up King David in the person of the USA 44th President who would be the last elected President, and Donald Trump would be the 1st unelected President. The Freemasons created a special Website Address for this mystery at www.Code 144.com . They appear to have discontinued the website after I deciphered their Code 144. Again, the number 1 was for Donald Trump who would be the 1st unelected President, and President Obama who would be the 44th and the last elected President. In the Robert Mueller Report he strangely referred to Donald Trump as Individual One.*

*The centerpiece of the Freemasons website at Code 144.com was a famous 15th century engraving by German Renaissance master artist Albrecht Durer titled MELENCOLIA 1, ALBRECHT DURER 1514. The engraving is now at the National Museum of Art. For more than 500 years this engraving has mystified Art experts who have wrestled in vain in an attempt to unlock its meaning. There are several main parts of the engraving that are most significant. The first is the word Melencolia 1 which is also called "Black Bile". This is a medical*

*term, and it suggests some type of virus is the main focus of the engraving.  The second figure is a bat. Some Researchers believe that the Coronavirus was spread by bats at a Wet Market in Wuhan, China.  The third is the four square magical square whereby each square is numbered 1-16 representing the 16 slave States of the USA. This four square is taken from one of  the three squares of Euclid's 47th Problem. This has been illustrated as an Ancient map of the United States. Inside Durer's*



*engraving is depicted an angel of color. The magical four square is fixed on the wall, and the bat lies on the floor. All of these and other items in the engraved masterpiece points to what will*



*happen at the end of the 400 years. It is a prophesy in art form having a deadly message that is now being fulfilled. The Freemasons on their Code 144. Com website, put a red Hebrew Taw (X) inside the Magical Four Square which has a Hebrew Numerical value of 400. The Magical Square indicates among other things the role   Masonic Magicians will play creating the biological weapon to destroy the Black Jews at the end of the 400 years. This page depicts the four square, with the 22nd Hebrew letter Taw (X) fixed therein with code 144 entered on the lower right.  This code 144.com website has since been  removed.*





Cotton Is King - Plantation Scene With Pi...

*Jeremiah 30: (7) Alas! For that day is great, so that none is like it: it is even the time of Jacob's trouble; but he shall be saved out of it. (8) For It shall come to pass in that day, saith the LORD of hosts, that I will break his yoke from off thy neck, and will burst thy bonds, and strangers shall no more serve themselves of him.*

*(9) But they shall serve the LORD their God, and David their king, whom I will raise up unto them.*

I have written in this book, and published in my first book, how the angel of the LORD spoke unto me in a Dream on **September 11, 1999, showing me the coming of the September 11, 2001 Terror attacks on the World Trade Towers, and the Pentagon.** Some critics said to me, "Then why did you not warn the government"? As Prophets, we know in part, and therefore we prophesy in part. Nevertheless, I also saw the global man-made Coronavirus Pandemic coming as Disease Taw (X). This time I notified not just the government, but I also would notify the media and others. I sent my notices to 14 representatives which included members of Congress, News Organizations, and also the United States Olympic Committee. Olympic athletes were targets because attendees from all over the world would be there to help take the virus globally.

My notices were sent by **U.S. Certified Mail On November 21, 2019 just two Months before the virus was released in Wuhan, China.** The contents of my notice were comprehensive to the extent that a fifth Grader with a minimum IQ could read and comprehend it as a credible warning. The warning was based on scientific evidence by using the symbolic language that was developed mainly by Freemasons over a period of more than four hundred years, and the warning was reinforced and fortified with Biblical references in the event that there were among the recipients those who were Spiritually capable of understanding it.

*C H A P T E R  T W O*

*EVIDENCE OF THE NOVEMBER 21, 2019 TWO MONTHS CERTIFIED WARNING GIVEN ON THE COMING GLOBAL*



*CORONAVIRUS PANDEMIC AND THEIR CRIMINAL RESPONSE. THIS PAGE CONTAINS ALL CERTIFIED MAIL RECIPIENTS. THIS SECTION TWO WILL SHOW HOW MAIL FRAUD WAS EMPLOYED HOPING THERE WOULD BE NO EVIDENCE OF SUCH NOTICES.*

It was paramount that my cover letter depicted the Greek Orthodox form of the Hebrew letter Taw (X) which was the name the World Health Organization gave the coming virus decades before it arrived. This Greek Orthodox Cross is the emblem fixed on Freemasonry's Secret Organization known as **"ORDER OF THE RED CROSS"**. I am reconstructing a page-by-page picture



of my notice sent to the 14 recipients on November 21, 2019. On the right is the Washington Post certification who would work in Concert with the United States Postal Service and falsely claim that my correspondence to the Executive Editor of the Washington Post was lost in the mail. The cost of mailing the comprehensive documents were about $22.75 as shown on the receipt. The Postal Service would refund only $3.50 of that amount, apparently so that there would be no evidence that

would connect my refund to the documents sent to the Post, and others warning them of a global pandemic on the way.

My reasons for contacting, and notifying the U.S. Olympic Committee was because inside the logo created for the 2020 Olympics was a code for vengeance against the Jews for the atomic bomb named "Little Boy" that was dropped on Hiroshima , Japan on August 6, 1945.  It was the Jewish Theoretical Physicist Albert Einstein whose theory of relativity led to the development of the atom bomb. The Olympic Games were scheduled to be held in Japan on the 75ft Anniversary of that dreadful day in 1945.  The games were subsequently cancelled,



and the trembling lips of the Committee were put on mute while the whole Earth went into lockdown. Later a foreign Magazine unwittingly confirmed my report, and they would shine an unwelcome spotlight on the clever logo which depicted it as the

Coronavirus. This forced the Committee to threaten a lawsuit against the Magazine to have the Magazine to retract its publication of the so called Parody. A tremendous amount of historic knowledge and artistic skill were required to create this disturbing, and instructive artwork. The year 2020 was used as a clever method of expressing these 400 years to those who were in-the-know by being a central part of the Confederacy. Twenty Times Twenty which is 400 was referred to as 2020. Novelists like Dean Koontz, and Sylvan Browne who wrote about the virus in their Best Selling Books decades before it arrived , pretended to have prophetic 20/20 visions. For those with understanding, these 400 years were all written in Genesis 15:12-14, and the Gentiles' Confederate Flag ensign was written in **Isaiah 11:12.**

The cover letter of my November 21, 2019 letter had four names. The first name was Representative Michael McCaul who is my Congressman representing the 10th Congressional District of Texas. The other three were Representatives Adam Schiff, Nancy Pelosi, and Al Green of Texas. My cover had Freemasonry's **"Order Of The Red Cross emblem,** and this exact following caption which referred to the subject of my correspondence.

**RE: INSTRUCTIONS FOR 2020 GLOBAL HOLOCAUST INTERCEPTED AND DECIPHERED: WHY CONGRESSIONAL ACTION WARRANTED AND PROMPT NOTIFICATION TO U.S.A. OLYMPICS COMMITTEE IS ESSENTIAL.**

———————————————————————————

*FOR IMMEDIATE DISTRIBUTION 11/22/2019*

*The additional ten recipients of my correspondence were, Daniel Dovtoroff, CEO, Bloomberg L.P., NAACP Washington Bureau, MSNBC Rachel Maddow, USA Holocaust Museum, Don Lemon CNN, Dana Bash CNN Congressional Correspondent, USA Olympic Committee, Tom Perez Democratic National Committee, Gloria Borger CNN, and the Washington Post.*

*Why the Washington Post? Here is why; It is simply foolish to think that God who promised to send His Messenger to speak to the Nations in the last days, and that He would not give these Kings whom He has established, a safe and secure method by which they could distinguish His Messenger from the many impostors that He said would rise up. That secure message is the same security system that is used by banks, and other institutions to safeguard private , and sensitive information of their customers . It is a Username and password. God gave me a Password which is hidden in multiple, and secure places along with my Username which is cleverly hidden openly on Ellis Island in the Statue of Liberty. My password is also hidden in what the Bible calls a white stone. It is the stone that Dr. Martin Luther King called "The Stone of Hope". This white stone which by the same mysterious powers of God that empowered the Anglo Saxons; is the **George Washington Monument.** This stone was*

*appropriately nicknamed* **"THE WASHINGTON POST"** *by its Founder Stilson Hutchins in 1877.*

*It was in 1877 that the stone from which the Washington monument was measured, and patterned from, was moved from*



*the entry to Pharaoh's House in Egypt, to the Banks of London's Thames River. It was positioned close to Greenwich where the Prime Meridian runs through London at approximately Zero degrees, zero minutes, and zero seconds. This is because God used this stone to measure the Earth At Creation, and my Password is hidden inside that Stone as God's Witness to Creation. It is my token, and it was Moses' token. It would become the coronation stone for the Kings and Queens of England for which it acquired the Biblical name "White Stone", and the world calls it* **"THE STONE OF DESTINY".** *This stone is one of two which stood before the entry to Pharaoh's House during and*

*after the days of Moses. The Washington Post Newspaper was established simultaneously with this stone being moved from Egypt to the banks of London's Thames River. Its twin was moved in 1880 by the Freemasons to New York Central Park where it remains standing   until this day. The stone measures exactly*



A2 | Tuesday, February 17, 2015 | Houston Chronicle | HoustonChronicle.com and chron.com  ★ ★

**NATION | WORLD | NEWSMAKERS**

## Washington Monument measures shorter

By Michael Muskal
LOS ANGELES TIMES

Patriots stood tall for America on Monday in celebration of George Washington's birthday. But the monument that bears his name measured about 10 inches smaller than had been thought.

The latest measurements of the Washington Monument were announced on Monday by U.S. officials, in time for Presidents Day, the holiday commemorating the birth of Washington,

Abraham Lincoln, whose birthday is on Feb. 12, and the institution of the presidency.

The Washington Monument has been re-measured and found to be shorter, mainly because the original measuring points have changed and, in part, because of the greater accuracy of modern devices.

"The building has absolutely not shrunk," Mike Litterst, a spokesman for the National Park Service, told the Los Angeles Times. "It's a new mea-

surement with new techniques and a new starting point."

The Washington Monument juts into the skies of Washington, D.C., and was originally measured by Lt. Col. Thomas Casey in 1884. It was found then to be 555 feet, 5⅛ inches.

The latest measurement, however, found the marble obelisk to be 554 feet, 7¹¹⁄₃₂ inches as measured from the main entrance to the top.

The original measurement had been confirmed by other measurements,

including one in 1999. But modern international standards from the Council of Tall Buildings and Urban Habitat, the keepers of the official guidelines for measuring buildings, in 2014 called for a different base point than what once was used.

The latest measurement was done while the monument was still recovering from a 2011 earthquake. Earlier survey results showed the monument did not sink any further into the ground as a result of the 5.8-magnitude quake.

**69.375 feet tall,** *and the Washington Monument was measured 8 times their height to reach exactly* **555 Feet** *over our Nation's Capital. These 555 feet would represent the number of my birth name* **Willie Herman Ellis** *by applying the rules of Pythagorean Numerology. In other words 5+5+5 Equals 15, and 1+5 Equals 6 which is the number of my name. If the monument was taller, or lower than 555 feet, then  it would effectively erase my name from it. On February 6, 2014, I published Newspaper open letters with two full page advertisements in two separate newspapers to both*

*U.S. Houses of Representatives. I mentioned the Washington Monument as being the Biblical white stone which confirmed my identity. Immediately certain members of Congress in collusion with other authorities, moved quickly to change the official height of the Washington monument.*

*Their criminal move would also require a chain reaction*

## New official height for the Washington Monument: 554 feet, 7 and 11/32nd inches

FEBRUARY 16, 2015 BY DAN TAYLOR — LEAVE A COMMENT



**The monument is now officially 10 inches shorter -- not because of any actual shrinkage, but because building measurement standards have changed in the 130 years since the Washington Monument was first measured.**

*making additional criminal activities necessary so that my identity, and the true identity of Jews of color, would forever in their opinion be undermined as God chosen Messenger, and people. Some, not all, would move quickly to select their own Messenger, Donald Trump. Trump would be their choice to rebuild God's Temple. Donald Trump would announce his candidacy for President of the United States just a few months after the official height of the Washington Monument was*

*officially changed. This change meant that they would also need to steal the money which God provided me for the Temple Construction. Otherwise, there would be a visible conflict with a Temple being built in Jerusalem, and another being built in Texas, USA. The whole world would be asking questions for which they would not have legitimate answers. Therefore, they decided to apply the* **"DEFUND THE POLICE DOCTRINE"; and conspired with WellsFargo and Compass Banks, and other financial institutions where I had banking, or business relationships. They knew I could not build unless I had money, and lots of it.**

*It is soon that the world shall understand all that is going on in Israel regarding its war with Hamas that was triggered by what Hamas called* ***"Operation Al Aqsa Storm".*** *After the Washington Monument was made officially shorter, those who conceived what they considered as being a brilliant idea, needed some method to boast of their*



*accomplishments through a medium controlled by the Freemasons. They chose TIME MAGAZINE who used their choice for building the Temple standing by à Washington Monument that had been made shorter preparing him to replace me for*



*building God's Temple. To do this, they would needed to destroy*
*the Palestinian peoples who are the oppositions.*

The official height used publicly for these two twin Egyptian obelisks moved from Egypt to the United Kingdom, and New York Central Park is 69 feet. This height of 6 plus 9 equals 15 which is reduced to a single digit of 6 which writes my name figuratively in both stones as written in Revelation 2:17. This 6 matches the 555 feet height of the Washington Monument because it is the pattern from which the Washington Monument was constructed. It was not practical to place this stone beneath the Queen and King's Coronation Chair in Westminster Abbey;

**Pythagorean Numerology**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| A | B | C | D | E | F | G | H | I |
| J | K | L | M | N | O | P | Q | R |
| S | T | U | V | W | X | Y | Z |   |

**AN ILLUSTRATION OF THE OLD TESTAMENT BIBLE CODE OF 6**

The number of my name is calculated as follows.

WILLIE HERMAN ELLIS: W=6, I=9, L=3, L=3, I=9, E=5, H=8, E=5, R=9, M=4, A=1, N=5, E=5, L=3, L=3, I=9, S=1: Therefore, 6+9+3+3+9+5+8+5+9+4+1+5+5+3+3+9+1=87. 8+7 = 15, 1+5 equals 6.

| Genesis | 1 | Numbers | 4 | Judges | 7 |
|---|---|---|---|---|---|
| Exodus | 2 | Deuteronomy | 5 | Ruth | 8 |
| Leviticus | 3 | Joshua | 6 | 1 Samuel | 9 |
| Total | 6 | Total | 15 | Total  24 = 2 + 4 = 6 | |
| | | | 5 + 1 = 6 | | |

| 2 Samuel | 10 | 1 Chron | 13 | Nehemiah | 16 |
|---|---|---|---|---|---|
| 1 Kings | 11 | 2 Chron | 14 | Esther | 17 |
| 2 Kings | 12 | Ezra | 15 | Job | 18 |
| Total | 33 | Total | 42 | Total | 51 |
| | 3 + 3 = 6 | | 4 + 2 = 6 | | 5 + 1 = 6 |

so they used what is called a "Shamrock" to keep the true stone hidden.  That is the Stone of Destiny.  The Destiny of Queen Elizabeth II at the age of 96 was hidden inside the Stone's height by applying the rules of Pythagorean Numerology to her age of 96 when she transitioned. The Pythagorean Numerical value of 96 is the same as 69 which is 15 reduced to a single digit of 6. This 6 when used in

| | | | | | | |
|---|---|---|---|---|---|---|
| Psalms | 19 | S of S | 22 | Lament. | 25 | |
| Proverbs | 20 | Isaiah | 23 | Ezekiel | 26 | |
| Eccl. | 21 | Jeremiah | 24 | Daniel | 27 | |
| Total | 60 = 6+0=6 | Total | 69 = 6+9= 15  (1+5=6) | Total  78 = 7+8=15  1+5=6 | | |
| Hosea | 28 | Obadiah | 31 | Nahum | 34 | |
| Joel | 29 | Jonah | 32 | Habak | 35 | |
| Amos | 30 | Micah | 33 | Zephan. | 36 | |
| Total | 87 + 8+7=15  1+5=6 | Total | 96= 9+6=15  1+5=6 | Total  105 = 1+0+5 =6 | | |
| Haggi | 37 | | | | | |
| Zecha. | 38 | | | | | |
| Malachi | 39 | | | | | |
| Total | 114 = 1+1+4=6 | | | | | |

**conjunction with the 22nd Hebrew Taw (X) is the key which unseals the Bible where my Password was sealed using the 3/22 format for the 66 books of the Bible as in this illustration. It is just one of the mysteries behind the 322 associated with Yale University's Skull and Bones Fraternity where this 22nd Hebrew letter is clutched between the teeth of their skull and crossbones emblem.**

*This was only the very tip of the iceberg that was floating with the uncommon knowledge which God has given unto me that I may come forth and build His Temple. This is what the Washington Post was attempting to hide working in concert with others using Mail and other types of Fraud as part of their campaign to keep my Jewish identity, and that of my people hidden.*

*Stilson Hutchins the Founder of the broadsheet newspaper The Washington Post, was a Southern sympathizer, and an outspoken racist against African Americans, Asian Americans, and immigrants. On April 5, 1863, exactly four months after Lincoln signed the emancipation Proclamation, Hutchins as acting editor decided to print the following in an editorial in his own words which would deepen the paper's anti black stance even further:*

*"Who wants to vote (XXX)-emancipation ticket? Who wants Iowa covered with indolent blacks?   Answer at the polls".*

*It seems that the blatant action taken against me is a continuation of the Post efforts to keep the Spirit of Stilson Hutchins alive. It is recorded in News archives , that in 1919, The Washington Post probably hit the wall with its reporting of a black male who raped a white woman. This lead in part to what would become known as the 1919 Washington Race Riots.*

*African Americans were targeted themselves, their homes and their businesses. African Americans would fight back and when it was all over there were several white and  black deaths.*

*This artifice to change the dimensions of the Washington Monument in their efforts to undermine my identity, and my authority to rebuild God's Temple, suggests that they would also scheme to cut off the funds which God appropriated by a mystery to rebuild His Temple. This method of funding is one of the biggest secrets kept by the Royal Families of Saudi Arabia where Islam was founded. The money for building the millennium Temple would come from an ancient levy of tribute which King Solomon placed on all the Arab Nations surrounding Jerusalem after the first Temple was build. The levy continues to this day. It was a Divine levy enforced by the Spirit of  God, and hidden among the deepest secrets of the Royal Family of Saudi Arabia. In*

*the days of Solomon the Arabs were called Amorites, Hittites, Perizzites, Hivites, and Jebusites.   The following is the Biblical record of the Levy which is collected by Saudi Arabia until this day to build the Christian Order of the Millennium Temple for which God has chosen me to do.*

*1 Kings 9: (15) And this is the reason of the levy which King Solomon raised; for to build the house of the LORD, and his own house, and Milo, and the walls of Jerusalem.*

*(20) And all the People that were left of the Amorites, Hittites, Perizzites, Hivites, and Jebusites, which were not of the children of Israel.   (21) Their children that were left after them in the land, whom the children of Israel also were not able utterly destroy, upon those did Solomon levy a tribute of bondservice unto this day.*

acking Details

| Tracking Details for 210572 | |
|---|---|
| rms Deposited: | Diplomatic Trunk, estimated value $US 22.500.000.00 ( TWENTY TWO MILLION FIVE HUNDRED THOUSAND UNITED STATES DOLLARS ONLY) |
| me Of Depositor: | SHEIKH KHALID AL-TUWAURI |
| ext of Kin: | ELLIS WILLIE HERMAN |
| te of Deposit: | 18/01/2018 |
| positor Address: | SAUDI ARABIA |

| elivery Information | |
|---|---|
| estination Address: | USA |
| estination Country: | USA |
| ceiver Phone Number: | 832-771-0115 |
| timated Delivery Date: | New date |

| hipment Progress: | | |
|---|---|---|
| Location | Date | Activity |
| ANTMAX ECURITY ULT ADRID | 05/07/2023 | Trunk returned back to our SECURITY Vault MADRID, fees paid by the Company to Authorities in UK awaits beneficiary settling outstanding and further instructions to BANK Transfer only Payment instruction. Bank Name: Caixabank Account Name: Raúl Ramos Avendaño IBAN: ES63 2100 5843 7701 0007 4755 Swift:CAIXESBBXXX ADRESS: 28300 ARANJUEZ MADRID |

g out

*This levy is a very secretive and sophisticated operation which very few may be privy to its operation because it functions primarily in the Spiritual realm. The deposit certificate attached hereto is evidence of Temple funds which the Saudi Government has attempted to deliver to me. However , an International Network of Anti-Black Semitics are using a multiplicity of fraudulent schemes to block my access to these funds. This is just a small part of the Confederate Flag symbolism which they call Wuhan-400.    Among those schemes they employed are instructing banks such as BBVA COMPASS BANK of Spain, WellsFargo of USA, and Spain's Caixabank among others to use*



deception to charge me bogus fees to gain access to my funds and do not release the funds after those bogus fees are paid. I did not understand that the LORD was permitting them to do so that they may become entangled in their deception, and subsequently be both exposed, and punished. As of the date of this publication, those fees have reached approximately $60,000. This shipping crate is alleged to hold the Diplomatic Trunk containing $22,500,000 sent by the Saudi government to me for rebuilding the Christian Order of God's Temple. This Trunk was returned to the vaults of Bantmax Securities of Madrid, Spain after one of their fraud artifices fell apart at London's Heathrow Airport in February 2023.

   I discovered that Saudi Arabia had known of me since around late 1998 or early 1999 . It was about that time when an Aramco Oil Executive was sent to my Missouri City Texas home to purchased some fine art, and furniture from my moving sell. His motive did not at that time appear to be hostile. The family victims of 9/11 after being stonewalled by Congress for nearly 20 years, were finally allowed to proceed with a lawsuit against the Saudi Government for the role they played in the 9/11 Terror attacks. That suit is



*currently being played out in the Thurgood Marshall Federal Courthouse in Manhattan with very little if any public notice.*

*On March 3, 2020, I contacted the South Carolina law firm of Motley and Rice with compelling evidence of Freemasonry's Al Kader Shriners complicity in the 9/11 Terror attacks. The actual name for the Shriners is* ***"Ancient Arabic Order Of Nobles Of The Mystic Shrine".*** *After I discovered them and their Arab connections in the 9/11 Terror attacks, they then changed their Name in 2010 to Shriners International. For the 9/11 Terror the Al Kader Shriners would change their name to Al Qaeda where their "Q" was not followed by "U".*



*There are those who oppose my work who believes that I will not be able to show my entitlement to this secret and ancient Arab fund for rebuilding God's Temple; and as a result, this they hope*

would make the fund subject to confiscation. Some may be unaware that this fund cannot be claimed by any other human. Its Divine origin makes confiscation virtually impossible.

After sending this to Motley Rice Parter Jodi Westbrook Flowers, the LORD instructed me to send another comprehensive 9/11 document to the newly elected Manhattan District Attorney Alvin Braggs on or about January 2021 as the Coronavirus was wrecking havoc around the world. I created a special website to keep all related documents at insurrectJanusVI.Com. The LORD spoke unto me saying, **"Send these seeds to the Manhattan District Attorney"**.  I imagine the LORD used the word **"seeds"** because it would take this plant a little longer to be able to grow and bare fruit for the day of Harvest .   I did as the LORD instructed me, but I was under the impression that Cyrus Vance was still the District Attorney for Manhattan, and I was unaware that a new DA had been elected, and was waiting to be sworn into his new position. I would learn later that the newly elected Manhattan District Attorney was chosen by God for a noble task that was now about to unfold. It was all set to happen after the end of 400 years of allocation of Judah when God said that He would judge that Nation whom we served, **(Genesis 15: 12-13)**.



## CHAPTER THREE
### Saudi Arabia Sends Me Diplomatic Cash

*I was Contacted by the Late King Abdullah's Former Chief Of his Royal Court Almost immediately after I sent my correspondence to the Manhattan District Attorney. I received an*



*email from Sheikh Khalid Al-Tuwaijri who was unaware that the **number 6 Ruler** of the Saudi Government had brought him and his predecessor father to power exclusively for this purpose.*

*Sheikh Khalid was the highest ranking non-Prince, and he was Secular. His Secularism made him the perfect candidate for this covert operation. It was all put in place significantly by the* **SIXTH** *King of the Saudi Kingdom perhaps decades before. Like King* **George VI,** *the father of Queen Elizabeth II who died* **February 6, 1952, 322 and and my Password 6 are keys** *which unlocks many doors when used properly. The Manhattan DA would have jurisdiction over the 9/11 Terror Attacks provided however it did not violate Federal jurisdiction which it did. What the DA did with the documents which I sent him I do not know. What I do know is that after receiving them, that indictments would be handed down against one of the most powerful political figures in the world who was the epicenter of my Sworn Affidavit. Sheik Khalid was westernized and he attended the University of Houston. He had no knowledge that he was being used by the Kingdom for a task which no practicing Moslem could be entrusted to undertake. It was a task that confirms Jesus as the Messiah, and also the Son of the True and Living God. Moreover, and that God's millennium Temple would be built in the New World. Bringing such news to Islam would effectively overthrow both it and also Judaism. Therefore for many centuries the Ancient Arabia Nobles of The Mystic Shrine, and all of Freemasonry, adopted a Doctrine of silence called* **"AUDi-VICI-TACE.** *When translated from Latin to English it means* **"Hear, See, and be Silent".** *To do otherwise would overthrow both*

Islam, and Judaism.   The overthrow and fall of these Kingdoms when the time comes to rebuild God's Temple is found in God's message to the Prophet Haggai whom he ordered to speak to Prince Zerubbabel. Zerubbabel has been raised up to rebuild God's Temple, and who is a better King to confirm this other than Vladimir Putin of Russia.   In   my written   Prophetic warning dated December 8, 1999, I gave the U.S. government a three week notice that God was setting up an evil King in Russia on or before **January 1, 2000.** I filed my warning in a 52 page affidavit with the United States District Court for the Southern District of Texas at Houston.  Putin would come to power on the exact date just as God had promised. It caught western intelligence agencies by surprise. He and Donald Trump have not been chosen to build God's Temple, but they have been loosed by the Beast to create Chaos to enforce the rebuilding of God's Temple by executing what is **"EZEKIEL 9:11 ORDER OF THE RED CROSS".**   That Order is fixed on the 33rd Degree emblem of Freemasonry where it is accompanied by the Hebrew Time sign Taw (X) with the Latin phrase "Ordo ab Cahos". The translation to English is **"Order Out Of Chaos".** That Chaos is playing out now in Ukraine, Gaza, and is spreading **throughout the Middle East.** The Order is based on Ezekiel 9:1-11 which appears to call for the complete destruction of Israel. This Order is currently enforced by Putin invasion of UKRAINE that is governed by its  Jewish  6th President Vladimir Zelensky. It appears that the outside world is unaware

of Ukraine large Jewish population, and the West is unlikely to inform them of that which they prefer remain secret.

Putin's highly classified purpose for invading Ukraine was encrypted with the letter "Z" which represented the name Zerubbabel, and also Zaporizhzhia. Zaporizhzhia is the largest Nuclear Power Plant in Europe. As a prophetic sign, It has a total of 6 Reactors , and it is Putin plan to use this plant as a weapon to enforce the rebuilding of God's Temple which GOD has raised up



Zerubbabel to do. I am who I am. Western Intelligence Agencies were not able to decipher the letter "Z" which Russia placed on it Military hardware as it invaded Ukraine.   The letter "Z" comes from the word Zayin which was the Semites term for weapon. A complete analysis of this was included in my Sworn Affidavit to the Manhattan District Attorney. I have also warned   President

Biden, and his CIA Director Burns, and all the Leadership of the Seven Churches of the dire consequences of refusing to rebuild God's Temple mainly because He has chosen a man of Color who is Jewish/Christian. This "Z" which means weapon, is the same "Z" used by VERIZON who adopted it simultaneously as Putin was coming to power. The check mark which VERIZON places over the letter "N" in its New logo, is an ancient method for expressing Taw X . The "N" alludes to Jews of color.

It is essential that the readers of this historic book, be endowed with an analytical mind to comprehend the contents hereof. Compiling and connecting all the dots are critical for many reasons. This is also true because the LORD is suffering the



earth to currently hold back her increase of necessary farm products such as Ukraine wheat as well as Western produce. The

*cost of beef, pork, poultry, and dairy products have drastically increased because of droughts, fires, floods, and other plagues. Many fruit trees  have stopped growing, and producing because of these plagues.  If a Nuclear blast should come upon the earth which appears highly likely, radioactive material would remain in the soil for nearly 100 years sending the earth into Great Tribulations. Such would force wars to cease, and the nations would then beat their weapons of war into plowshares and pruning hooks. It is all designed for the last days to enforce the rebuilding of God's Temple as declared in **Isaiah 2: 2-4.***

**(2) And it shall come to pass in the last days, that the mountain of the LORD's house shall be established in the top of the mountains, and shall be exalted above the hills: and all nations shall flow unto it.**

**(3) And many people shall go and say, Come ye, and let us go up to the mountain of the LORD, to the house of the God of Jacob: and he will teach us of his ways, and we  will walk in his paths: for out of Zion shall go forth the law, and the word of the LORD from Jerusalem.**

**(4) And he shall judge among the nations, and shall rebuke among many people: and they shall beat their swords into plowshares, and their spears into pruning**

*hooks : nation shall not lift up sword against nation, neither shall they learn war any more.*

Russia having read this scripture, and knowing that it is their Divine charge to inflict evil upon the nations to enforce the rebuilding of God's Temple, therefore Russia erected a bronze statue at the United Nations depicting these nations beating their weapons into Plowshare, and pruning hooks as spoken by God to the prophet Isaiah.

These are just some of the dividends paid by racism, and the penalties for refusing to build God's Temple under the resurrected Prince Zerubbabel, and enforced by Zaporizhzhia.



*Haggai 2: (1) IN the second year of Darius the king, in the SIXTH 6 month, in the first day of the*

*month, came the word  of the LORD by Haggai the prophet unto Zerubbabel the son*

*Of Shealtiel, governor of Judah, and to Joshua the son of Josedech, the high priest, saying, (2) Thus speaks the LORD of hosts, saying, This people say, The time is not come, the time that the LORD's house should be built.*

*(3) Then came the word of the LORD by Haggai the prophet, saying, (4) Is it time for you, O ye, to dwell in your cieled houses, and this house lie waste  (5) Now therefore thus saith the LORD of hosts; Consider your ways.*

*THE CONSEQUENCES FOR THOSE WAYS ARE:*

*(6) Ye have sown much, and bring in little; ye eat, but ye have not enough: ye drink, but ye are not filled with drink: ye clothe you, but there is none warm: and he that earners wages earners wages to put into a bag with holes. (7) Thus saith the LORD of hosts; Consider your ways.*

*Haggai 2: (6) For thus saith the LORD of hosts; Yet once, it is a little while, and I will shake the heavens, and the earth, and the sea, and the dry land;  (7) And I will shake all nations, and the desire of all nations shall come: and I will fill this house with glory, saith the LORD of hosts.*

*__(8) The silver is mine, and the gold is mine, saith the LORD of hosts.   (9) The glory of this latter house shall be greater than of the former, saith the LORD of hosts; and in this place will I give peace, saith the LORD of hosts.__*

Russia acquired the nicknames both as the Bear, and the beast from Revelation 13: 2 which says;  **(2) And the beast which I saw was like unto a leopard, and his feet were as the feet of a bear, and his mouth as the mouth of a lion: and the DRAGON gave him his power, and his seat, and great authority.**



The H-E-B   Texas food chain depicts all of this with a Bear symbolizing Russia gaining control over the food supply, and putting the Jews under the feet of the bear. It was all hidden in the Texas Time Capsule which is unsealed by my Password 6 . This 6th is the value of H-E-B under the rules of Pythagorean Numerology.

*FINALLY GOD SPEAKS ON THE 24th DAY OF THE MONTH WHICH IS A SIGN FOR THE NUMBER 6 (2+4 =6). THIS IS THE NUMBER OF JEHOVAH's NAME.*

*(20) And Again the word of the LORD came unto Haggai in the four and twentieth day of the month, saying, (21) Speak to Zerubbabel governor of Judah, saying, I will shake the heavens and the earth;*



*(22) And I will overthrow the throne of Kingdoms, and I will destroy the strength of the kingdoms of the heathens; and I will overthrow the chariots, and those that ride in*

*them; and the horses and their riders shall come down, and every one by the sword of his brother.*

*(23) In that day, saith the LORD of hosts, will I take thee, O Zerubbabel, my servant, the son of Shealtiel, saith the LORD , and will make thee as a signet: for I have chosen thee saith the LORD of hosts.*

This is the message of the letter "Z" used in Putin's war, and the USA as  New Jerusalem being divided into three parts, **(JER-USA-LEM).**   This is a message which the Lord has sent embroidered on his crucifixion apron hidden with the Freemasons in the USA as the George Washington Lambskin Apron. North Korea who expects to receive ⅓ of the USA, sent his spymaster and initiated Donald Trump as a Mason, and hiding his lambskin Masonic Apron in an unusual large envelope. The Freemason have put together an elaborate plan with hopes of kidnapping me so that their Treasonous secret shall never come before the eyes of the world community. If it was possible, they would have no incentive to ever release me alive. Is it possible?



Windsor Castle Lo... ·6/2/18 ˅
Korean Leader initiates President Trump as a mason. #fakenews #masonicapron

## CHAPTER FOUR

### A Scheme To Kidnap And Imprison Gone Bad

I had no idea that Israel, and the Leaders of Judaism had for many decades devised a scheme to block the Christian Order of the Millennium Temple which is openly published in all full sized Masonic Bibles in the section titled "Royal Arch".  On April 28, 2022, I made the mistake of contacting Charles W. Scharf  the CEO of my WellsFargo Bank who is Jewish, and informed him and his Board of Directors with extensive evidence of my charge to rebuild God's house.  I informed him by confirmation, that the funds that had been allocated for that purpose, were  sitting in a Diplomatic chartered vault in Madrid, Spain managed by Bantmax Securities. Shortly thereafter, on June 6, 2022, the Diplomatic Trunk containing $22,500,000 would be moved to BBVA Compass Bank without my consent, and also without my objection because as I was informed, the funds were going to be transferred by Bank Electronic Wire to my WellsFargo account. In order to open the Diplomatic Trunk once at the Bank, the security firm Bantmax needed the code to unlock the Trunk. This code acting as a **PIN,**  was issued by the Saudi Government. It was not just any code, but it encrypted my name, and the name of the Lord Jesus by applying the rules of Pythagorean Numerology.

*Once that code was given, BBVA Bank, WellsFargo, and Bantmax Securities would engage in a series of wire and bank fraud.*

*Their scheme was designed to ruin me financially. Although BBVA opened and deposited the funds into an account opened in my name, they nevertheless would deny me access to those funds by using a wide range of criminal artifices. Among their scheme was those forcing me to pay bogus regulatory fees, some of which were allegedly paid to the Spanish government. The bank appear to have had broad support from those working corruptly within the U.S. State Department, and the Department of Justice who refused to respond to my requests for assistance. Their scheme was all summed up in the Time Sign of the Confederate Flag which they code and nicknamed Wuhan-400.*

*After a prolonged period of denying me access to my funds, I ordered Bantmax Securities to return the funds to its vaults pending farther instructions. By now I was completely aware of their schemes, but I was also aware that the LORD said no other person can claim these funds. In other words, they could try stealing them, but they would fail. Eventually Bantmax having changed the lock code to the Diplomatic Trunk, would not provide me the new code. They would promise to ship the Diplomatic Trunk to my Texas residence provided that I pay the transportation, and the first class airfare for the Diplomats who would be accompanying the Consignment. I would agree, and*

pay those fees which were about six thousand Dollars. At London's Heathrow AirPort an unexpected surprise awaited me.

That surprise was a cargo tax of nearly $8000 would be placed on it according to the representation made by Bantmax Securities. What I didn't know at the time, was that, WellsFargo and its Jewish CEO Charles Scharf had no intentions of allowing me to make this $22,500,000 deposit into its bank for building the Christian Order of God's Temple.  Although BBVA Compass Bank had removed the deposit from my account, they and WellsFargo had not removed it from their minds. They were working in darkness, and in concert with many others having a common objective. They knew that if it was made public that Saudi Arabia had released part of an ancient fund to build the Christian Order of God's Temple, that this would overthrow both Islam, and Judaism. This meant that the Diplomatic Cargo would never leave the Cargo Terminal where it destiny remained uncertain. To do so would open Pandora's box, which would eventually confirm my identity, and the identity of the Blacks whom they have classified as Juden slaves.

Bantmax Securities informed me that I had until February 6, 2023 to pay the Cargo tax, or risk having the consignment confiscated. I remembered what the LORD had promised me saying, "NO ONE CAN CLAIM MY RIGHT ANGLE TRIANGLE". He was referring to one of the tokens which He had given me, and

this right angle triangle is the triangle that holds the three squares together in the ancient map of the United States.

Therefore I was not overly concerned about confiscation, because all relevant parties both in the USA, Saudi Arabia, Israel, and the United Kingdom knew in-part the consequences of their frauds. They all knew the consequences of trying to steal the funds, but this did not mean that they wouldn't use someone without knowledge to do it unwittingly for them. I had now paid nearly $60,000 in what appears to have been bogus fees, and they were determined to ruin me financially with hopes of stalling, or preventing the Temple Construction.

Now there is $22,500,000 sitting in a cargo terminal at London's Heathrow Airport. I did everything I could to have it removed by taking to Twitter telling the world that $22,500,000 for rebuilding God's Temple was sitting in a Diplomatic Trunk at London's Heathrow Airport. I knew no one could actually take it away, or steal it, although they were trying. My strategy was to expose those who were scheming against me by putting everything into cyberspace where it would leave a conspicuous stain in the clouds as a historical and permanent record. Finally, I decided to sell my Tundra Toyota pickup to quickly raise the $8000 cargo tax. My advertisement on Craigslist got multiple of responses within minutes. What I didn't know those responding were modern day bounty hunters who had identified

me as the 47ᵗʰ Problem.  In their minds they  could  solve this problem by using the Sheriff's badge of a corrupt Harrison County West Virginia Sheriff officer.

Their plan appeared to have originated directly from J. Edgar Hoover dirty trick  playbook.  I offered my 2004 Toyota Tundra for about $6500.00.  After many years of experience in my special ministry, I was fully aware that everything I did was being monitored by those who opposed me. I also constantly reminded myself of the words which the LORD spoke unto me years earlier. He promised me saying, **"I will never let you out of my arms"**. With that promise I saw no need to be looking over my shoulders everyday wondering what the enemies were up to. Therefore I knew my emails had been compromised, and this meant that my Craigslist advertisement was well known to this International Network who opposed my Temple Project.

The pretender who offered to pay my $6500 asking price for my pickup was a nice soft spoken lady who said that she was purchasing it for her husband. She offered to pay for the vehicle now, and would send someone



to pick it up two weeks or so later. I requested a cashiers check be sent by overnight mail.

I was tracking the shipment closely from the USPS App on my smartphone. It would arrive at my Post office, but it would only stay there for a couple of hours before it was strangely moved on nearly one hundred miles away to a Postal Office in Gonzales, Texas which also was an office for the United States Department of State offering Passport Services. I knew from several years of experience that Postal officials were tampering with my mail, but they could only do what they were permitted to do. I drove to Gonzales, Texas to pick up the envelope containing the $6500 check. When I opened the envelope what I found was not a check for $6500, but instead it was a check for **$9850.00** . The check was drawn on MVB BANK INC on the account of **Harrison County Sheriff & Treasurer General County Funds.** An email from the nice lady apologized for the check being for more than the asking price, but her husband accidentally made the check



for more than what she had instructed him. I had about 6 days to

pay my cargo tax at London's Heathrow airport so I rushed to put my check into my WellsFargo account not knowing that I was about to deposit myself into a Harrison County West Virginia jail where there would be no incentive for them to let me out alive. If it was possible, I was about to be kidnapped under the color of a corrupt Sheriff Department in West Virginia. I was in total darkness, and I had not yet read the playbook from J. Edgar Hoover book of dirty tricks. However, this time with the Supreme Counsel of the Holy Spirit, the Hunters would be captured by the game.

## Joana's passport



I drove straight to be my WellsFargo Bank and made my deposit which was credited To my account on the next business day it being a Saturday. I returned on Saturday and retrieved about $8000 to be wired to London to the account of an imposter lawyer who had volunteered as a legal aid recommended by someone to Sheikh Khalid who could help facilitate the payment at the airport and received the cargo on my behalf . I

was provided a copy of the fake lawyer's Passport for proper identification. I checked with the law firm with whom she claimed to be affiliated, and the London law firm of Solicitor James Brown confirmed that this lady was a fraud. It was a continuation of the fraud when the U.S. House of Representatives moved to change the official measurements of the Washington Monument, so that Donald Trump may be moved into my position as the one who is chosen to rebuild God's Temple. A move that has now moved nearly two millions Palestinians out of their homes in Northern and Southern Gaza to eliminate any potential problems for the Donald Trump, and Israeli fake Temple.

On Monday Morning, **January 31, 2023, at 9:24 AM,** it being the next business day after my deposit, I would get a call from the Harrison County Sheriff Department by an Investigator who identified himself as Gordon Tyler. He left a 19 second voicemail which I hope to use as forensic evidence when the time comes. I have not deleted it from my I-Phone. He was asking for both me and my wife which means that he had been in contact with someone at WellsFargo Bank who informed him that my wife was on the account with me. I knew all along that WellsFargo was working in concert with BBVA and Bantmax Securities, but their deft and illusionist Masonic hands are not easy to see unless those eyes are anointed. My cup was overflowing with oil, and I read

*their playbook through the lens given to me by God who anointed, and sent me.*

*They were attempting to kidnap me by using a bogus check with the cooperation of the Harrison County Sheriff's Department who was a willing participant. Why the Sheriff's Department? It was simply for the purpose of making an arrest easier because the Sheriff who is the pretended victim in this case, would also be the arresting officer. They would simply call the local Sheriff in my county whom I know personally as a*



*Freemason, and as a Pastor. He would arrest me on their*

*warrant, and they would have no incentive to ever release me alive. By using a Sheriff as their victim, this would eliminate a middleman outside of law enforcement making an arrest easy and simple. I read their play, and contacted WellsFargo Bank letting them know that their plot was uncovered. I also alerted a local bank executive who know me as a local Pastor with a long relationship with his bank. The executive may have been required to notify local authorities, and I was contacted by Texas Department of Family Protective Services but I declined their assistance. Actually, I did not trust them to be forthcoming.*



*Afterwards their plot of using a Sheriff's badge to kidnap me miserably fell by the Power of God who promised to never let me out of his arms. Nevertheless, their*

*determination to keep my identity shielded from the global community is unrelenting, and the Criminal artifices which they are willing to apply have stretched from the Dos Equis XX of Texas to the bloody corridors of Gaza and Jerusalem. A NEW YORK TIMES article sayin Israel knew of Hamas attack plan more than a year earlier, shines a spotlight on Nethanyahu 7-10 Grateful Dead Plan. Their dirty tricks however are unraveling right before the eyes of the whole world. The 7/10 plan of the Grateful Dead , and the Israeli Prime Minister connection to that*



*group, made it clear that something sinister was always in the making. I knew from the revelations given to me by the Holy One, that the 45th President of the United States, and the 47th Want-to-be President, were working with an International Anti-Black Christian/Jewish Network who are seeking to neutralize the*

*Palestinian people in order to build the Trump Temple of rejection without opposition.*

*I have never to my knowledge used the phrase **"Bald-Faced or Bold-Faced Lier"**.   Furthermore , I wondered what would qualify itself as being a **"Bald-Faced, or Bold-Faced Lier"**?   I have come to believe that the public statement of Prime Minister Netanyahu released on October 28, 2023 denying he had been given an advance warning on Hamas intentions to start a war surly must meet the qualifications as being a **"Bald-Faced Lier".***



"At no point, was a warning given to Prime Minister Netanyahu on Hamas's intention to start a war. On the contrary, all the defense officials, including the heads of the Intelligence Directorate and the Shin Bet, assessed that Hamas was deterred.

Israeli Prime Minister Benjamin Netanyahu | October 28

ISRAEL-HAMAS WAR                                    LIVE

NYT: ISRAEL KNEW HAMAS'S ATTACK PLAN MORE THAN A YEAR AGO    CNN
                                                                9:28 AM PT

HE "SOUGHT TO FRAUDULENTLY EXPLOIT EVERY ASPECT OF HIS HOUSE CANDIDACY FOR INSIDE POLITICS

**Did not their intelligence, or the US super intelligence, see the widely circulated article of JEWISH CURRENTS published significantly on October 7, 2022 which warned of the violent plot being planned by the GOP, and Donald Trump to rebuild the third Temple? Is not my source of**

*intelligence better than all of theirs combined? I find it fascinating that his October 28th statements which were so obviously bald-faced were so convincing to the media, and millions of his people, that they swallowed it like chocolate cake. According to CNN Reporters, the following was the Prime Minister's statement which he later attempted to retract:*

> ***"At no point, was a warning given to the Prime Minister Netanyahu on Hamas intentions to start a war. On the contrary, all defense officials, including the heads of the intelligence Directorate and the Shin Bet, assessed that Hamas was deterred. This was the assessment submitted***



*time after time to the Prime Minister and the cabinet, and to all the entities in the defense intelligence community up until the war broke out".*

*Deceptions, and lies can never be perfect when one is trying to undermine that which God has promised to reveal. My anointing to expose this evil should not be underestimated. My resolve to stay focused on the charge to which God has given unto me is unrelenting. At the time of this writing which began more than three months before the war broke out, there were credible reports that some 16,000 people had been killed in Gaza, and countless more had been maimed, and critically wounded. .*

*Notwithstanding the 1200 Israeli citizens that were killed at the beginning of the war which appears to have been a central part of the 7/10 plan of the Grateful Dead. I want to make it clear, that I have been tracking, studying, and documenting the events leading up to this October 7th Massacre since the LORD showed me the coming of the 9/11 Terror*



*attacks on September 11, 1999. My November 7, 2003 letter from Attorney Michael Elsner of Motley and Rice sheds some light on Saudi Arabia's sending me the $22,500,000 in a Diplomatic Trunk for the rebuilding of God's Temple at the end of the 400 years of affliction. Greater funds are coming from other sources that cannot be discovered at this time. Motley and Rice are Plaintiffs' attorneys who are in regular contact with Saudi Arabia through its US lawyers who represent the Saudi Kingdom at the Thurgood Marshall Courthouse in Manhattan. It was not a new Temple precedent, but God ordered the same after Judah spent 70 years in Babylonian captivity. Now the deception employed by*



*those involved in this international plot to undermine my Divine Mission, and identity, and the identity of my Jewish Brothers and Sisters of color, is about to engulf the whole earth into flames as the war gets out of hands in the Middle East.* ***In Jordan, 3 in***



*Tower 22 were killed as a covert sign of 322. It can be symbolized with 3 of the 22nd Latin letter "V" as 3 chevrons with 2 rifles crossed beneath them to create the 22nd Hebrew Taw (X) as with the NRA and Saudi emblems. It is all done in the Spiritual realm, and like it was with Moses and Aaron, and the rod of Pharaoh's Magicians, it is beyond the reach of man, save and except those who've been anointed to receive these revelations. We know who the three soldiers were who were mysteriously killed in Amman, Jordan, but the reason for the name TOWER 22 remains unknown. It is a desert DEATH CAMP strategically placed for a special*



*purpose, and for a special time that has come for Jews of Color. My next chapter 5 goes deep on the 322 mystery. It shall reveal why this Palm Tree representing Saudi Arabia's emblem, is called the Shatner Tree after the Jewish Actor "William Shatner" who was born 3/22/1931. Tower 22 means to put the 22nd Hebrew letter Taw X as braces in the construction of the tower. Sometime three so as to create a sign of 322 Death as with Yale's Skull and Bones symbolism. (TOWER 322 & THE 322 SWORD ILLUSTRATIONS )*



*No one saw it coming, no one tried to shoot it down. Those words remind me of 9/11, and the warning I gave*



*announcing the coming of a Pandemic .*

*CHAPTER FIVE*

*The Shatner Tree, And The 322 (March 22) Code*

*Is A Revelation Which Came Directly From Heaven.*

*Connecting the 322 Dots Back To Slave Trader Elihu Yale Is Paramount Towards Understanding The 3 Deaths At Tower 22. Yale University 322 Skull And Bones Is An International Death Symbol Aimed At Jews Of Color. Its Ties To Jordan Began On 3-22-1945 When 22 Arab Nations Organized The Arab League of Nations In Cairo, Egypt Calling For Death To Jews. Jordan Was Among That Tower of Arab Strength. Thus Tower 322. The Tower Is Mostly Unknown Like This 22nd Hebrew Letter "X" Representing The Unknown. For 400 years it went unknown as a Hebrew letter fixed on a Southern ensign. What shall 3/22/2024 bring?*



Your Army

**What is Tower 22, the base in Jordan where 3 US troops were killed?**

By Jon Gambrell, The Associated Press

Jan 29 at 10:28 AM



At Oct. 12, 2023, satellite image of a U.S. base known as Tower 22 in northeastern Jordan. Three American troops were killed and "many" were wounded on Jan. 28 in a drone strike at the installation. (Planet Labs PBC via AP)

William Shatner a Canadian Jew, was born 3/22 /1931. In other words, March 22, 1931. The three V's on the Saudi Swords are codes for 322 . The letter "V" is the 22nd Latin alphabet that is interchangeable in the International Alphabet Flag Code to the Red Taw (X). Since this Palm tree represents Israel lying between the crosswords created by the 22nd Hebrew letter Taw (X), the angels therefore nicknamed the Palm tree, The Shatner Tree. These are the same 3 palm trees appearing on Camel Brands of Cigarettes along with a Temple, and a Camel headed westward .



**"V" (Victor)**

When the angel of the LORD appeared telling me of the Shatner Tree, I knew it was something quite special, and significant. Nevertheless, I would have to work to discover its meaning which would act as a key to open many doors. I turned to Webster, Britannica, and World Book hoping these Intellectual  depositories kept the answer which I was seeking. My search came back void. I would simply have to wait and receive it like all the others, and that would be by Divine  Revelations given by GOD. He would reveal by His Holy Spirit that my Password 6 is hidden inside of this SHATNER  Tree.

It is a Heavenly name given to the **PALM TREE** which sits within the claws of Saudi Arabia's National emblem where the 22nd Hebrew letter Taw is shaped as a double-edged sword. Their **12 Branch Palm symbolize the 12 Tribes of Israel** . The Palm tree is called the SHATNER TREE because of William Shatner who is Jewish, and was born on **March 22nd , 1931.** This 322 as March 22nd derived as a significant date when 22 Arab Nations gathered in Cairo, Egypt on March 22, 1945 to organize the



Arab League of Nations which called for the   destruction of Israel. The word **PALM** has a Pythagorean Numerical value of 6 which is calculated as follows:

**P=7, A=1, L=3, M=4: Therefore 7+1+3+4 Equals 15, 1+5 Equals 6.** It was important that I be obedient to the words of the LORD given to me in April 1998 instructing me to write down the words which He speaks to me in Dreams , and visions. Saudi Arabia was the secret Force which the LORD spoke to me about on **October 16, 2017 At 2:27 A.M. as being the secret force who would recognize this Password that was hidden with them among others.** The following is a timeline by which I received my

Password of identification. While studying the mysteries of 322, it is important to do so as though you are in the spiritual realm, otherwise you will not understand the mystery of the three US soldiers who were killed in tower 22.  This 322 is an international powerful key which embodies my Password and username. It is a thousand times more secure than   Passwords and usernames used by Consumers to protect   their personal Bank and Credit Card accounts. I preserved this timeline by which my Password was promised and received by keeping contemporaneous handwritten notes in my massive Prophetic Journal running since April, 1998; I refer to it as Forensic evidence of powers, and favors given directly by God, and for His glory.

October 11, 2017, at 3:20 A.M. The angel of the LORD speaks saying, "The Password Will Be Given to You by The Holy Spirit.

October 11, 2017, 4:54 A.M.:  The angel returns leaving this riddle which I did not understand until much later as being a code for 322 which goes with my Password.   The angel said as follows:

"Now the train continued, and there were crossbones lying



*in a row three of them".* This message was a code for 322 (XXX) , and also that this Hebrew letter is used At railroad crossings called "Crossroads". It formed the basis for the phrase "They Railroaded him" which means one who faced injustice usually by an organized Antisemitic force hidden within the Criminal Justice Systems.

**October 15, 2017, at 11:31 PM: The Holy Spirit said unto me that the Password is Six (6).**

**My Password would be hidden as the 6 Palm Branches on the left and right side of Saudi Arabia's 322 SHATNER TREE.   The Saudis identified me as God's Messenger, and dispatched its Secret Force with the Treasure to build  God's Temple. It was their Divine Obligation which couldn't be denied. Nevertheless, they were compelled to do it in secret, otherwise all of Islam would fall. It was enforced by a mystery levy of bond service put in place by King Solomon which endures unto this day, (1 Kings 9:15-21KJV).**

**October 16, 2017 at 12:26 AM . The angel of the LORD says, "DON'T CHOKE YOURSELF".**

**October 16, 2017 at 11:54 PM to 12:57 AM. The LORD speaks saying unto me, "I want you to hear this," "I've Got Your Chewing Gum".** *It would be some 6 more years before God reveal to me that my chewing gum was Trident waiting for me in Ukraine whose war with Russia was still five years away. Trident*

which is the Devil's fork, forms a partnership with this 22nd Hebrew letter Taw X to create Ukraine's National Seal, and The Order of The Red Cross emblem. This will be illustrated in Chapter 8. Ukraine's President Vladimir Zelenskyy is a Jew, and he is the 6th President of Ukraine since its Independence from Russia in 1992.

**October 16, 2017 At 1:18 to 1:23 AM/ The angel of the LORD said, "Don't You Say Nothing About This". "We are living in the Spiritual Realm right Now".**

**October 16, 2017, 2:28 AM:    The LORD spoke unto me saying, "A Secret Force Will Come And He Will Have The Password.**

I didn't have the slightest idea who or what that Secret Force were. It would be the Saudi Diplomat who was the former head of King Abdullah's Royal Court. Many decades earlier, Saudi Arabia through its Masonic Shriners established a 322 sign in the West through the Shriners Hospitals . To do this, the Kingdom would establish 19 Children Hospitals in the United States, two in Canada, and one in Mexico City, Mexico. This format would give it 22 Children Hospitals in three different countries, and thus they had established the 322 sign so that a wolf may be dressed in sheep clothing.

On October 16, 2017, At 2:37 to 3:28 AM.  The LORD said we are still under investigation, and that the purpose of the Password is to verify the works of the LORD, and the Judge will

issue a final review after the investigation.   I am not sure what this mean at the time of this writing. Perhaps at some point a judge who may be State, or Federal, would see this, and he will act accordingly by the Spirit of God.

**January 18, 2018, At 11:18 PM: This was the date that the treasure was delivered to Madrid, Spain. The LORD asked me a question saying, "So How Do You Get Your Money"?  Then He answered on my behalf saying, "Let me tell you, something, something will happen:**



The premiere of all the identifications tokens which the LORD has given unto me is this ancient map of the United States. It is fixed, and embroidered on the crucifixion apron of Jesus that became a souvenir for those soldiers who crucified him. Writing my name and Password inside of this ancient map by using the Pythagorean Numerology System, was critical toward confirming my identity as God's Messenger.   It was done by simply assigning - **A-sq + B-sq+ C-sq their alphabetical numerical place values as 1+2+3 which equals 6. This 6 is the Password which was given to me using my Birthname Willie Herman Ellis.   The**

*total value of the 17 letters in my full name is 87.   This 87 is reduced to a single digit of 6 by adding 8+7 which equals 15, and 1+5 equals 6. Yale Skull and Bones Fraternity cap 15 Senior Bone Members to each graduating class to symbolize this mystery.*

*Moreover the 16 numbers in the four square are designed to encrypt the **USA** and **WASHINGTON DISTRICT OF COLUMBIA.** To do this the sum of any 4 numbers whether added*



*vertically, horizontally, or diagonally, would equal to **311.5.  The 311 is for USA. In other words, U=3, S=1, and A=1. Thus USA for the United States of America.***

*The number 5 in the 311.5 is for **WASHINGtON DISTRICT OF COLUMBIA the Capitol of the United States of America.***

*The calculation for **WASHINGTON DISTRICT OF COLUMBIA** is as follows:*

***W=5,  A=1,  S=1,  H=8,  I=9,  N=5,  G=7,  T=2,  O=6,  N=5: D = 4 ,  I = 9 ,  S = 1 ,  T = 2 ,  R = 9 ,  I = 9 ,  C = 3 ,  T = 2 : O=6, F=6:***

*C=3, O=6, L=3, U=3, M=4, B=2, I=9, A=1*

**Therefore**  *5+1+1+8+9+5+7+2+6+5+4+9+1+2+9+9+3
2+6+6+3+6+3+3+4+2+9+1 Equals  131: And 1+3+1 Equals 5.*

*The USA is called NEW JERUSALEM biblically. It is identified by its Pythagorean Numerical value of 47 before it is reduced to 11 representing the Number of Jesus's name. It is a sophisticated part of what is called the 47th Problem of  Euclid.  NEW JERUSALEM Pythagorean Numerical value is calculated as follows:*

*N=5, E=5, W=5:   J=1, E=5, R=9, U=3, S=1, A=1, L=3, E=5, M=4:  **Therefore:**   5+5+5+1+5+9+3+1+1+3+5+4 **Equals 47:** 4+7 =11.*

*So that there can be no miscalculations regarding the deep spiritual meaning of the 47th Problem, the word President also has a value of 47 in Pythagorean Numerology before it is reduced to 11 representing the number of Jesus name.  The calculation for the word **PRESIDENT** is as follows:*

*P=7, R=9, E=5, S=1, I=9, D=4, E=5, N=5, T=2:  **Therefore:**
7+9+5+1+9+4+5+5+2 **Equals 47:**  4+7 =11. This 11 is the number of Jesus's name. Because of the significance of this, I will calculate the number of Jesus's name again.    J=1, E=5, S=1, U=3, S=1:
**Therefore:**   1+5+1+3+1 **Equals 11.**  There are nothing under the rules of Pythagorean Numerology   that states why the numbers 11, and 22 are not reduced to single digits. It all came to me by revelation .*

What role shall the Lord Jesus play in the 2024 Presidential Election of the 47th US President?  Is there a 47th Problem?  We have already confirmed that Jesus, and the 45th President  do have roles. But what are those roles? One thing is certain, and that is more than 13 years ago the Lord gave me his Washington D.C. telephone  number  which  no  telecommunication  company  has any authority over.  I have been openly sharing the number since that time.

The Lord informed me when he gave me this number that it was a code. It would be several years before that code was revealed. I am sure that the number 202 is a  Washington D.C. area code.  Moreover, it is associated with the telephone keypad which is the C square of the 47th Problem. These things utters a Divine  secret  regarding  Presidential  Election  2024  for  the  47th



President of the United States of America. The Lord's designated

phone number is **202:789-2897**.  The number appears to be no different than any other number, but it is indeed different.  The codes hidden within the numbers both are designed to reveal Jesus, and the sacrifice he made for our sins by dying on the cross. Therefore the 10 numbers are designed so that your fingers would make the sign of the cross when this number is dialed.    The second code is Jesus's new name.

To appreciate Jesus's new name which is Blackjack, we must first understand that the name **"Jack"** is a Hebrew name meaning **"Gracious Gift Of God"**. Jesus's was God's gift of Grace. The same International Anti-Black Semitic Network who hid the Jewish identity of Black Slaves, also hid the identity of Jesus by referring to him as **"Blackjack"** , and the False Christ who stole his identity as **"Crackerjack"**. Crackerjack became a snack food whereby popcorn which symbolizes the resurrection when the brown kernel pops open turning white, is used to symbolize the resurrection of Jesus when it is put in a box symbolizing a coffin. The corn is coated with a dark syrup. A surprise is usually hidden inside the box. The snack is sometimes sold in packs of threes to symbolize the three who were crucified on that day. Jesus knew the importance of encrypting his name in the scripture to be preserved for this day. The sophistication by which it was done is remarkable.

In Revelation 3:12   Jesus utters a series of Biblical codes identifying his Messenger who will have skin just like his, and that



his new name which has been revealed as Blackjack, shall be figuratively written upon his Messenger. **Revelation 3:12: Him that overcometh will I make a pillar in the temple of my God,**



**and he shall go no more out:   and I will write upon him the name of my God, and the name of the city of my God, which is new Jerusalem, which cometh down out of heaven from my God: and I will write upon him my new name.**

All of those things mentioned in the foregoing scripture have been written figuratively upon me.  God's name Jehovah has the same Pythagorean Numerical value as my birth name which I have illustrated earlier. The name "New Jerusalem" before being reduced to 11, has a Pythagorean Numerical value of 47 which is the year that I was born.  Jesus'  New Name **"Blackjack"** is written upon me because I share a common ethnic Background with   Jesus. Masonic Bibles depicting Crackerjack are usually decorated with three **fluer-de-lis** which is a heraldry symbol for the Mark of the 6th Son of Cadency or 666.

_____
_____
_____
_____
_____
-

### CHAPTER SIX

### Dos Equis Of Texas And The Oil And The Wine

_The two Hebrew XXs that were hidden in Texas became the logo for the Texas Oil giant EXXON.  Exxon joined  Dos Equis XXs  to symbolize one of the greatest mysteries in the earth which is revealed when the third of the seven seals are opened. Oil is biblically referred to as wine. It is sometimes called Texas Tea. Beer is Biblically called  wine, and barley. Beer is made from malted barley, and fermented with yeast. Perhaps one of the biggest endtime mysteries is how oil is brought into the earth through the Tornado Funnel cloud, and_



_how the Earth opens its mouth to receive secretly the golden oil given to it by the beast who we call the Tornado. The revelation of Oil during the endtime inspired the name of ENRON and its logo taken from the 47th Problem. It is one of the many tokens which God has given unto me to speak to the Nations. The opening of the Biblical Seven Seals begins in Revelation 6 because this number 6 is the key which unseals the Bible._



*Revelation 6: (5) And when he had opened the third seal, I heard the third beast say, "Come and See". And I beheld, and lo a black horse; and he that sat on him had a pair of balances in his hand. (6) And I heard a voice in the midst of the four beasts say, "A measure of wheat for a penny, and three measures of barley for a penny; and see thou hurt not the oil and the wine.*

*This mystery began in part at Bethel when Jacob took the stone which he put for his pillow, and raised as a pillar and poured oil upon it. Therefore when God hid this stone*

*symbolically which he has given me as a token, he also hid with it the origin and mysteries surrounding oil and gas. This stone is a key which unseals the Bible. The Oil and Gas industry calls this key the* **"Keystone Pipeline".** *The State of Pennsylvania where the first commercial oil well was drilled is called* **"The Keystone**



**State".** *These are the two XXs hidden in Texas.*

*Oil and Gas and its origin were well hidden in the scripture so that no man could   receive its mysterious origin unless God revealed it by His Holy Spirit. In addition to being called Wine, it is also called the "Dew of Heaven". It is associated with venison which Issac sent Esau out to slaughter before he learned his brother Jacob had deceived him  of his  Birthrights. When Esau*

*pleaded with his father asking if he had just one more blessing that he could give him, Issac then promised him the Dew of Heaven which is oil.   Like dew which cannot be seen coming down from Heaven to earth, so is it with oil and gas which is brought down from Heaven by the Tornado funnel cloud. A Texas company took the symbolic venison of Esau, and put a deer inside of oil drop, and changed the T in Tornado to "V" and*



*created the word Venado for their new oil company. Later the company changed its name when they learned that God had revealed their golden secrets unto me .*

**Genesis 27: (19) And Jacob said unto his father, I am Esau thy firstborn: I have done according as thou badest me: arise, I pray thee, sit and eat of my venison, that thy souls may bless me. (20) And Isaac said unto his son, How is**

*it that thou hast found it so quickly, my son? And he said, Because the LORD thy God brought it to me. (21) And Isaac said unto Jacob, Come near, I pray thee, that I may feel thee, my son, whether thou be my very son Esau or not. (22) And Jacob went near unto Isaac his father; The voice is Jacob's voice, but the hands are the hands of Esau.*

*(23) And he discerned him not, because his hands were hairy, as his brother Esau's hands/ so he blessed him . (24) And he said, Art thou my very son Esau? And he said, I am. (25) And he said, Bring it near to me, and I will eat of my son's venison, that my soul may bless thee. And he brought it near to him, and he did eat: and he brought him wine, and he drank.*

*(30) And it came to pass, as soon as Isaac had made an end of blessing  Jacob, and Jacob was yet scarce gone out from the presence of Isaac his father, that Esau his brother came in from his hunting. (31) And he also has made savory meat, and brought it unto his father, and said unto his father, Let my father arises, and eat of his son's venison, that thy soul may bless me.*

*(33) And Isaac trembled very exceedingly, and said, Who? Where is he that hath taken venison, and brought it me, and I have eaten of all before thou camest , and have*

*blessed him? Yea, and he shall be blessed. (34) And when Esau heard the words of his father, he cried with a Great and exceeding bitter cry, and said unto his father, Bless me, even me also, O my father.   (35) And he said, Thy brother came with subtilty, and hath taken away thy blessing.*

*(36)   And he said, is not he rightly named Jacob? For he hath supplanted me these two times: he took away my birthright; and, behold, now he hath taken away my blessing. And he said, Hast thou not reserved a blessing for me? (37) And Isaac answered and said unto Esau, Behold, I have made him thy lord, and all his brethren have I given to him for servants: and with corn and wine have I sustained him: and what shall I do now unto thee, my son?*



*(38) And Esau said unto his father, Hast thou but one blessings, my father? Bless me, even me also, O my father.   And Esau lifted up his voice and wept. (39) And Isaac his father answered and said unto him, Behold, thy dwelling shall be the fatness of the earth, and of the dew of heaven from above. (40) And by the sword shalt thou live, and shalt serve thy brother:*

*This sword became the National Symbol of Saudi Arabia. The fatness of the earth, and the dew of heaven are figuratively used to symbolize oil. In other words, fat is oil. And dew is a moisture which comes down to earth under the darkness of night, and without observation. So it is with the mystery of oil being poured into the earth by the beast who is the Prince of the Power of the air. He makes what is called fire come down from heaven in the sight of men, but men are unable to perceive this mystery which God has sealed up until the end. It is what they call Tornado Oil.*





*CHAPTER  SEVEN*

**Freemasons Confirms That They No Longer Plan To Rebuild God's Temple At Jerusalem, Despite Israel & Donald Trump's Ongoing Plans To do so; But Implies The Temple Will Be Rebuilt In New Jerusalem (JER-USA-LEM) By The Prince Of Jerusalem, "Zerubbabel".**

XVI

PRINCE OF JERUSALEM

"We no longer expect to rebuild the Temple at Jerusalem. To us it has become but a symbol. To us the whole world is God's Temple, as is every upright heart. To establish all over the world the New Law and Reign of Love, Peace, Charity, and Toleration, is to build that Temple, most acceptable to God, in erecting which Masonry is now engaged. No longer needing to repair to Jerusalem to worship, nor to offer up sacrifices and shed blood to propitiate the Deity, man may make the woods and mountains his Churches and Temples, and worship God with a devout gratitude and with works of charity and beneficence to his fellow-men. Wherever the humble and contrite heart silently offers up its adoration, under the over-arching trees, in the open, level meadows, on the hill-side, in the glen, or in the city's swarming street; there is God's House and the New Jerusalem."

*The best evidence in any Court of law would be the Defendant's own words on what he did, didn't, or expected to do*

or expected not to do.  The Freemasons have stated in writing in all their full size Masonic Family King James Bibles, that they no longer expect to rebuild the Temple At Jerusalem. This is stated in the Progressive Steps In Masonry under **XVI Prince of Jerusalem.**   The Prince of Jerusalem was Zerubbabel who was also the Governor of Judah.   Under this same section, Masonry implies that the House of God will be rebuilt in New Jerusalem which is a reference to the United States of America who is identified through a mystery. **(JER-USA-LEM).** New Jerusalem is The subject of the Euclid's Figure of the 47th Problem which can only be positively identified by the Password which God has given me which encrypted both His and my names. I have taken the official statement of the Freemasons and made it a part of this chapter because of its historical significance. This section refers also to the needless bloodshed that is at the time of this writing, flowing unnecessarily through the streets of  Gaza, and also Jerusalem.  The following is a reprint of the exact text found in all full size Masonic King James Bibles.

## XVI- PRINCE OF JERUSALEM

**"We no longer expect to rebuild the Temple At Jerusalem. To us it has become but a symbol. To us the whole world is God's Temple, as is every upright heart. To establish all over the world the New Law and Reign of Love, Peace, Charity, and Toleration, is to build that Temple, most**

*acceptable to God, in erecting which Masonry is now engaged. No longer needing to repair to Jerusalem to worship, nor to offer up sacrifices and shed blood to propitiate the Deity, man may make the woods and mountains his Churches and Temples, and worship God with a devote gratitude and with works of charity and beneficence to his fellow-men. Wherever the humble and contrite heart silently offers up its adoration, under the overarching trees, in the open, level meadows, on the hill-side, in the glen, or the city's swarming streets; there is God's House and the New Jerusalem.*

*The first sentence under this section suggests that at some time in the pass, the Freemasons expected to rebuild the Temple of God but not at Jerusalem. It should be obvious from that one sentence that sometime later there was a change of heart. What happened that caused the Nations through those with whom God left the cornerstone of his Temple, to turned against him and reject this stone which represented the Kingdom of God? It must be noted, that Israel has never accepted Christ, and therefore, they are unlikely to be serious about building Him a Temple. Rather, they have chosen Donald Trump as a Pretender who is now creating Chaos to clear the road for the Temple of Rejection. Jesus spoke a parable about their rejection before he left, and it is recorded in the Gospel of Matthew as follows:*

*Matthew 21: (42) Jesus saith unto them, Did ye never read in the scriptures, The stone which the builders rejected, the same is become the head of the corner: this is the Lord's doing, and it is marvelous in our eyes? (43) Therefore say I unto you, The Kingdom of God shall be taken from you, and given to a nation bringing forth the fruits thereof. (44) And whosoever shall fall on this stone shall be broken, but on whomsoever it shall fall, it will grind him to powder.*

*The Kingdom of God shall be taken away from you?  What is the Lord Jesus talking about in this prophecy which he left with us? What is the Kingdom of God, and who is able to take it? The Kingdom of God is NEW JERUSALEM!! NEW JERUSALEM is the United States which was revealed to Columbus and his shipmates in 1492.  New Jerusalem is the subject of the 47th Problem which we find embroidered on the crucifixion apron of Jesus which the Builders of His Temple have in their Possession calling it a Lambskin Apron, and the most prized relic in Freemasonry in the United States.  When the Bible introduces us to New Jerusalem described as descending down from God from Heaven, the tabernacle of God is seen coming down with it meaning the Temple of God shall be in the USA as described in the 311.5 Code in the magical square of the 47th Problem of Euclid.  It is Biblically called a New Heaven and a New Earth. Columbus and those who came with him, and followed him, called it a New World.  Yale University calls it **NEW HAVEN!** Jesus mentioned it as the World*

to Come, and that his Kingdom, that is the Kingdom of God is not of this world.

John 18: (36)  Jesus answered, My kingdom is not of this world: if my kingdom were of this world, then would my servants fight, that I should not be delivered to the Jews: but now is my kingdom not from hence.

Revelation 21: (1) AND I saw a new heaven and a new earth: for the first heaven and the first earth were passed away: and there was no more sea.   (2) And I John saw the holy city, New Jerusalem, coming down from God out of heaven, prepared as a bride adorned for her husband.

(3) And I heard a great voice out of heaven saying, Behold, the tabernacle of God is with men, and he will dwell with them, and they shall be his people, and God himself shall be with them, and



*be their God. (4) And God shall wipe away all tears from their eyes; and there shall be no more death, neither sorrow, no crying, neither shall there be any more pain; for the former things are passed away.*

*The fact that God has ordered His Temple to be rebuilt in the New World, that is New Jerusalem, USA, under my Leadership as Zerubbabel , was all hidden within the mysteries of the Menorah. There is a Seven and Eight Branch Menorah which has sophisticated meaning which cannot be deciphered. The Menorah which was a fixture in Solomon's Temple, was always a mere symbol of what the actual seven golden candlesticks really are, and where they are hidden. What is the Menorah? It simply a lamp which shines light on the physical instrument which God used to measure earth during Creation. These instruments are stone pillars which were the Birthstones of Twin Brothers Esau, and Jacob. They are the great stones which God laid before Joshua when the children of Israel came up out of Egypt after being enslaved for 430 years. Joshua told the children of Israel that these stones shall be a witness unto Israel less they deny their God. These two pillars therefore became the Two Witnesses to God's Creation of Heaven and the Earth in 6 days. Those 6 days are hidden inside these two pillars by using their height of 69.375 feet. The decimal breaks this number into two sets of 15s for the twin brothers. In other words, 6 plus 9 is 15 which is reduced to 6 by adding 1 plus 5, and 3+7+5 Equals 15 which is also reduced to 6*

*by applying the rules of Pythagorean Numerology. Esau and Jacob are the two nations which God told Rebecca were in her womb. He was referring to the USA, and the UK who now have these stones.*

**Genesis 25: (21) And Isaac intreated the LORD for his wife, because she was barren: and the LORD was intreated of him, and Rebekah his wife conceived. (22) And the children struggled together within her; and she said, If it be so, Why am I thus? And she went to enquire of the LORD.**

**(23) And the LORD said unto her, Two nations are in thy womb, and two manner of people shall be separated from thy bowels; and the one people shall be stronger than the other people; and the elder shall serve the younger.**

**Joshua 24: (26) And Joshua wrote these words in the book of the law of God, and took a great stone, and set it up there under an oak, that was by the sanctuary of the LORD. (27) And Joshua said unto all the people, Behold, this stone shall be a witness unto us; for it hath heard all the words of the LORD which he spake unto us: it shall be therefore a witness unto you, lest you deny your God.**

*Zerubbabel is of the Branch of David. God promised that he would raise Zerubbabel up, and bring him forth with the stone*

*that He laid before Joshua which Joshua proclaimed shall be a witness unto Israel lest they deny their God. Showing and confirming the resurrection requires lots of Divine Counsel. It can only be done by Revelations given by God and His Holy Spirit.*

***Zechariah 3: (1) Hear now, O Joshua the high priest, thou, and thy fellows that sit before thee: for behold, I will bring forth my servant the BRANCH. (9) For behold the stone that I have laid before Joshua; upon one stone shall be seven eyes; behold, I will engrave the graving thereof, saith the LORD of hosts, a n d I w i l l r e m o v e t h e i n i q u i t y o f that land in one day.***



***(10) In that day, saith the LORD of hosts, shall ye call every man his n e i g h b o r under the vine and under the fig tree.***

*This illustration is indeed a mystery which requires the special skills of the reader to analyze, and comprehend that which God*

*has kept hidden. God is now revealing it by His Holy Spirit that I may come forth and rebuild His Place of Rest with the cornerstone of the Temple that was laid before Joshua in the Jordan. God engraved my Password 6 inside the U.S. Great Seal. The engravings on the U.S. Great Seal  has the numbers of Providence's name, and my birth name sealed therein as promised by God in the forgoing scripture. The Latin phrase* **NOVUS ORDO SECLORUM, COEPTUS, and the Roman Number MDCCLXXVI, all have Pythagorean Numerical values of 6.** *They are calculated as follows:*

**NOVUS ORDO SECLORUM: N=5, O=6, V=4, U=3, S=1,    O=6, R=9, D=4, O=6,    S=1, E=5, C=3, L=3, O=6, R=9, U=3, M=4: Therefore:  5+6+4+3+1+6+9+4+6+1+5+3+3+6+9+3+4 Equals 78: Therefore 7+8 =15, and 1+5 Equals 6.**

**C O E P T I S:  C=3, O=6, E=5, P=7, T=2, I=9, S=1: Therefore: 3+6+5+7+2+9+1 , Equals 33:  3+3 Equals 6.**

**MDCCLXXVI:  M=4, D=4, C=3, C=3, L=3, X=6, X=6, V=4, I=9: Therefore;  4+4+3+3+3+6+6+4+9 Equals 42:  4+2 Equals 6.**

*The word* **ANNUIT** *which is placed near the symbolic eye of Providence has a value of 7 to represent the Seven Eyes upon this one stone which God laid before Joshua, and is using it to validate*

*my authority to come forth and rebuild His Place of Rest. The calculations for **ANNUIT is:    A=1, N=5, N=5, U=3, I=9, T=2: Therefore: 1+5+5+3+9+2 Equals 25:  2+5 Equals 7.**  This is the stone the Lord  called a White Stone in Revelation 2:17.*

*God called it a white stone because He empowered the Anglo Saxons to rule by the power of it until His Second Coming. It is also called a Whitestone because the Washington Monument represents the white stone. The LORD promised this stone to His Messenger who would over come Death, and therefore would be given a New Name in the Resurrection. Dr. Martin Luther King while standing in the shadow of this white stone on August 28, 1963, called this stone "The Stone of Hope".  Savvy leaders in the United States calls it a Keystone because it is a key which will open the United States Great Seal.*



***Revelation 2: (17) He that hath an ear, let him hear what the Spirit saith unto the Churches: To him that overcometh will I give to eat of the hidden manna, and will give him a white stone, and in the stone***

*a new name written, which no man knoweth saving he that receiveth it.*

*When the LORD visited me, He pointed to the Washington Monument saying, "**THIS IS THE STONE**", "**THIS IS THE LAND**", "**THIS IS THE HOPE**", "**THIS IS THE PROMISE**". It is indeed the "Stone of Hope".*

*After promising that He would bring forth the BRANCH of David with the stone that was laid before Joshua in Zechariah Chapter 3: 7-10, the dialogue continues in **Zechariah Chapter 4** as the Angel of The LORD shows Zerubbabel a vision of the emblems of the United Nations, the G-7 Nations, and the World Health Organization. Without public notice or observation, all of these agencies share a common version of the Menorah.*

*The Menorah which is the Seven/Eight Branch Candlesticks, are cunningly crafted as instruments measuring the Earth on these emblems which is divided into eight parts whereby it hides my Password 6. No other human has this what I am about to reveal. It has been sealed up for a length of time which cannot be measured, nor made known. The angel of the LORD began to show Zerubbabel a vision of the Emblems of the United Nations, The G7/G8 Nations, and significantly the emblem of the World Health Organization. The readers are encouraged to match the plain-biblical-text of Zechariah 4:1-14 with the emblems of these*



organizations, and the mysteries of crude oil that are associated with these hidden secrets. The mysteries of oil  is also recorded in Zechariah 4:1-14.

Zechariah 4: (1) AND the angel that talked with me came again, and waked me, as a man that is wakened out of his sleep. (2) And said unto men, What seest thou? And I said, I have looked, and behold a candlestick all of gold, with a

*bowl upon the top of it, and his seven lamps thereon, and seven pipes to the seven lamps which are upon the top thereof. (3) And two Olive Trees by it, one upon the right side of the bowl, and the other upon the left side thereof. (4) So I answered and spake to the angel that talked with me,*



*saying, What are these, my Lord? (5) Then the angel that talked with me answered and said unto me, Knowest thou not what these be? And I said, No, my lord.*

*(6) Then he answered and spake unto me, saying, This is the word of the LORD unto Zerubbabel, saying, Not by might, nor by power, but by my spirit, saith the LORD of hosts. (7) Who art thou O great mountain? before Zerubbabel thou shalt become a plain: and he shall bring forth the headstone thereof with shoutings, crying, Grace, grace unto it. (8) Moreover the word of the LORD came unto me , saying, (9) The hands of Zerubbabel have laid the foundation of this house; his hands shall also finish it;   (10) For who hath despised the days of small things? For they shall rejoice, and shall see the plummet in the hand of Zerubbabel with those seven: they are the eyes of the LORD, which run to and fro through the whole earth.*

*(11) Then answered I , and said unto him, What are these two Olive trees upon the right side of the candlestick and upon the left side thereof?  (12) Then I answered again, and said unto him, What be these two Olive Branches which through the two golden pipes empty the golden oil out of them selves? (13) And he answered me and said, Knowest thou not what these be?  And I said, No, my lord. (14) Then said he, These are the two anointed ones, that stand by the Lord of the whole earth.*

*The 8 golden Candlesticks on the G8 Emblem with a bowl symbolizing earth with two Olive Trees, is a version of the*

_Menorah. They are symbolically dividing the earth into  8 equal parts like a slice of pie. This sliced pie became what is called **Pi** in Geometry. Pi is the ratio of the circumference of a circle to its diameter. Earth's diameter is 7,926 miles, and Pi equals **3.14159.**_

_The new name for the resurrected  Zerubbabel which is my birth name, is hidden inside the measurements of each of the eight golden candlesticks when the Earth's 24,901 Miles are converted into **131,477,280 feet.**   As I have illustrated earlier, the sum of these 9 numbers is **33.**  When this 33 is reduced to a single digit, it equals to 6 which is the number of my name, and also it is the number of Jehovah's name._

_When the earth is Divided into 8 equal parts, each part would be equal to **16,434,660 feet.** But Where is the number 6 hidden? One_



_must first add these 8 numbers:   **1+6+4+3+4+6+6+0 Equals 30. Therefore 3+0  Equals 3.  Three is therefore the value of each golden Candlestick which measures only ⅛ of the earth. When 3 is multiplied times 8 which is the full length of the earth , it equals to 24. Therefore 2 plus 4 equals 6 which is Zerubbabel's  New Name and Password hidden with the G8 ,**_

_**the United Nations, and also significantly with the World Health Organization** . The serpent on WHO's emblem is the Rod of God as was given to Moses as a token, and its called a caduceus. It is the Key of David, the Seal of God,  my ID token._

_This division of the Earth into 8 equal parts is the mystery of Psalm 119 whose 176 verses are divided into 22 sets of 8 verses according to the 22 Hebrew Alphabets.  Beginning with the first Hebrew letter **"Aleph",** and ending with the last  Hebrew letter **Taw X** ,  each set  of 8 verses in Psalm 119 is assigned one of the 22 Hebrew alphabets.  Why Psalm 119? When Psalm 119 is read as the Hebrew language is read from right to left, this number becomes a code for 9/11. This 9/11 points to Ezekiel 9:1-11 where you shall find this   Hebrew letter Taw (X)  representing what Freemasonry calls the "**ORDER OF THE RED CROSS".**   This Order given to the man dressed in linen clothing in Ezekiel 9:1-11,  appears to call for Israel's Judgment, and the complete extermination  of all Jews. Therefore  **JUDGMENTS is used 22 Times in Psalm 119.** It ends with the 22nd Hebrew letter Taw X with the last set of 8 verses beginning with verse 169, and ending with verse 176.  This is the Order that was the subject of my **November 22, 2019  letter to the 14 recipients which included the Washington Post.**  It is the mystery behind the Coronavirus that was assigned   Taw X identification decades ago. Under Freemasonry Royal Arch Degree, they have published for more than 100 years, that the Order of The Red Cross is the Christian route for rebuilding the_

*Temple of God. In other words, Israel who mostly rejects Christianity, and do not want to participate in the Christian Order of the Temple based primarily to its historical dislike of Jews of Color, especially those of Ethiopian origin. Because of that historical hatred which was also raised against Moses because of the Ethiopian wife which God gave Moses, Israel has therefore fallen victim to God's Sword. Putin and Donald Trump have been raised up as Rods of Evil against Israel, just as the Assyrians, and the Babylonians came against them taking them into captivity. The emblem of the Order has the initials DJT and L. These are the initials of Donald J. Trump, and Lenin who have been raised up against Israel. The genocide of Ukrainian Jews is the implementation of that Sworn which is encrypted using the letter "Z" on Russian military equipment. This Ezekiel 9:4 is where the Founder of the Soviet Union got his nickname Lenin where he executes the genocide Order. Israel's hatred towards Black Jews is done in partnership with other antisemitics who hides their hatred under the Confederate Time Sign of Death and Fortune. God made it clear with his*



**Biden calls atrocities in Ukraine a 'genocide' for the first time**

By Kevin Liptak, CNN
Updated 7:09 PM ET, Tue April 12, 2022



'How is this not genocide?': Tapper asks Biden's national security adviser 01:49

*punishment of Moses's sister Miriam, and his brother Aaron, that racism against Jews of Color will not be tolerated. As a punishment for Miriam who did not like Blacks, GOD gave her a color of white of which she was not pleased. Afterwards Moses cried out on her behalf before God that He heal her of this curse of leprosy. She was healed only after 7 days.*

**Numbers 12: (1) AND Miriam and Aaron spake against Moses because of the Ethiopian woman whom he had married: for he had married an Ethiopian woman. (2) And they said, Hath the LORD indeed spoken only by Moses? Hath he not spoken also by us? And the LORD heard it.**

**(3) Now the man Moses was very meek, above all the men which were upon the face of the earth.  (4) And the LORD spake suddenly unto Moses, and unto Aaron, and unto Miriam, Come out ye three unto the tabernacle of the congregation. And they three came out.**

**(5) And the LORD came down in the pillar of the cloud, and stood in the door of the tabernacle, and called Aaron and Miriam's; and they both came forth. (6) And he said, Hear now my words; if there be a prophet among you, I the LORD will make myself known unto him in a vision, and will speak unto him in a dream. (7) My servant Moses is not so, who is faithful in all mine house.  (8) With him will I speak mouth**

_to mouth , even apparently, and not in dark speeches; and the similitude of the LORD shall he behold: wherefore then were ye not afraid to speak against my servant Moses?_

_(9) And the anger of the LORD was kindled against them; and he departed. (10) And the cloud departed from off the tabernacle; and behold, Miriam became leprous, white as snow: and  Aaron looked upon Miriam, and, behold, she was leprous.  (11) And Aaron said unto Moses, Alas, my Lord, I beseech thee, lay not the sin upon us, wherein we have done foolishly, and wherein we have sinned._

_(12) Let her not be as one dead, of whom the flesh is half consumed when he cometh out of his mother's womb. (13) And Moses cried unto the LORD, saying, Heal her now, O God, I beseech thee.  (14) And the LORD said unto Moses, if her father had but spit in her face, should she not be ashamed seven days? Let her be shut out from the camp seven days, and after that let her be received in again._





Demonstrators protest outside the National Police Headquarters in Jerusalem against violence and racism directed at Israelis of Ethiopian descent (photo credit: April 30, 2015. Photo by Hadas Parush/ FLASH90)

### Separate, but not equal treatment plagues Israel's Ethiopian Jews

Special programs targeting immigrant community have led to segregation, not integration, say academics and activists

By RENEE GHERT-ZAND ∨  |  5 May 2015, 3:59 am  |  ▭ 7

*This scripture showing God's displeasure with racism, and he spitting in her face as a punishment turning her white, signals that racism will not be allowed in the camp of the saints during the rapture to the Golden City. The camp of the Saints from which Miriam was shut out, is symbolic of the camp of the raptured Tribulation Saints who shall be camped upon the breadth of the earth where Russia's International Space Station has been established to spy on tribulation Saints, and to prepare a safe haven for the elite Leaders of the Nations who are aligned with the Prince of this world. He is the Dragon, and X is his mark.*

**Revelation 20: (7) And when the thousand years are expired , Satan shall be loosed out of his prison, (8) And shall go out to deceive the nations which are in the four corners of the earth, Gog and Magog, to gather them together to battle: the number of whom is as the sand of the sea.**



**(9) And they went up on the breadth of the earth, and compassed the camp of the**

*saints about, and the beloved city: and fire came down from God out of heaven, and devoured them.*

*Satan who is also called the Dragon, is rightfully called* **"Prince of The Powers Of The Air".** *The sole purpose of the Dragon Space X and Russia's International Space Station, is to compass the camp of Raptured Tribulation Saints, and spy on their camp. Thus the purpose of Space X Confederate Time Sign of Death And Fortune.*



*The Rebuilding of God's Temple after the 400 years of affliction upon People of Color in North and South America, is not a new precedent. The Second Temple was rebuilt after 70 years of Judah's captivity in Babylon, **(Ezra 1: 1-11).** They also faced opposition similar to that which I am currently facing.*

*One purpose of the 9/11 Order of The Red Cross written in Ezekiel 9:1-11 is to put down that Opposition by both Jews, and Gentiles alike who have a common ideological bias against Christian Jews of Color. The Genocide which is now taking place in Ukraine, and Gaza, is a well planned operation that is very sophisticated, and cannot be identified by outsiders without Divine intervention, or*

*by Revelation. Some basic knowledge of Heraldry, and symbolism are essentials. All four Branches of Ukraine's military have the Order Of The Red Cross emblem as their badge. The current President of Ukraine* **"Vladimir Zalensky" is a Jew, and he is the 6th President of Ukraine.** *God gave me this Key 6 saying, "This Key will opens many doors when it is used properly". The Order of The Red Cross in Ezekiel 9:1-11 is executed*



*significantly by 6 men having destroying weapons. This is the symbolism of the 6 Nuclear Reactors at Ukraine's Zaporizhzhia Nuclear Power Station. I will give all 11 verses of Ezekiel 9:1-11 as it is published in the New American Catholic Bible because this*

*Order is the subject of the Order of The Red Cross Badge worn by the Pope.*

### Володимир Зеленський



**Zelenskyy in 2022**

**6th President of Ukraine**

*Ezekiel 9: 1-11 (Slaughter of the Idolaters)*

*(1) THEN he cries loud for me to hear: Come, you scourges of the city! (2) With that I saw six men coming from the direction of the upper gate which faces the north, each with a destroying weapon in his hand. In their midst was a man dressed in linen, with a writer's case at his waist. They entered and stood beside the bronze altar. (3) Then he called to the man dressed in linen with the writer's case at his waist.*

*(4) Saying to him: Pass through the city [through Jerusalem] and mark an X on the foreheads of those who moan and groan over all the abomination that are practiced within it. (5) To the others I heard him say: Pass through the city after*

*him and STRIKE!  Do not look on them with pity nor show any mercy! (6) Old men, youths and maidens, women, and children–-wipe them out!  But do not touch any marked with the X. Begin at my sanctuary.* (NOTE: Beginning at the LORD's sanctuary is intended to signal the purpose of the Order). **So they began with the men [the elders] who were in front of the Temple. (7) Defile the Temple, he said to them, and fill the**



*courts with the slain, then go out and strike in the city.* [NOTE: defiling the Temple means God cannot dwell there].
**(8) As they began to strike, I was left alone, I fell prone, crying out, "Alas, Lord God!  Will you destroy all that is left of Israel when you pour out your fury on Jerusalem?" (9) He answered me: "The sins of the house of Israel are great**

**beyond measure; the land is filled with bloodshed, the city with lawlessness. They think that the Lord has forsaken the land, that he does not see them.**( NOTE: Lucky Strike, and The Camel And The Palm Tree logos are all based on this Biblical Order). **(10) However, I will not look upon them with pity, nor show any mercy. I will bring down their conduct upon their heads.**

  

**(11) Then I saw the man dressed in linen with the writing case at his waist make his report; "I HAVE DONE AS YOU ORDERED".** That Order is called Order of The  Red Cross (X). Currently there is unmeasurable bloodshed taking place, and the untold suffering of millions of men, women, and children as evil men try to execute this Order while maintaining  total secrecy. Therefore showing the Biblical origin of the Order, and attaching a combination of Scientific, and Biblical evidence, hopefully we can end unnecessary wars, and usher in a lasting peace. As

*symbolized by the bronze statue which Russia has given to the United Nations.    All Nations shall beat their weapons into plowshares and pruning hooks. The 6 men dressed in linen in Ezekiel 9: 1 with destroying weapons in their hands, is a sword dance preformed by Saudi Arabia Kings, and Princes. It is sometimes performed with Republican Masonic Presidents who are savvy to the fact that such ritual is calling for the destruction of Jews. The dancers wear the 22nd Hebrew letter Taw X fixed over white linen clothing.   This chapter of Ezekiel is where Lenin who was the Founder of the Soviet Union chose his nickname. In*



*Russia, this Order became known as "The Order of Lenin". The official emblem of the Order bares the origin of what became MAGA, and TRUTH as used by Donald J. Trump. All of these things were articulated inside my November 22, 2019 letter warning officials that a global pandemic was coming which targeted a specific group of people. My warning sent those who*

*communicated using this 22ⁿᵈ Hebrew letter scrambling to undermine that which I was ordained to do as God's chosen vessel for such assignment.*

*It is well published throughout all the world that Donald Trump, and his Evangelical Christians base says that he was chosen by God. However, all have steered away from saying what he was chosen for. The scripture tells us that God establishes Kings, and He removes them, (Daniel 2:21).  Jesus said to Pilate , **"Thou couldest have no power at all against me, except it was given thee from above: therefore he that delivered me unto thee hath the greatest sin.***

*It is also true that I alone informed the U.S. Department of Justice three weeks in advance on December 8, 1999, that God was bringing an evil king to power in Russia on or before **January 1, 2000.** Vladimir Putin came to power on that exact date.  No man can deny with any credibility that Donald Trump was not established for a purpose. It is signified in his last name "Trump", and it was also signified*

## Fred Trump



Trump in the 1980s

| Born | Frederick Christ Trump October 11, 1905 |
|---|---|

🔒 en.m.wikipedia.org

*in his father's middle name which is **"Christ"**. His father's name was Frederick Christ Trump.*

*Donald Trump has his own cross which was created before his birth by the Freemasons on the emblem for the Order Of The Red Cross. This cross bares his initials **"DJT" for Donald John Trump**, and it also bares the single letter "L" for linen who is the man in linen clothing in Ezekiel 9:11 who executes the "Order Of The Red Cross" to exterminate the Jews with a destroying weapon. This weapon appears to be a nuclear weapon that is described in Zechariah 5:1-3 as a flying roll that is a curse which goes over the face of the whole earth based on the **Malachi 4:1-6**.*



*Zechariah 5: (1) THEN I turned, and lifted up mine eyes, and looked, and behold a flying roll. (2) And he said unto me,*



*what seeth thou? And I answered, I see a flying roll; the length thereof is twenty cubits, and the breadth thereof ten cubits. (3) Then said he unto me, This is the curse that goeth forth over the face of the whole earth: for every one that stealeth shall be cut off as on this side according to it: and every one that sweareth shall be cut off on that side according to it.* The cross which bares Donald Trump's and Lenin's initials, is the same Black and White Cross on the Provocation North Korean Missile. This mark in the Greek version of the  22nd Hebrew Taw X. The missile colored Black and White sends a cryptic message of a religious race war which will trigger the Rapture to the Golden City during Tribulation which has already begun in certain parts of the world such as Ukraine, Gaza, Sudan, and elsewhere. **MAGA , and the name TRUTH** both originated from this cross. The letter "N" in **MAGNA was deleted to create MAGA. The Latin word VERITAS**

_**which means TRUTH, became the name for Donald Trump's new Social Media platform.**_

_The Seven-pointed Star represents the 6 men with destroying weapons in Ezekiel 9: 1, and the one man who is clothed in linen which makes 7. Deleting the "N" from MAGNA was a derogatory code designed to_



_represent the Black race who would be eliminated from the face of the earth during the Order of the Red Cross. North Korea's, and South Korea's old flags depicts the same heraldic message as Donald Trump's cross. It was all summed up in my November 22, 2019 message sent to the 14 recipients who are identified in earlier chapters. The Latin word MAGNA means GREAT as in MAKE AMERICA GREAT AGAIN. One must connect the dots otherwise these men would try and lie themselves right out of God's snare which is like a worldwide spiderweb._

*North Korea sent its Master Spy Kim Yong Chol to imitate Donald Trump a Mason to prepare the way for this Order. Operating VIA Freemasonry created what may have been the perfect Spy mechanism because non-Masons could not read the initiation ritual except by Divine Grace , and ranking Freemasons were bound by their Oath to remain silent, or face the penalty of their Obligation which is* **DEATH**. *Donald Trump attempted to hide his Lambskin apron that was given to him in this large envelope at*



*his Mar-A-Lago home. He holds the apron envelope at his waistline to symbolize what's inside. His complicit brothers at the London Masonic Lodge who tweeted about this act of treason,*

were the subject of a clever ABC News message which used pictures only, to speak that this Apron, is among the Classified Secrets. There is evidence that the Trump Masonic White House quietly, and quickly rebuked their UK Brothers for allowing me to intercept evidence that could bar Trump from ever holding public office again. It was an act of God that landed this tweet into my hands which I immediately screenshot, and posted it on my Twitter page where it remains until this day. Operating through what Freemasons defines as **"THE MYSTIC TIE"**, allows these treasonous brothers to operate in a Satanic mystic medium which cannot be detected by outsiders, and very few ranking insiders. The Mystic Tie is defined as follows: That sacred and inviolable bond which unites men of most discordant opinions into one band of brothers, which gives but one language to men of all nations. And one altar to men of all religions, is properly, from the mysterious influence it exerts, denominated the Mystic Tie; And Freemasons, because they alone



are under its influence, or enjoy its benefits, are called Brethren of the Mystic Tie. Satan is that Mystic tie who joins them together.

_____ *C H A P T E R   E I G H T*

**_God Gives Me My Chewing Gum After  Nearly 6 Years_**

*The same night when the LORD sent His angel to deliver my*
*Password, the LORD shortly afterwards at 11:54 P.M. to 12:57 AM*
*spoke to me saying,* **"I've Got Your Chewing Gum".**  *He would*



*release by Divine revelation my chewing gum while I was writing*

_this book under the counsel of the Holy Spirit some 6 years later._
_He did so during the month of October 2023 when the war_
_between Israel and Hamas began.    Moreover, my Password 6_
_would also be hidden inside my Chewing gum wrapper which was_
_hidden inside the Trident emblem fixed on the Ukrainian flag_
_over which the 6th President Vladimir Zalensky reigns.    The_
_Ukrainian war was four years from breaking out, but the Order_
_of The Red Cross was fixed upon Ukraine perhaps centuries_



Trident - national emblem of Ukraine

_earlier. The Trident emblem as Ukraine National emblem, is the_
_same trident which inspired the name for Trident Chewing Gum_
_which is packaged in 5 rows with 3 Trident packs to a row making_
_15 packs which encrypts my Password of 6. In other words, as I_

*have illustrated many times, the number 15 is reduced to a single digit of 6 under the rules of Pythagorean Numerology. The purpose of this illustration is not necessarily to focus on the meaning of Ukraine's Trident emblem, but to focus on the Divine channels by which my Password was given to reinforce the deep meaning of the 22nd Hebrew letter Taw X, and why it is found practically everywhere Life exist. It's Understandable why people who could not read, nor write, were instructed by their Overseers to put this letter X as their Mark  on the document where they would otherwise sign their name. This letter in the Greek has a value of 60 which is reduced to 6 under the rules of Pythagorean*

## Pythagorean Numerology



*Numerology. Therefore when three of these are used such as XXX, this become 666.   This illustration provides proof that the Pythagorean Numerology system is a scientifically accurate system. There is only one name inside the Pythagorean Numerology Chart, and that name is FOX which is a Beast. Each*

_letter has a value of 6. In Revelation 13:11 this Beast is depicted as the second of two Beasts that is coming up out of the earth having two horns like a lamb, and speak as a dragon. These two horns are symbolized in the FOX 6 NEWS logo rising up as two beams of light that is coming out of the Earth._

_The FOX 6 NEWS logo is a very sophisticated logo that is designed to identify in these last days of the 400 years just who they are. There are two beasts in Revelation Chapter 13, and their number is given as Six Hundred Threescore and six (666). The first beast is described as having Seven Heads and Ten Horns. These Seven Heads are the symbolism of the Seven-Pointed Star for the Order of The Red Cross. Each point on the star represents one of the Seven Men in Ezekiel 9:1-11. These are the 6 men who comes from the North with their destroying weapons, and the man who is in the midst of them who is dressed in linen._



**_Revelation 13: (11) And I beheld another beast coming up out of the earth; and he had two horns like a lamb, and he spake as a dragon._**

*Revelation 13: (1) AND I stood upon the sand of the sea, and saw a beast rise up out of the sea, having seven heads and ten horns, and upon his horns the name of blasphemy.*
*(2) And the beast which I saw was like unto a leopard, and his feet were as the feet of a bear, and his mouth as the mouth of a lion: and the dragon gave him his power, and his*



*seat, and great authority.*
*(3) And I saw one of his heads as it were wounded to death: and his deadly would was healed, and all the world wondered after the beast. (4) And they worshipped the*

*dragon which gave power unto the beast: and  they worshipped the beast, saying, Who is like unto the beast? Who is able to make war with him?*

*(13) And he doeth great  wonders, so that he maketh fire come down from heaven on the earth in the sight of men. (14) And deceive them that dwell on the earth by means of those miracles which he had power to do in the sight of the beast; saying to them that dwell on the earth, that they should make an image to the beast, which had the wound by*



Saturday, July 3, 1999                    Houston Chronicle

# Uproar over Lenin's body fans intrigue

**By Barry Renfrew**
Associated Press

MOSCOW – It sounds like the plot for a cheap thriller: a conspiracy to snatch Lenin's body from his Red Square tomb and bury it in the middle of the night so Boris N. Yeltsin can stay in power.

But that is the feverish scenario sweeping Russia's media and political circles, amid speculation that Yeltsin is looking for ways to outlaw the Communist Party – his biggest rival.

Ordinary Russians are worried that their country is edging toward another crisis.

"Moscow . . . is filled with alarming rumors and expectations about an unconstitutional course of events," said Andrei Piontkovsky, a



*Associated Press*

**Vladimir Lenin, founder of the Soviet Union, lies embalmed in his tomb in Moscow's Red Square in 1997. He died in 1924.**

political analyst.
Exactly how Lenin's burial

would lead to banning the Communists or help Yeltsin stay in power isn't clear, but nobody seems to worry about that. The Communists and others agree a burial would signal the start of an offensive to outlaw what is still the largest political party in Russia.

Lenin's mummified corpse is a symbol of the schism that divides Russia between those who want to revive the Soviet Union and those who want the country to move on. Lenin died in 1924 at 53 after a series of strokes, having said he wanted to be buried in St. Petersburg.

"It's a secret to no one that a draft decree on banning the Communist Party has already been prepared. . . . I believe that they

▶ See **Lenin** /Page 2A

*a sword, and did live.*

Before the image was made of Lenin after his Death in March 1924, he was wounded by a gunshot fired by a woman named Fanny Kaplan. She shot Lenin whilst he was making an official visit at a factory on the South side of Moscow. Strangely, Lenin returned to his residence, and was not taken to a hospital.

Therefore, as stated in the forgoing scripture, "The beast was wounded but did live. Note this article is dated July 3, 1999. On January 1, 2000, Lenin came to power as Vladimir Putin. Lenin was born on April 22, 1870 to a Jewish family, and was a baptized Christian. He would later reject Christianity, and his ethnic background as being Jewish would be classified until after the fall and breakup of the Soviet Union. His birth name *was **Vladimir Ilyich Ulyanov**. There is no public record of how, why, where, and when he decided on his nickname Lenin. That information was sealed in Heavenly vaults until God revealed it to me by His Spirit. On November 9, 1997, Mikhail Gorbachev, the former Soviet President, warned in an article written for the*



_Houston Chronicle, and other Western Publications, that_ **"RUSSIA MUST ALTER HER COURSE OR FALL TO AUTHORITARIANISM".** _He used an image of Lenin as one being raised up and identified with the initial "P". That "P" was put on Lenin's head. Three years from the date of that article, on December 8, 1999, the LORD sent me to warn the United States Department of Justice that such thing would come to pass on January 1, 2000. It came as prophesied, and as I had forewarned. Thus Putin became **"A DEAD MAN WALKING".** This is the Chewing Gum that God promised me. Lenin is no longer sleeping after nearly one hundred years, but he is that rider on the white horse seen when the first of the Seven Seals are opened._



**_Revelation 6: (1) AND I saw when the Lamb opened one of the seals, and I heard, as it were the noise of thunder, one of the four beasts saying, Come and see. (2) And I saw, and behold a white horse: and he that sat on him had a bow; and a crown was_**

*given unto him: and he went forth conquering, and to conquer.*   *That white horse, crown, and bow are a part of Russia's National Seal along with a golden cup in her hand. After the fall of the Soviet Union on December 25, 1991, I would arrive in Moscow, Russia   just three months later on* **March 7, 1992,** *to begin preparations for my testimony to all nations. I was*



*completely unaware of my assignment, but nevertheless I was able to achieve it by the inspiration of God's Holy Spirit. Among*

*those things which I collected, and was taught were, how to read, and decipher   Russia's National Seal depicting the Rider on the white horse, the crown, and the bow. All of these things which appear on its National Seal, can be found in Revelation 6:1-2.*

*The three crowns were prizes  for those who crucified  Jesus and the two thieves along with him. The golden Cup held in the hand of Russia's double-Eagle, symbolizes the golden and sacred vessels which the King of Babylon took from the Temple of Solomon. This occurred about 586 BC When Judah was captured, the Temple burned, and the sacred vessels which included the golden cups of the Temple,   were all taken to Babylon. The Babylonian king threw a lavish party, and he and his guests were drinking from these golden cups when they saw a mysterious hand that appeared and began writing on the wall, **(Daniel 5: 1-31).** These vessels are now in Russia, and they were used by  the last heir to the Byzantine Empire, Sophia Palaiologos, to purchase a Russian throne by her marriage as the Second wife of Ivan III of Russia. This Marriage certifies Russia's rightful claim that it is the third Roman Empire. The Bible calls it exactly what it is, and that is Mystery Babylon. Lenin has been raised up as the resurrected Nebuchadnezzar, the King of Babylon who now reigns as Vladimir Putin. This was made known    to me by Divine Revelations, and confirmed by those things which you are now reading, and the opening of the Seven Seals.*

*Revelation 17: (4) And the woman was arrayed in purple and scarlet color, and decked with gold and precious stones and pearls, having a golden cup in her hand full of abominations and filthiness of her fornication:(5) And upon her forehead was a name written, MYSTERY BABYLON THE GREAT, THE MOTHER OF HARLOTS AND ABOMINATIONS OF THE EARTH.*

*After Sophia purchased her Russian throne with the jewels of Solomon*

*Temple, Ivan IV built one of the most beautiful Cathedrals in the world to house them which is the renowned St. Basil Cathedral. At the summit of the Cathedral is the image of a woman whose eyes are only visible. She has* 

*remained hidden from the world until the LORD revealed her to me during my 1992 visit. The Russian people were unaware of her existence, and she is symbolic of* **MYSTERY BABYLON THE GREAT WHORE!** *Locate her eyes between the upside-Down Tornados. The Tornado is the Beast which carries the Whore; Whore is a Biblical metaphor for Oil that is brought into the earth by the Tornado. It is all hidden in this Temple of Satan, the seat of*



*the Beast. This Temple where the mysteries of the tornadoes are hidden was built by Ivan IV who was nicknamed IVAN THE TERRIBLE because he was evil. The name IVANKA derived from the name IVAN. The name meaning is one that contradicts the*

*character of the man who received this wonderful name which means **"God is gracious"**. The mystery behind this 22nd Hebrew alphabet which Freemasonry rightfully states, "is the key to the mysteries of the Bible" , is associated with oil including the anointing of ones forehead.*

*When the LORD spoke to the man clothed in linen in Ezekiel 9:4, saying, "Go through the midst of the city, and set a mark X upon their forehead" , it is really what is behind this Hebrew alphabet becoming the logo for "Exxon Oil". Essentially the Oil giant simply added the word ON to EX, and the second X to create DOS EQUIS. The six men with their destroying weapons were instructed not to slaughter any one which had this mark X on their forehead. This Order to spare those who had this mark X on their forehead, is what inspired*



*the headgear worn by Ukrainian Generals as shown on the cover of Time Magazine. The Red Cross X is set on the forehead section of the General's cap. This practice was used during the Civil War,*

*and during other conflicts even until this very day. This is the Chewing Gum which God gave to me when He dispatched His angel to give me my Password which was prepared for me before my birth. This mark cut two ways. It is therefore used as a double-edged sword as with Saudi Arabia's National emblem.*

*We have seen this Time Sign of Death and Fortune fixed on the head gear worn by Calvary Soldiers, however, those of us without knowledge were unable to connect it to the Biblical Order in*

*Ezekiel 9:1-11. This time period always pointed to those 400 years which the LORD had appointed for Judah's afflictions in the New World which we now know as North and South America. This Order became known as* **"The New World Order".** *The New World is what Columbus claimed to have discovered when he discovered America in*



*1492. In Revelation 21: 1-21 the Prophet John is shown a vision of the New World, and he describes it as it was shown to him in a vision. It was  down from God out of heaven.*

*<u>Revelation 21: (1) AND I saw a new heaven and a new earth: for the first heaven and the first earth were passed away: and there was no more sea. (2) And I John saw the holy city, New Jerusalem coming down from God out of heaven, prepared as a bride adored for her husband.</u>*

*<u>The Order is fixed significantly on all 33rd Degree emblems of Freemasonry with this Hebrew letter Taw X and the Latin Phrase</u>*



*<u>**"Ordo ab Chao".**  A right hand is fixed on the end of the letter to</u>*

*put the mark X symbolically in the right hand of those who worship the beast.* **Revelation 13: (16) And he causeth all, both small and great, rich, and poor, free and bond, to receive a mark X in their right hand, or in their forehead.** *The English translation of that Latin phrase is "ORDER OUT OF CHAOS". That Chaos is now taking place on two fronts. Those two fronts are the Russian/Ukraine War, and the Israeli/Hamas War. The 33rd Degree of Masonry consists of interlacing three DELTA TRIANGLES to form a nine-pointed star called* **DELTA-DELTA-DELTA, or 3D.** *In order to find the 9/11 and the 666 on 33rd Degree Masonic emblem requires Wisdom, and understanding.*



**Revelation 13: (18) Here is wisdom. Let him that hath understanding count the number of the beast: for his number is Six hundred threescore and six.**

*That wisdom begins with finding the Pythagorean Numerical value of the word DELTA which is 6. Therefore DELTA-DELTA-*

---

_DELTA is 666. It is calculated as follows:_ **D=4, E=5, L=3, T=2, A=1: Therefore 4+5+3+2+1 Equals 15, and 1+5 Equals 6.**

_In order to find 9/11 one must number each point of the 9-pointed star both clockwise, and counterclockwise from 1 to 9. When this happens each corresponding number_




_on one emblem will equal to 9, and each corresponding numbers on the second emblem shall be equal to 11. This is the Chewing Gum God has given to His Two Olive Branches as seen on the UN Emblem, WHO, and TUI shown here. This is Wisdom!! In other words, beginning with the 33rd degree emblem on the right as reading Hebrew,_ **1+8 =9,    2+7=9,    3+6=9,    and 4+5 =9.** _On the left emblem,_ **9+2=11, 8+3=11, 7+4=11, and 6+5 =11.** _This is the hidden wisdom that can only be discovered by Divine Revelations given_

*by God as Chewing Gum to His Two Olive Branches. After the 9/11 Terror attacks this secret of the Degree men became a Best Seller when Michael Moore published his book titled Fahrenheit 9/11. Fahrenheit suggests that this was a Masonic sign frozen in a 32degree Masonic Vault. Like his father before him, George W. Bush was slated to take the Oath of Office on the George Washington Masonic Bible, however those plans were altered during the last hours. Until this day, this is not publicly known. His plans were altered by actions that I personally executed. Although he was a Freemason, the Bible that he used was not the George Washington Masonic Bible that was*



*delivered to be used, instead what he used was a small Bible that was quickly provided by some unknown entity . It has all remained secret until the release of this publication, and the Chewing Gum of God's promise.*

*C H A P T E R   N I N E*

**Illustrious Order Of The Red Cross, A preparation Of The Christian Order Of The Temple:**

*Chapter Nine consists of a complete transcript of what is published in all Freemasonry's full sized Masonic Bibles.  It is titled **"THE ROYAL ARCH".**  This title  refers to the Royal Family of Saudi Arabia. Inside of this transcript, the Masons take credit for the building of the Al Aqsa Mosque and the Dome of The Rock. Moreover, as I have put as the title of Chapter Nine, that is their rightful claim that the **"Illustrious Order Of The Red Cross is a Preparation for the Christian Order of The Temple".** Please note, that their clever printing method of placing the Word **"Illustrious"** in front of the **Order Of The Red Cross** so that the **Ill** operates as a code for **9/11** by substituting the 9th letter **"I"** for the number **9,** and two lower case **"L" (ll)** for the number eleven. The word "Illustrious" means well respected, admired, and famous. The two men whose names appears on the order fits that definition.*

*You shall also find in this transcript the Biblical reference which gives the origin or the Order which is Ezekiel 9:1-11. The Prince of Jerusalem whom God has appointed to rebuild His Temple is **given as Zerubbabel** whom God promised to raise up with a New Name. That new name is **Willie Herman Ellis** that is written in the Cornerstone of the Temple and elsewhere.*

## *R O Y A L   A R C H*

*This degree is indescribably more august, sublime and important than all which precede it; and is the summit and perfection of ancient Masonry. It impresses on our minds a belief of the being and existence of a Supreme Deity without beginning of days or end of years, and reminds us of the reverence due to his holy name. It also brings to light many essentials of the Craft, which were, for the space, of one hundred and seventy years, buried in darkness, and without a knowledge of which the Masonic character cannot be complete.*

1. *High-Priest, whose title is "Excellent", He represents Joshua (or Jeshua) the first High-Priest of the Jews, after their return from the Babylonian captivity. He is seated in the East, and is dressed in a robe of blue, purple, scarlet and white, and is decorated with the ephod, breastplate and mitre—the garments and decorations of the ancient High–Priest of the Jews. On the front of the mitre, upon a golden plate, is inscribed, in Hebrew characters, "**Holiness to the Lord".** His jewel is a mitre.*

2. *The King represents Zerubbabel, a Prince of Judah, who was the leader of the first colony of Jews that returned from the*

*Babylonian captivity to rebuild the Temple.   His station is in the East, at the right of the High-Priest, clothed in a scarlet robe, with a crown on his head and a scepter in his hand. his jewel is a level, surmounted by a crown.*

*3.   The Scribe represents Haggai the Prophet. His station is in the East, at the left of the High-Priest clothed in a purple robe, and wearing a turban of the same color. His jewel is a plumb, surmounted by a turban. These three officers constitute the Grand Council .*

*4.   The Captain of the Host represents the General of the troops who returned from Babylon. His station is on the right of the Council. He wears a white robe and turban and is armed with a sword. His jewel is a triangular plate, on which an armed soldier is engraved.*

*5.   The Principal Sojourner represents the leader of the party of Jews, who sojourned in Babylon for a time, but came up to Jerusalem to assist in rebuilding the Temple. He wears a black robe, with a rose-colored border, a turban, and carries a pilgrim's staff. His station is on the left of the Council. His jewel is a triangular plate, on which a pilgrim is engraved.*

_6.   The Royal Arch Captain represents the Captain of the King's Guards. He wears a white robe and turban, and is armed with a sword. His station is within the fourth vail or S.   His jewel is a triangular plate, on which is engraved a sword._

_7.   The Master of the Third Vail wears a scarlet robe and turban. His station is within the third vail, the color of which is scarlet. His jewel is a sword._

_8.   The Master of the Second Vail wears a blue robe and turban. His station is within the second vail, the color of which is purple. His jewel is a sword._

_9. The Master of the First vail wears a blue robe and turban. His station is within the first vail, the color is which is blue. His jewel is a sword._

_10.   The treasure, 11, Secretary, and 12, Sentinel occupy their respective positions as in previous degrees, and wear their appropriate jewels._

_"The jewels of a Chapter are of gold or yellow metal, suspended within a triangle. The symbolic color of this degree is scarlet. "The collar and sash of a Royal Arch Mason are scarlet, edged with gold or yellow material._

*"The apron is of white lambskin, lined and bound with scarlet, on the flap of which should be placed a triple tau (XXX) within a triangle, and all within a circle. (NOTE) Chapter 11 will for the first time ever,  illustrate how to find and read the Triple Taw XXX symbolizing 666, and the crucifixion, that is hidden on Masonic Lambskin Aprons).*

*The tau (X) or tau cross, was a sacred symbol among the ancients representing salvation and eternal life. It was the mark X referred to in Ezekiel 9:4. The triple (XXX) tau, placed in the center of the triangle and circle, both emblems of Deity, is probably intended to typify the same of the Author of life, the Creator, Governor, and Preserver of the Universe. Figuratively, the triple (XXX) tau represents the monogram of Hiram of Tyre, and also the initials of Templum Hierosolymae, the temple of Jerusalem, erected to God, dedicated to his Holy Name.*

*"Chapters of Royal Arch Masons are "Dedicated to the memory of Zerubbabel".  "Candidates receiving this degree are said to be Exalted to the Most Sublime Degree of Royal Arch Mason.*

*A Royal Arch Chapter represents the Tabernacle erected by our ancient brethren near the ruins of King Solomon's Temple".*

*Please Note The Above Underlined: This tabernacle erected near King's Solomon Temple is the Al-Aqsa Mosque,   The Dome of The Rock". This statement confirms the deep, and secret reasons for Saudi Arabia  identifying me as Zerubbabel with a new name.*

### *ROYAL ARCH CONTINUED...*
### **Symbolism Of The Vails**

*"The vails are of the following colors: blue, purple, scarlet and white, and May be symbolized as follows:*

*"Blue—-The distinctive color of craft masonry—-denotes Friendship, which is the peculiar characteristic of a Master Mason.*

*"Purple—the color of the preparatory degrees of the capitulate system—denotes Union, and, it being composed of a sue mixture of blue and scarlet, is placed between the first and third vails— which are of those colors—to show the intimate connection which should ever exist between ancient craft masonry and this most sublime degree."*

*"scarlet—the appropriate color of this degree—-is emblematic that fervency and zeal which could ever actuate all Royal Arch Masons.*

*"White—is a symbol of that purity of heart and rectitude of conduct which are essential to gain admission into the S.. S., or H of H.*

*"Collectively, the vails are said to allude to the banners borne through the wilderness by the four principal tribes of the children of Israel, viz..: Judah, Reuben, Ephraim, and Dan: emblematically representing the strength of the lion, the intelligence of man, the patience of the ox, and the swiftness of the eagle."*

### THE VAIL BANNERS

*"The four vail banners should be located as follows: The White banner, with a golden lion thereon representing the tribe of Judah, at the fourth Vail; the Scarlet banner, with the figure of a man representing the tribe of Reuben, at the third Vail, the Purple banner, with a black ox, representing the tribe of Ephraim, at the second Vail, and the Blue banner, with a golden eagle, representing the tribe of Dan, at the first Vail.*

*This arrangement of the banners corresponds with the Order of precedence of the precedence of the principal tribes as recorded in the Second and Tenth Chapters of Numbers.*

### ORDER OF THE RED CROSS

*"The Order of the Red Cross is founded upon Truth, recognizing the God of TRUTH as the only true and living Deity.*

*"Influenced in a measure by his Jewish Friend, Prince Zerubbabel –(Chosen of God) and believing in the One God as did Israel, Darius registered a vow with God that he would rebuild His Temple At Jerusalem. his Truthfulness and reverence for Judah's Jehovah are proven by the manner in which Darius kept his vow.*

*"The Law of Judaism was active, educating and preparing us for Christianity. As the most exalted TRUTH was implicitly present in Judaism, and is now explicitly present in Christianity, so the candidate finds the TRUTH OF TRUTH implicit in the Order of the*



*Red Cross, but explicit in the Order of the  Temple.*

*"As Judaism prepared the world for Christianity, so is the Illustrious Order Of The Red Cross, a preparation for the Christian  Order Of The Temple.*

*THE SASH, BANNER AND CROSS*

*"The Green Sash is a reminder that Truth is a divine attribute and the foundation of every virtue.   "The Banner of the Order bears the motto "MAGNA EST VERITAS", and PRAEVALEBIT": great is truth and it will prevail.   "The Cross of the Order contains the letters Deity, Truth, Justice, and Liberty*

*REBUILDING THE TEMPLE*

*"Released from captivity by the decree of the great Cyrus, issued B.C. 536, the Jews led by Zerubbabel, reached the then desolated Jerusalem on the 20th day of Tebeth, B.C. 535, and began building the second Temple. This was finished on the 23rd day of Adar, B.C. 515."*



*INTEGRITY*

"*Integrity is deemed more precious than life to a true Mason. Justice, Truth, and Liberty are the grand characteristics of the Illustrious Order of the Red Cross. No favors or emoluments are great enough to tempt a companion of that Illustrious Order to barter his integrity to the interest of Injustice, Falsehood, or Oppression.*"

*LIBERATAS ET NATALE SOLUM*

"*May every companion of the Red Cross maintain Liberty and Freedom, oppose injustice and superstition, ever show mercy*



*and compassion and permitting none to oppress the widow and the fatherless, the stranger or the poor. Note: The Order of The Red Cross is the same doctrine of Hitler, and his Order is Ezekiel 9:1-11 New Order of Donald Trump to eliminate all Jews of color.*

## *CHAPTER TEN*

*CONOCO-PHILLIP JOINS TRUMP 2020 CAMPAIGN WITH ANTISEMETIC TIME SIGN TO ROLL THE X (ROLEX)*



As the 400 years of Judah's captivity was being completed in 2020, CONOCO-PHILLIP OIL simultaneously joined the Trump Campaign and began raising the inverted red Nazi Triangles at its gasoline stations. Very few among the Black population knew what the signs meant. Had this knowledge been known to the Black population, then neither CONOCO-PHILLIPS, nor The Trump Campaign would have raised them. After a News Organization reported on the Trump racist symbol, Facebook

*took the Trump Campaign Ads down, but little was said or noticed, that Conoco-Phillips had erected Nazi symbols at many of its Stations in Texas, and elsewhere with a sophisticated*



*Antisemitic message to "Roll The EX". After I had notified one of CONOCO PHILLIPS retail partners, and Conoco-Phillips Texas headquarters, the signs came down as quickly as they had gone up. Their timepieces and N-Tane black comic books remain on*

*sale until this day in dark corners. Moreover , the purpose for which these signs were raised, still remains in the hearts of those who raised them. The meaning of these symbols are taught to select ranking members in the Lodge Rooms. A simple equilateral triangle which has 60degrees in each angle, is counted by applying the rules of Pythagorean Numerology. This means that the number 6 is hidden in each angle, and the number 666 is*



# Explore the Rolex collection

*hidden inside the inverted triangle to Roll the XXX for 666.*

Simultaneously, and as a sign of the Time proclaimed by Jesus in Matthew 16:1-4, there were timepieces all over the world wherever the children of Israel, and Judah had been scattered, that had their three hands fixed on 10-2-and 6 for the number 18 which has three sixes hidden therein. All of these were giving instructions for war against the Tribe of Judah whom God promised to deliver from their 400 years of affliction. After those 400 years, God said they shall come out with great substance in their hands, and that He will judge the nation whom they served.



**Genesis 15: (13) And he said unto Abram, know of a surety that thy seed shall be a stranger in a land that is not theirs, and shall serve them; and they shall afflict them four hundred years. (14) And also that nation, whom they shall serve, will I judge: and afterward shall they come out with great substance. NOTE: N-TANE =18 as a 666 Cipher. These are the same 3 sixes (666) in Conoco's inverted Nazi triangle found by applying Pythagorean rules to its three 60degree angles.**

Those 400 years were hidden in one of the most sophisticated ciphers ever created by using the timepieces on Rolex watches among others. If one tried to find the logic, or how the name Rolex was chosen for this fine watchmaker, then they will not find it because it has been sealed up in a mystery. The letters **R-O-L is a cipher for the word ROLL, and also the number 18 by using the rules of Pythagorean Numerology. In other words, R=9, O=6, And L=3 for a sum of 18 which is a code for 666.** The word Roll means to repeat. In this case the word ROLEX means to repeat and Roll the EX as XXX. EX (X) equals 6. When it is rolled 3 times it then equals the sum of **10-2- and 6** which are on all ROLEX display timepieces. They all have their 3 hands set to



Le Coup de Lance', 1620. At the

mark the sign of the time hidden in the Hebrew letter Taw X.  It is called EX so that it may remain hidden. This **10-2-6 is** the sign of Jesus' crucifixion where his two hands and feet are depicted in a 1620 painting by Peter Paul Reuben completed simultaneously as the first slave ship arrived in Jamestown Virginia on August 20, 1619. He began the painting titled " **Le Coup De Lance"** which prophesied through fine art the 2020 attempted Coup that would



come at the end of the 400 years creating the 47th Problem for the 45th former President.

The 10-2-6 Sign of The Times appeared on Timepieces the world over leading up to the January 6th attempted Coup , and the end of the 400 years of afflictions. They are  found in Test #8 in this Masonic Training Book which is nicknamed "A THOUSAND POINTS OF LIGHT".

*Today, display timepieces all over the world still have their three hands with very few exceptions, fixed on 10-2-6 to send a global message that it is time to "ROLL THE EX".   I remind the*



*readers, that this Time was the position of Jesus's hands that were lifted up and nailed to the cross, and his feet were position on the number 6 position as if the leg of the cross was the second hand on the clock. This mystery is the subject of General Test Number*

8, Question and Answer Number One in the excerpts here from "A THOUSAND POINTS OF LIGHT".

Rolling the X on the Juden captives after Wuhan 400, is what is hidden that CONOCO calls N-TANE. It is a code for 18 in Pythagorean Numerology before it is reduced to a single digit of 9. This 9 is the Number of Jesus' New Name **BLACKJACK** which is the subliminal message in the three large **Black N's** on the Hp cross. Hewlett Packard discontinued these symbols after I deciphered their printing methods. Here are the calculations for **N-TANE. N=5, T=2, A=1, N=5, E=5: Therefore, 5+2+1+5+5 Equals 18 for 6-6-6. This number 18 is reduced to 9 for the number of BLACKJACK which is Jesus's New Name**




*calculated as follows:   B=2,  L=3,  A=1,  C=3,  K=2,   J=1,  A=1,*
*C=3, K=2:  Therefore, 2+3+1+3+2+1+1+3+2 Equals 18, 1+8 =9*

    *One of the reasons that the Lord gave me a Password which*
*also embodies my username, is because it was hidden with the*
*nations that He established.   The inverted* **CONOCOPHILLIPS**
*and Nazi triangle is used in the game of Pool where 15 balls are*
*grouped into an inverted triangle format, and symbolically*
*pierced with a spear called a Pool, and Cue Stick. It all symbolizes*
*the pool of blood and water that flooded from Jesus liver when he*
*was pierced.   This inspired what the British call* **LIVERPOOL.**



*The 15 balls is a code for 6, (1+5=6).  The white ball slightly larger*

than all the other balls, represents    the Roman Soldier who pierced our Lord.    The white ball hope to win by striking all the other balls, scattering them across the four corners of the world, and knocking them into a pit. All 15 balls are knocked into a symbolic Hell by this white ball who must be careful not to fall into the pit itself, otherwise it looses. The black ball is symbolic of He who was pierced.  The **Cue stick, and the Cue Ball are called such because the word Cue which means to signal, is used to signal what it all means. I have never liked the game of pool, and I never learned, nor did I have a desire to play it the game.** These facts are hidden on the United States Great Seal where my name, and Password is sealed. This means also that the Nation were well aware that God would send a Man of Color as His Messenger whom all would reject especially Israel who-has no respect for Jews of color. The nations while having this knowledge created a derogatory word which sealed my Password 6. That word is **NIGGER** which is the sign of the three large Black N''s on the Hp Cross which is a code for 15 that is reduced to a single digit of 6.  N=5, N=5, N=5, for 15/ Therefore1+5 Equals 6.

**NIGGER is calculated as follows:   N=5, I=9, G=7, G=7, E=5, R =9:  Therefore 5+9+7+7+5+9 Equals 42, 4+2=6.**

The envy of Judah stretch back for hundreds of years when Jerusalem was divided into two Kingdoms. The Northern Kingdom was called Israel.    The Southern Kingdom where

Solomon's offspring reigned was called Judah. Because of their sins, and their refusal to repent, the Israelites were therefore carried into captivity by the Assyrians. Approximately 200 years or so later, Judah, from which the name Juden derived, were carried into Babylonian captivity as punishment for their transgressions. Judah and Benjamin were Jews of Color as confirmed by Solomon in his Songs.

*Song of Solomon 1: (5) I am black, but comely, O ye daughters of Jerusalem, as the tents of Kedar, as the curtains of Solomon.   (6) Look not upon me because I am black, because the Sun hath looked upon me: my mother's children were angry with me; they made me the keeper of the vineyards; but mine own vineyard have I not kept.*

Those who were of Judah were called Jews, and those of the Northern Kingdom were called Israelites. Because of envy, and Jealousy, the ten Northern tribes would began calling themselves Jews to usher in confusion regarding identity. It may have been the very root of what is called Identity theft save and except when Jacob stole the identity of Esau. It is the same identity theft envisioned by those who suggested changing the height of the Washington Monument so that my identity would be undermined, and  that Donald Trump who is a white man, may appear as God's Messenger.    Jesus' identity theft was

*masterminded by white Freemasons who began publishing Bibles with a white man depicted as Jesus. The concept worked for hundreds of years as both Blacks, and Whites alike, came to see Jesus as a white man even unto this very day.*



*The Tribe of Judah from the time of the Birth of Jesus , were considered the outcasts of Israel. There were those who spoke negatively about Jesus of Nazareth, saying, **"Can anything good come out of Nazareth?"** That was the question asked by*

*Nathanael whom Jesus called an **Israelite in whom is no guile.** He did not call him a Jew, but did refer to his own people as Jews, and Himself as "King of The Jews".*



***John 1: (46) And Nathanael said unto him, Can there any good thing come out of Nazareth? Philip saith unto him, Come and see. (47) Jesus saw Nathanael coming to him, and saith of him. Behold an Israelite indeed, in whom is no guile!***

*The Confederate Flag which is biblically called the ensign of the gentiles representing the Root of Jessie which is Jesus, is associated with Judah who are called the Outcasts of Israel. The Confederate Flag Hebrew letter is called Chi (X) in the Greek which means Christ. It is the origin of the name China which is the name that the Portuguese slave merchants gave this East Asian Country whose official name is Zhonggou . This Greek letter Chi (X) was what Jesus alluded to when he said, "I am Alpha and Omega".* ***The origin of the name CHINA is hidden. The Portuguese slave traders created it by converting the Greek Numerical value of CHI which is 60, to its Pythagorean Numerical value of 6. They then hid it under another veil by substituting a corresponding consonant***

*and vowel from the Pythagorean Numerology Chart whose values would equal 6. They then used that consonant and vowel as a suffix to add to CHI. They therefore chose N and A and added it as a suffix to CHI and produced what is called CHINA. CHI X the 22nd Greek letter, is a twin to Taw X, the 22nd Hebrew letter. They are created to usher in confusion where they cannot be distinguished from the 24th Latin letter ex(X).* It was Rene Descartes perfect choice to represent the Unknown in Algebra. Jesus alluded to this mystery when he proclaimed he was the first, and the last of the Greek letters Alpha and Omega. Taw, and Chi are both used to represent Christ. The Greek Orthodox Christian Flag whispers silently this great mystery.

Perhaps Jesus used these Greek letters because Greek was one of the three languages spoken in Jerusalem during his ministry.



Subsequently, the New Testament was first written in Greek. We used this so-called Ex (X) to write Christmas in Greek as **Xmas.** Those without knowledge see this word as X-ing out Christ. The

Confederate flag therefore as being an ensign representing Jesus is found in Isaiah 11 as the Rod of God is revealed gathering up the scattered children of Judah, and Israel from the four corners of the earth. The Greek, and Confederate flags fulfills Isaiah 11: (10).

Isaiah 11: (10) And in that day there shall be a root of Jesse, which shall stand for an ensign of the people; to it shall the Gentiles seek: and his rest shall be glorious.

(11) And it shall come to pass in that day, that the Lord shall set his hand again the second time to recover the



remnant of his people, which shall be left, from Assyria, and from Egypt, and from Pathros, and from Cush, and from Elam, and from Shinar, and from Hamath, and from the islands of the sea. (12) And he shall set up an ensign for the

*nations, and shall assemble the outcast of Israel, and gather together the dispersed of Judah from the four corners of the earth. (13) The envy also of Ephraim shall depart, and the adversaries of Judah shall be cut off: Ephraim shall not envy Judah, and Judah shall not vex Ephraim.*

It is this envy and jealousy which is causing the DEATH AND DESTRUCTION in Gaza as the Israelites seek a venue to hide its 2053 years of errors regarding Jesus being the Messiah, and the Son of the True and Living God. Over two millions plus Palestinians are enduring unimaginable suffering because of that error.

This gathering which is now in progress on our Southern borders, and elsewhere, is what opponents call illegal Migrants. The   ensign that is called a Time Sign, and the sign of the unknown as named by Rene  Descartes the father of Geometry, and Algebra, marks the 400 years by its Hebrew Numerical values.

The British Crown which proclaimed it is a descendant of the tribe of Judah which is the Tribe of Color, inspired the Queen to give her Blessings to her Grandson, who took to wed one of the Daughters of Judah, "Megan Merkel". It was a sign coming to pass on May 19, 2018 just a few months before the end of the 400 years of affliction. The BIG BEN CLOCK, and the British Flag double-cross, worked in concert to make such a historical announcement. However, the envy of Judah was so overbearing

that Megan, and her husband Harry, were literally forced to flee the racial tension in the United Kingdom for a more tolerant refuge in the United States. The Bible calls it the "Envy of Judah".



I mentioned at the beginning of my book Hebrews 13:1-2 about entertaining strangers, and that you may have entertained angels unaware. There are angels who left their first state who lives among us bound in chains of darkness. They are not shackled in that sense, but they are highly restricted in what they can and cannot do. These are evil, and they are servants of Satan. Then there are God's angels who are servants to the righteous, who are also restricted in what they can, and cannot do, but nevertheless they have far more authority than men.

Dean Koontz depicted one of Satan's angels on the cover of his book **"The Eyes of Darkness"** in which he coined the phrase

*"Wuhan 400" for the Coronavirus that began in China. On the cover is an angelic image peering through the Greek version of the Hebrew letter Taw (X). The title of the book is based on **Jude 1:6, saying;    (6) And the angels which kept not their first estate, but left their own habitation, he hath reserved in everlasting chains under darkness unto the judgment of the great day.***



*In the year 2000 when Putin rose to power, the Republican National Committee changed its logo from a five-pointed upright star, to a five-pointed inverted star. The symbolism is consistent with the inverted triangle and its meaning. After some 24 years, the general public is unaware of the change. The symbolism follows a scientific method of communication which is only taught in the sealed, and secret lodge rooms of Freemasons. In order to change the official logo of a party requires approval from a broad spectrum of ranking officials. In this case it would have needed the approval of the Leader of the party which would have been President George W. Bush.*

*The meaning of the five-pointed can be found in their Masonic training book which they code named "A Thousand Points Of Light". The book's actual title is "Ask Me Brother".   General Test Number Twelve, and Question and Answer Twenty-Four, ask, "What is the symbolism of the five-pointed or "blazing" star? Their answer states, "It is the Anubis of the Egyptians, giving warning of the overflow of the Nile. It also represents two principles. One point upward, it represents God, good, order, or the Lamb of Ormuzd and John. One point downwards, it denotes Lucifer, evil, disorder, or the accursed Goat of Mendes.*

*My excerpts from that portion of the book are shown here because of the consequences of ignoring this as noting more than art. I have circled Q and A*

**MotherJones**   DONATE   

POLITICS   **MARCH 14, 2008**

## Is There Satanic Symbolism in the GOP's Logo?

**MOTHER JONES**
Bio

*Let our journalists help you make sense of the noise: Subscribe to the Mother Jones Daily newsletter and get a recap of news that matters.*



*Numbers 24, and 25 to corroborate this historical revelations. This illustration confirms a continuous pattern that aligns for the FOX in FOX, Trident, The Inverted triangles of CONOCO-PHILLIPS, and the Rider on the White Horse on Russia's National emblem. It simply means that the Earth has reached a Prophetic Milestone.*

*The emblem of Philips 66 is one of the most sophisticated emblems in the corporate world. Until*



*now, their emblem was protected  by a Divine shield just as the origin of Oil and Gas were also protected by a Divine Seal. This is the symbolism of the shield. A shield as in war, is worn to protect the soldier. The shield in the corporate world is designed to protect their origin, and their meaning. The purpose was to confirm God's sovereignty over all the earth as declared in Psalm 24:1-2, saying;*

*(1) **THE earth is the LORD's and the fullness thereof; the world, and they that dwell therein. (2) For he hath founded it upon the seas, and established it upon the floods.***



*The emblem of Philips 66 has always been turned upside-down to hide the fact that it is two nines (99) for the number 18 which has three sixes hidden therein. When the emblem is turned upside-right, you would see that the opening in the two numbers are the eyes of an image, and the two Nines (99) are on the forehead to represent these three sixes being put on the forehead of those who worship the Beast who brings Oil into the earth for his elect. A parody of this Upside-Down secret was positioned on Highway 66 east of Abilene, Texas where 10 Cadillacs are buried nose down on what is called Buggy Farm in Conway, Texas. Songwriter  Bruce Springsteen wrote an allegory Of Death titled Cadillac Ranch on Route 66 graveyard of Cadillacs.*

*ConocoPhillips 66 is a multinational Company based in Houston, Texas USA. According to the company's online history, the name of their brand reflects three facts. First, the specific gravity of the gasoline produced by the brand was around 66. Also, the vehicle that tested the fuel drove at the speed of 66 miles*





*per hour. Eventually, according to their statement, the test took place on US Route 66.*



*Their statement was very cunning while referring to three facts which all involved the number 6, and the test taking place on Route 66. This Route 66 symbolically leads to Hades which runs only in one direction.*

That direction is symbolized by the 10 nose down Cadillacs, and an inverted triangle of CONOCO which points South.

It was a mystery that was not subject to man's GUESS, but instead, it has been protected by a Divine Seal until this day.

Philip VI of France who was the First King of the Valois Dynasty, adopted three Fluer-de-Lis as the Coat of Arms for the House of Valois. Under the terms of Heraldry, the Flyer-de-lis is the Mark of the Sixth Son of Cadency. Therefore three of these marks would be symbolic of the number 666. The emblems are placed on a crown, shield, or as used by the New Orleans Saints,



https://en.wikipedia.org/wiki/File:Royal_Coat_of_Arms_of_Valois_France.svg

they can be put on a helmet. This shield of Philip VI, is like unto the shield of Philips 66 which is actually 99. Turning these upside-down, and keeping their works in darkness with the protection of a Divine Seal, was shown to the prophet Isaiah by the LORD in Isaiah 29: 15-20 where the Terrible One is brought to nought!!

*Isaiah 29: (15) Woe unto them that seek deep to hide their counsel from the LORD, and their works are in the dark, and they say, Who seeth us? And who knoweth us?*

*(16) Surely your turning of things upside down shall be esteemed as the potter's clay/ for shall the work say of him that made it, He made me not? Or shall the thing framed say of him that framed it, He had no understanding?*



*(17) Is it not yet a very little while, and Lebanon shall be turned into a fruitful field, and the fruitful field shall be esteemed as a forest? (18) And in that day shall the deaf hear the words of the books, and the eyes of the blind shall see out of obscurity, and out of darkness. (19) The meek also shall increase their joy in the LORD, and the poor among men shall rejoice in the Holy one of Israel. (20) For the terrible one is brought to nought, and the scorner is consumed, and all that watch for iniquity are cut off.*



WHO DAT? Is the phrase coined

by those with knowledge while holding themselves out to be the Saints of God. These are not the Players who have not the slightest idea the meaning of the emblems they are wearing as Saints where the number 666 has been hidden behind the deep symbolism of Heraldry.

When one study carefully the terms of heraldry with wisdom, knowledge, and understanding, they shall see that all of heraldry is centered around the one who died on the cross, and rose on the third day who is now dwelling secretly in the earth with his unidentified Heavenly armies called UFO's. The chief among those emblems are the pound sign which is the message sign which represents among other things the 9 Eastern States on the 47th Problem of Euclid. I have included this Heraldry chart to first show the hashtag has on it points **369 which is 18, and is called the Sinister Tierce because in it is 666 as shown earlier. This chart also shows the mark of the 6th Son of Cadency as the Fleur-de-Lis. This is the reason that as early as the 13th Century, King Phillip VI chose three of these as his Coats Of Arms for the House of Valois.**



One must note, that on the logo of the Saints' WHO DAT NATION, there are one large Fleur-de-lis and two smaller ones on each side  to make 3. It is all a scientific form of heraldry for 666.

### CHAPTER ELEVEN

*Finding The Triple Taw (XXX or TTT) Hidden On  Masonic Lambskin Apron Flaps Requires Wisdom and Understanding : This Chapter is An Extension of Part 10 of Chapter 9:*

*The Antisemitic message hidden in the inverted triangle is fairly familiar to a large segment of the global population. However, very few insiders, and perhaps only few outsiders, if any, are aware that its origin was the Crucifixion of Jesus, the "Lamb of God", and the two thieves who were crucified along with*



*him. Since the inverted triangle was not completely secret, a scientific alternative method was created. It is used to send the same antisemitic message which is hidden on the flap of all Lambskin Masonic Aprons such as these*

which I am illustrating.  But who is wise enough to find 666, XXX, or TTT, all hidden on the flaps of Masonic Aprons?

The flap on a Masonic Lambskin Apron like those flaps on the previous page including the flap on the Masonic Apron envelop given to President Trump by   North Korean spy Kim Jong Chol, are designed to form an equilateral triangle when turned downward. An Equilateral triangle consists of three equal sides. These are sides **A, B, and C.** Each side is equal in length, and the triangle which they form on the Lambskin Aprons, are all turned downwards. The total degrees in this Equilateral Triangle is



180degrees which means each angle is 60degrees because they are equal. This 60degrees is reduced to a single digit of 6 which follows the rules of Pythagorean Numerology.

*The total contents of the triangle is 6. This is because in Pythagorean Numerology, side A of the triangle is equal to 1, side B is equal to 2, and side C is equal to 3. Therefore A+B+C Equals 6 for the total contents of the triangle. Keep in mind that the triangle is pointing downward like the Trump/Pence, and CONOCO 2020 Campaign ads.*

*In order for the Freemasons to secretly hide the Antisemitic, and Anti-Christian doctrine represented by this Lambskin Apron, each of the three lines which forms the triangle are separated, and laid parallel making three bars of equal length like those on the Trump/Pence 2016 Campaign logo. This is the riddle in section 10 of Chapter Nine which says, the Triple Taw is all inside a triangle fix in a circle. It is true. The triple Taw is hidden in all equilateral triangles because each of the three bars is the International Morse Code method for expressing the letter Taw or T. These three bars were a part of the Trump/Pence 2016 Presidential Campaign logo. However, the logo was later recalled because Campaign insiders said that it was too suggestive. However, the logo had already been released, and it was therefore impossible to extract it from the public domain. There are about 10 different ways for expressing the letter T or Taw X. The International Morse Code method is a simple horizontal bar such as the three on the Trump/Pence 2016 Campaign logo. It is noteworthy to know that, Our languages did not originate with man, they and the method by which we record them originated*

with God at the Tower of Babel. There was only one language, and one speech initially for those and the descendants of those thrown out of Heaven.

Perhaps you have heard your mother, or someone else say to you, "Stop Your Babbling". That saying originated from Genesis 11:1-9 when descendants of those whom God had thrown from Heaven, were attempting to build a tower to get back to where they had once lived.



*Genesis 11: (1) AND the whole earth was of one language, and of one speech. (2) And it came to pass, as they journeyed from the east, that they found a plain in the land of Shinar; and they dwelt there.  (3) And they said one to another, Go to, let us make brick, and burn them thoroughly. And they had brick for stone, and slime had they for mortar.*

*(4) And they said, Go to, let us build us a city and a tower, whose top reach unto heaven, and let us make us a name, lest we be scattered abroad upon the face of the whole earth. (5) And the LORD came down to see the city and the tower, which the children of men builded.*
*(6) And the LORD said, Behold, the people is one, and they have all one language; and this have they begun to do: and nothing will restrained from them, which they have imagined to do.  (7) Go to, let us go down, and there confound their language, that they may not understand one another's speech.*
*(8) So the LORD scattered them abroad from thence upon the face of all the earth: and they left off to build the City. (9) Therefore is the name of it called Babel; because the LORD did there confounded the language of all the earth: and from thence did the LORD scatter them abroad upon the face of all the earth.*



*The American Enterprise Institute is the leading racehorse Who are using these three bars like others, to replace the letter "E" in their Corporate names. This covert "E" printing method inspired the name EBay. These three bars appear on the old*





*North Korean Flag, and also on the current South Korean flag along with the Yin and the Yang and its 18 bars for 666. North Korea saw these on Donald Trump's 2016 Campaign logo, and they knew that they shared a common altar under the Mystic Tie Masonic Doctrine. These are the same three bars in the Tesla logo which are simply another way of expressing the Taw X logo of Twitter. It is always the letter "E" in a word that is replaced by these three bars which is the triple Taw (XXX), or Triple (TTT). The triple Taw (TTT) for Tokyo Twenty Twenty appeared on the*



Asao Tokolo's Tokyo 2020 logos were chosen in 2016 ©Getty Images

*2020 Tokyo Olympics logo. I foiled their evil plans, and became their target for revenge after my November 19, 2019 letters.*

The Olympic 2020 logo had in its center a subtle 12-Point star for the twelve tribes of Israel. It had eighteen bars as those on the South Korean flag which has the Yin and Yang which imitates the numbers 6 and 9 like those on the Phillips 66 logo.

For some such as myself, the Chinese language appears to be the most difficult of all languages to speak, and write. The illustrations that I am about to give is how the LORD warned me in a dream as early as January 30, 2005 At 4:00 A.M. about the coming Coronavirus. At the beginning of my Prophetic work, the LORD spoke to me on **April 28, 1998,** and He ordered me to write down my dreams when he speaks to me. Therefore for almost 26 years I have been recording God's messages to me in a contemporaneous method which reaffirms their Divine origin with forensic science and evidence. Today, it is possible that I have what could be the largest handwritten prophetic journal ever recorded.

On **September 1, 2003, At 11:20 P.M.,** the LORD spoke unto me saying these exact words, and "**Until the Truth and the true picture is learned about Blacks, who they are, and how we got over here, hardship shall remain until the day of death.**" That Truth was left behind by the Jewish slaves at the Levi Jordan Plantation, and it was buried under the intellectual prowess of those   Antropoligist who slanted that Truth in concert with the

*envy of Judah. This included men such as Slave Trader Elihu Yale a Benefactor, and name sake of Yale University.*

*Approximately two years later **one January 30, 2005, at 4:00 A.M.,** the angel of the LORD would speak to me again .*

*I titled the dream **"The Coming of X and T, and A Great Storm".** I had no idea that X and T were the two characters that*

*are dressed up as weapons, and are used to write the Chinese word **WUHAN.** Neither did I know that the Great Storm was a Divine metaphor that the angel of the LORD was using to describe a global man made pandemic, and Political Storm. Moreover, on **January 24, 2024, as the Iowa, and New Hampshire Primaries were well underway, I would see a giant angel at an H-E-B Supermarket in Temple, Texas, having X and T on***



*his legs as a sign of an unfolding Political Storm known as the 47th Problem.* It has taken many years for me to understand the vision   of X and T. Nevertheless, I immediately understood that this was an important message. The following are the exact words that I used to record the dream into my voluminous Prophetic Journal.

*January 30, 2005: 4:00 A.M. Dream Diary*
*S u b j e c t : " T h e Coming Of X and T and A Great Storm*

*In this dream we are m o v i n g  t o  h i g h e r ground because of the coming trouble upon the Earth. We are traveling in our car with my brothers David, Jimmy, and four of our boys. Two of our boys are in school, and the other two are not yet in school.*



*We see storm clouds building up and David talk about the possible terrible weather that is coming. I tell him it is not so much as the weather as it is the changing government and political climate.*

*We dropped the boys off at school and told them to look after the little ones. They got in line at school and each got a big dip of ice cream with a chocolate topping on it. It may not have been in the same dream, but there was a water well that we dug which did not pump water. It was a dry hole.*

*Someone came to my mother's home and/or my home and broke our water line while trying to steal our pump. We had plenty of water, but our line was broken, and had to be repaired. This seem to be parts of 3 different dreams that I have combined because of their relationship to each other.* **(I WAS AWAKENED)**

*After the Dream was over, the angel of the LORD spoke saying,* **"THE COMING OF X AND T.** *I would learn some 18 years later that these are the letters that are used to write the Chinese word* **"WUHAN".** *The word has a Pythagorean Numerical value of 22 which*



matches the   alphabetical place value of the 22nd Hebrew letter Taw X, and the 22nd Greek letter Chi as in China.  Moreover, the number 400 is hidden inside of **"WUHAN"** because it is the Hebrew numerical value of the Hebrew letter Taw (X) that is used to write it. Thus this is the mystery behind what Best Selling Novelist Dean Koontz coined as **"WUHAN-400 BIOLOGICAL WEAPON".** It is indeed the Confederate Time Sign of Death and Fortune.

As I have previously mentioned, Taw (X) is also called Chi in the Greek alphabets, and it is the 22 Second letter in the Greek. It is the origin, and is the base word for China that is often used to write Xmas because it means Christ. Christ is represented throughout the 24 basic Greek letters, and he left behind a Biblical record of such at the beginning, and at the end of the book of Revelation saying, **"I am alpha, and Omega"**, the **beginning, and the ending".**   The letter Alpha begins the Greek alphabets, and the letter Omega end the Greek alphabets". In the very center is the eleventh Greek



Alpha, Beta, Gamma, Delta, Epsilon, Zeta, Eta, Theta, Iota, Kappa, Lambda, Mu, Nu, Xi, Omicron, Pi, Rho, Sigma, Tau, Upsilon, Phi, Chi, Psi, Omega

| A Alpha (al-fah) | B Beta (bay-tah) | Γ Gamma (gam-mah) | Δ Delta (del-tah) | E Epsilon (ep-si-lon) | Z Zeta (zay-tah) |
| H Eta (ay-tay) | Θ Theta (thay-tay) | I Iota (eye-o-tah) | K Kappa (cap-ah) | Λ Lambda (lam-dah) | M Mu (mew) |
| N Nu (new) | Ξ Xi (zz-eye) | O Omicron (ome-cron) | Π Pi (pie) | P Rho (roe) | Σ Sigma (sig-mah) |
| T Tau (taw) | Y op-silon (op-silon) | Φ Fie (fie) | X Chi (x-eye) | Ψ Psi (sigh) | Ω Omega (o-me-gah) |

letter called **"Lambda"**. *Its place value of 11 matches the number of Jesus's name which is also 11. This Greek letter "Lambda" for the Lamb of God, appears on the United States Great Seal, and the Seal for the United States Treasury Department, to symbolize who has the authority to open it. The key which fit's within the letter which looks like the letter "V" turned upside-down, is the symbolic Key of David which is held only by Jesus. It symbolizes his authority.*

*Revelation 3: (7) And to the angel of the Church in Philadelphia write; These things saith he that is holy, he that is true, he that hath the Key of David, he that openeth,*



*and no man shutteth; and shutteth, and no man openeth.*

The pair of balances on the U.S. Treasury, and U.S. Great Seal, and like all the National Seals of the G7/G8 Nations, were Spiritually inspired by God. They originates from Revelation 6: 5 when the third Seal is opened by Jesus, the Lamb of God. Their meaning can be found in **Daniel 5: 23-31** where the Babylonian King served wine to his guests **from the sacred vessels** taken from the Temple of God, that were brought to his house. It was then that the king saw a mysterious hand writing on the wall .

Revelation 6: (5) And when he had opened the third seal, I heard the third beast say, Come and see. And I beheld, and lo, a black horse: and he that sat on him had a pair of balances in his hand.

These balances were the subject of the word **TEKEL** which was one of the four words that were written on the wall by a mysterious hand seen by King Belshazzar when he and his guests were drinking wine from the Golden cups taken from the Temple of God. Today those cups are called the **World Cup.** This Cup is symbolized in the earth by the bowl section of the Tornado which brings **Oil,** the **"DEW OF HEAVEN"** down to earth by a mystery. It was the symbolism hidden behind the Seven Golden Candlesticks, and the Golden Wine Cups in the Temple of God. It is today called the World Cup because God promised to have all Nations to drink from it after it was taken from the LORD's hand.

*Jeremiah 25: (15) For thus saith the LORD God of Israel unto me; Take the wine cup of this fury at my hand, and cause all nations, to whom I send thee to drink it. (16) And they shall drink, and be moved, and be mad, because of the sword that I will send among them.*

*(17) Then took I the cup at the LORD's hand, and made all the nations to drink, unto whom the LORD had sent me. (18) to wit, Jerusalem, and the cities of Judah, and the kings thereof, and the princes thereof, to make them a desolation, an astonishment, an hissing, and a CURSE; AS IT IS THIS DAY.*

*(27) Therefore thou shalt say unto them, This saith the LORD of hosts, the God of Israel; Drink ye, and be drunken, and spur, and fall, and rise no more, because of the sword which I will send among you. (28) And it shall be, if they refuse to take the cup at thine hand to drink, then shalt thou say unto them, Thus saith the LORD of hosts; Ye shall certainly drink.*

*NOTE: This narrative continues by Jeremiah until he comes to describe the Whirlwind which is the Biblical name for the Tornado that would go from Coast to Coast to slay those upon the*

earth. The word TORNADO has a Pythagorean Numerical value of 6 so that it matches the number of Jehovah's name, and my Password.   T=2, O=6, R=9, N=5, A=1, D=4, O=6:   Therefore, 2+6+9+5+1+4+6 Equals 33, 3+3 =6.

(32)  Thus saith the LORD of hosts, Behold, evil shall go forth from nation to nation, and a great whirlwind shall be raised up from the coasts of the earth.

(33) And the slain of the LORD  shall be at that day from one end of the earth even unto the other end of the earth: they shall not be lamented , neither gathered , nor buried; they shall be dung upon the ground. (34) Howl, ye shepherds, and cry; and wallow yourselves in ashes, ye principal of the flock; for the days of your slaughter and of your dispersions are accomplished; and ye shall fall like a pleasant vessel.

Daniel 5: (23) But hast lifted up thyself against the Lord of heaven; and they have brought the vessels of his house before thee, and thou, and thy lords, thy wives, and thy concubines, have drunk wine in them; and thou hast praised the gods of silver, and of gold, of brass, iron, wood, and stone, which see not, nor hear, nor know: and the God in whose hand thy breath is, and whose are all thy ways, hast thou not glorified.

*(25) And this is the writing that was written, ME-NE, ME-NE, TE-KEL, U-PHAR-SIN. (26) This is the interpretation of the thing: ME-NE. God hath numbered thy kingdom, and finished it.*

 

*(27) TE-KEL; Thou art weighed in the balances; and art found wanting. (28) Thy kingdom is divided, and given to the Medes and Persians.*

*Revelation 16: (19) And the great city was DIVIDED INTO THREE PARTS, and the cities of the nations fell: and great Babylon came in remembrance before God, to give unto her the cup of wine of the fierceness of his wrath.*

*The bread and wine sacrament is taken in Christian Churches so that the Lord May remember what happened on Calvary when he was tortured, spit upon, and pierced in the side as his people looked on with jubilation. After he had died, souvenir hunters took his bloody garments, and divided it among themselves.*

**John 19: (23) Then the soldiers, when they had crucified Jesus, took his garments, and made four parts, to every soldier a part; and also his coat: now the coat was without seam, woven from the top throughout.**

**(24) They said therefore among themselves, Let us not rend it, but cast lots for it,** *whose it shall be:* **that the scripture might be fulfilled, which saith, They parted my raiment among them, and for my vesture they did cast lots. These things therefore the soldiers did.**



**The Washington Masonic Apron**

In the latter part of 1784 General La Fayette came upon a visit to see Washington, and brought with him a beautiful white satin Masonic apron, upon which the Masonic emblems were beautifully worked by Marquise La Fayette, it being her gift; while the general tendered a beautiful rosewood box.

*This apron is now in possession of the Grand Lodge of Pennsylvania*

*The crucifixion apron of the Lord was among the sacred garments kept by France. It would become what became known as the George Washington Masonic Apron. In Masonic Bibles under* **"Questions And Answers"** *, the following question is asked;* **Q: Who presented Washington with an embroidered satin apron? A. Madame Lafayette. The apron was conveyed by the Marquis from Paris to General Washington at Mt. Vernon. It is preserved by the Washington Benevolent Society At Philadelphia, and the Grand Lodge of Pennsylvania. It is the most prized relic of Masonry in the U.S.A.:**



**"Prized Relic"** *speaks softly of its Divine origin. The garment was kept along with what became internationally known as the Shroud of Turin France, the Country of Phillip VI. Without the Bloody crucifixion apron, there would be no wine cup. The apron, and the wine cup which became the World Cup, are directly connected along with the Figure of the 47th Problem. They were all embroidered on the Washington*

*Masonic Apron because they are all connected. The wearing of the Lambskin Masonic Apron mocks Jesus's crucifixion.*

*God has revealed to me these hidden mysteries surrounding the crucifixion, and burial garments of the Lord so that I might warn the Nations of his imminent return to claim his throne. The LORD has given me not just an ancient and exact map of the USA, but the map has also the name of the first President, the name of of our Country, and the name of the District of Columbia as its Capitol . They are all part of the Magic four Square which encrypts the 16 Southern Slave States where Judah was scattered. In addition to these, the Lord has given unto me a unique phone*



*number that is not subject to the regulations of the telecommunication Industry. In addition to all of these things, He has shown me that He has stretched forth His hand the second*

*time to recover the remanent of His people that have been left behind, and scattered towards the four corners of the earth. It is the second Exodus as he proclaimed through the Prophet Isaiah. Just as Israel came out of Egypt on the selfsame day when their 430 years of captivity was accomplished, the LORD has done the same at the end of the 400 years which began in 1619, and ended*



*in 2019. They are coming by the tens of thousands each week to the New Promised Land. Those who are against God's plan for the*

*ages, are calling these illegal migrants.   They are unable to stop them, as God move to establish the Davidian Monarchy which has been imitated for centuries by the Migrant Monarch Butterflies as they migrate each year from North to South America . They use*

**The long migratory journey of the monarch butterfly**

Each year the monarch covers more than 2,000 miles in its annual quest for survival



*their wings to prophesy of the coming of the Davidian monarchy.*

**Isaiah 11: (11) And it shall come to pass in that day, that the LORD shall set his hand again the second time to recover the remanent of his people, which shall be left, from Assyria, and from Egypt, and from Patros, and from Cush,**

**And from Elam, and from Shinar, and from Hamath, and from the islands of the sea.**

**Exodus 12: (40) Now the sojourning of the children of Israel , who dwelt in Egypt was four hundred and thirty**

*years. (41) And it came to pass at the end of the four hundred and thirty years, even the selfsame day it came to pass, that all the hosts of the LORD went out from the land of Egypt. (42) It is a night to be much observed unto the LORD for bringing them out from the land of Egypt: this is that night of the LORD to be observed of all the children of Israel in their generations.*

It is simply not enough for those who oppose God's plans to say that the time has not yet come to rebuild God's Temple, or to say that America's people of color are not Jews. The sign of the times testifies otherwise. That time is hidden on the crucifixion apron of Jesus which is the flap of Masonic Lambskin Aprons . When the flap and its equilateral triangle is placed in a circle which represents a clock, the angles in the triangle will be



pointing to the 10-2-6 position. This is more clearly explained by

the Eleventh (11th) Greek letter Lambda which appears on the U.S. Great Seal with the symbolic Key of David. When it is turned upside-down, it points to 10-2-6 which is the first Watch as shown on Apple display Watches. At this moment, display timepieces all over the World have their hands fixed in the position of Jesus's hands and feet when they were nailed to the cross to send a message that time is no more. This is the sign of the Time fixed within the 47th Problem as we approach the year 2024 when everyone want to occupy the seat which cannot be theirs.



Lambda is the Lamb of God who has absolute authority over the United States Treasury by the Key of David. Evil men have risen up against us to circumvent the rebuilding of God's Temple by blocking my funds appropriated for Temple construction. This Apple Watch like Rolex and all others, is set at 10-2-6 as a Prophetic Sign of the Time to rebuild GOD's Temple. It's a true mystery!!



## *C H A P T E R   T W E L V E*

*JEWISH CURRENT*

*REPORT BY: Corey Sherman*

*October 7, 2022*

**THE GOP's PLAN TO BUILD THE THIRD  TEMPLE**
*Republicans Are Working With Kahanist Activists To Advance A Violent Vision of Jewish Control Over Jerusalem Holy Sites.*

..................................................................................................

*Exactly one year from the date of this October 7, 2022 headline by the Secular News Organization "JEWISH CURRENT" , the war between Israel, and Hamas would break out. Immediately there were those who cunningly said, "October 7, 2023" is your 9/11. I recorded the 9/11 Terror Attacks into my handwritten Prophetic Journal exactly two years prior on September 11, 1999. I was made aware later that many of my entries are coded by date because of their Devine inspiration. Every since my* **"January 30, 2014"** *Open Newspaper Letters to all Members of both U.S. Houses of Representatives, the GOP and others have engaged in a perpetual Criminal and Secret Operation to undermine my authority of rebuilding God's Temple. As of the date of this entry,* **December 28, 2023, more than 21,000   men, women, and children have died in Gaza because of the GOP's violent Third Temple plan  mentioned in this 10/07/2022 article.**

_____

*Tens of Thousands have been wounded, and over 1,750,000 are homeless, and facing starvation. The article which appeared was a perfect piece of Journalism when it comes to in-depth Investigative Reporting . I have decided to write the complete report as Chapter 12 for this book.* **ALL Rights TO THIS ARTICLE BELONGS TO JEWISH CURRENT AND THOSE WHO THEY ASSiGNED TO THIS REPORT.**



*Jewish worshipers at the door of the Al-Aqsa Mosque compound in Jerusalem during Tisha B'Av on August 7, 2022.*

.....................................,............,,,,.........,,.,,..................................,......

**BEFORE DAWN** *on April 15th 2022, Israeli security forces laid siege to the Al-Aqsa mosque and compound in Jerusalem . Police shot Palestinian worshippers with rubber-coated bullets, subdued them with stun grenades, and beat them with Billy clubs ; over*

*150 were treated by the Red Crescent . By the end of the day, over 300 Palestinians had been arrested . The New York Times explained the Israeli assault as a response to Palestinians blocking Jews from entering the compound amid rumors that "hard-line Jewish activists" planned to perform a Passover sacrifice at the site. Indeed, for weeks in the run-up to Passover, the right-wing religious group Beyadenu (In Our Hands), part of what's known in Israel as the Temple Movement , had been planning and publicizing mass ascents to the hilltop compound, sometimes referred to as the Holy Esplanade.*

*When the Israeli government temporarily closed the esplanade to Jewish worshippers on April 25th in an attempt to prevent further violence, Beyadenu called the new policy a capitulation to Palestinian terrorism. The policy was lifted in early May, and Beyadenu soon organized more Jewish ascents to the site. On May 29th, when tens of thousands of armed settlers stormed the Old City for Jerusalem Day—chanting "death to Arabs," calling for the burning of Palestinian villages, and attacking journalists— thousands entered Al-Aqsa, and Beyadenu celebrated the move. On 7 August—which this year was Tisha B'Av, the day that marks the destruction of the Jewish temples—-Temple Mount groups rallied more than 2,000 Jews for another ascent.  In all of these cases, Jews who entered the esplanade were joined by police, who accompany Jewish visitors to ensure that they don't violate the*

*policies set by the Jordanian waqf, or religious endowment, that administers the site, which state that non-Muslims are not permitted to pray there. But in recent years, Jews have visited the esplanade in greater numbers and prayed in full view of police, who routinely coordinate directly with the Temple Movement to promote Jewish access for tours and " quiet prayer". The Jewish worshippers who flooded the esplanade on Tisha B'Av for example, repeatedly assured police, "We'll be quiet, we'll be quiet ", according to reports before continuing to worship visibly, audibly, and in unison.*

*The Temple Movement of which Beyadenu is a part has its roots in Kahanism, the Jewish fascist movement founded by Brooklyn born rabbi Meir Kahane in the 1960's. In the early "70s, Kahane created an Israeli political party, Kach, which led a transitional campaign of violence in an effort to provoke the voluntary and forced transfer of Palestinians from Israel/Palestine, and advocated for the establishment of a theocratic ethnoatate. Though Israel banned Kach in 1984, publicly available tax filings show that the original party's infrastructure has    been reconstituted in a collection of Temple Movement-affiliated nonprofits founded and run by Kahanist groups, and between Kahanist groups and the Temple Movement.   Jewish Currents' review of Israeli tax filings identified a larger number of affiliated groups, including some that register nonprofits in the United*

*States. (a new Kahanist party, Otzna Yehudit, has also taken Kach's place in the Knesset.) "The Kahanist movement is far from being dead in Israel, said Aviv Tatarsky, a researcher with air Amin, which monitors human rights violations in Jerusalem. "It's the strongest it ever was."*

*The Temple Movement's influence—once largely limited to the most extreme settler groups in Hebron and Jerusalem—has been on the rise since 2019, the same year that US voters gave GOP control over the House of Representatives.   Since then, Republicans traveling in Israel/Palestine have repeatedly visited Al-Aqsa with Temple Movement escorts.  A Jewish Currents review of travel filings with the House Ethics Committee revealed that Ohio Rep. Jim Jordan has met with Kahanists on more occasions than any other member of Congress, sitting down with them on four separate trips to Israel/—in 2011, 2013, 2015, and 2020. In all, more than 40 Republicans—including Florida Governor Ron DeSantis, former North Carolina Rep. Mark Meadows, and, following his time in office, former Vice President Mike Pence--have met with Kahanists since 2011, in Hebron and near Nablus as well as in Jerusalem. Many of these meetings occurred as part of privately sponsored Congressional delegations to Israel/ Palestine that were organized and funded by Christian Zionist groups, including the United States Israel Education Association (USIEA) and   Proclaiming Justice to the Nations (PJTN). (Under*

*House rules, lawmakers are permitted to participate in privately sponsored trips like those arranged by Christian Zionist groups, and members of Congress are under no obligation to notify the State Department when traveling on such junkets.)*

*The Temple Movement's efforts are aimed at accomplishing a single, symbolically important piece of the Kahanist project: its various organizations seek per movement founder Yisrawl Ariel, to "FLATTEN" AL-AQSA, the hilltop mosque and compound in Jerusalem Old City that is home to Islam's third-holiest site. For Palestinians , Al Aqsa signifies their unbroken historical presence in Jerusalem. But the site is also the former location of Solomon's Temple, the holiest in Judaism. Since Israel occupied East Jerusalem in 1967, religious Zionist have sought to upend the policies–put in place under Ottoman rule nearly 200 years ago, and maintained today by the waqf–-that bar non-Muslims from praying on the esplanade (though anyone may access the esplanade during visiting hours). The goal of the Temple Movement is not only to abrogate this "status quo" arrangement in which the waqf controls, the esplanade , but ultimately to destroy Al-Aqsa and Haram Al-Sharif, the compound's most sacred sanctuary, and rebuild the Jewish holy temple in their place. Temple Movement groups have already drawn up basic blueprints.*

*The movement's GOP allies have publicly amplified à sanitized version of these goals, claiming that the Temple Movement's aim is simply to end religious discrimination against Jews and give them prayer rights at Al-Aqsa. In **2014 , after DeSantis and Maryland Rep. Andy Harris entered the esplanade with Members of the Temple Institute in secret– concealing their identities as Congressmen– Harris put out a video decrying the discrimination against Jews above any other religion at the esplanade.    In 2020, when Trump administration unveiled its so-called peace-plan for Israel/Palestine, it purported to affirm U.S. support for the status quo, but also included the position that "people of every faith should be permitted to pray on the Temple Mount/Haram Al-Sharif." At an event with right-wing pundit Ben Shapiro, Trumps's former ambassador to Israel, David Friedman, appeared to take A harder line. When Shapiro told the audience that Jews should "build a (synagogue)  on Har HaBayit"– the Hebrew name for the Temple Mount–Friedman signaled his support of the idea, responding, "I said that once and I started a riot when I was ambassador, so I'm not going to say it again."***

*A senior official who served under President Obama and requested anonymity to speak candidly about sensitive foreign policy issues told **Jewish Currents**  that Republicans with ties to*

*the Temple Movement represented a growing faction within the party that was "actively trying to cultivate a different approach to what had been a real bipartisan consensus [on Israel/Palestine] for many decades: a negotiated two-state solution."    Their approach would withdraw support for a Palestinian state, endorse Israeli annexation of the West Bank, and   advocate ceding total control of all holy sites to Israel. During the Obama years, GOP efforts in support of these aims amounted to a shadow foreign policy that directly challenged the executive branch's goals. Under Trump, Friedman gave this faction official sanction by joining GOP congressmen when they traveled on junkets to Israel/Palestine funded by Christian Zionist groups, meeting Kahanists and Israeli cabinet members in turn.*

*In Israel/Palestine, the Kahanist movement has long been a potent but marginal political force.  **WITH US LEGISLATORS AMPLIFYING THE TEMPLE MOVEMENT'S DEMANDS, THE KAHANISTS' VIOLENT VISION IS MOVING INTO THE MAINSTREAM. "WE SAW PEOPLE WHOSE STATED GOAL WAS TO DESTROY AL-AQSA AND REPLACE IT WITH A THIRD TEMPLE AS EXTREMISTS," SAID THE FORMER OBAMA OFFICIAL.    THE OFFICIAL SAW A POSSIBILITY THAT THE TEMPLE MOVEMENT "WOULD [EXACERBATE] TENSION AND INSTIGATE DANGER BY VOICING THEIR***

*VIEWS--AND MORE SO IF THEY EVER MADE ANY
ATTEMPT, EVEN PARTIAL, TO CARRY THEM OUT."*

*The current access policies at Al-Aqsa trace back to an 1852
decree by the Ottoman Sultan Abdul Majid. Though the decree
specified that only Muslims could pray at the esplanade,
including the Al-Aqsa Mosque and the Haram Al-Sharif, or Noble
Sanctuary, it permitted anyone to gain entrance by paying a
small fee to the waqf. This policy, often referred to as the "status
quo," was incorporated into the Treaty of Berlin in 1878 following
the collapse of the Ottoman Empire, and formally accepted in
1929 by the British Mandate. Even after Israel occupied East
Jerusalem in 1967, the agreement remained largely intact until
2003, albeit with a notable exception; the 2000 incursion into
the site by then-opposition leader Ariel Sharon, accompanied by
armed security forces, which helped spark the Second Intifada.*

*Nevertheless, in 2003, Israel unilaterally granted access to
visitors through a gate in the Jewish Quarters, infringing on the
Jordanian waqf's control. Today, Israeli Border Police stand at
every gate to the compound and can limit entry to Al-Aqsa and
Haram Al-Sharif. "This unilateral change is why Palestinians
refer to visits by settlers as incursions, explained Mountie
Marjeieh, international advocacy officer at the Community
Action Center at Al Quds University, "Under the status quo, the*

waqf is meant to control access to the site, not the Israelis. Thus, for nearly two decades, "there has been a continuous breach of the status quo."

**Evicting Muslims from Al-Aqsa was one prong of the Kach Party's genocidal platform—and the Temple Movement has carried it forward even after the party's banning.** The Temple Movement began in earnest in 1983, when Ariel, then the highest-ranking Kach Party member after Kahane, attempted to bore a tunnel beneath Al-Aqsa in an effort to physically seize the



A Historian of Genocide Sounds the Alarm

How Omer Bartov thinks about the Israel-Hamas conflict.

🔒 chronicle.com

site. Israeli police arrested Ariel, who explained in a 2007 interview that he began planning for the creation of what would become the Temple Institute during his detention. Rather than wage violence in the open, he decided, the Temple Institute would use research and advocacy to influence public opinion, ultimately forcing the Israeli government to claim the cite and rebuild the Jewish Holy Temple. Since the banning of the Kach Party, Ariel's

*Temple Institute has become the Kahanist movement's organizational fulcrum and publicity arm. Its reach is international: Americans can claim tax deductions by donating to Jerusalem Lights, a 591(c)(3) registered in Texas that is closely associated with the Temple Institute. The Institute presents what Tatarsky refers to as the movement's " friendly face,"arguing that the movement seeks only prayer rights for Jews at the Holy Esplanade.*

*The Temple Institute maintains a veneer of legitimacy, in part, due to its association with Yehudah Glick, an American-born rabbi who served as a member of Knesset for the right-wing Likud Party. Glick rarely leads with his Kahanist bona fides—preferring to focus on what he calls the movement's "human rights" campaign for Jewish prayer rights.—but while serving in the Knesset, he memorialized Kahane at a Jewish Defense League event in 2016. The Temple Institute also shares a board member— the rabbi and activist Shimshon Elboim—with Yeshivat Har-Ha'Bayit, or Temple Mount Yeshiva, run by Israel's most prominent Kahanist militant, Bentzi Gopstein. According to a post on Yeshivat Har-Ha'Bayit's website, Glick helped Ariel and Gopstein plan the single largest Temple Movement incursion into Al-Aqsa to date, which occurred in August 2017.*

*The movement's aim for the site—and for Jerusalem as a whole -involve replacing the example of the West Bank city of Hebron, where the site known to Muslims as the Ibrahimi Mosque, and to Jews as the Tomb of the Patriarchs, has been divided into one side for each faith, both accessible only via an Israeli military checkpoint . This regime of separation is not limited to the religious site: Military checkpoints in the heart of the city itself prevent Palestinians from accessing major thoroughfares that border Jewish settlements. Hebron is "an Apartheid city," said Ines Abdelf Razek, an analyst with the Palestinian think tank Al-Shabaka, and "there is apartheid in the Ibrahimi Mosque." These policies Andel Razek noted , have driven Palestinians out of the city, effectively depopulating parts of Hebron. "The Temple Movement explicitly says that they want to arrive at a situation at the Temple Mount where there are times for Jews to pray alone, times for Muslims to pray alone, and maybe even a spatial split," said Tatarsky. "They say, "It's working at the Tomb of the Patriarchs. It should be this way at the Temple Mount, too."*

*When leaders of the movement bring members of Congress to Al-Aqsa, they appear to push a similar narrative. In 2018, for example, Chaim Richman, the Temple institute's former international director, escorted West Virginia Rep. David McKinley and then Colorado Rep Scott Tipton on a tour of Al-Aqsa as part of a trip sponsored by the Christian Zionist*

*organization Proclaiming Justice to the Nations, which pursues complete Jewish control in Israel/Palestine based on the belief that it will bring about the end of days and the second coming of Jesus Christ. Though the Jewish activists don't share this theological endgame, their aims align with those of the Christian Zionists in the immediate term. On the tour, Avi Abelow, an American-born settler who recorded the excursion and posted the video to his Facebook page—and who also works with Beyadenu—explained that the Temple Institute's strategy was to generate the awareness necessary to prepare the Jewish people to be ready to then declare sovereignty [over Al-Aqsa]."*

*During the same tour, the congressmen attempted to take an Olive Branch from Haram Al-Sharif, a violation of the waqf's policy preventing visitors from removing anything from the sanctuary, and were detained by waqf guards and police. The Jerusalem Post published a clip in which Abelow interviewed the Congressman about the experience. Tipton called it ironic that [Muslims] have got a problem with the Olive Branch—a symbol of peace, as we talked about." McKinley said that he would raise the issue of religious discrimination at Al-Aqsa with à Netanyahu.*

*Jordan first visited Al-Aqsa in 2011 and 2013, but his itineraries do not specify a local host. On those trips, however, he met with Simcha Hochbaum, a self-proclaimed disciple of Kahane who has*

reportedly defended Baruch Goldstein, an American-born Kahanist settler who killed dozens of Palestinians at the Ibrahimi Mosque in 1994.   Also in 2011, alongside Texas Rep. Louie Gohmert Jordan met with Kahane's relative David Ha'Ivri, who has been arrested for celebrating the assassination of Yitzhak Rabin. According to Ethics Committee filings, he planned and then canceled a tour of Al-Aqsa with the Temple Institute's Richman in 2015, but was able to tour the esplanade with the Temple Movement five years later, in 2020. Glick was his guide that day, and Abelow's nonprofit, registered in New York, paid for the trip. Before entering the site, Glick explained to Jordan and Louisiana Rep. Mike Johnson that while they visited the site, "we will be praying the whole time." Jordan followed Glick's instructions, explaining in a follow-up interview with Abelow that he prayed for his family, and for Israel and the US. Jordan noted that his wife, who was also present for the tour, prayed throughout the visit as well, and added that she wanted to move to Israel. Johnson, an Evangelical minister, described his tour of Israel as the "fulfillment of a Biblical prophecy " and argued that the status quo at the esplanade was a "jarring" example of the restrictions of Jews' and Christians freedom of expression and worship. Abelow, Jordan, and Johnson linked the agreement that governs the esplanade to the Boycott, Divestment, and Sanctions (BDS) movement, and  to what they described as the "radical left"

*attempts to silence conservative campus speech and indoctrinate students in the US.*

*Should the GOP return to power in this fall's midterm, the Temple Movement's allies in Congress will be in an even better position to continue chipping away at the diplomatic consensus, to the benefit of the political fringe. Although the House can't unilaterally usher in the changes that the Temple movement demands, Republican leaders like Jordan could , for example, pass Congressional resolutions calling on the U.S. to revoke its support for the status quo at Al-Aqsa, or condition congressional appropriations on such moves. These would represent a challenge to President Biden, who has said that he supports a Palestinian State though his administration has made no effort to start talks between Israelis and Palestinians. If nothing else, the GOP could use such measures to put the Temple Movement's vision into wider circulation–just as both chambers of the US Congress in 1995 overwhelmingly passed a resolution to move the U.S. embassy to Jerusalem, decades before Trump actually did so. "The Temple Movement knows how to build power," Tatarsky said," Evangelicals and Congressmen provide the movement with access to funding and political support." Both sides seek total Jewish sovereignty in the area, if for different reasons, he said. "Both groups are using each other for their own goals. **(END):**

*The rebuilding of God's Temple should be the most newsworthy event in more than 2000 years. And the person who claims God has chosen him to rebuild His Temple should be openly full of joy, gratefulness, and jubilation. Instead, and publicly, Israel, the GOP, and Donald Trump have remained suspiciously silent on what should be undoubtedly the most vocal, and newsworthy subject of our times. What kind of Messenger, and Messiah would remain silent about his coming? How could his silence fulfill God's word in* **Revelation 11: (10), saying, "Thou must prophesy again before many people, and Nations , and tongues, and kings".** *And what about God's word in* **Revelation 11: (7-9), saying, "And when they shall have finished their testimony,**



*the beast that ascendeth out of the bottomless pit shall make war against them, and shall overcome them, and shall kill them".* And who is this beast identified by God's Messenger who



*And he causeth all, both small and great, rich and poor, free and bond, to recei̇ ̇eir right hand, or in their foreheads: (17) And that no man might buy or se̤ had the mark, or the name of the beast, or the number of his name.*



shall ascend from the bottomless pit and make war against God's anointed who has identified him as this beast? Is Donald Trump that Messenger as many proclaim privately? Are you suspicious ? It is even more suspicious for US intelligence, and News Organizations, to pretend they know nothing about the GOP,

*Israel, Political, and Racist Evangelicals evil and violent plans to build the Donald Trump/Cyrus Temple. Is anyone asking the critical question, "do their plan relate to the spark that lit the Israeli/Hamas War?" The code name along **"Al-Aqsa Flood"** suggests the underlying cause of the war. Did Israel plant Palestinian Masonic Operatives deep inside of Hamas? Was it Israel's IDF who created the code name **"Al-Aqsa Flood"?** Is this **FLOOD THE SAME FLOOD WHICH THE IDF SAID IT INTENDS TO PUMP SEA WATERS INTO HAMAS TUNNELS TO DROWN OUT ALL OPPOSITION TO THEIR FRAUDULENT TEMPLE PLANS"?** This Flood Code named Al-Aqua Flood, appears to have been adopted from the End-*





**Israel-Gaza war**

Flooding Hamas tunnels with seawater risks 'ruining basic life in Gaza', says expert

*time Flood shown to the Prophet Daniel that would destroy both the City, and Al-Aqsa sanctuary. That destruction, and the flood, which appears to be taking place now in Gaza, was shown to Daniel in a vision by the angel* **Gabriel.**

**Daniel 9: (21) Yea, whiles I was speaking in prayer, even the man Gabriel, whom I had seen in the vision at the beginning, being caused to fly swiftly, touched me about the time of the evening oblation.**

**(22) And he informed me, and talked with me, and said, O Daniel, I am now come forth to give thee skill and understanding. (23) At the beginning of thy supplications the commandment came forth, and I am come to shew thee; for thou art greatly beloved; therefore understand the matter, and consider the vision.**

**(24) Seventy weeks are determined upon thy people and upon the holy city, to finish the transgression, and to make reconciliation for iniquity, and to bring in everlasting righteousness, and to seal up the vision and prophesy, and to anoint the most Holy.**

*Seventy Weeks is my key, and also a deep spiritual code which cannot be broken except by Divine Revelation. I must illustrate*

*what is meant by Seventy Weeks before I continue Daniel 9 regarding the Al-Aqsa Flood Biblical origin. Many great scholars, and Clergymen have tried to understand how much time is Seventy Weeks which God has sealed, and reserved as a key for His Messenger. Everything is calculated according to the ancient rules of Pythagorean Numerology. It will agree with those scriptures that are sealed, and with those scriptures that are opened. This is the main purpose for the book of Numbers, and assigning numbers to the Hebrew, and Greek alphabets.* **Seventy Weeks are 8 weeks less than Three Score and two weeks (62) as mentioned in Daniel 9: 26 which says, "And after threescore and two weeks shall Messiah be cut off, (Killed), but not for himself: and the people of the prince that shall come shall destroy the city and the sanctuary; and the end thereof shall be with a flood, and unto the end of the war**

24 Seventy weeks are determined upon thy people and upon thy holy city, to finish the transgression, and to make an end of sins, and to make reconciliation for iniquity, and to bring in everlasting righteousness, and to seal up the vision and prophecy, and to anoint the most Ho'-ly.

25 Know therefore and understand, *that* from the going forth of the commandment to restore and to build Je-ru'-sa-lem unto the Mes-si'-ah the Prince *shall be* seven weeks, and threescore and two weeks: the street shall be built again, and the wall, even in troublous times. Ezra 4:24

26 And after threescore and two weeks shall Mes-si'-ah be cut off, but not for himself: and the people of the prince that shall come shall destroy the city and the sanctuary; and the end

*desolations are determined. There are 69 weeks mentioned in verse 25. This is the reason the angel Gabriel said to Daniel, "Understand the matter". Note: There are two princes. One with a uppercase "P" in verse 25, and the other with a lowercase p in verse 26. The latter is the prince who shall make war and destroy the city with a flood, and also destroy Al-Aqsa sanctuary. Please understand that the city is already destroyed, and the flood is used both as a metaphor for war, and also the sea water which Prime Minister Benjamin Netanyahu promised to pump into Palestinian tunnels.*

DANIEL 9:27                    1370

thereof *shall be* with a flood, and unto the end of the war desolations are determined. Isa. 8:7

27 And he shall confirm the covenant with many for one week: and in the midst of the week he shall cause the sacrifice and the oblation to cease, and for the overspreading of abominations he shall make *it* desolate, even until the consummation, and that determined shall be poured upon the desolate.        Or, *a* • Or, *upon the desolator*

*Therefore, the Seventy Weeks are a special code meant for God's Messenger only. When revealed , It is*

*equal to, and also encrypts my Password 6. It is the length of my Testimony before I am cut off according to **Revelation 11:2-3.** My Testimony for God shall last **1260 days, or 42 months, and 18 Times 70 weeks equals 1260, or 42 Months. In other words, 1260 divided by 30 Equals 42. The Holy City, that is Jerusalem, shall also be under occupation by the Gentiles for 70 weeks which is equal to 1260 days or 42 Months. The calculations are 5th graders simple once revealed by God's Holy Spirit. They simply must come by revelation rather than an academic education. Therefore the calculations are as follows for 70 WEEKS: Bare in mind that WEEKS is a special code.***

*W=5, E=5, E=5, K=2, S=1:    Therefore 5+5+5+2+1 Equals 18. This is reduced to 9, and this 9 shall equal to the 1260 days which is also 9. Nine is the number of Jesus' New Name "Blackjack, and 42 Months which is equal to 6, (4+2) is the number of my name, and the length of my Testimony. Eighteen Times Seventy Equals 1260 Days which is equal to 42 months, or 3-½ Years. These calculations are in agreement with Revelation 11:1-3  which is a New Testament Prophecy of the same prophecy in Daniel 9: which says;*

*(1) AND there was given me a Reed like unto a rod: and the angel stood, saying, Rise, and measure the temple of God, and the altar, and them that worship therein.*

*(2) But the court which is without the temple leave out, and measure it not; for it is given unto the Gentiles; and the holy city shall they tread under foot forty and two months.*

*(3) And I will give power unto my two witnesses, and they shall prophesy a thousand two hundred and threescore (1260) days, clothed in sackcloth.*

*The word sackcloth is used as a metaphor to describe my skin as being black which is the color of sackcloth. This color is recorded with the opening of the **sixth seal, in Revelation Chapter 6 to match my Password of 6 which is the number of my name.***

*Revelation 6: (12) And I beheld when he had opened the sixth seal, and, lo, there was a great earthquake; and the sun became black as sackcloth of hair, and the moon became as blood.*

*Their is a suspicious silence amongst Christian Organizations, the Whitehouse, and the official Israeli government, about the millions of Temple gold coins being sold globally. They are whispering an unbearable curse, and a time of Jacob's Trouble to those having ears to hear of a Temple without a Messiah. The wise may ask, "Where is the evidence of that Curse which is Biblically called the "Trumpet Judgments"? To answer that question I*

*wrote a covert Master Thesis Paper in 2014, and published it as a book in 2015. The thesis was an investigation to determine whether or not the "Key of David Project" before the United States House of Representatives is a valid piece of proposed Legislation?*

*Because of the importance of my notice, I also mailed direct mail notices to every member serving in the United State's Congress, and also in the United State's Senate. It is foolish to assume that such notice which occupied two full pages in two separate Newspapers, went unnoticed by Thousands of people.*

*There was noting but silence even from the nearly five-hundred letters mailed to our Nation's Capitol. While I could only hear silence, others insiders were making plenty of noise trying to decide what they must do in order to undermine my identity, and the identity of the 44th United States President whom the LORD had informed me would be the last **ELECTED U.S. PrESIDENT**. I heard in the same manner as the Prophet Daniel, but like Daniel, I did not understand until many years later.*

*My open Letter of which I am providing a photocopy for validation purposes, identified the Washington Monument as the Whitestone of Revelation 2:17, which says;*

***Revelation 2: (17)  He that hath an ear, let him hear what the Spirit saith unto the Churches; To him that overcome will I***

*give to eat of the hidden manna, and will give him a white stone, and in the stone a new name written, which no man knoweth saving he that receiveth it.*

*God fulfilled that promise as I have said, and illustrated in a previous chapter. The Washington Monument is that stone, America is the Land, The white stone is the Hope, and it is also the Promise.   This sent dark forces rushing to change the official*



*dimensions of the Washington Monument foolishly believing that such would make God's Word , and promise fall  on dry ground.*

**IMAGES OF OPEN LETERS TO CONGRESS ON 1/30/2014**

*Almost immediately operatives from all across the globe especially Israel, began plotting how they could undermine my Prophetic mission, and also keep the identity of Judah secret.  At the time of these articles, nearly four years had passed since I had joined a tour sponsored by the University of Houston's School of Anthropology to tour the Levi Jordan Plantation.*

*It was absolutely essential that the Nations be able to identify any Messenger that God promised to send them. Otherwise, God could not hold them accountable, because He would have been negligent if He had forgotten to do so like other gods who  forgets .  Therefore, since He establish Kings, and remove them, He  hid His name inside the United States Great Seal, and then as He had promised through His Son Jesus, wrote His name upon me, and also Jesus' New Name upon me, which is "Blackjack, and  sealed It. The Nations therefore call this sealing, "THE UNITED STATES GREAT SEAL". Afterwards, He wrote the following on how the Washington Monument, that Great White Pillar, along with the U.S. Great Seal, would one day reveal these hidden secrets to those having ears to hear;*

*Revelation 3: (12) Him that overcome will I make a pillar in the temple of my God, and he shall go no more out: and I will write upon him the name of my God, and the name of the city of my God, which cometh down out of heaven from my God: and I will write upon him my new name.*

*The sole purpose of the United States Great Seal is to protect the evidence  of God sovereignty over this, and all Nations, and keep the name of God's Messenger vaulted. The Levi Jordan Plantation works in concert with all of the U.S. Monuments by imitating the 12 Memorial Stones of Israel Exodus from Egypt that were laid in the Jordan  River under the feet of the Levite Priests. The Taw X cross  found incised in the skin of a dusty brick at the Plantation, was the same mark placed over the door Posts of the Hebrews during the Passover.*

*Joshua 4: (1) AND it came to pass, when all the people were clean passed over Jordan, that the LORD spoke unto Joshua, saying,   (2) Take you twelve men out of the people, out of every tribe a man. (3) And command ye them, saying, Take you hence out of the midst of Jordan, out of the place where the priests' feet stood firm, twelve stones, and ye shall carry them over with you, and leave them in the lodging place, where ye shall lodge this night.*

*(4) Then Joshua called the twelve men, whom he had prepared of the children of Israel, out of every tribe a man: (5) And Joshua said unto them, Pass over before the ark of the LORD your God into the midst of Jordan, and take ye up, Every man of you a stone upon his shoulder, according unto the number of the tribes of the children of Israel:*

*(6) That this may be a sign among you, that when your children ask their fathers in time to come, saying, "What mean ye by these stones?*

*(7) Then ye shall answer them, That the waters of Jordan were cut off before the ark of the covenant of the LORD; when it passed over Jordan, the waters of Jordan were cut off: and these stones shall be for a memorial unto the children of Israel for ever.*

*This Memorial became known as the George Washington Memorial, AKA, "The George Washington Monument". To create this Memorial, two pillars known as Cleopatra Needles which stood before Pharaoh's House during the day of Moses, were moved from Egypt to the United Kingdom, and its' twin to the United States. The one in the United Kingdom stands on the Banks of the River Thames, and it's twin was moved to New York Central Park. They each stands exactly **69.375 feet so that the***

names of God, and Me as His M e s s e n g e r, w o u l d   b e w r i t t e n symbolically in each stone by applying the r u l e s   o f Pythagorean Numerology. In other words, 69 would be 6 plus 9 to equal 15, and the 3+7+5 would also be equal to 15. They are both



reduced to a single digit of 6 for the name JEHOVAH, and my birth name WILLIE HERMAN ELlLIS.

These are called 2 Candlestick, and God's Two Witnesses to Creation because He used these to measure the earth during Creation. The Washington Monument was built exactly 8 times their **69.375 feet height.**

*These Two Candlesticks became the blueprint for the Seven and Eight Golden Candlesticks which is the Washington Monument. The Eighth Candlestick is one of the Seven representing among other things the G7/G8 Nations and the Menorah. The*  *Twelve Memorial Stones that were laid in the Jordan, has been raised as a Pillar. That pillar is what is called the Washington Post which is the nickname for George Washington Memorial . The first of these Two Pillars were moved to the United Kingdom in 1877. It was that same year in 1877 that Newspaperman Stilson Hutchins founded the Washington Post Newspaper that is now*

*owned by Nash Holdings owned by Amazon's Jeff Bezos since August 2013.*

*The Statue of Liberty imitates the Memorial of Israel Liberation of Egyptian bondage by placing an 11-Point Star beneath the Feet of the Statue of Liberty inside the Hudson River which represents the Jordan River where the 12 Memorial Stones were laid. Liberty represents the Levite Priests who stood on those 12 stones in the Jordan just as she stands on an 11-Pointed Star in the Hudson River representing the Jordan River. The Twelfth Star is hidden which follows the rules of cryptology. In other words, in order to hide a thing, the Cryptologist must add one, or taken away one.*

*The Seven spikes in Liberty's Crown represents the Seven Golden Candlesticks. My name, and Jehovah's name are hidden on the tablet in Liberty's hand with the Roman Number* **MDCCLXXVI** *for July 4, 1776 which equals 6 in Pythagorean Numerology. The Island was given my last Hebrew name of Ellis.*

*A poem by Emma Lazarus that is engraved into Liberty's pedestal says it all in a riddle. The poem ends with the words,* **"I Lift My Lamp Beside A Golden Door"***. That Golden Door is opened by a golden key  which is the Key of David.  The graphics of Liberty which I have assembled for these illustrations , embodies, the 12 Memorial Stones, the Key of David crafted into the layout, the Crown of Seven Spikes for the Seven Golden Candlesticks, And*








*The feet of Liberty standing in the Hudson River just as the Feet of the Levite Priests stood in the Jordan on the stones which God had laid before Joshua. These are the great stones which Joshua said shall be a Witness unto Israel lest they deny their God,* **(Joshua 24: 27). AND Joshua said unto all the people. Behold, this stone shall be a witness unto us; for it hath heard all the words of the LORD which he spake unto us: it shall be therefore a witness unto you, lest ye deny your God.**

*Many Years later after the release of Judah from Babylonian captivity, the LORD spoke to Joshua the Hight Priest, concerning the other Joshua who lead Israel across the Jordan, promising to*

*use these stones to bring forth the BRANCH of DAVID to rebuild His Temple.*

**Zechariah 3: (8) Hear now. O Joshua the High Priest, thou, and thy fellows that sit before thee: for they are men wondered at: for behold, I will bring forth my servant the BRANCH.**

**(9) For behold the stone that I have laid before Joshua; upon one stone shall be seven eyes; behold, I will engrave the graving thereof, saith the LORD of hosts, and I will remove the iniquity of that land in one day.**



*These are the engravings in the United States Great Seal which has an Egyptian Stone upon which are Seven Eyes. The Latin Word* **ANNUIT which has a Pythagorean Numerical of 7 is placed next to the Eye on top of the stone. It is simply a code word.**

*The symbolism of the Statue of Liberty using an Eleven-Point Star lying at the Mouth of the Hudson River, and representing the Twelve Memorial Stones laid in the Jordan River, and raised as Seven and Eight Golden Candlesticks, is hidden on Indiana's State Flag. Indiana's flag is cleverly designed to confirm all those*

*things hidden in the Washington Monument, The Statue of Liberty, and at the Levi Jordan Plantation at Brazoria, Texas.*

*The Flag of Indian has 11 stars lying beneath Eight-Golden*



*Candlesticks. The Eighth is one of the Seven. The Eight golden Candlesticks are raised above the Eleven Stars to speak with the silent lips of Liberty that these 12 Memorial Stones of the Exodus have been raised as Eight Golden Candlesticks. It is reaffirmed by those things hidden in the name of **Indiana's Capitol which is Indianapolis which embodies my Password of 6.** In other words, **Indianapolis has a Pythagorean Numerical value of 6 that is calculated as follows;  I=9, N=5, D=4, I=9, A=1, N=5,***

*A = 1,  P = 7,  O = 6,  L = 3,  I = 9,  S = 1.     Therefore*
*9+5+4+9+1+5+1+7+6+3\*9+1 Equals 60, 6+0 Equals 6.*

*To hide evidence that the Seven and Eight Golden Candlesticks
had been combined together, the designers who were all inspired
by the Spirit of God, added the Greek word* **Polis to the Word
Indiana, and created the name of its Capitol
INDIANAPOLIS. The name INDIANA which has a
Pythagorean Numerical value of 7, and the Greek word
POLIS which means "CITY" , has a Pythagorean Numerical
value of 8.   Collectively they total 15 which is a code for
Jehovah's name, and my name as well. They are calculated
as follows:**

*I=9, N=5, D=4, I=9, A=1, N=5, A=1:  Therefore 9+5+4+9+1+5+1
Equals 34: 3+4 Equals 7 for the Seven Golden Candlesticks.*

*P=7, O=6, L=3, I=9, S=1:  Therefore; 7+6+3+9+1 Equals 26, 2+6
Equals 8 for the Eight Golden Candlesticks. This is the
mystery which Jesus spoke of in Revelation 1:20 where he called
these Seven Stars, and Seven Golden Candlesticks  a Mystery.
So who is behind this mystery  of the Seven Golden Candlesticks,
and the Seven Stars which are also the sign of the Big Dipper? It is
all in the hands of the one who was crucified, and rose on the
third day, and who ascended up to Heaven to sit at the right hand*

of God. It was therefore fitting, and proper, that, the book of Revelation open up confirming that these Seven Stars, and Seven Golden Candlesticks, are all in the hands of the Lord Jesus who



now dwells in the midst of us. If the Washington Monument is Seven Golden Candlesticks as illustrated, and Jesus is in the midst of the Seven Golden Candlesticks which are in Washington DC, does this account for the Washington DC phone number (202-789-2897) which he gave unto me some 12 years ago? Time shall tell.  IT IS TIME TO SOUND THE TRUMPETS.

**Revelation 1: (10) I was in the Spirit on the Lord's day, and heard behind me a great voice, as of a trumpet.  (11) Saying,**

*I am Alpha and Omega, the first and the last; and, What thou seet, write in a book, and send it unto the seven Churches which are in Asia; unto Ephesus, and unto Smyrna, and unto Pergamos, and unto Thyatira, and unto Sardis, and unto Philadelphia, and unto Laodicea.*

*(12) And I turned to see the voice that spake with me, And being turned, I saw seven golden candlesticks;   (13) And in the midst of the seven candlesticks one like unto the Son of*



*man, clothed with a garment down to the foot, and girt about the papa with a golden girdle. (14) His head and his hairs were white like wool, as white as snow; and his eyes were as a flame of fire.*

*(15) And his feet like unto fine brass, as if they burned in a furnace; and his voice as the sound of many waters. (16) And he had in his right hand seven stars: and out of his mouth went a sharp  two -edged sword: and his countenance was as the Sun shineth in his strength.*

*(17) And when saw him, I fell at his feet as dead. And he laid his right hand upon me, saying unto me, Fear not; I am the first and the last:  (18) I am he that lives, and was dead; and, behold, I am alive for evermore, Amen; and have the keys of hell and of death. (19) Write the things which thou hast seen, and the things which are, and the things which shall be hereafter;*

*(20) The mystery of the seven stars which thou sawest  in my right hand, and the seven golden candlesticks. The seven*



*stars are the angels of the Seven churches: and the seven candlesticks which thou sawest are the seven churches.*

*CHAPTER THIRTEEN*

**The Symbolical Testimony Of Saint Peter's Square Egyptian Obelisk  Confirming The Revelation Of Jesus Christ**

 The revelation of these 12 stones as a Keystone for the Revelation of Jesus Christ as it is this day, were first given to Peter when He  was questioned by Jesus regarding whom do men say that the Lord is. It was Peter speaking by the Revelations given to him by God, declared to Jesus,  saying, "Thou art the Christ, the Son of the Living God".  Jesus confirmed to Peter his Divine Revelation, and,  that such revelation had come from God. This Truth inspired the creation of  Saint Peter's Square whose centerpiece is an Egyptian Oblelisk where the Church is symbolically built upon the Rock that God revealed to Peter.  The Vatican did this by simply putting the emblem of the Christian Faith at the summits of an  Egyptian Obelisk.

---

*This non-inscribed Egyptian Obelisk was moved from Egypt to Saint Peter's Square by Gaius Caligula around 37 A.D.: It is 25.5 meters high, and it weighs approximately 326 tons. It was all inspired by a single question , and its answer,  found in Matthew 16: 13-20.*

**Matthew 16: (13) When Jesus came into the coasts of Caesarea Philippi, he asked his disciples, saying, Whom do men say that I the Son of man am? (14) And they said, Some say that thou art John the Baptist: some Elias; and others, Jeremiah, or one of the prophets?   (15) He saith unto them, But whom say ye that I am?**

**(16) And Simon Peter answered and said, Thou art the Christ, the Son of the living God.   (17) And Jesus answered and said unto him, Blessed art thou, Simon Barjona; for flesh and blood hath   not revealed it unto thee, but my Father which is in heaven.**

**(18) And I say also unto thee, That thou art Peter, and upon this rock I will build my church; and the gates of hell shall not prevail against it. (19) And I will give unto thee the keys of the Kingdom of heaven: and whatsoever thou shall bind**

*on earth shall be bound in heaven; and whatsoever thou shalt loose on earth shall be loosed in heaven.*

*Those Keys which the LORD promised Peter became what is called the Vatican Seal. The Key is the 22nd Hebrew letter Taw (X) bound together with ropes as the Lord said to Peter concerning*



*bounding those things on Earth. It is the Key of David, a Master Key that is capable of opening any, and all doors that are locked, and it can lock those doors that are opened. The ropes on the Vatican's Seal, symbolically are representing those things which Peter has been given power to loosen, and bind. This includes some of the Vatican's, and the Nations biggest Spiritual secrets. Our testimony is concerned first with those secrets of the Church.*

*This includes the three bars which are separated from the inverted triangle on Lambskin Masonic Aprons, and the Order Of The Red Cross pin embroidered on the Pope's Robe. The same key which was given to Peter, has been given unto me so that I may come forth and complete the works which God has assigned me. The Black and White cartouche worn as a yoke around the Pope's neck with the black part of the cartouche on the bottom, and the white part on top, works in concert with the Order of The Red Cross Pen on the Pope's robe which is the 22nd Hebrew letter Taw X. This is the Time Sign which refers to a 20/20 vision. That vision means 20 Times 20 and what will happen after those 400 years expires . The Vatican uses two keys crossed to form this 22nd Hebrew letter Taw which represents the 400 years from 1619 to 2019.*



*Twenty times Twenty and Time Square carry the same symbolism by applying Pythagorean Numerology to the word* **TIME which is 20 and not reduced to a single digit . T+2, I=9, M=4, E+5.**

*Therefore :   2+9+4+5 Equals 20 for Time. Therefore   Time Square is 20 Times 20 which equals 400.*

*The Vatican refer to this secret in the Latin as **"SECRETUM APOSTOLICUM    VATICANUM    ARCHIVCUM".** The secret involves a single alphabet which carries the most significant message in more than 2000 years. That message is what will the nations do when the 400 years have expired for Judah's affliction, and what Judgment will God pronounce upon the Nation that Judah have served. This Confederate flag Hebrew letter Taw, which corresponds to our Latin "T" brings as much Fear to the Right-Wing GOP as it does to the Blacks who are their targets. When the first Black US President came to power in 2008, that fear exploded, and gave Birth to the so-called GOP far right Tea Party (X or T) in 2010. The Right was not thirsty for Tea, rather,*



they were **Bloodthirsty** as depicted in this Juden message of **DEATH**.

**Genesis 15: (13) And he said unto Abram, know of a surety that thy seed shall be a stranger in a land that is not theirs, and shall serve them; and they shall afflict them four**



**hundred years; (14) And also that nation, whom they serve, will I judge: and afterward shall they come out with great substance.**

*The Skull and Bones symbol is a universal symbol of DEATH. It is always accompanied by the Crossbones shaped as the 22nd Hebrew letter Taw (X) in the mouth of a Black figure. On Sunday December 31, 2023 On CNN with host Fareed Zakaria GPS, this sign on Antisemitism was noticed. The name Juden as used in Dr. David Bruner's thesis on what he called the Juden slaves at the Levi Jordan Plantation, is used to speak by symbolism about the Black Tribe of Judah. As stated in Q & A 23, this Hebrew letter is the Key to the greater words spoken in Masonry, and to the mysteries of the Bible. Knowing how to read their covert method of communicating HATE, could mean the difference between Death and Fortune.*

*This HATE often disguises itself as charity. This makes it hard for those who have been the Beneficiaries of such benevolence, to see the wolf who has dressed himself in Sheep Clothing. They have therefore eaten the King's Meat, and have been therefore bought with a price. This is the reason that God warned the Prophet Daniel who was offered choice meat, and wine by the Babylonian King Nebuchadnezzar, "Not To Eat Of The King's Meat". That King has been raised up by God, and his table is spread before the gullible with Spam that has been dressed up as filet mignon.*

**Daniel 1: (5) And the king appointed them a daily provision of the King's meat, and of the wine which he drank: so**

*nourishing them three years, that at the end thereof they might stand before the king.  (8) But Daniel purposed in his heart that he would not defile himself with the portions of the King's meat, nor with the wine which he drank:*

The three bars separated as lines **A, B, and C** from the inverted equilateral triangle from the flap of Masonic Lambskin Aprons, and used by Neo-Nazis as an Anti-Christian, and antisemitic message, are globally popular. Like the Masonic Apron envelope which North Korean Master Spy brought Donald Trump's Masonic Apron inside of, These envelopes are sold by special Masonic Supplies retailers. It is Hate and Death all sealed inside an envelope.



During the Christmas Holidays of 2023, I noticed a Commercial warning about the rise in Antisemitism by an Organization called **"Shine The Light On".** Apparently this nonprofit was well familiar with the triple Taw that is hidden on the flap of Masonic Aprons, and they

Masonic Apron Cotton Protective 'Envelopes'



AA 🔒 thelodgeroom.co.uk ↻

*depicted a simple yellow envelope in their commercial which sent a message to those having eyes to see, and ears that are able to hear. This symbolism is rooted deep in Catholicism.*

*Antisemitism took its roots in the Roman Catholic Church the very hour when the Wise Men came from the East to enquire of Herod asking, "**Where is he who is born King of the Jews, for we have seen his star in the east, and have come to worship him". When Herod the King had heard these things, he was troubled, and all Jerusalem with him", (Matthew 2:1-3).***

*Almost immediately both Jews, and Gentiles joined together in their plot to destroy a Messiah who had come from a part of Israel where they were convinced there was noting good.*

***John 1: (45) Philip findeth Nathanael, and said unto him, We have found him, of whom Moses in the law, and the prophets, did write, Jesus of Nazareth, the son of Joseph.***



**(46) And Nathanael said unto him, Can there any good thing come out of Nazareth? Philip saith unto him, Come and see.**

As I have illustrated earlier, these three lines which forms the equilateral triangle on the flap of a Masonic Lambskin Apron, are the way to express the letter "T or Taw" using the International Morse Code. This secret is what the GOP calls the TEA PARTY . These three bars are the official emblem for the GOP TEA PARTY. A party organized to counter the rise of one from the Tribe of Judah who had become the most powerful man in the earth as the First Black President of the United States. That December 16, 1773, the date of the Historic Boston Tea Party, was not just an ordinary year and time. This **1773 was a code for 18, which is a code for Freemasonry Triple Taw (XXX or TTT).** In their Masonic Training Book nicknamed **"THOUSAND POINTS OF LIGHT"** under General Test Number 1, and Question and Answer Number 16, they ask the following question:

**(16) What May be said, Masonically, of the Boston Tea**

| Number One | General Test |
|---|---|
| 14. What State adheres to the work of the "Ancients"?.................... | |
| 15. What was the attitude of the Colonial Lodges toward the Revolution? ............................................................. | |
| 16. What may be said, Masonically, of the Boston Tea Party?........ | |

**Party?  ANSWER: It had its inchoation in a Masonic Lodge**

***room, and the participants in this history-making raid were
all Masons.*** *This is the great Mountain that I must overcome.*

*As a Non-Profit, Freemasons are enjoying the Luxury of tax
breaks, and other benefits, while they engage in a verity of
subversive activities under the disguise of a charitable
organization. They are indeed the TEA PARTY who have risen up
at this critical milestone and Crossroad for People of Color with a*

---

*Test Number Two*                                    *List of Answers*

13.  The two Grand Lodges of South Carolina were the last to unite in
     1817, and the distinction between the Ancients and Moderns was
     forever abolished.
14.  Pennsylvania adheres to the work as it was before the union of the
     Grand Lodges.
15.  In most of the Provinces, members of the Ancient Lodges evinced
     a greater disposition to espouse the cause of the Colonies, while the
     Moderns inclined to side with the Crown.
16.  It had its inchoation in a Masonic Lodge room, and the participants
     in the history-making raid were all Masons.
17.  General Warren, who was W. Master of a Lodge.
18.  Of the fifty-six signing it, it is said that two-thirds were Masons.

---

*Jewish hidden identity that has been hidden for more than 400
years.*

*The scheme of separating the three bars from an inverted
Equilateral triangle, and laying them parallel, appears to have
taken root in Nazi Germany after World War II  with the Sports
wear Manufacturer Addidas. These three bars appear as the
trademark on all Addidas Products. Recently, when* ***BLACK
LIVES MATTER chose these three bars as their logo,***





*apparently to send a message to the Sports Wear giant, Addidas responded by filling a Trademark infringement lawsuit which it later dismissed.* These three bars with roots in Nazi Germany, and the **DOS EQIS  (XX) German Beer** , forms an intricate Mystic Tie with Freemasonry which cannot be loosened.   *Hitler used reverse psychology* In order to hide




Masonry hands in the Holocaust. To do this Hitler, Hitler accused Masonry of plotting with the Jews to destroy Germany, and therefore outlawed Freemasonry in Germany,  and seized their Property. Later I will  show  from Thousand Points of  Lights, that the Nazis swastika is the emblem of Operative Masons, and its used as a symbol of good luck.

*These same three Bars can be found on the United States Flag when it is turned upside-down. In other words, those who designed the flag, and had Bestsy Ross to manufacture it, were cunning , and up to no good. The design which historians record that was presented to Mrs Ross, had Six-Point stars. The Six-Pointed Star as shown on the Israeli Flag, is a sign of Judaism. It is said that Mrs Ross changed the 6-Point Stars to 5-Point Stars. Perhaps the Truth will reveal itself at the appointed time. Turning the American Flag upside-down sends a solemn signal. It means among other things the consequences of the 3 Stripes of HATE.*

*The International Morse Code was developed by Samuel Morse. It is an old, but very sophisticated method of communicating. It uses a combination of dots, and bars for the Latin Alphabet system. The method for the letter "T" is a*



simple Bar. It is the origin of what is called a commercial Barcode because no man can buy, sell, or Trade with this code. The Taw Cross X was the ancients name for Mark. That is the reason it is said that no man can buy, sell, or Trade without the number, name, or the Mark (X) of the Beast. It also says that this Mark will appear on their forehead, or in their right hand. It appears in ones right hand when they pull a product off the grocery shelf which has a retailer's barcode. If a product is put into your shopping cart that does not have the retailer's barcode, then the Cashier will not be able to sell you the product. It is the Mark which became the logo for the GOP Tea-Party whose racial, and antisemitic  philosophy is well documented.

As the first Jew of Color assumed command of the Office of the President of the United States, and the countdown towards the 400 years grew nigh, the three parallel red bars for the Inverted Nazi triangle spread throughout America through a far right group who identified themselves as the Tea Party. It was the Freemasons' Tea Party that triggered the American Revolution on December 16, 1773, and they would return again in 2010. Perhaps there was no logo that was more clever then the one launched by Freemasons operating within General Motors Corporation. They would change the letter **"E"** to the Triple "T" or Triple Taw (XXX), and adopt the slogan "**AN AMERICAN REVOLUTION".** **CNN** would boast by symbolism how these three bars have infiltrated American Politics.   South Western Bell would hide

these three bars inside their acronym SBC and use the letter "C" in an artistic fashion to speak softly that it is all about "T" for time. I have extracted from World Book Encyclopedia their illustrations showing Special ways for expressing the letter "T". It has taken nearly thirty years for me to go deep into a world



hidden by God permissive will to remain secret until the appointed time for their revelation along with the "Man of Sin", the "Son of Perditions". In 2016, as Donald Trump chose these three bars for the Trump/Pence 2016 Campaign logo, CNN was able to project that this Man would be America's Choice. Like all of the others symbols which I was studying, I preserved the CNN symbol in my massive data base for this hour. Already in circulation was the emblem of another German Food Retailer who had adopted a version of these three bars for their logo. They would use four letters to sound the phrase "**ALL DIE**" and use **the 6 bars from the Star of David to send their cryptic message by saying ALDI. They simply eliminated the last**





letter "L" in all, and the last letter "E" in DIE, and created the acronym **ALDI**. It is all based on what is called Ezekiel 9:11 Order of The Red Cross.

The Order of The Red Cross Pin, is worn as a Pen on the rode of the Pope. The triple "T", or triple Taw, is worn on the Pope's hat by turning a Latin "T" upside-down which is color coded to separate the three bars





camouflaged inside the Latin "T".  The Order of The Red Cross is a major portion of the doctrine of the Catholic Church stretching back over many centuries.

The red writing pen also serves as a pin. It is cleverly pined on the cartouche which means that all of these things are Spiritually sealed. They can only be unsealed and made known by He who sealed them that they may remain secret until the End. The end comes when one of the Earth's greatest secrets is revealed confirming that Oil and Gas is the Dew of Heaven given to Esaw as a  Blessing, and that this golden oil is let down into the earth under a veil of darkness through the Tornado's funnel cloud.

As I have previously illustrated, when ever these three bars are used to replace a letter in a word, or an acronym, that letter will always be the letter "E". It is most likely the printing method which inspired the name "EBAY". The name "EBAY" acts as a key. This mystery is also the most likely printing method which inspired the name **"ENRON"**. In the End, if men miscalculate the rise of Donald Trump, Vladimir Putin, XI Jing Ping, or Kim Jong Um, and the Trumpet voice of God's Messenger, they



do so at their own perils. Therefore, thousands of years ago, God chose the Trumpet as a special instrument of the voice of the watchman to warn the people of His coming Judgment of the Nations. Therefore these three bars were made a central part of the trumpet instrument with a circle atop each bar. The circle symbolizes the Earth and the Trumpet Judgment that God shall bring upon the Earth. There are Seven Trumpet Judgments which began in Revelation Chapter 8, and they continues through Revelation 11:15-19 when the Seventh Trump sounds after the Death and Resurrection of GOD's Two Witnesses. It is then that Kingdoms of this World, becomes the Kingdoms of God.



This book is published assuming that most of its readers will not have Biblical literacy. In that case, most would have never heard of the Biblical Trumpet judgments. The scripture of these Trumpet judgments is coded with the number three whereby one-third of certain things are destroyed such as ⅓ of all green plants, men, and trees. One third of all life in the sea is destroyed. Because of the importance of those

*scriptures, and that Donald Trump is directly associated with those judgments, I will publish all seven for the convenience of my Readers showing the significance of the one-third, and how it relates to the design of the trumpet instrument three bars representing the triple Taw. Revelation 10: 5-11 says that when the voice of the seventh angel shall began to sound, the mystery of God shall be finished, and there shall be time no longer. The name TRUMP has a value of 7 in Pythagorean Numerology. It is calculated as follows;* **T=2, R=9, U=3, M=4, P=7. Therefore 2+9+3+4+7 Equals 25: 2 plus 5 Equals 7.** *These are the three bars on the Trump/Pence 2016 campaign logo that were designed to deliver a solemn message. The 3 Trumpet Pistons as 3 bars, are all in Revelation 8, 9, 10, and 11.*

**Revelation 8: (1) AND when he had opened the seventh seal, there was silence in heaven about the space of half an hour.**
**(2) And I saw the seven angels which stood before God, and to them were given seven trumpets. (3) And another angel came and stood at the altar, having a golden censer; and there was given unto him much incense, that he should offer it with the prayers of the Saints upon the golden altar which was before the**



*throne.*

*(4) And the smoke of the incense, which came with the prayers of the saints, ascended up before God out of the angels hand.  (5) And the angel took the censer, and filled it with fire of the altar, and cast it into the earth: and there weee voices, and thunderings, and an earthquake. (6) And the seven angels which had the seven trumpets prepared themselves to sound.*

*(7) The FIRST angel sounded, and there followed hail and fire mingled with blood, and they were cast upon the earth: and the THIRD PART OF TREES was burt up, and all green grass was burnt up.*      *( IT's TIME illustration by Anthony Turner, Jr. given to him by God for this historic announcement)*

*(8) And the second angel sounded, and as it were a great mountain burning with fire was cast into the sea: and the THIRD PART OF THE SEA BECAME BLOOD.*



-

*(9) And   the third part of the creatures which were in the sea, and had life, died ; and the and the THIRD PART OF THE SHIPS were   destroyed. (10) And the THIRD ANGEL sounded, and there fell a great star from heavens, burning as it were a lamp, and it fell upon the THIRD PART OF THE RIVERS, and upon the fountains of water.*

*(11) And the name of the star is called Wormwood: and the THIRD PART OF THE WATERS BECAME WORMWOOD: and many men died of the waters, because they were made bitter.   (12) And the fourth angel sounded, and the THIRD PART OF THE SUN WAS SMITTEN, and the THIRD PART OF THE MOON, AND THE THIRD PART OF THE STARS;*

*so as the THIRD part of them was darkened, and shone not for a THIRD PART OF IT, and the night likewise. (13) And I beheld, and heard an angel flying through the midst of heaven, saying with a loud voice, WOE, WOE, WOE (www) to the inhabitants of the earth by reasons of the other voices of the three angels, which are yet to sound.*

# What Was The Third Reich?



*Revelation 9: (1) AND the fifth angel sounded, and I saw a star fall from heaven unto the earth: and to him was given the key of the bottomless pit.*

*(2) And he opened the bottomless pit; and there arose a smoke out of the pit, as the smoke of a great furnace; and the sun and the air were darkened by reason of the smoke of the pit. (3) And there came out of the smoke locusts upon the earth; and unto them was given power, as the scorpions of the earth have power. (4) And it was commanded them that they should not hurt the grass of the earth , neither any*

*green thing, neither any tree; but only those men which have not the seal of God in their foreheads. (5) And to them it was given that they should not kill them, but that they should be tormented five months: and their torment was as the torment of a scorpion, when he striketh a man. (6) And in those days men seek death, and shall not find it; and shall desire to die, and death shall flee from them. (7) And the shapes of the locusts*



*were like unto horses prepared unto battle. And on their heads were as it were crowns like gold, and their faces were as the faces of men.*

*(8) And they had hair as the hair of women, and their teeth were as the teeth of lions. (9) And they had breastplates, as it were breastplates of iron ;*

*And the sound of their wings was as the sound of chariots of many horses running to battle. (10) And they had a king over them, which is the angel of the bottomless pit, whose name in the Hebrew tongue is Abaddon, but in the Greek tongue hath his name Apollyon. (12) One woe is past; and, behold, there come two woes more hereafter.*

*(13) And the SIXTH ANGEL sounded, and I heard a voice from the four horns of the golden altar which is before God, (14) Saying to the SIXTH ANGEL which had the Trumpet, Loose the four angels which are bound in the great river Euphrates.*

*(15) And the four angels were loosed, which were prepared for an hour, and a day, and a month, and a year, for to slay the third part of men. (16) And the number of the army of*



*the horsemen were two hundred thousand thousand: And I heard the number of them. (17) And thus I saw the horses in a vision, and them that sat on them, having breastplates of fire, and of Jacinto, and of brimstone, which issued out of their mouths. And in their tails, for their tails were like unto serpents, and had heads, and with them they do hurt. (20) And the rest of the men which were not killed*

by these plagues yet repented not of the works of their hands, that they should not worship devils, and idols, and stone, and of wood: which neither can see, nor hear, nor walk.

(21) Neither repented they of their murders, nor of their sorceries, nor of their fornications, nor of their thefts.

Revelation 10: (1) AND I saw another mighty angel come down from heaven, clothed with a cloud; and a rainbow was upon his head, and his face was as it were the sun , and his feet as pillars of fire. (2) And he had in his hand a little book open: and he sat his right foot upon the sea, and his left foot on the earth.



(3) And he cried with a loud voice, as when a lion roareth; and when he had , cried seven thunders uttered their voices. (4) And when the seven thunders had uttered their voices, I was about to write:

And I heard a voice from heaven saying unto me, Seal up those things which the seven thunders uttered, and write them not. (5) And the angel which saw stand upon the sea

and upon the earth lifted up his hand to heaven, (6) And swear by him that livery for ever and ever, who created heaven, and the earth, and the things which are therein, that there should be time no longer:

(7) But in the days of the voice of the SEVENTH ANGEL, when he shall begin to sound, the mystery of GOD should be



finished, as he hath declared to his servants the prophets.

(8) And the voice which I heard from heaven spake unto me again, and said, Go and take the little book which is open in the hand of the angel which standeth upon the sea

*and upon the earth. (9) And I went unto the angel, and said unto him, Give me the little book. And he said unto me, Take it, and eat it up; and it shall make thy belly bitter, but it shall be in thy mouth sweet as honey;(10) And I took the little book out of the angel's hand, and ate it up; and it was*



*in my mouth sweet as honey: and as soon as I had eaten it, my belly was bitter. (11) And he said unto me, Thou must prophesy again before many peoples, and nations, and tongues, and kings. ( That testimony is the voices of God's Two Witnesses which follows in Revelation Chapter 11: 1-19).*

.

*My book written as a master's theological thesis, and titled "Armageddon Rising At Jade Helm 15", was copyrighted in 2015 as the Pentagon's Domestic exercise Jade Helm 15 was getting underway in Bastrop, Texas. Bastrop is just 20 minutes from my front door in Lincoln, Texas. Whether they were aware or not, the Pentagon's special operation was to prepare for the aftermath of Election 2016. The aftermath of U.S. Presidential Election 2016 is still vibrating around the world. The operation was announced on July 15, 2015 just one month after Donald Trump's June 16, 2015 announcement that he would be a Candidate for the 2016 Presidential Election. Although it was unknown to me at the time, plans had already been implemented to undermine my Prophetic work after my open letters to both U.S. Houses of Representatives.*

## Operation Jade Helm 15 Gets Underway in Texas

Operation Jade Helm 15, the military training exercise that sparked an international frenzy earlier this year, gets underway Wednesday in Texas.

BY **PATRICK SVITEK**

JULY 15, 2015   6 AM CENTRAL          SHARE



Operation Jade Helm 15, a military training exercise, began in the summer of 2015 in 12 Texas counties: Bastrop, Burleson, Brazos, Edwards, Howard, Hudspeth, Kimble, Martin, Marion, Real, Schleicher and Tom Green. It was also set to take place at Camp Bullis in San Antonio and Camp Swift in Bastrop County.
📷 Graphic by Todd Wiseman

Donald Trump and his ambitious undertaking to undermine the works of the 44th President, had already been made a central part of my book which associated Donald Trump with the sound of the Seventh Trump. The Seventh Trump sounds when the Two Witnesses are killed by the Beast and his followers who ascended from the Bottomless Pit. We shall be raised up by God after our bodies have laid in the streets for three and a half days. As Witnesses for God, our Death and Resurrection is purposed to bare evidence that GOD raised His Son Jesus on the third Day. This event shall allow the whole world to see it, and as such, the whole world shall be eye witnesses for God. The Two Witnesses were God's witnesses for the Resurrection of Jesus.

Luke 24: (1) NOW upon the first day of the week, very early in the morning, they came unto the sepulcher, bringing the spices which they had prepared, and certain others with them. (2) And they found the stone rolled away from the sepulcher. (3) And they entered in, and found not the body of the Lord Jesus.

(4) And it came to pass, as they were much perplexed thereabouts, behold TWO MEN stood by them in shinning garments: (5) And as they were afraid, and bowed down their faces to the earth, they said unto them, "Why seek ye the living among the dead?  (6) He is not here, but is risen:

*remember how he spake unto you when he was yet in Galilee, (7) Saying, The Son of Man must be delivered into the hands of sinful men, and be crucified, and the third day rise again.*

*There is just cause for confusion when only one person is seen, but the one refer to himself as Two. We are a mystery. The Two   Witnesses are Two    Angels, and Two Men, who are camouflaged as one man.  One can only confirm it by reading all four gospels account of the Resurrection of Jesus. The gospel of Luke allows us to see Two Men, and the gospel of  Mark allows us to see one young man. In the gospel of John they are two angels.*

*Mark 16: (1) AND when the sabbath was past, Mary Magdalene, and Mary the mother of James, and Salome, had brought sweet spices, that they might come and anoint him. (2) And very early in the morning the first day of the week, they came unto the sepulcher at the rising of the sun.*

*(3) And they said among themselves, Who shall roll us away the stone from the door of the sepulcher?  (4) And when they looked , they saw that the stone was rolled away; for it was very great.*

*(5) And entering into the sepulcher , they saw A YOUNG MAN sitting on the right side, clothed in long white garment: and they were affrighted. (6) And he saith unto them, Be not affrighted: Ye seek Jesus of  Nazareth, which was crucified: he is risen; he is not here:  Behold the place where they laid him. (7) But  go your way, tell his disciples and Peter that he goeth before you into Galilee: there shall ye see him, as he said unto you.*

*The gospel according to John gives an account of two angles as those who bared witness to the resurrection of our Lord Jesus.*

*John 20: (5) Then cometh Simon Peter following him, and went into the sepulcher, and seeth the linen clothes lie. (7) And the napkin, that was about his head, not lying with the linen clothes, but wrapped together in a place by itself. (8) Then went in also that other disciple, which came first to the sepulcher, and he saw, and believed.*

*(9) For as yet they knew not the scripture, that he must rise again from the dead. (10) Then the disciples went away again unto their own home.  (11) But Mary stood without at the sepulcher weeping, and as she wept, she stooped down, and looked into the sepulcher.  (12) And seeth TWO ANGELS in white sitting, the one at the head, and the other at the feet, where the body of Jesus had lain.*

The gospel according to Matthew is different from all the other three including the book of Acts 1: 10 where the two men seen in Luke 24:4 appear as Two Witnesses to Jesus' ascension into Heaven. Matthew gospel gives an important description of the angel like one give a description of a robbery suspect. Matthew describes the angel as having the appearance of Lightning . This is indeed directly related to Jesus declaring that He is the Light of the World. **LIGHT therefore has a Pythagorean Numerical Value of 11 like the name JESUS.  It is calculated as follows:   L=3, I=9, G=7, H=8, T=2:  Therefore 3+9+7+8+2 Equals 29:  2 plus 9 Equals 11.**

To preserve evidence of Title, and that the Earth is His, and the fullness thereof, God hid Lighting deep inside the Earth in the form of Oil, Gas, and Coal. When these are lit from a tiny and invisible spark which falls from Heaven in the form of a Negative charge step-leader, a positive electron symbolizing Jesus' Cross rises from the Earth to meet it, just like the Cross that was raised for Jesus on Calvary. When they meet, a specific path of the atmosphere is ionized, and this invisible electrode goes inside the earth as Jesus did on the day of the crucifixion. It lites the oil, gas, which combines with saltwater generating an electrical current, and an internal combustion generates power that Is called lightning.  It then  goes into Heaven just as Jesus did.

*Matthew 28: (1) IN the end of the sabbath, as it began to dawn toward the first day of the week, came Mary Magdalene and the other Mary to see the Sepulchre.     (2) And, behold, there was a great earthquake: for the angel of the Lord descended from Heaven, and came and rolled back the stone from the door, and sat upon it.*

*(3) His Countenance was like Lightning, and his raiment white as snow.  (4) And for fear of him the keepers did shake, and became as dead men. (5) And the angel answered and said unto the women, Fear not ye: for I know that ye seek Jesus, which was crucified,  (6) He is not here: for he is risen, as he said. Come , see the place where the Lord lay. (7) And go quickly, and tell his disciples that he is risen from the dead; and, behold, he goeth before you into Galilee; there shall ye see him: I have told you.*

*Lightning strikes the earth more than 100 times per second, 8 million times per day, and over two billion times per year declaring that Jesus Christ has risen from the dead.  It was important that Jesus declare his knowledge of this before he was crucified. He did so in a riddle when the Pharisees demanded when the Kingdom of God  should come. He answered their question by uttering a riddle that His Death would be just like when Jonah who was inside the belly of the whale three days, so*



shall the Son of Man be In his day. He continued his riddle saying, "Just as Lightning lites under one part under heaven, and shines to another part under Heaven, so shall the Son of Man be in his day after he first suffers.

Luke 17: (20) And when he was demanded of the Pharisees, when the kingdom of God should come, he answered them and said, The kingdom of God cometh not with observation: (21) Neither shall they say, Lo here! Lo there! For behold, the kingdom of God is within you.   (22) And he said unto his disciples, The days will come, when ye

*shall desire to see one of the days of the Son of Man, and ye shall not see it. (23) And they shall say to you, See here; or see there: go not after them, nor follow them.*

*(24) For as the lightning , that lights out of the one part under heaven, and shineth unto the other part under heaven, so shall the Son of Man be in his day . (25) But first must he suffer many things, and be rejected of this generation.*



*Therefore as confirmed by these   biblical, and scientific illustrations, Lightning is a witness for God which He has revealed unto me that I might come forth with His seal, and rebuild His Temple, and the new sanctuary for New  Revelation Church.*

## *CHAPTER FOURTEEN*

### *William And Mary, Yale, And Harvard Universities Emblems, Works In Concert To Confirm The Two Witnesses Testimony, And All Things Written In This Historical Book:*

TIME MAGAZINE was founded by Briton Haddon and Henry Luce who were Skull and Bones Alumnus of Yale's 1920 graduating Class. The name TIME originated secretly from the Secret Society identifying their crossbones the 22nd Hebrew letter Taw (X) ,which has a value of 400 in Hebrew Numerology, as a Biblical prophetic Time Sign of 400 Years. A period beginning August 1619, and ending November 2019 with the release of the



Coronavirus in Wuhan, China. In June 2012 Time-Life published a Special Edition on Secret Societies that focused also on Yale

*University Skull and Bones. LIFE identified Briton Hadden, and Henry Luce as Editors of the Fraternity's Newsletter. Also, that, these two men would go on to establish Forbes, Life, and Time Magazines. These eventually evolved into media giants that gave birth to AOL, TIME WARNER COMMUNICATIONS, CNN, and ABC among others. ABC 20/20 broadcast from NEW YORK TIME SQUARE symbolizing 400 years which is the square of 20. It marks the 400 years from 1619 when Judah first arrived in Jamestown, Virginia as slaves, to 2019 when the Coronavirus, first labeled as Disease X by the CDC, was released as a mass destruction biological weapon against Jews of color. By the favors, powers, and Grace of God, it became like the Hangman's Noose brought to the US Capitol on January 6 to hang Mike Pence. That Noose would hang prison sentences around the necks of the hangmen that brought*



it to the Capitol. Likewise, the virus brought DEATH across the globe to millions of Non-Jews even to some who may have conspired to develop it. TIME MAGAZINE skillfully put this 20 X 20 with their red X on the cover of its December 2020 issue as ten-of-thousands were being killed daily by their biological weapon. Today the virus deadly pangs are still wrecking havoc around the globe wherever Judah has been scattered. Skull and Bones fraternity symbolized Ezekiel 9/11 ORDER OF THE RED CROSS DEATH ORDER OF JEWS, by writing it cleverly on their super secret 1920 graduating class roster as 119 in subtle print. It is to be read as 9/11 from right to left ,just as the Hebrew writing on Yale's official emblem. The LIFE Reporters mentioned in their Skull and Bones article, that running this article as their last page (might) , or could get the staff at LIFE BOOKS fired. **WHATS ON THAT LIST? LOOK CLOSELY AT THE 3 RED STARS** and the **119** for **911.** Rene Descartes cunningly used this Hebrew Taw (X) in Algebra to represent the unknown. Perhaps no one told him because of his limited knowledge, that Jehovah is omniscience. Taw (X) also became a fixture in



*Mathematics as a time-sign (X) which for many had little or no meaning for anything else. New York City, the international Headquarters for these media giants,  is not just a random city, but in it is one of the Twin Egyptian Pillars representing the Keystone of David which is Biblically called the* **URIM and THUMMIM breastplate of Judgment. The URIM and THUMMIM are  Hebrew words on Yale's official emblem.**

**Exodus 28: (30) And thou shalt put in the breastplate of judgment the URIM and the THUMMIM: and they shall be upon Aaron's heart, when he goeth in before the LORD: and Aaron shall bear the judgment of the children of Israel upon his heart before the LORD continually.**

*The URIM and THUMMIM are the Two Candlesticks , and the Two Olive*



*Trees. Jointly they are called God's Two Witnesses. These are the only things which are encrypted on Yale's emblem along with the words Truth and Light written in Latin as Lux and Veritas. Lux, meaning Light, is a code for the Two Candlesticks which are the URIM and THUMMIM. These Two Candlesticks lights are powered by the Oil coming symbolically from the Two Olive Trees on the Left, and Right sides of Yale's emblem. Veritas which also appears on Harvard's emblem with the Two Olive Trees, is a veil for Truth which hides our names on both emblems. Truth has a Pythagorean Numerically value of 6. This 6 is a **kEY And***



**Bush and Kerry discuss Skull & Bones Meet the Press Tim Russert**

**PASSWORD** *for the Two Witnesses who are also called the URIM and THUMMIM, or the Two Olive Trees.*

*The URIM and THUMMIM are the sole focus of YALE 'UNIVERSITY emblem. The name is written in Hebrew, and they are represented as the same token which God gave to Moses as His Signet. Likewise, He has given me the same token as His signet represented often by a cartouche, which is an ancient form of a seal. Therefore, my name, and Jehovah's name, have both been encrypted on the emblem of all three of these Universities. It can*



**Bush and Kerry discuss Skull & Bones Meet the Press Tim Russert**

*only be found by applying the same Pythagorean Numerology Rules that have been used from the very beginning of this book.*

*The mystery and meaning of the number 322  has never been revealed, nor completely known by any of Skull and Bones members. It may have been partially known by some like NBC's Late Meet The Press Moderator and Journalist "Tim Russert". Russert questioned both Senator John Kerry, and Former President George W. Bush, both  members of the Fraternity, about the meaning of 322. The Death symbolized by it, would make itself known to Russert four years later on June 13, 2008. Such Death sentence is meted out by powerful , and invisible*



**Bush and Kerry discuss Skull & Bones Meet the Press Tim Russert**

hands. Hands that have been reaching for me since I was  five years old, if not earlier. Nevertheless , they were unable to pull me from the loving arms of God. This revelation could only come by God to His Two Witnesses. Bones Members have taken an oath not to discuss the meaning to non-members.  All Bones Members knows that Skull, and Bones is an extension of Hitler's Death Squad, but they cannot know the deeper meaning whereby it is a key which unseals the 66 Books of the Bible. Those things were protected by a Divine Seal that could only be unsealed by the Key of David which functions only by the Spirit of the Lord Jesus Christ. It is what Jesus described as being the Keys of DEATH and HELL, **(Revelation 1:18).** This 22nd Hebrew letter is designed to usher in confusion by readers being unable to tell when it is appearing as the 22nd Greek letter Chi (X) as in **CHINA,**  or the 24th Latin letter ex (X), or the 22nd Hebrew letter Taw (X). They all means Christ, **Luke 23: 38; "AND a superscription also was written over him in letters of Greek, and Latin, and Hebrew, THIS IS THE KING OF THE JEWS".**  In most cases the players prefer that readers see it as the 24th Latin letter X which also has a Pythagorean Numerical value of 6 by adding 2 plus 4.   For example, three ex's (XXX) would be 666. It is this reason that the Bible says wisdom and understanding are required to count these numbers .

**Revelation 13: (18) Here is wisdom. Let him that hath understanding count the number of the beast: for it is the**

*number of a man; for his number is Six hundred three score and six.*

Jesus had good cause to leave behind his knowledge of the Pythagorean Numerology System, and the Greek Alphabet Numerical values. He demonstrated such knowledge when he left behind a code at both the beginning of Revelation in chapter 1, verse 8, and at the end in chapter 22:13.  He realized that he was putting this code at the beginning of the book of Revelation, and also at the end of the book of Revelation. He also knew that the Greek letter "alpha" was the first of the 24 basic Greek letters, and that Omega was the last of the 24 basic Greek letters. Therefore, he spoke these words at the beginning saying;

**Revelation 1:(8) I am Alpha. And Omega, the beginning and the ending, saith the Lord, which is, and which was, and which is to come, the Almighty.**

At the end of the book of Revelation, He left an additional code of the sign of his second coming.  It is hidden in a complex alphanumeric riddle which no man could decipher. He said the following;

**Revelation 22: (12) And, behold, I come quickly; and my reward is with me, to give every man according as his work shall be. (13) I am Alpha, and Omega, the beginning and the end, the first and the last.**

The URIM and THUMMIM are the two stones on which the LORD instructed Moses to write the names of the Children of

Israel. These stones are the Birthstones of Esaw and Jacob who were twins just as these two pillars are twins. Therefore the Pythagorean Numerical value of  URIM which is 7, would equal the Pythagorean Numerical value of THUMMIM which is also 7. Esau and Jacob were twin brothers.   Nevertheless-the Pythagorean Numerical value of Esau's name, would not equal to the Pythagorean Numerical value of his twin brother Jacob's name because God gave Jacob a new name which is Israel.



Therefore, when Jacob new name (**Israel**)  is used to calculate their Pythagorean values, both names would then be equal to one (1). They are calculated as follows;

URIM:  U=3, R=9, I=9, M= 4: : Therefore:  3+9+9+4 Equals 25, and 2+5 =7:   THUMMIM:  T=2, H=8, U=3, M=4, M=4, I=9, M=4:  Therefore: 2+8+3+4+4+9+4 Equals 34: 3+4 =7, Thus 7 equals 7 for the URIM and THUMMIM.

ESAU:  E=5, S=1, A=1, U=3:  Therefore;  5+1+1+3 Equals 10: 1+0 Equals 1:    ISRAEL:    I=9, S=1, R=9, A=1, E=5, L=3: Therefore  9+1+9+1+5+3 Equals 28, 2+8 =10, 1+0 Equals 1: Therefore 1 is equal to 1 for the names Esau and Israel.

Esau had a red complexion, and the pillar which representeda his birthstone is red. It was moved to New York Central Part.

The Pillar which represents Jacob was moved to the United Kingdom, and it inspired the name for the political party in the House of Stewart known as Jacobitism. Jacobitism was a political movement that supported the restoration of the senior line House of Stewart. Out of that lineage came King James VI who reign upon this stone which had 6 names of the children of Israel on one stone, and the other 6 names on the other stone according to their birth. At the summit of these stones is a Triangular shape which inspired the origin of the Star of David. When the two are interlaced to form a 6-pointed Star, there  will appear a star at each of its 12 vertexes. The 13th Star is in the center as a man ruling over the 12 tribes of Israel. Each of the Two equilateral triangles are the fourth Greek letter Delta with a numerical value of 4. When these are  interlaced,  they represent the number 44

for the 44th and last ELECTED President of the United States. Thus the Star of David became the emblem for the presidential medal of Freedom where a five-pointed star is joined with a six-pointed star. The six-pointed star was hidden by grouping 12 of 13 stars into the geometrical form of the Star of David. The five-pointed star symbolizes the five smooth stones which David took from the Brook and used one to slay the Philistine giant Goliath, and won the Freedom of Israel.

For those who are able to bare it, God has raised up King David as promised as the 44th President of the United States.

 

Not only has God raised up King David, but He has also raised up the whole house of Israel. The resurrection began with the Resurrection of Jesus who declared that he is the Resurrection and the Life.

**John 11: (23) Jesus said unto her, Thy brother shall rise again. (24) Martha saith unto him, I know that he shall rise**

*again in the resurrection at the last day.  (25) Jesus said unto her, I am the Resurrection, and the Life: he that believeth in me, though he were dead, yet shall he live: (26) And whosoever lives and believes in me shall never die. Believes thou this?*

*Matthew 27: (50) Jesus, when he had cried again with a loud voice, he yielded up  the ghost.  (51) And, behold, the veil of the temple was rent in Twain from the top to the bottom; and the earth did quake, and the rocks rent; (52) And the graves were opened; and many bodies of the saints which slept arose,  (53) And came out of the graves after his resurrection, and went into the holy city, and appeared unto many.*

*The two Delta Triangles which makes up the Star of David, are deep in symbolism. They are the Greek method for expressing the letter "D", and represent the two "D's" in **DAVID**.*

*God promised to bring about the captivity of Israel and Judah again. Judah who were referred to in Dr. David Brunner thesis as Juden slaves, were the Black Tribe of the Hebrews who are called outcasts, and they are the envy of the Non-Black tribes. Recently CNN segment on antisemitism used a Black face on Yale's Skull and Bones Death symbol to depict Judah symbolically.  David was of the Dark tribe of Judah. The **outcasts and** envy of Judah were recorded in **Isaiah 11: along with the Confederate ensign,***



*saying; Isaiah 11: (12) And he shall set up an ensign for the nations, and shall assemble the outcasts of Israel, and gather together the dispersed of Judah from the four corners of the earth. (13) The envy also of Ephraim shall depart, and the adversaries of Judah shall be cut off: Ephraim shall not*



*envy Judah, and Judah shall not vex Ephraim.*

God's promise to raise up King David simultaneously with the breaking of the Yoke off the necks of His oppressed people

symbolized by this coin with the 16 blank squares of the 47th Problem whose contents God revealed unto me. Plantation owners of the South designed their cotton sacks to be Yoked around the necks of Judean slaves to symbolize that which the LORD promised by the Prophet Jeremiah. In addition to the cotton sacks, this coin was minted depicting the 16 Southern Slave States in the 47th Problem with every chain broken. I will depict both the coin which has the emblem of the Christian Faith, and the cotton sack which depicts the Yoke that God's promised to break.

Starting at the age of 6, I begged my father to allow me to join the other workers in our cotton field which I later regretted. He instructed my mother to yoke me with a sack, and the yoke remained until I left home at the age of 19.



The Prophetic narrative of God's promise to bring again the captivity of Israel, and Judah, began in Jeremiah 30: 1. It is a Time of Jacob's Trouble. That captivity would end for Judah after 400 years as promised to Abram. It has now all come to pass with the resurrection of

*King David, and the whole house of Israel. But who will believe our report?*

**Jeremiah 30: (1) THE word that came to Jeremiah from the lORD, saying, (2) Thus speaketh the LORD God of Israel, saying, Write thee all the words that I have spoken unto thee in a book. (3) For, lo, the days come, saith the LORD, that I will bring again the captivity of my people Israel and Judah, saith the LORD: and I will cause them to return to the land that I gave to their fathers, and they shall possess it. (4) And these are the words that the LORD spake concerning Israel and concerning Judah.**

**(5) For thus saith the LORD; We have heard a voice of trembling, of fear, and not of peace. (6) Ask ye now, and see whether a man doth travail with child? Wherefore do I see**



*Everyman with his hands on his loins, as a woman in travail, and all faces are turned into paleness? (7) Alas! For that day is great, so that none is like it: it is even the time of Jacob's trouble; but he shall be saved out of it.*

*(8) For it shall come to pass in that day, saith the LORD of hosts, that I will break his yoke from off thy neck, and will*



*burst thy bonds, and strangers shall no more serve themselves of him:*

*(9) But they shall serve the LORD their God, and David their king, whom I will raise up unto them.*

The enemies of President of Obama, were waiting for him to declare his identity as King David so that they may mock him. But like John The Baptist whom God raised up as Elijah, the 44th President was not going there. He recalled   how Jesus was ridiculed for declaring that He was the Son of God. Jesus therefore said, *"IF ANY MAN COME AFTER ME, LET HIM DENY HIMSELF, AND PICK UP HIS CROSS AND FOLLOW ME".* Although I could not properly deny who I am, I have however picked up my cross and waiting for the day when I shall be lifted up, and my cross shall be lifted off, *(Revelation 11: 7-19).* The resurrection of David is a mystery which cannot be witnessed with an eye as such. It comes only by Spiritual revelation that is supported by rightly dividing the scriptures relating to it as the Apostle Paul instructed us in *2 Timothy 2:15, saying, "Study to shew thyself approved unto God, a workman that needeth not to be ashamed, rightly dividing the word of truth".*

In preparation for the rise of King David, this Nation was under a Spiritual obligation to hide his star on the United States Great Seal . It was done by the deft hands of an Artist who hid the King's star on the Presidential Medal of Freedom by grouping 12 of its 13 stars into the geometric form of the Star of David. This was also done in the design of the United States Great Seal.

The URIM and THUMMIM are the birthstones of Exodus 28:10-30.  They were all hidden as an unspoken truth  regarding

*President Obama's Birth Certificate which his enemies used in a futile attempt aimed at undermining his identity.*



*The secrets behind the Presidential medal of Freedom brought about the Noble Peace Prize in 2009   after the President was in office only eight months. Although the prize publicly recognized the President's work toward creating and fostering an International Peace among all people, and his work towards eliminating Nuclear Weapons, the real purpose was for the work he had done as King of Israel, and the peace that is yet to come as spoken of  by the prophet in Isaiah 11.*

*The anticipation of the rise of Judah has created an International Network of Neo-Nazis anchored amongst some of the world's most respected Colleges, Universities, governments, and industries. It is all mostly hidden in a single Hebrew alphabet which is the Time Sign of DEATH and FORTUNE.   FORTUNE*





*Magazine like Time Magazine, was founded by Britton Hadden, and Henry Luce the real modern architects of Skulls and Bones. A*

*special language has been created using the Tri-gram which is also called an N-gram. These bars being an International method for communicating the 400 year Order of The Red Cross.*

*The "N" in the word **MAGNA** that is fixed on the emblem for Freemasonry Order of The Red Cross, was dropped to create the word **MAGA** for Donald Trump's "**MAKE AMERICA GREAT AGAIN**" antisemitic rhetoric. The tri-gram which originated from the three crossbars of the Crucifixion, is the same language as the N-gram. It is the symbolism of the letter "N" that is fixed on the crossbar where the three were crucified on the Latin "T" which is called the triple Tau. This Taw cross was also called a **Check Mark as used by VERIZON who skillfully place a red check mark over the letter "N" for the ORDER OF THE RED CROSS on people of Color. The British calls it Exchequer. The "VER" in VERIZON is the same "VER" in Yale and Harvard's VERITAS which means TRUTH. This is the same TRUTH as used by Donald Trump's Social Media platform that was taken from the official emblem for the ORDER OF THE RED CROSS.** In 2010 it became known as the GOP Tea-Party.*



The N-Gram consist of 3 letters in sequential order just like the Tri-gram as used in the Ron DeSantis 2024 Campaign logo. When these are researched, you'll find that they are said to be one of the same. It is a secret anti-Black/antisemitic printing method that evolved over a period of 400 years that



became the centerpiece for the Confederate States, and their Army. The key to unlocking such evil is a spiritual golden Key that is called **PHI-BETA-KAPPA.** As illustrated by its symbol of a right hand fixed on a Bible, that Key is in the Right Hand of The Father. The PHI-BETA-KAPPA Golden Key symbol like the emblems of Yale and Harvard, were Spiritually inspired with or without the creators' knowledge. My Password of 6 is therefore hidden in all three of these schools emblems under a very deep, and sophisticated cypher which cannot be breached . This Key takes the plain-biblical-text of **Revelation 5: (1), and convert it into symbolism.** The Greek letter PHI which was used to represent the "ph" sound in Ancient Greece, was changed to "F"

which represents God the Father whose name is JEHOVAH. Therefore the letter "PHI, PH, F, Jehovah, and my name (Willie Herman Ellis) all have a Pythagorean Numerical value of 6 which seals my username and Password inside this golden key. The LORD spoke unto me



saying ,that, "this Key 6 is a Master Key, and when used properly , it will open many doors". In these following examples, it has unlocked how **PHI equals 24, for 2+4 which equals 6; As to PH, P=7, H=8, and 7+8 Equals 15, 1+5 =6. The letter "F" equals its place value of 6 in the Latin Alphabets . Jehovah and my name are both equal to 6 under the rules of Pythagorean Numerology.**

*Revelation 5:(1) AND I saw in the right hand of him that sat on the throne a book written within and on the back side sealed with seven seals.*



The Greek letter Phi on the emblem is therefore "F" for the Father. BK is the abbreviation for Book which in some Bibles is called the Scroll. It is the Book or scroll held in the right hand of the Father. I am repeating so that readers keep in mind, that **PHI, and F both have Pythagorean Numerical values of 6.   P=7, H=8, I=9.   Therefore; 7+8+9 Equals 24, and 2+4=6.   (6 is equal to 6).**

The three stars on the Bible and all three Greek letter Fraternities, Sororities, the number 322, the three opened Bibles on Harvard's emblem dividing the Latin Word VERITAS into three parts, are all sending a signal as to how the Bible is divided by 3's producing a key of 6. It simply means that Time is up, and judgement has begun. The three pistons on trumpet instruments are sounding that Donald Trump, and his father Frederick Christ Trump are signs of this eventuality. The wars in the Middle East reinforce the Truth and the Time that is now appearing miraculously on Rolex watches, Apple Watches, and other timepieces all over the world are Signs of The Time. You shall discover that David is indeed the Apple of The Eye, (**Psalm 17:7-8).**

This Key was purposely left at three seats of wisdom because a strong intellect in Spiritual, and Academics are helpful towards comprehending much of my analytical Testimony. Those Intellectuals sitting on those scholarly seats must confirm my Testimony for both the unlearned meek, and the learned Mighty.

*There shall be unbearable consequences for any conspiratorial silence. This is the same Key adopted by Yale's other Fraternity known as "Scroll and Key".*



*As illustrated in a previous chapter; in order to find my username and Password that are written in a Pythagorean Numerical Code in each of the 22 sets of the Bible, the Bible* must first be divided into 22 sets of three books to each set. The first set is **Genesis as 1, Exodus as 2, and Leviticus as 3. The sum of their place values (1+2+3 equals 6).** *Following in chronological order, the second set would be* **Numbers as 4, Deuteronomy as 5, and Joshua as 6. The sum of their place values (4+5+6 Equals 15). Therefore 1 plus 5 equals 6.** *This method is repeated systematically to the last three books of the* New Testament which are 3 **John 64, Jude 65, and Revelation 66. The sum of their chronological place values are 64+65+66 which equals to 195; Therefore 1+9+5 Equals 15, and 1+5 Equals 6. This is the number of Jehovah's name which He has written upon me as promised.**

**Revelation 3: (12) Him that overcometh will I make a pillar in the temple of my God, and he shall go no more out:**

*and I will write upon him the name of my God, and the name of the City of my God, which cometh down out of heaven from my God: and I will write upon him my New Name.*



*All of the aforementioned things are written upon me* including the City of my God **"NEW JERUSALEM"**. **Again Veritas means Truth, and TRUTH has a value of 6.**

*Yale has divided its Undergraduate Schools with their appropriate emblems into 12 categories according to the number of the twelve tribes of Israel. These emblems some of which depicts the Order Of The Red Cross which calls for the extermination of Jews, are crafted with deep symbolism. Some of these have 12 specific icons for the 12 Tribes of Israel. The top emblem for Yale's Graduate School of Arts and Sciences, has the letter Y that is pointing to the Sign of the Times (**10-2-6**) as if these were the hands, and feet of Jesus hanging on the cross. It is divided into three parts with the emblem for the Red Cross fixed in each of the three parts. The letter "Y" is uniquely positioned*

using three bars of equal length and size taken from the Nazi-inverted triangle. Skull and Bones Fraternity was established at Yale by William Russell. Russell, a student at Yale in 1832,  traveled to Germany, and was impressed by their Death cult rooted in antisemitism.  Russell returned home to his Yale Campus, and he extended the German Death cult to Yale where it flourished as a badge of honor amongst elite white Americans.

Yale's emblems, and most all other emblems and


Yale Graduate School of Arts and Sciences


Yale School of Architecture


Yale School of Art


Yale Divinity School


Yale School of Drama


Yale School of Engineering and Applied Science


Yale School of Forestry and Environmental Studies


Yale Law School


Yale School of Management


Yale of Medicine


Yale School of Music


Yale School of Nursing

Yale School of Public Health

ensigns,    are   designed to speak by symbolism what an organization, or institution is all about. They are designed and created by men, and women of which some are endowed with inspired sacred imaginations, and others with wicked imaginations.  Their concepts, and ideas  are written with  deft hands inspired by eyes that are able to peer into unknown dimensions. It was the deft hands of an inspired artist who hid

*what Jesus called the Keys to Death and Hell on Yale's emblem for its Graduate School of Arts and Sciences. However, who among the wise are able to find, and read it? It is well known that*



*Yale's Skull and Bones symbol is an international symbol for DANGER and DEATH.*

*In the first chapter of the book of Revelation in verse 18, Jesus says that He has the **KEYS TO HELL AND DEATH**. In Revelation 3: 12, Jesus declares that he has been given **THE KEY OF DAVID**. My challenge is to show that this key to Hell and Death is hidden at Yale University, and at the Birthplace of Joseph Stalin. Historians blame Joseph Stalin for the Deaths of more than 40,000,000 people during his reign. When I arrived in Moscow on March 7, 1992, the Reign of Terror" that defined the rule of Lenin and Stalin, was still terrifying the Russian people nearly 50 years after Stalin's Death.*

*Joseph Stalin was born in Gori, Georgia, and he attended Gori Theological Seminary to become an Orthodox Russian Priest. He and Lenin pictured here, are described Biblically as the Beast, and the False Prophet who had feet like a bear, (Revelation 13:1-18). The feet like a bear in Revelation 13:2 is meant to put a*



*specific description on Joseph Stalin who like Lenin chose Biblical new names for themselves. Stalin had a birth defect where his third and middle toes on his left foot were wedged together causing him to walk with a limp. His feet like a bear was symbolized by Texas H-E-B Grocery chain by putting a seal on a Bear's foot meaning that the mystery was Biblically sealed in the Texas Time Capsule with X and T. On January 24, 2024, a giant angel stood at the checkout counter at Temple, Texas H-E-B Grocery with the letter T and X on his legs as a sign of this mystery that has come to pass. The name Stalin refers to a man of steel. Lenin took his name from the word linen which describes the clothing of a man who slaughters the Jews by the Order of The Red Cross in Ezekiel 9:1-11. The previous photographs from*




*Russian archives, shows Stalin as a*
*Student at Gori Seminary.   A second wolf-like  photo is the last*
*known photo taken of Lenin before he died in March of 1924.*

*On the  left is Yale's Coat of Arms for*

**Yale Graduate School of Arts & Sciences**



Coat of arms of the School

*the School of*
*Arts And*
*Sciences that*
*appears to be*
*the letter Y.*
*But look*
*closely; it is*
*much more.*
*There is a*
*Nazi black*



*inverted triangle   sitting on the bottom shaft of the "Y". There is also a white inverted triangle with a Red Cross inside at the top under a   Roman Number for 1897. On the Right is Gori Georgia's Flag with the Key of Death and Hell. In other words, the white triangle on Yale's Emblem, is meant to be interlaced with the blue triangle on Gori, Georgia's flag, and when interlaced, they   form the Star of David which is actually the symbol for the Key of David. It is*



*a Master Key   to many doors including the doors to Death and Hell. Gori Georgia flag is a new flag. It was designed July 10, 2015, just one month before Operation Jade Helm 15, and less  than  one  month  after  Donald  Trump  made  his*

*announcement for the 2016 Presidential Election. The Author of the flag is anonymous giving his name only as "David 1010" which says it all. My authority for being the first human to identify this Key was written covertly as mentioned earlier as a Master Theological thesis, and thereafter published as a book that is still available in many parts of the world. I accept no money for it, and those who sale and distributes it   steal the revenues without the knowledge of spiritual consequences.*

*To verify the meaning of the Yale's **"Y"** as used in Freemasonry, and also in its many appendages, we must go to "A Thousand Points of Lights" test Number 21.*

*After the 9/11 Terror attacks by Al Kader Shriners,   other appendages of Freemasonry were very proud of their covert printing methods which allowed them to escape the radars of those without knowledge. During that time I collected this communication in Time Magazine by Hewlett Packard. Remember? Hp published the Christian Cross with the three Black N's being symbolically crucified thereon. Their covert ad asked, **"Y ARE SOME LETTERS STRONGER THAN OTHERS?***



*At the bottom in smaller print there*

is a second question asking, **"Why do some letters have an advantage over others? The Answer they write: "When you put an HP LaserJet Toner Cartridge in your LaserJet Printer, you get letters that are strong and sharp and have something important to say. And that's about the highest level of achievement you can attain as a letter."**

HP was not only talking about just their products, but they were also talking  about their cross which was a common fixture on Hp's products. That was until they learned I had breach their covert anti-Black, and antisemitic printing methods. Their Printing methods allowed them to print 9/11 for the Order of The Red Cross right inside of their company's logo employing the following method.



(1) The number 9 would be the sign of every circumference by applying the rules of Pythagorean Numerology to the 360 degrees in a circle. In other words, **3+6+0 Equals 9.**

(2) Inside the circle they would put the lower cases for the letter H and P, (hp). These letters would be printed so that the number One Would appear inside the white section of the lower case "h", and the second number one to make the

*number 11, would appear subtly in the lower case "p". Thus when all is put into a circle, you have created the sign of 9/11. This same printing method was employed for YALE for the*

### GENERAL TEST

#### NUMBER TWENTY-ONE

1. What evidences of the worship of the stars remain in the details of the tabernacle as constructed by Moses?.....................

2. Were all the doctrines of the Jews committed to writing?........

3. Over what did the most ancient god of Latium, Janus or Kronos, preside?...............................................................

4. How was Janus depicted?....................................................

5. How does Kronos, or Time, appear in the Masonic system?

6. What were the sibyls?.........................................................

7. What is the meaning of the word cosmogony?.........................

8. What is the meaning of the word theology?.............................

9. What was the sacred book of the Hindus?...............................

10. What is the explanation of the precept of Pythagoras prohibiting the use of beans?..........................................................

11. What symbolical use of the letter Y was anciently made?........

*letter "Y" which is the focus of General Test Number Twenty-One, and Q and A number 11 of "ASK ME BROTHER". The question asks, **"What symbolical use of the letter "Y" was anciently made?***

*Answer: It symbolized the trivia or triple path, i.e., where the road to the infernal regions divided into two—one leading to Elysium, and the other to Tartarus.*

*Tartarus is the deep abyss in Greek mythology. It is used as a dungeon of torment and suffering for the wicked and as the prison for the Titans. There are no paroles, nor are there any furloughs granted. According to Plato's Gorgias (c.400BC), souls are judged after death and it is where the wicked received divine punishment. Tartarus is also considered to be a primordial force or deity alongside entities such as the Earth, Night, and Time.*

---

*Test Number Twenty-One*                                      *List of Answers*

2. No.  They had oral traditions, which were known to but a few among them.
3. Over revolutions in nature, particularly the revolutions of the year.
4. With a double face, a scythe, and the keys with which he opened and closed the year, beginning with the spring equinox and ending with the winter solstice.
5. In the emblem of the Beautiful Virgin weeping beside a broken column, where Kronos is seen pointing to the summit of the zodiacal arch.
6. The priestesses who, among the ancient Egyptians, were endowed with the gift of clairvoyance.
7. The creation or origination of the world or universe, or a theory regarding this.
8. The science of God or of religion; science of the existence and character of God and His laws.
9. The Vedas or Vedams.
10. It is one of the mysteries which the Pythagoreans never disclosed, and modern ingenuity has never discovered.
11. It symbolized the trivia or triple path, i. e., where the road to the infernal regions divided into two—one leading to Elysium, and the other to Tartarus.

*The structure of Yale's "Y" is carefully crafted so that all three bars are equal in length because it embodies those same three bars that are separated from its equilateral inverted Nazi triangle, and laid parallel. Their "Y" is also 322. One must keep in mind that Skull and Bones have their roots in Germany with William Russell. They are simply an extension of the Nazi Death Cult which manifested itself under Adolph Hitler. These bars like the Hebrew letter Taw (X) that is used as a Time Sign in Mathematics, and as the sign of the unknown in Algebra, are also used to represent Pi (3.14485981) or 22/7. The 22 is the number of David's name, and the 7 represents the day which God rested.*

*The bar between the number 22 and 7, is called a barstool where one would rest. Pi is the ratio of the circumference of a circle to its diameter. On the cover of the book authored by an Authority for Freemasonry, Albert G. Mackey, Mr Mackey used the three bars as Pi, and the Delta triangle as an abbreviation for the Key of David, all together with the diameter of a circle showing how God measured the Earth into eight equal parts like a sliced pie in a 9 inch pan. The*



symbolism is turned upside-down, but its 7 flames depicts that Freemasonry is the one way– Super highway to the inferno region.

Therefore Yale, not Harvard, is the very epicenter of anti-semitism especially against Blacks who are completely ignorant of their Jewish heritage. Only one or two token Blacks have ever been admitted as Members of Skulls and Bones Fraternity, and just like Clarence Thomas who ate of the King's meat, these token Blacks were carefully profiled and picked according to their appetites. My appetite to know the Truth about my people, who we are, and why we were brought here, has lead God to feed me of the mysteries of "pi". Why is Pi so important to secret societies? Why is Pi used with their emblems? God has revealed to me Pi's mysteries to His Creation of Earth. He has sent me to bare witness, and to testify of those Truths. I hope to use those illustrations to show that Harvard's Professor



'Jews will not replace us': Why white supremacists go after Jews

Several hundred white nationalists and white supremacists carrying torches march in a parade at the University of Virginia. (Evelyn Hockstein for The Washington Post)

*Claudine Gay was forced out of her position as Harvard's first Black female Jewish President, not because she didn't provide the political correct answers to trick questions on Antisemitism on Harvard's campus; But it were GOP members who were fearful that during her tenure as President, questions about Yale may surface that could uncover a hidden trove of antisemitism. A strong Suspicion is warranted since no GOP member has ever questioned what Donald Trump's Neo- Nazi base meant when they chant **"JEWS WILL NOT REPLACE US, BLOOD AND SOIL".** How is it possible that a large segment of the Trump GOP Neo-Nazis base could be chanting such hate slogans, and singing love songs to Jews at the same time? Why haven't Rep. Elise Stefanik questioned these groups before Congress instead of Professor Gay? Like Hitler who banned Freemasonry in Germany making a false claim that they were conspiring with Jews to destroy Germany , it is simply the GOP use of reverse psychology. Another answer may lie in a slice of Pie.  God has fed me the mysteries behind "pi" which reinforces my identity as God's Messenger whom He has sent to rebuild His Temple, and identity the tribe of Judah who are called Juden slaves by their enemies. And also to **"REPROVE WITH EQUITY FOR THE MEEK OF THE EARTH", (Isaiah 11:4 , Genesis 15:14).**  I have confirmed my credentials many times in this book, and in other books brought before the United States and other Governments. Yet I am still a Black Man of Jewish decent, and like those Prophets before*

me,  including the Son of God, the enemies of God will demand more. Therefore God has given me much more which comes with a price tag.  He has written certain things in the Bible that were written for His Messenger only.    God has revealed those things to me by His Holy Spirit that I may speak to the Nations with Great Authority. It is no coincidence that the emblems of the G8 Nations, United Nations, The World Health Organization among others, are divided like a Pie into 8 equals Parts that is baked in a 9 inch pan.    Pi takes its name from Pythagoras the Greek Philosopher whereby the Py was phonetically changed to Pi and became the 16th letter in the Greek alphabets. Pi has a Greek Numerical value of 80, and a Pythagorean value of 8. It is written

# The Alpha-Numeric Greek Alphabet

| Alpha | Beta | Gamma | Delta | Epsilon | Zeta | Eta | Theta |
|-------|------|-------|-------|---------|------|-----|-------|
| A α | Β β | Γ γ | Δ δ | E ε | Z ζ | H η | Θ θ |
| 1 | 2 | 3 | 4 | 5 | 7 | 8 | 9 |

| Iota | Kappa | Lamda | Mu | Nu | Xi | Omicron | Pi |
|------|-------|-------|-----|-----|-----|---------|-----|
| Ι ι | Κ κ | Λ λ | M µ | N ν | Ξ ξ | O o | Π π |
| 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 |

| Rho | Sigma | Tau | Upsilon | Phi | Chi | Psi | Omega |
|-----|-------|-----|---------|-----|-----|-----|-------|
| P ρ | Σ σ ς | T τ | Y υ | Φ φ | X χ | Ψ ψ | Ω ω |
| 100 | 200 | 300 | 400 | 500 | 600 | 700 | 800 |

as three bars one fixed atop of two. It is hidden cleverly in the

*Chinese word Wuhan by turning it upside-down, and attaching it to the lower case "t" as in taw (X). It is the triple tau in a linguistic mystery. The 9 inch pie pan takes it size from the Circle of the Earth whose dimension of 360degrees is reduced to a single digit*



*of 9 under the rules of Pythagorean Numerology, (3+6+0 =9). God first used Pi's formula 3.14485981 to create an Earth whose dimensions encrypted His name, my name, the number of days it took for Creation, and with this same number 6 that was hidden in Earth's Equator, God also sealed it in all 66 books of the Holy Bible. It is also hidden in every National Monument of the United States. There are several decimals that are used for pi. Pi's actual decimal that was used to measure Earth was **3.14485981.** **When 3.14485981 is multiplied times Earth's diameter of 7918 Miles, it would then be equal to exactly 24,901 miles. When 24,901 Miles is converted to feet by multiplying the number of feet in one miles (5280) times 24,901 miles, it would be equal to the circumference of the earth in feet which is***

*131,477,280 feet.    The Key of David, that is the two candlestick Egyptian obelisks which God used to measure the Earth during Creation, are each 69.375 feet in length. When they are joined together as one stick as God*



*illustrated to Ezekiel in Chapter 37: 16-22, they are 138.75 feet. These 5 number when added as single digits; 1+3+8+7+5 Equals 24, and 2+4 Equals 6. Therefore the same sum in these 5 numbers is found within the sum of those 9 single digit numbers baring God's signature and evidence of Creation ; 1+3+1+4+7+7+2+8+0 which equals to 33; This 33 is therefore reduced to a single digit of 6 by adding 3+3 following the rules of Pythagorean Numerology.*

*Without the exact measurements of Pi neither Jehovah's name, nor my name could be scientifically confirmed by the key formula for getting the exact circumference of the earth where*



*God sits. It was all hidden right from the foundation of the earth, and sealed within the Holy Scriptures as Spiritual food for all.*

*Isaiah 40: (21) Have ye not known? have ye not heard? Hath it not been told you from the beginning? have ye not understood from the foundations of the earth? (22) It is he that sits upon the circle of the earth, and the inhabitants thereof are as grasshoppers; that stretches out the heavens as a curtain, and spreads them out as a tent to dwell in.*





UNITED NATIONS

Beginning with Pi, God divided the earth into 8 equal parts just as a homemaker would slice a 9 inch pie. The revelation of these facts comes with the revelation of the seven golden candlesticks which are symbolized by the Menorah. The round ball-like figure which sits on top of each of the Golden Candlesticks of the G8 Nations which are biblically called Pommels, are symbolic of the Earth which is round. The shaft which the round ball sits on is the Candlesticks which God measured the earth with during Creation. As I have  illustrated and stated earlier, God hid these at the entry to Pharaoh's House in Egypt, **(Jeremiah 4 3:7-10).** Beginning in 1877   the Freemasons would relocate them from Egypt to the West where they are until this day. One stands on the banks of London's  river Thames, and its twin stands in New York Central Park. The New Year's Day Ball drop in TIME SQUARE which has the triangles for the Star of David fixed upon it, is secretly designed to imitate this hidden mystery.   It symbolizes how God shall judge the Nations after the 400 years. The ball drop, and Time Square New Year's parties, also celebrate the emancipation of Judah on January 1, 1863. Each piece of the pie which makes up the eight slices is spaced 16,434,660 feet from the other.  When the 8 single digits in this number is added, their sum will total 30. In other words; **1+6+4+3+4+6+6+0 Equals 30. This is reduced to a single digit of 3.  The value of each slice is therefore 3 which is multiplied times 8 to equal the 24 hours  that it takes the earth to make**




one revolution just as the hour hands on a time clock. Again, this 24 is reduced to a single digit of    6. The emblems of the World Health Organization works in concert with the emblems of the United Nations to speaks by symbolism saying that this mystery shall be revealed by the Two Olive Branches whom God calls His Two Witnesses. The bowl which sits upon top of the G8 eight golden candlesticks with two Olive Trees having one  upon the right, and one upon left side thereof, were recorded verbatim in Zechariah 4:1-3. Finding the actual Seven Golden Candlesticks is tantamount to finding the Cornerstone of the millennium Temple, and validating my authority to build it. It is indeed what Jesus calls the white stone, and the hidden manna which no man knows but he who has received it, (Revelation 2:17).   It is all reaffirmed in the 4th chapter of Zachariah. Benjamin Nethanyahu , Donald Trump, and the GOP are willing to kill millions of Palestinians, and  Jews alike while watching the



*Middle East go up in flames before they allow this Truth to come to world attention. Others assist them with their silence without understanding that such silence will be their judgment.*

*Zechariah 4: (1) AND the angel that talked with me came again, and waked me, as a man that is wakened out of his sleep. (2) And said unto me, What seest thou? And I said, I have looked, and behold a candlesticks all of gold, with a bowl upon the top of it, and his seven lamps thereof, and his seven pipes to the seven lamps, which are upon the top thereof. (3) And two olive trees by it, one upon the right side of the bowl, and the other upon the left side thereof.*

*(4) So I answered and spake to the angel that talked with me, saying, What are these my lord? (5) Then the angel that talked with me answered and said unto me, Knowest thou not what these be? And I said, No, my lord.*

*(6) Then he answered and spake unto me, saying, This is the word of the LORD unto Zerrubbabel, saying, Not by might, nor by power, but by my spirit, saith the LORD of hosts.    (7) Who art thou O great mountain? Before Zerubbabell thou shalt become a plain: and he shall bring forth the headstone thereof with shoutings, crying, Grace, grace unto it.*

*(8) Moreover the word of the LORD came unto me, saying, (9) The hands of Zerubbabel have laid the foundation  of this house, his hands shall also finish it: and thou shalt know that the LORD of hosts hath sent me unto you.*

*Simultaneously with my birth in 1947, the CIA was formed whose 16- pointed star for Pi the 16th Greek letter, would be the subject of its emblem, and the Key which will identify God's Messenger. God inspired its design so that my name and Password would be hidden within its 16 points which no man could find but he who has received it. It is found by dividing Earth's length of **131,477,280 feet into 16 equal parts like the CIA's emblem to get 8,217,330. The sum of these 7 digit***

*numbers would be equal to 24. Thus 2+4 is equal to 6 for both my Password, and the number of my birth name in 1947.* Through the CIA's intelligence, America and its Congressional Leadership have full knowledge that God has sent me. God has



| 311.5 | 311.5 | 311.5 | 311.5 | |
|--------|--------|--------|--------|--------|
| 85.375 | 72.375 | 71.375 | 82.375 | 311.5 |
| 74.375 | 79.375 | 80.375 | 77.375 | 311.5 |
| 78.375 | 75.375 | 76.375 | 81.375 | 311.5 |
| 73.375 | 84.375 | 83.375 | 70.375 | 311.5 |

*also given me the 16 mystery numbers that goes into the four square of the 47th Problem of Euclid which encodes the USA and*

*its Washington District of Columbia Capitol. The sum of **311.5** of any four numbers in any direction is the Pythagorean value of "WASHINGTON DISTRICT OF COLUMBIA. These 16 squares which has remained blank for over 3000 years, identifies God's knowledge of the United States as New Jerusalem before Creation. The USA is in the midst of JER-USA-LEM. These 16 squares represents the 16 Southern slaves States of the USA which also appears on a coin where every chain of Oppression have been broken. Despite this knowledge, they have chosen to use their official offices to perpetrate fraud upon the Church,*



*and the American people. Being motivated by bigotry, they've engaged in a multiplicity of criminal artifices including changing the official height of the Washington Monument, attempted kidnapping,  conspiring with WellsFargo, Compass Bank, and other financial institutions and enterprises aimed at defrauding me and the Church of some $22,500,000 allocated for Temple Construction, and other Divine Obligations that GOD has*



assigned to me. They have theorized that if two parties make claims that God has chosen them to rebuild His Temple, and that my claim overpowers Donald Trump's claim by the evidence contained in this Historical Book, that both claims could not be true; Therefore both would come under world scrutiny and they therefore could not prevail. Because of their fraud, Israel, Donald Trump, and their GOP colleagues, are nervous about declaring his Temple building authority publicly, and therefore remains mostly silent. With brazen nerves, they have conspired to apply the defund the police concept, and defund the Temple by fraud. Thus they have stolen my money that was promised and provided by God through the Saudi government.

The $22,500,000 was not a random number; rather, it is a number with a type of DNA signature showing its purpose, and origin. It was calculated to have a Pythagorean Numerical value of 9 to be the sign of a circle, and the Apple Pie which God has sliced for me.  It is the same circle representing the earth which sits atop the eight golden candlesticks like the Time Square New Years Eve Ball. The Diplomatic Trunk which contained the secret cash funds had a lock code with the number 6533 which has a Pythagorean value of 8 which divides the circle as set forth in my previous illustrations. The 6 and 5 in the lock code were for 11, the number of Jesus' name, the real donor.  The 33 is for my name, and the circumference of the Earth. There can be no perfect circle without pi. Wherever there is a circle, there within it you would

*also have pi whether it be hidden or revealed. Pi sits at the summit of the logo for one of the most significant secret societies in the world. That secret society is called the "**Theosophical***



Col. Henry Steel Olcott

Blavatsky pose with Henry Olcott

***Society"** which was established in the United States in 1875 by an aristocratic Russian named Helena Petrovna Blavatsky. Blavatsky covert assignment was to create the framework for the continuity of the Roman Empire with the Blessings of Pope Paul II. Pope Paul II offered the hand of the last Byzantine heiress Princess Sophia Palaiologina to Russian Prince Ivan III. This*

*Test Number Thirty-Five*                    *List of Answers*

9. Because the Sanskrit radicals of which it is composed, Su-Asti-Ka, form the word Svastika or Swastika, signifying happiness, pleasure, good luck.

*name Ivan inspired Russia's Manchurin President to name his*
*daughter Ivanka. The Theosophy Society   is one of the many*

### GENERAL TEST

#### NUMBER FOUR

1. What are the ornaments of a Lodge?...........................................
2. Name the furnishings of the Lodge?.........................................
3. What two sciences have always been held in special reverence by Masons?...................................................................
4. Why did the ancient priests make use of hieroglyphics?...........................................................................................
5. Why were mythological tales invented?......................................
6. What is the meaning of the name of the first man?.....................
7. What monarch is known as the son of David, and what is the literal meaning of his name?.....................................................
8. What are the inherent rights of a Grand Master?.....................
9. What is the indented Tessel?....................................................
10. Why is Masonry spoken of as a "Royal Art"?..........................
11. What is the probable antiquity of Masonry?............................
12. What is Theosophy?.................................................................
13. Is there any relation between Theosophy and Masonry?...........

*appendages of Freemasonry, and if its purpose was publicly*
*known, it would most likely be classified as the most dangerous*
*Non-Profit organization in the United States, and around the*
*world. This book will only focus on their emblem which is their*
*shorthand confession of their subversive activities carried out in*
*a dimension which Special Counsel Robert Mueller was unable to*
*enter. This was because it was not only spiritually sealed, but also*

*they employed a craft of Spiritualism introduced to them by the FOX SISTERS. These three sisters were Leah, Margaretta, and Catherine. They made direct contact with evil beings hidden under darkness , and they turned this knowledge into a business. Over the years the Founders of this Secret Society forged an international Network which has grown into their main conduit to carry out subversive activities under what they call in*



*Freemasonry* **"THE MYSTIC TIE". It is a tie which cannot be uncovered except by Divine revelation.** *The following question and answer from Freemasonry's* **"THOUSAND POINTS OF LIGHT" Test Number Four, and Q and A #12 and #13,**

*confirms their use of mystic powers. Question #12 ask, "What is Theosophy"?   Answer: Any system of philosophy or mysticism which has as its object the attainment of union with the Divine by the development of spiritual powers. Question Number 13 ask, " Is there any relation between Theosophy and Masonry? Answer:  Only in so far as both*

---

**Test Number Four**                              *List of Answers*

7.  Solomon.  It is a Kabalistic composition, and in its outward form expressed the same symbolism as the three principal officers of a Masonic Lodge—Sol, the rising sun, Om, the meridian sun, and On, the setting sun.

8.  The right to preside over the Craft; to grant Dispensations, and as a part of that power, to make Masons at sight.

9.  The tesselated border of the old rituals.

10. Because "it is of all arts the most noble; the art which teaches man how to perfect his temple of virtue by pursuing the 'royal law' of universal love, and not because kings have been its patrons and encouragers."

11. It is generally admitted that Masonry is descended from the Ancient Mysteries.  These were first arranged when the constellation Leo was at the summer solstice.  The solar allegory proves this to be a fact.  This date would take us back 4,200 years B. C.  The antiquity of Masonry is thus written in the starry heavens.

12. Any system of philosophy or mysticism which has as its object the attainment of union with the Divine by the development of spiritual powers.

13. Only in so far as both embrace every species of speculation in matters generally under a veil of secrecy.  It is easy for enthusiasts versed in both systems to establish a series of parallels of great plausibility.

---

*embrace every species of speculation in matters generally under a veil of secrecy.  It is easy for enthusiasts versed in both systems to establish a series of parallels of great plausibility". Their emblem employs pi and the Key of David*

which they know is the only Key that can unlock and expose their operations. Today, after having attained a union with the divine, a rival deity, they are operating   around the world through a mystic medium that they have commercialized as **AI, (Artificial Intelligence)**. **AI** was first mentioned in the Bible when Israel led by Joshua, were coming out of Egypt after 430 years of bondage. God cautioned His people that **AI** was the accursed, but there was one who was tempted by gold, and silver.   He ignored God's warning as is tantamount to the warnings of many experts and Christian leaders of today on **Artificial Intelligence**.

*Joshua 7: (1) BUT the children of Israel committed a trespass in the accursed thing: for Achan, the son of Carmi, the son of Zabdi, the son of Zerah, of the tribe of Judah, took of the accursed thing: and the anger of the LORD was kindled against the children of Israel. (2) And Joshua sent men from Jericho to AI, which is beside Bethaven, on the east of Bethel, and spake unto them,  saying, Go up and view the country. And the men went up and viewed AI. (3) And they returned to Joshua, and said unto him, Let not all the people go up: but let about two or three thousand men go up and smite AI: and make not all the people to labour thither; for they are but a few. (4) So there went up thither of the people about three thousand men: and they fled before the men of  AI. (5) And the men of AI smote of them about thirty*

*and six men/ for they chased them from before the gate even unto Shebaeim, and smote them in the going down: wherefore the hearts of the people melted, and became as water.*

*Today some of the most technologically gifted Jews in America, and around the world, are flirting with dark forces who are working miracles*



CDC Centers for Disease Control and Prevention

Anthrax

# History of Anthrax



Throughout history, from biblical times to modern day, many sicknesses have been described with symptoms that resemble anthrax. Although we cannot know for sure whether these earliest reports of illness were, in fact, anthrax, many researchers believe that they were.

## Naturally Occurring Anthrax

*as artificial intelligence. It has all been around since the fall of man in the Garden of Eden. Signs of that artificial intelligence was shown to Moses when Pharaoh called in his magicians, and soothsayers to duplicate the intelligence Moses and Aaron were performing with the Rod given to them by God as a token. That Rod was called a caduceus which is part of the emblems of the World Health Organization, and many others. These so called*

*microbiologists have done in Wuhan, China what Pharaoh's Magicians and soothsayers were doing in Egypt. This includes anthrax which the CDC and many experts believe was the fifth Egyptian plague which is biblically called murrain, **(Exodus 9: 1-5.)***

*(1) **THEN** the LORD said unto Moses, Go in unto Pharaoh, and tell him, Thus saith the LORD God of the Hebrews, Let my people go, that they may serve me. (2) For if thou refuse to let them go, and wilt hold them still, (3) Behold, the hand of the LORD is upon thy cattle which*



*is in the field, upon the horses, upon the asses, upon the camels, upon the oxen, and upon the sheep: there shall be a very grievous murrain,(anthrax). (4) And the LORD shall sever between the cattle of Israel and the cattle of*

*Egypt: and there shall nothing die of all that is the children's of Israel.*

*Bruce Ivins who was a US Army microbiologist, and a devout Roman Catholic, the Church who has the Order of The Red Cross as its chief emblem, committed suicide before he could be arrested for the 9/11 Anthrax sent through US mail which they had originally planned to blame on Saddam Hussein. Operative Masons who are caught carrying out such crimes, take an Oath*

**O**

**Obligation**

From time immemorial, men have entered into covenants of brotherhood and friendship under solemn oaths of fidelity and loyalty, and whenever the circumstances and purposes justified it, secrecy has been pledged. This practice among Masons has many precedents and is based upon the truths and principles of the Great Light of Masonry. The oath in such covenants is given in the name of God; perjury in such oaths is subject to severe and deadly penalties. All vows voluntarily taken in Masonry must be faithfully performed and are never subject to revocation.

| | | | |
|---|---|---|---|
| Gen. | 24 | 3 | 22 |
| Lev. | 19 | 12 | 88 |
| Num. | 30 | 2 | 121 |
| Isa. | 65 | 16 | 456 |
| Matt. | 5 | 33-37 | 581 |
| Heb. | 6 | 13-16 | 727 |
| Rev. | 10 | 5, 6 | 747 |

**Opening of the Lodge**

It is absolutely necessary that the Lodge be opened in due and ancient form; without these ceremonies the assembly is not a Lodge. This is true because the Master must be reminded of the dignity and charac-

| | | | |
|---|---|---|---|
| Ps. | 33 | 18 | 365 |
| Isa. | 6 | 1-4 | 427 |
| Ps. | 34 | 15 | 365 |
| 1 Pet. | 3 | 12 | 736 |

34

*that is called the Obligation. It obligates them to give their life voluntarily, or involuntary if caught to maintain secrecy. Ivins who was also a volunteer at the American Red Cross took his own*

life, and the FBI rushed to close the case citing that Ivins acted alone. The graphics which I have attached, are a part of one of my investigative documents which I prepared laying out their plan to carry out the 9/11 Order of The Red Cross found in Ezekiel 9:1-11. The scripture appears to call for the complete extermination of all Jews, but its real purpose is to act as a snare and a double-edge sword for repentance of Israel, and as a sword against the enemies of Judah. It is all an international complex Roman Catholic plan to resurrect the Roman Empire.



    Russia is the official successor of the Roman Empire, and preparation for it annexation of what they call Marlboro Country began with Helena Blavatsky around 1875. That annexation progressed during the January 6, 2021 attempted coup using a

*Manchurin President. Marlboro Country is a code name which Russia gave the United States that was inspired by the Marble Stones from which the Washington Monument was built. Thus the Washington Monument became the white pyramid trademark for Marlboro Cigarettes. The revelation of this secret began my Prophetic work after an unsolicited tip from a former Russian Intelligence Russia in April of 1993. Such*



*Revelation forced the Philip Morris Tobacco Company to quickly removed from its Marlboro packs the hidden Roman slogan **Veni-Vidi-Vici** meaning "I came, I saw, I conquered."  These words appeared on all its red, and white   flip-top-boxes in almost*

*microscopic print. Only Russian intelligence knew they existed. Russia rolled into America on the stealthily golden wheels of the First Amendment   without notice by using the pillows of the Roman Catholic Church, and all the privileges that are afforded Non-Profits, and Charities. In Freemasonry it is called the **Mystic Tie** because it is a mystery by an attained relationship with the divine. Therefore as such, it cannot be uncovered except by Divine Revelation.  Freemasonry  defines*

**The Mystic Tie as follows:**

*"The fraternal love, to the solemn vows of eternal Brotherhood in Masonry, irrespective of differences in race, nationality, and conflicting interests. By this tie, men of the most discordant opinions are united in one band, meet at one altar, even when fighting in opposing armies, or affiliated with different religions. It is, an indefinable spiritual tie, and those under its influence are rightly spoken of as Brethren of **The Mystic Tie.**  It was a tie which Special Counsel Robert Mueller did*

# Helena Blavatsky



Blavatsky in 1877

**Born**     Yelena Petrovna von Hahn

not have the power to reach without the authority of the Key of David.

The eternal vow of Brotherhood as defined by Freemasonry, is symbolically represented by a serpent with his tail in his mouth. It is the emblem of Theosophy along with Pi, swastikas, and the Star of David. In **Thousand Points of Lights", General Test Number Twelve, and Q and A #19, the question is asked,**

| Number Twelve | General Test |
| --- | --- |
| 17. What is the derivation of the word symbol?.............................. | |
| 18. What is the meaning of the word emblem?................................ | |
| 19. Of what was the serpent with its tail in its mouth a symbol? | |

**"Of what was the serpent with its tail in its Mouth"?** Their answer is simply one word, **"Eternity".** It is the "Mystic Tie"

17. From sumbulum—that which represents, or a sign of something expressing to the initiate, a doctrine, thought or principle.
18. It is derived from emblema, and first signified work, inlaid-Mosaic work. It now means the same as symbol.
19. Eternity.

through Satan who holds himself out as the one who sits on the Circle of The Earth symbolized by Theosophy emblem. The emblem of Theosophy also employs the Nazi swastika. The meaning of the Swastika as used in Freemasonry is found in

## GENERAL TEST

### NUMBER THIRTY-FIVE

1. What English philosopher, Mason and Rosicrucian, invented the bi-literal cipher?........................................................
2. Construe Dr. Burney's celebrated anagram, "Honor est a Nilo."
........................................................................
3. How many copies of the Guttenberg Bible are known to exist?
........................................................................
4. What price was paid for a copy in this country in 1911?...........
........................................................................
5. What is the Targum?................................................
6. What does the name Mt. Moriah, the location of Solomon's Temple, mean?........................................................
7. What is meant by broaching in architecture?........................
........................................................................
8. What is the real meaning of the swastika?..........................
........................................................................
9. Why is the swastika an emblem used by the Operative Masons to signify good luck?........................................

*Thousand Points of Light General Test Number Thirty -Five, Q and A Numbers 8 and 9.  Question number 8 asks, "What is the real meaning of the swastika?   Their answer points to Russia's nickname that has been used since the 16th Century. They are called the Bear. Therefore; the answer which points to the emblem of Theosophy says, "It real meaning is axial rotation ; and is that sense it is a symbol of the rotation of the Great Bear around the North pole". Question and Answer number 9 asks, " Why is the swastika an emblem used by the Operative Masons to signify good luck"?   Answer:   Because the Sanskrit radicals of which it is composed, Su-Asti-aka, form*

*the word Svastika or Swastika, signifying happiness, pleasure, good luck.*

*A serpent with his tail in his mouth as Satan, and a Red Hitler Nazi swastika, sits at the North Pole position of the*

GENERAL TEST NUMBER THIRTY-FIVE

1. Francis Bacon.
2. Horatio Nelson.
3. Forty-five.
4. $50,000.
5. A translation of a portion of the Old Testament in the Aramaic of Judea.
6. It signifies, in Hebrew, "God teaches."
7. Cutting the four corners or facets of a stone. It required some skill and knowledge of the grain of the stone, or spaulching of the corners and edges would result.
8. Its real meaning is axial rotation; and in that sense it is a symbol of the rotation of the Great Bear around the north Pole Star.

[ 151 ]

*Theosophy Society's Seal representing the Russian Bear. Pi also sits at the summit where Satan symbolically sits on the circle of*




the earth.   The Key of David represented by the Star Of David is positioned in the center of the emblem as the instrument which God used to measure Earth during Creation. Special Counsel Robert Mueller was unable to enter these mystic dimensions during his investigation, and he would have been both embarrassed and barred from seeking my assistance.   Blavatsky was not just an ordinary Russian lady. She was born into an



aristocratic Russian-German family in Yekaterinoslav that was a part of the Russian Empire, and is now modern day Ukraine. As a child she traveled widely around the Russian empire, and became well educated in its history as an official Successor to the Roman Empire. She developed an interest in Western esotericism, and in New York she befriended the perfect partner in Col. Henry Steel

Olcott to help her put in place the annexation of America for the eventual continuity of the Holy Roman Empire. It would all be hidden within the secret Lodges of Freemasonry. Those secrets are off limits to outsiders lest they are given by Divine Revelations. Those Revelations would come to me over a period of time expanding more than 30 years. The next Sabbath following



the November 8, 2016 Presidential Election was celebrated throughout America as Scottish Rite Day. Russia's double-eagle emblem carried a message which no outsiders could read as the Freemasons celebrated a victory toward the Russian annexation of Marlboro Country. For those Readers who are not familiar with Russia's National emblem, I have positioned it beside the emblem which the Freemasons used to celebrate the first ever Scottish Rite Day on November 12, 2016 following the November 8, 2016 Presidential Election. It has been 30 years since I received my inspired tip from a Former Soviet Intelligence Officer who pointed out these hidden codes on Marlboro Cigarettes packs. He was seeking racial humor through Truth regarding the KKK codes that were hidden by turning the three red K-like Chevrons upside-down. During that time I knew nothing about Freemasonry, and neither was I conscious of the fact that I was on an important, and historic prophetic mission in



youtube.com

Scottish Rite Day, November 12, 2016

On November 12, 2016, Valleys, Orients and Councils of...

*Russia. It all came simultaneously with the fall of the Soviet Union. Russia double-eagles representing its National Seal, is the central emblem for Freemasonry as shown on this Scottish Rite Day emblem which celebrated Donald Trump's victory with invisible mystic hands. When Freemasonry's Magicians attempted to repeat in 2020 that which they successfully accomplished in 2016, they failed like Pharaoh's Magicians fail when their rod was swallowed up by Aaron's Rod leaving Trump and his base in unbelief crying, **"The Election Was Stolen".***



youtube.com

Scottish Rite Day, November 12, 2016

On November 12, 2016, Valleys, Orients and Councils of...

*Exodus 7: (11) Then Pharaoh also called the wise men and the sorcerers: now the magicians of Egypt, they also did in like manner with their enchantments. (8) For they cast down every man his rod, and they became serpents: but Aaron's rod swallowed up their rods.* The serpent with his tail in his mouth on the Theosophy emblem, is swallowed his tail symbolically to speak about this mystery, and the Mystic Tie.

The North Korean master spy Kim yong Chol who came to Washington and initiated Donald Trump as a Mason, was well familiar with Russia having penetrated America through Russia's Theosophy Society nearly 150 years ago. Without the Masonic Book "ASK ME BROTHER" which the late CIA Director, and Former Masonic President George H. Bush code named "A Thousand Points of Light", Russia's occupation of America via Theosophy may have been more difficult for me to confirm publicly.

The late Nikita Khruschev on November 18, 1956 in a fiery speech is quoted as saying regarding America, **"We will take America without firing a shot".** There are some Masonic historians who dispute that the Russian Dictator used those exact words. But there is one thing that is certain, that is, "they are the words of someone with knowledge of Theosophy in America". The emblem of Theosophy which appears cleverly in Masonic dark sentences, is unique. A serpent with his tail in his mouth; A

History

### Nikita Khrushchev And 'We Will Take America Without Firing A Shot'

3 years ago • by Ryan Prost • 29,307 Views



Written by Ryan Prost

*swastika at the summit with the pi symbol, and the Star of David*

*as the Key of David all joined together to make an important statement via deep symbolism. The three bars forming the pi symbol may be the most sophisticated symbol of our time. These three bars which are a secret method for expressing the three bars for the Red inverted Nazi Triangle, and laid Parallel, are a global shorthand for*



### ADMINISTRATION

## Choir of more than 100 people sings without masks at Pence event in Texas

BY ARIS FOLLEY - 06/28/20 6:34 PM ET





*DEATH, and Neo-Nazi propaganda. Choir robes worn by Donald Trump Pastor at his Dallas, Texas MAGA Church, were designed to put the red Nazi Triangle that appeared in Donald Trump's 2020 Facebook ads around their necks. These are just a few of the giants doors which the Key of David has opened according to God's promise made unto me.*

*God knew that the Princes of this world would try to indoctrinate his people that it is not God who sits on the circle of the Earth, instead, it is the god of this world who sits on the circle of the earth. Therefore it was crucial that God hide evidence of His certificate of title to the earth as soon as He created both the Heavens, and the Earth. Therefore God hid the Key of David as a five-pointed star inside the eye of the apple during Creation. God revealed that mystery to David who wrote in Psalm 17:8,* **saying, "Keep me as the apple of the eye, hide me under the shadow of thy wings".** *This five-pointed star with an apple seed in each point, can only be found by slicing an apple crosswise to symbolize the Lord's crucifixion, and the five smooth apple seeds, symbolize those five smooth stones which David took from the Brook to kill the Philistine giant Goliath.*



*The apple shown here is one which I took from my refrigerator in order to make this illustration. David realized that this mystery was hidden by God, and this is the reason that the Psalm says, "Hide me under the shadow of thy wings". Therefore the Presidential Medal of Freedom was designed so that it would*

*hide this mystery under the wings of several eagles joined hand-in-hand.*

*God purposely hid this star in the eye (center) of the apple. It is this mystery that spiritually inspired what became known as the American Apple Pie, Apple IPhone, and the Apple Watch as a Sign of the Times.*

***Genesis 2: (6) And when the woman saw that the tree was good for food, and that it was pleasant to the eyes, and a tree to be desired to make one wise, she took of the fruit thereof, and did eat, and gave also unto her husband with her; and he did eat.***

***(7) And the eyes of them both were opened, and they knew that they were naked; and they sewed fig leaves together, and made themselves aprons".***

*Five eagles join hands on the Presidential Medal of Freedom to hide the Star of David Under the shadow of their wings as set forth in **Psalm 17:8.** The Star of David is hidden by grouping 12 of the 13 stars into the geometric formation of the Star of David. It was all hidden under the United States de facto motto, **E***



---

*Pluribus Unum", meaning, "Out of many One".*

*The art work in crafting the Star of David on the Presidential Medal of Freedom was crafted very skillfully. It has virtually remained hidden for nearly 200 years without discernment. One must look closely to see that 12 of the 13 stars are formed to create and hide the formation of the Star of David under the wings of five eagles. This has remained hidden not necessarily because of the artist skills , but rather because it had a Divine Seal set upon it which is also called the Great Seal of the United States of America. That Seal is the Seal of God which reaffirms Jesus's Authority over all Nations.*



*CHAPTER FIFTEEN*

*GROUNDBREAKING UNDERWAY FOR THE KEY OF DAVID*
*PROJECT*



*Mother!! Mother!! "Miss Minnie Is Getting Married!!"*

*The foregoing are words I uttered when the angel of the LORD visited me in a dream at 3:40 AM, April 14, 2003, to announce "Miss Minnie Is Getting Married". What did it all mean? I grew up in a small farming, and Ranching community at Anchor, Texas where groundbreaking is underway for the Historic Key of David Project on a 911 acre plot of land.   These 9/11 acres are numbered according to the number of the scripture of Ezekiel 9:11 where the **ORDER OF THE RED CROSS** is issued.   The 9 and 11 are the numbers of Jesus's  new and old names. There at Anchor were two*



*special ladies. They were Miss Minnie, and Miss Mary.   These ladies were part owners of a 911 acre tract of land in the Shubael Survey.   To me, and also to my family, they were the Angels of Anchor. Their full names were Miss Minnie Holland, and Miss*

*Mary Holland. Miss Minnie as we fondly called her, was the former Miss Minnie McMillan who married William Thaddeus Holland. She taught school at Anchor from 1914 to 1917. My parents later purchased for our homestead the old school house on a small farm where Miss Minnie taught. Although that old house was torn down in 1951, some of my family still dwell on the same plot of land unto this day. Miss Mary as we called her, was Mary Heim Holland. Miss Mary married Mr. Lee Holland. Lee, and William were brothers. They were also cattle Ranchers, and owners of moderate oil and gas interest. Both Miss Mary, and Miss Minnie later became widows after both their husbands passed away. They were as kind as kindness could be defined. My father and the McMillans were sharecroppers, but they always allowed him to keep their share for our family of twelve. The name Holland is composed of two words whose meaning, and exact origin were sealed. Those two words are Holy and Land. It is like the Holy Ground where the LORD told Moses to pull off his shoes. It is still common among the Dutch not to wear their shoes in their Houses as it*



is considered Holy Ground that must not be defiled. These two numbers, 9 and 11, have exceedingly deeper spiritual significance. Please bare in mind, that as taught in Freemasonry, the Order of The Red Cross in Ezekiel 9:11, is the Christian route for rebuilding the Temple of God. That 911 acre survey is Shubael. It is now the site of the Historic Key of David Project located on State Highway 288. Two Hundred And Eighty Eight (288) is the total number of king David singers where **Shubael** was the 13th of **Twenty-Four Elders in 1 Chronicles 25: 1-31..** Shubael also was one of Steven F. Austin 300 Settlers who were awarded land Grants by the Mexican government in 1824. As stated at the beginning of my book, Shubael was one of the Twenty-Four Elders (24) mentioned in Revelation 4:4-10, and also in Revelation 5: 5-8. The 24 is a code for the Key which is 6.



Photo added by Joey W Weaver

## Minnie *McMillan* Holland

**BIRTH** 10 Nov 1888
Missouri, USA

**DEATH** 1 Jan 1977 (aged 88)
Angleton, Brazoria County, Texas, USA

**BURIAL** Forest Park Cemetery
Houston, Harris County, Texas, USA

**PLOT** Section E

**MEMORIAL ID** 157086135 · View Source

It is the Key which validates the Key of David Project now under way on Holy Land owned by Miss Minnie and Mary Holland and their other family members.  It has been about 20 years since the angel of the LORD made that announcement that Miss Minnie was getting married. I always realized that this marriage was not as a man and woman come together in Holy matrimony. It was later revealed that it represented the coming of the Lord, and the gathering of His Saints with Him. Saints here means the body of the Christian Church.



In order to appreciate what is meant by Miss Minnie is getting married, there are several things to take into account. One thing is, this Marriage comes during  the **DAY OF HARVEST in the New Holy Land where there is New Holland symbolic farm equipment.** It is an event that could only come by Divine Revelation. It was for this reason that my family joined with other Saints more than 130 years ago, and built a sanctuary which they named **NEW REVELATION BAPTIST CHURCH".** It was built in the Shubael

Survey. The Lord has ordered me to build a New Sanctuary for New Revelation Baptist Church in that same survey. The land has been purchased, the site has been identified, and the oppositions have been organized . The first thing is that the land where GOD's Temple is to be rebuilt is on land once owned by Miss Minnie Holland making it The New Holly Land, or NEW HOLLAND as in New Holland, Pennsylvania . The 911 acres is less than 400 feet from the front door of our home which is also a part of the Shubael Survey. Those who are involved in the Key of David Project, are spiritually unaware of such fact because it is all done by the Spirit of God, and the mystery would not be revealed until the Marriage



Supper of the Lamb has come. That is when an invitation will go out to all the ten-of-thousands of Saints, and fouls of the air, to

*come to the Marriage Super of the Lamb. This marriage supper of the Lamb has been celebrated as a ritual known as communion since the birth of the Christian Church. Congregants are instructed to eat unleavened bread, and drink wine as a memorial of the body and blood of Jesus until his second coming with his armies from Heaven. All men shall see, and witness the reward of those men who gave him his new name, and those who conspired to prevent the rebuilding of God's Temple by a multiplicity of Criminal artifices.*







*The following is the menu for the Marriage supper when Miss Minnie get married simultaneously with the coming of **VERITAS ,meaning TRUTH.   TRUTH IS OUT THERE!!  Even***

*though his armies are called UFO's by those who seeks to keep TRUTH hidden.*

*John 18: (38) Pilate therefore said unto him, "What is Truth"? And when he had said this, he went out again unto the Jews, and saith unto them, I find in him no fault at all.*

*Revelation 19: (5) And a voice came out of the throne, saying, Praise our God all ye his servants, and ye that fear him, both small and great. (6) And I heard as it were the voice of a great multitude, and as the voice of many waters,*



*and as the voice of mighty thundering, saying, Alleluia! For the Lord God omnipotent reigneth. (7) Let us be glad and rejoice, and give honor to him: for the marriage of the Lamb is come, and his wife hath made herself ready.*

*(8)And to her was granted that she should be arrayed in fine linen, clean and white: for the fine linen is the righteousness of saints.   (9) And he saith unto me, Write, Blessed are they which are called unto the marriage supper of the Lamb. And he saith unto me, These are the true saying of God. (10) And I fell at his feet to worship him. And he said unto me, See thou do it not. I am thy fellow servant, and of thy brethren that have the testimony of Jesus: worship God: for the testimony of Jesus is the spirit of prophecy.*

*(11) And I saw heaven opened, and behold a white horse; and he that sat upon him was called Faithful and True, and in righteousness he doth judge and make war. (12) His eyes were as a flame of fire, and on his head were many crowns; and he had a name written, that no man knew, but he himself.*

*(13) And he was clothed with a vesture  dipped in blood : and his name is called The Word of God. (14) And the armies which were in heaven followed him upon white horses, clothed in fine linen, white and clean.*

*(15) And out of his mouth goeth a sharp sword, that with it he should smite the nations: and shall rule them with a rod of iron: and he treadeth the wine press of the fierceness and wrath of Almighty God. (16) And he hath on his vesture, and on his thigh a name written, KING OF KINGS, AND*

*LORD OF LORDS. (17) And I saw an angel standing in the sun; and he cried with a loud voice, saying to all the fowls that fly in the midst of heaven, Come and gather yourselves together unto the supper of the great God. (18) That ye may eat the flesh of kings, and the flesh of mighty men, and the flesh of horses, and of them that sit on them, and the flesh of all men, both free and bond, both small and great. (19) And I*



*saw the beast, and the kings of the earth, and their armies, gathered together to make war against him that sat on the horse, and against his army. (20) And the beast was taken, and with him the false prophet that wrought miracles before him, with which he deceived them that had received the*

*mark of the beast, and them that worshiped his image. These both were cast alive into a lake of fire burning with brimstone. (21) And the remnant were slain with the sword of him that sat upon the horse, which sword proceeded out of his mouth: and all the fowls were filled with their flesh.*



*After visiting me on April 14, 2003, the angel of the LORD would return again on January 1, 2007 at 6:35 AM. The angel showed me in a dream whereby Miss Minnie purchased over $2500 worth of plants for us. Those plants are now mature, and the day of Harvest for the man with the sickle has come. This date of January 1,2007, was not a random date. It was the 30th anniversary of Miss Minnie's transition to Paradise. She transitioned  on January 1, 1977. After the vision, the angel of the*



LORD spoke unto me, saying, *"You will be going to Miss Minnie's Wedding"*.

There are perhaps tens of thousands of GOD's Saints whom the LORD have working their respective ministries simultaneously at this time. For the most part, none of us are believed to know any of the other Saints. The groundbreaking for the Key of David Project that I first announced in an open letter to Congress in January 2014, is a current example.   We are all moved by the Spirit of God until He brings us together as in a Marriage at the wedding supper of the Lamb. This is terrible news for those who

work in darkness and use the N-Word, and other Blasphemous words to refer to our Savior who now dwells secretly in the earth with his armies.

The Hammer and Sickle chosen by Lenin as the emblem for the Communist Party, and for him as the resurrected Babylonian King Nebuchadnezzar, are like his name Lenin of Biblical origin . They were taken from **Jeremiah 50: 16 and 23. (16) Cut off the sower from Babylon, and him that handleth the sickle in the time of harvest: for the fear of the oppressing sword they**



*shall turn every one to his people, and they shall flee every one to his own land. (23) How is the hammer of the whole earth cut asunder and broken! How is Babylon become a desolation among the nations.* The hammer and sickle have specific meaning in Freemasonry. They both are symbols of DEATH.  Such death is depicted by the emblem of Skull and Bones, and a statue of a weeping virgin standing beside a broken column atop an old 1860 Masonic Lodge in Mendocino, California. That broken column is depicted by Time Magazine as the Washington Monument.  Donald Trump symbolizes the man Time who is also the subject of the Confederate Flag emblem known as the Time Sign (X) in Mathematics.  One of the multi-purposes for the Hammer and Sickle is to bring about repentance of mankind. And also to have the man with the sickle to enforce the rebuilding of God's Temple while punishing those who object, and are using fraud to prevent it. It is all found in Revelation Chapter 14, saying; **(17) Another angel came out of the Temple which is in heaven, he also having a sharp sickle. (18) And another angel came out from the altar, which had power over fire; and cried with a loud cry to him that had the sharp sickle, saying, Thrust in thy sickle, and gather the clusters of the vine of the earth; for her grapes are fully ripe. (19) And the angel thrust in his sickle into the earth, and gathered the vine of the earth, and cast it into the great winepress of the wrath of God. (20) And the winepress was**

*trodden within the city, and blood came out of the winepress, even unto the horse bridles, by the space of a thousand and six-hundred furlongs.*

*The site of the Temple, and the Key of David Project sits on Texas State Highway 288 according to the 288 singers that David and his captains of*

[CT, 06/24/2017]

*RA: This full-of-symbols sculpture stands atop a former Masonic lodge.*

Time and the



**Maiden Statue**

Gazing down from their aerie high above the streets of Mendocino, California, stand two stark white figures, surrounded by a curious assortment of props. The old man looks familiar. Yes, it's Father Time, that old dude who shows up every year in late December, with an hourglass and a mean-looking scythe over his shoulder. But who is the young woman with him, and what is he doing to her hair? And why are they both perched atop the cupola of a savings bank in this picturesque village in Northern

*the host separated to the service of the sons of Asaph, and of Heman, and of Jeduthun, who prophesied with harps, with psalteries, and with cymbals which became known as symbols. These 288 singers are found in **1 Chronicles 25: 7, saying; (7) So the number of them, with their brethren that were instructed in the songs of the LORD, even all that were cunning, was two hundred four score and eight.***

*There were twelve singers assigned to each of the 24 groups that were headed by 24 Elders. Shubael was in Group thirteen in verse 20 of 1 Chronicles 25, which says; **(20) The thirteenth to Shubael, he, his sons, and his brethren, were twelve.** The name **SHUBAEL** ends with the two letters **EL** which is the abbreviation for **ELDER.** More than 130 years ago, the 24th Latin alphabet ex (X) was hidden in two distinct places in the Brazoria County, Texas Deeds and Plat Records under the "EL" in **SHUBAEL** to symbolize Shubael as one of the 24 Elders . He appears in the book of Revelation, and also in 1 Chronicles 25:20. There were 12 singers in each group. Twelve times Twenty-Four is equal to 288 which is the Highway where Groundbreaking is now underway for the Key of David Project. Just as there were 12 singers in each group, so it was with the Ellis group. There were twelve members to our family who all loved Miss Minnie, and the love she showed for God's people. I recall also her love for animals, and we were amazed how honey bees, wild birds, squirrels, rabbits, and other wild animals made her home their home that was surrounded by a small wonderland-like forest. She fed them, and they looked forward to the little lady of small stature, and a big heart, who would feed them daily as if they were her beloved children. More delicious treats made their way to our home on a regular basis. We as well as our dogs, and cats, would always rejoice when we gazed down highway 288 and saw Miss Minnie coming. We all knew what was in those bags laying*

*on the back seat of that 1949 black Plymouth. There were treats for our dogs, Frisky, Fido, Bob, and Mopsie our cat.  Also there were bigger treats for ten wide-eyed and mouth opened kids who locked their brown eyes on the Angel of Anchor..*

*In April of 1977,   which was only four months after Miss*



*Minnie  transitioned to Paradise on January 1, 1977, I would meet my wife Joyce whom the LORD had shown me in a vision some 14 years earlier around 1963.   On July 8, 1977, we were joined together in Holy Matrimony, and we have remained joined for 47 years as America prepares to elect a 47th President who must contend with the 47th Problem. I was born on March 13, 1947.*

*During the winter of 1998, we fled to the wilderness to live on my wife's family farm in the Doak Springs Community of Lincoln, Texas. There the LORD had prepared a safe place for us away from the arm of the dragon. For many years, the LORD gave me*



*to eat of the hidden manna which is the contents of this Book, and more than 200 others. They all makes up my Prophetic Library. It was cold that February day when we arrived, and we had little money. Nevertheless, our hearts were filled with big hopes. I began to write as the Spirit gave me utterance. There were many supernatural things that I had to mentally adapt to. However, God answered my constant prayers requesting that He take the fear out of my heart from those things that were, and*

from those things that were yet to come. Today I fear only the LORD which is a Spiritual gift.

As the winter grew colder, my wife recalled that one of her Aunties whom she called Auntie Sis, who had no children at home of her own, invited her to stay with her which was only about half



a mile away. During one of those stays she presented my wife Joyce who was about 10 years old at that time, with a pattern for a quilt. For more than 40 years the pattern was tucked away, but the Spirit of God would not allow her to depart from it. So during that cold winter of 1998, my wife took old clothes of her father, and perhaps old clothes from her late mother, and she made a quilt for me from that pattern that her Auntie Sis had given her as a child. A very significant amount of geometry and a little math was required to make the quilt. She struggled with making the right obtuse angles, but soon her geometry was coming together in perfect harmony, and a warm historical quilt was made. It would be some 12 years or more after the quilt was made, that God began to reveal to me the mysteries of the quilt, and of the Key of David embroidered on it. Only then did we realized that God had prepared to bring us together as husband, and wife while we were yet small children . We would also learn that He used her Auntie Sis, and the pattern she gave her, as a sign of that which was to come some 30 years or more later. It was all a prophetic sign of the coming of the marriage of all marriages, and the bride was for many years making herself ready..

The quilt has 9 Stars of David all fixed in a square symbolizing the four corners of the Earth that was measured at Creation with the stones that became the Key of David. They are



all set within what we call the hashtag, pound sign, and number sign which is an emblem showing how the Lord's crucifixion garment was divided amongst those who crucified him. We have modified the pattern only to put the special Star of David which the LORD revealed to me of America's 44th President. The two Delta Triangles are another method of expressing the number 44 since Delta has a value of 4 in Greek Numerology. Delta, the 4th Greek letter, equates to the Latin D. When the two are interlaced,

*they represents the two D's in the name DAVID, as well as the number 44. This is the vesture that was dipped in blood described in Revelation 19: 13-16. It is the George Washington Masonic*



*Apron that is called the most prized relic of Freemasonry in America. It was what the North Korean Master Spy presented to Donald Trump when he secretly recruited him as a North Korean spy on June 2, 2018. Therefore I salute my lovely wife of some 47 years who has sacrificed so much for the Kingdom of God, and to open up her family homestead as a place of refuge as I prepared for this historical work.*

*Haggai 2: (9) The glory of this latter house shall be greater than of the former, saith the LORD of hosts: and in this place will I give peace, saith the LORD of hosts*



## Prophet Willie H. And Joyce Ellis

## July 8, 1977

Here is a short story which describes how my Jewish identity, and the Jewish identity of my oppressed and enslaved people were made known:

A. Divine revelations given by the favors of God.
B. The stubborn, and the deciphered symbolism hidden under the 400 year Time Sign of the 22nd Hebrew letter Taw (X) which decorates Confederate flags.
C. The silent lips of the towering white angelic Statue of Stephen F. Austin, the Father of Texas, strategically positioned on Texas Highway 288 whose number Spiritually derived from the 288 sons, and Brethren of the 24 Elders, one of whom was Shubael, all who are named and identified in 1 Chronicles 25: 1-31, and mentioned in Revelation 5:5.





D. The deft vocabulary of Levi Jordan Plantations Archeologists who used the German word Juden to identify the Jordan slaves as Jews.
E. The three angelic figures of Shubael, Elijah, and Elisha who were among the Stephen F. Austin 300 Settlers who received Texas Mexican land grants in 1824.
F. An 133 year old sanctuary which my people constructed in the Shubael Marsh Survey that was spiritually named "NEW REVELATION BAPTIST CHURCH" which continues to stand open as a House of Prayer unto this day as a Prophetic sign of God's Kingdom to come.



$125.00
ISBN 979-8-218-31462-0
12500>

9 798218 314620

10.  Awarding such other and further relief as this Court may deem just and proper.


SWORN By My Hand, Prophet Willie H. Ellis this 20th Day of February 2024.


*Prophet Willie H. Ellis*

Contact :

Prophet Willie H. Ellis
Candlestick Ministries
New Hope Baptist Church
P.O. Box 545
Giddings, Texas 78942

832-771-0115

Email: Prophetellis.whitestoneofhope@gmail.com