Generated: Feb 22, 2024 11:29AM                                                                 Page 1/1



# U.S. District Court

### Texas Western - Austin

Receipt Date: Feb 22, 2024 11:29AM

Willie H. Ellis
1136 PR 8037
Lincoln, TX 78948-6609

Rcpt. No: 1520              Trans. Date: Feb 22, 2024 11:29AM              Cashier ID: #CR

| CD  | Purpose                        | Case/Party/Defendant | Qty | Price  | Amt    |
|-----|--------------------------------|----------------------|-----|--------|--------|
| 200 | Civil Filing Fee- Non-Prisoner |                      | 1   | 405.00 | 405.00 |

| CD | Tender |       |            | Amt      |
|----|--------|-------|------------|----------|
| CH | Check  | #1084 | 02/22/2024 | $405.00  |

Total Due Prior to Payment: $405.00
Total Tendered: $405.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

**Comments**: 1:24-cv-00177 Ellis et al v. Yale University et al

Clerk, U.S. District Court - Austin Division - 501 West Fifth Street, Suite 1100, Austin, TX 78701 - (512) 916-5896 - www.txwd.uscourts.gov