IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **PROPHET WILLIE H. ELLIS, ET AL.,** | § § § | |
| Plaintiff | § § | |
| v. | § § | CASE NO.: 1:24-CV-00177 |
| **YALE UNIVERSITY, ET AL.,** | § § § | |
| Defendants. | § § | |

## ORDER

ON THIS DAY, the Court considered the Motion to Dismiss filed by Defendant Wells Fargo Bank, N.A. ("the Motion") and any response and reply thereto, and the Court has determined that the Motion has merit and is GRANTED.

IT IS THEREFORE ORDERED that all claims asserted against Defendant Wells Fargo Bank, N.A. are hereby dismissed with prejudice.

Date: _____        _____
                                                                                    UNITED STATES DISTRICT JUDGE