IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **PROPHET WILLIE H. ELLIS;** | § | |
| **CANDLESTICK MINISTRIES; AND** | § | |
| **CLASS ACTION PARTNERS AKA** | § | |
| **JUDAH OR (JUDEN)** | § | |
| *Plaintiffs* | § | |
| v. | § | **Case No. 1:24-cv-00177-DII** |
| | § | |
| **YALE UNIVERSITY, SKULLS &** | § | |
| **BONES FRATERNITY; WELLS** | § | |
| **FARGO BANK; BBVA COMPASS** | § | |
| **BANK; CAXIA BANK; BANTMAX** | § | |
| **SECURITIES; THE SCOTTISH RITE** | § | |
| **FREEMASONRY; SUPREME** | § | |
| **COUNCIL SOUTHERN** | § | |
| **JURISDICTION; CONOCO** | § | |
| **PHILLIPS; JOHN & JANE DOE** | § | |
| | § | |
| *Defendants* | § | |

**ORDER GRANTING DEFENDANT YALE UNIVERSITY'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)**

ON THIS DAY, the Court considered the Motion to Dismiss filed by Defendant Yale University ("the Motion") and any response and reply thereto. The Court has determined that the Motion has merit and is GRANTED.

IT IS THEREFORE ORDERED that all claims asserted against Defendant Yale University are hereby dismissed with prejudice.

DATE: _____

_____
UNITED STATES DISTRICT JUDGE