# RECEIVED

#314745

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)   APR 2 9 2024

Civil Action No.   1:24-CV-00177

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____   **PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Scottish Rite of Freemasonry Supreme Counsel Southern Jurisdiction

was received by me on *(date)*   04/15/2024

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Jorge Franchi, CFO & Authorized Agent   , who is

designated by law to accept service of process on behalf of *(name of organization)*   Scottish Rite of Freemasonry

Supreme Counsel Southern Jurisdiction   on *(date)*   04/15/2024 @ 1:04 PM   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date:   04/17/2024

_____
*Server's signature*

Henry Louis Grau, Process Server
_____
*Printed name and title*

1413 K St., NW, 7th Floor Washington, DC 20005
_____
*Server's address*

Additional information regarding attempted service, etc:

Service Address: 1733 16th St., NW, Washington, DC 20009

| Print | Save As... | Reset |