IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **PROPHET WILLIE H. ELLIS;** | § | |
| **CANDLESTICK MINISTRIES; AND** | § | |
| **CLASS ACTION PARTNERS AKA** | § | |
| **JUDAH OR (JUDEN)** | § | |
| *Plaintiffs* | § | |
| v. | § | Case No. 1:24-cv-00177-DII |
| **YALE UNIVERSITY, SKULLS &** | § | |
| **BONES FRATERNITY, WELLS** | § | |
| **FARGO BANK, BBVA COMPASS** | § | |
| **BANK, CAIXIA BANK,** | § | |
| **BANTMAX SECURITIES,** | § | |
| **THE SCOTTISH RITE** | § | |
| **FREEMASONRY SUPREME** | § | |
| **COUNCIL SOUTHERN** | § | |
| **JURISDICTION, THE SCOTTISH** | § | |
| **RITE FREEMASONRY SUPREME** | § | |
| **COUNCIL NORTHERN** | § | |
| **JURISDICTION,** | § | |
| **CONOCOPHILLIPS, &** | § | |
| **JOHN & JANE DOE** | § | |
| *Defendants.* | | |

<u>ORDER GRANTING
THE SUPREME COUNCIL (MOTHER COUNCIL OF THE WORLD)
OF THE INSPECTORS GENERAL KNIGHTS COMMANDERS
OF THE HOUSE OF THE TEMPLE OF SOLOMON
OF THE THIRTY-THIRD DEGREE
OF THE ANCIENT AND ACCEPTED SCOTTISH RITE OF FREE MASONRY
OF THE SOUTHERN JURISDICTION OF THE UNITED STATES OF AMERICA
a/k/a SUPREME COUNCIL OF THE ANCIENT AND ACCEPTED SCOTTISH RITE
OF FREE MASONRY FOR THE SOUTHERN JURISDICTION
OF THE UNITED STATES OF AMERICA'S MOTION TO DISMISS
PURSUANT TO FED R. CIV. P. 12(b)(6) AND RULE 8</u>

On this day, the Court considered the Motion to Dismiss filed by Defendant The Supreme Council (Mother Council of the World) of the Inspectors General Knights Commanders of the House of the Temple of Solomon of the Thirty-third Degree of the Ancient and Accepted Scottish

Rite of Free Masonry of the Southern Jurisdiction of the United States of America a/k/a Supreme Council of the Ancient and Accepted Scottish Rite of Free Masonry for the Southern Jurisdiction of the United States of America (sued as "The Scottish Rite Freemasonry Supreme Council Southern Jurisdiction") and any response and reply thereto. The Court has determined that the Motion has merit and should therefore be GRANTED.

It is THEREFORE ORDERED that all claims asserted against Defendant The Supreme Council (Mother Council of the World) of the Inspectors General Knights Commanders of the House of the Temple of Solomon of the Thirty-third Degree of the Ancient and Accepted Scottish Rite of Free Masonry of the Southern Jurisdiction of the United States of America a/k/a Supreme Council of the Ancient and Accepted Scottish Rite of Free Masonry for the Southern Jurisdiction of the United States of America (sued as "The Scottish Rite Freemasonry Supreme Council Southern Jurisdiction") are hereby dismissed with prejudice.

Date:_____

_____
UNITED STATES DISTRICT JUDGE