IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WILLIE E. ELLIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:24-CV-177-DII |
| | § | |
| WELLSFARGO BANK, et al., | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

On this date, the Court entered an order dismissing Plaintiff's claims as frivolous. As nothing remains to resolve, **IT IS ORDERED** that this case is **CLOSED**.

**IT IS FURTHER ORDERED** that each party shall bear their own costs.

**IT IS FINALLY ORDERED** that Plaintiff is warned that future frivolous filings may result in the imposition of attorney's fees or costs against him.

**SIGNED** on May 8, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1