**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS  AT AUSTIN**
------------------------------------

FILED

2024 MAY 10  AM 11: 17

CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____

Prophet Willie H. Ellis, et al
Plaintiff,

 VS

WellsFargo Bank, et al
Defendants

------------------------------------

**REQUEST FOR**
**CERTIFICATE**
**OF DEFAULT**
**CV: 1:24-00177**

TO:   UNITED STATES DISTRICT CLERK
      WESTERN DISTRICT AT AUSTIN TEXAS
      501 West Fifth Street, Suite 1100
      Austin, Texas 78701

      Dear District Clerk:

            Please enter the default of defendants **Yale University, WellsFargo Bank, and Scottish Rite of Freemasonry Supreme Counsel Southern Jurisdiction.** Pursuant to Rule 55 (a) of the Federal Rules of Civil Procedure, defendants have failed to plead or otherwise defend this action as it fully appears from the Court's file and from the attached affirmation of Plaintiff Prophet Willie H. Ellis.

By: _____

Prophet Willie H. Ellis, Pro Se
P.O. Box 545
Giddings, Texas 78942
832-771-0115

Email: **prophetellis.whitestoneofhope@gmail.com**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)                    APR 8 2024 AM 9:43

Civil Action No.  1:24-CV-00177

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ___WELLS FARGO BANK___

was received by me on *(date)* ___4/8/24 @ 9:43AM___

☒ I personally served the summons on the individual at *(place)* ___808 MAIN ST___
___BASTROP, TX 78602___ on *(date)* ___4/8/24 @ 11:09AM___

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* ___LANCE ZDANSKY ASST. MGR___, who is
designated by law to accept service of process on behalf of *(name of organization)* ___WELLS FARGO BANK___
on *(date)* ___4/8/24 @ 11:09AM___

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ __75.00__

I declare under penalty of perjury that this information is true.

Date: ___4/8/24___

_____
Server's signature

___DEP. L.FUENT #968.___
Printed name and title

___200 JACKSON, BASTROP TX 78602___
Server's address

Additional information regarding attempted service, etc:





AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-CV-00177

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Yale University

was received by me on *(date)*  4|8|24

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Tobias W. Crawford/Associate General Counsel , who is

designated by law to accept service of process on behalf of *(name of organization)*  Yale University

Office of the Sr. VP + General Counsel  PO Box on *(date)* 4|9|24 ; or
208255, New Haven, CT 06520-8255

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ 300 for services, for a total of $ 300.00

I declare under penalty of perjury that this information is true.

Date:  4|11|24                            _____
                                                      *Server's signature*

                                         State Marshal Brian Merick
                                              *Printed name and title*


                                         399 Elm Street, New Haven, CT 06510
                                              *Server's address*

Additional information regarding attempted service, etc:

[ Print ]   [ Save As... ]                                    [ Reset ]

 Gmail

Willie Ellis <prophetellis.whitestoneofhope@gmail.com>

---

## - Entity Notification of Service

---

**Brandon Snesko <thankyou@samedayprocess.com>**                    Tue, Apr 16 at 10:10 AM
To: <prophetellis.whitestoneofhope@gmail.com>

Thank you for choosing Same Day Process Service! Service upon the entity below is complete. Please immediately respond via email if you see an issue with the below information and we will respond accordingly and amend affidavit or send back out for service if needed.

Same Day Process Service reference number: **314745**

_Reference Numbers:_

Clients Internal reference number: **Prophet Willie H. Ellis**
Job Level Client reference number:
Customer Internal reference number:
Job Level Customer reference number:

_Case Information:_

Court: **In the United States District Court for the Western District of Texas, Austin Division**
Court County:
Plaintiff: **Prophet Willie H. Ellis, et al**
Defendant: **Yale University, et al**
Case Number: **1:24-CV-00177**
Documents Served: **Summons in a Civil Action; Complaint;**

Servee: **Scottish Rite of Freemasonry Supreme Counsel Southern Jurisdiction**
Manner at which service was completed: **Corporate**
Person served legal documents: **Jorge Franchi**
Title: **CFO & Authorized Agent**
Date Completed: **04/15/2024**
Service Time: **1:04 PM**

Description of person served with legal documents:
Sex: **Male**
Hair: **Gray**
Age: **50**
Skin: **Caucasian**
Height: **5ft9in-6ft0in**
Weight: **161-200 lbs**

Address Served:
**1733 16th St., NW**
**Washington**
**DC**
**20009**

The Process Server was: **Henry Louis Grau**

Thank you again for choosing Same Day Process Service. Our goal is that every client experiences fast, professional and friendly service.

You are appreciated!
Same Day Process Service team