**UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TEXAS AT AUSTIN**

---

Prophet Willie H. Ellis, et al

Plaintiff, Pro Se

VS

WellsFargo Bank, et al
Defendant(s)

**CIVIL ACTION #
1:24:CV-00177**

---

## Re: AFFIRMATION IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT

The Plaintiff Prophet Willie H. Ellis, et al hereby declares as follows:

(1) I am the Plaintiff in this action.

(2) This action was commenced on February 22, 2024 pursuant to **Chapter 18 U.S.C., Sec. 1962(c) and (d), for Civil RICO** recovery based on those allegations of facts that are set forth in Plaintiff's original complaint against these named defendants, and those others therein also named.

Page 1

(3) The time for defendants **Yale University, WellsFargo Bank, and the Scottish Rite Of Freemasonry Supreme Counsel Southern Jurisdiction** to answer or otherwise move with respect to the complaint herein has expired.

(4) Defendants **Yale University , WellsFargo Bank, and the Scottish Rite of Freemasonry Supreme Counsel Southern Jurisdiction** while acting in concert have not answered or otherwise move with respect to the complaint, and the time for defendants **Yale University, WellsFargo Bank , and the Scottish Rite of Freemasonry Supreme Counsel Southern Jurisdiction** to answer or otherwise move has not been extended.

(5) That Defendants Yale University, WellsFargo Bank, and the Scottish Rite of Freemasonry Supreme Counsel Southern Jurisdiction are not infants, nor are they incompetent. Defendants Yale University, WellsFargo Bank, the Scottish Rite Of Freemasonry Supreme Counsel Southern Jurisdiction are not presently in the Military Service of the United States as appearance from the facts in this litigation.

(6) Defendants **Yale University, WellsFargo Bank, And the Scottish Rite of Freemasonry Supreme Counsel Southern Jurisdiction are each, and individually liable to the Plaintiff for treble damages which equals to $67,500,000 plus other damages which the Court shall find as reasonable and just.** Chapter 18 U.S.C. Sec.1962(a)-(d) was intended to combat this type of organized criminal activity, and to provide a federal cause of action and treble damages

to every tort Plaintiff." *Oscar v. Univ. Student Coop.Ass'n, 965 F.2d 783 (9th Circuit. 1962) abrogated on grounds by Diaz v. Gates, 420 F. 3d 541, 546 (9th Circuit. 2007) . Neither of the Defendants have denied any of the allegations brought against them pursuant to the RICO act, and as such, they have waived all their rights to foreclose Plaintiff's rightful recovery of the damages sought hereunto ,and if applicable, hereafter.* This amount **($67,500,000 each)** is three times the $22,500,000 which was a small portion of the ancient levy placed on Arab Nations during the reign of King Solomon for the purpose of rebuilding God's Temple. It is a levy which continues unto this day**, (1King 9:15-21).** The $22,500,000 was the actual amount authorized by the Late Saudi King Abdullah, and delivered in a Secret Diplomatic Trunk to the Security Vaults of Defendants Bantmax Securities which designated this Plaintiff as the irrevocable beneficiary. Because of jealousy, coupled with Black antisemitism, the Defendants have chosen the 45th United States President for this task, and Plaintiff will show that they are conspiring to bring him back to power  by violence as the 47th U.S. President to complete a False Temple Project, (See pages 242 through 279). Plaintiff's entitlement  is protected by a Divine Password that was secreted with each Defendant, and also sealed within the Great Seal of the United States. Such Password is also encrypted within the United States National Monuments, (See Pages 67 thru 96 of Plaintiff's Complaint). The said sum $22,500,000 was deposited **June 6, 2022** into an account opened at Defendant BBVA Compass Bank in collusion with Defendant WellsFargo Bank, and all Defendants acted in a secret Concerted Manner to block Plaintiff's access thereto by a multiplicity of Criminal activities. These Criminal

activities included but was not limited to a plot to kidnap the Plaintiff by using the Harrison County West Virginia Sheriff Department. The Defendants pretended that the Plaintiff and/or his spouse had forged a check for $9850 on the Harrison County Sheriff Department, (See pages 97 through 113 of Complaint). By the power of God, and the legion of angels which He has sent to protect me, their malevolent scheme fell



apart, and the Sheriff became entangled in his cruel craftiness.

### **FACTS:**

Beginning On January 30, 2014, and continuing to February 6, 2014, this Plaintiffs alerted the full United States Congress, and U.S. Senate by a combination of direct mails, and open letters with two full page Newspapers ads validating my Prophetic identity, and that the time had come for implementation of the **Key of David Project.** The Washington Monument, the white stone of God's promise in **Revelation 2:17,** was given unto me as a Divine Token, and it was therefore the centerpiece of my notice whose secrets allowed the Defendants to identify me as a legitimate Messenger of the Most High. The token which God has given

unto me, is the same token which He gave to Moses so that Pharaoh may authenticate Moses Divine authority.

**_Exodus 3: (12) And he said, Certainly I will be with thee; and this shall be a token unto thee, that I have sent thee._**

**_Revelation 2: (17) He that hath an ear, let him hear what the Spirit saith unto the Churches: To him that overcometh will I give to eat of the hidden manna, and will give him a white stone, and in the stone a new name written, which no man knoweth saving he that receives it._**

| Valley of Jehoshaphat | BIBLICAL INDEX TO FREEMASONRY | | | | | Zerubbabel | | | |
|---|---|---|---|---|---|---|---|---|---|
| SUBJECT | BOOK | CHAP. | VERSE | PAGE | SUBJECT | BOOK | CHAP. | VERSE | PAGE |
| Freemasonry. It represents hypocrisy, the representation of evil as good, the employment of bad materials in moral, ethical, and spiritual architecture. | | | | | **White** White is symbolic of purity in its various uses in Masonry. It is emphasized in the ephod of the high priest, in his girdle, and in the breastplate. | Isa. Dan. Matt. | 1 12 28 | 18 10 3 | 424 545 601 |
| **Valley of Jehoshaphat** This name appears only in a dramatic and poetical prophecy of Joel in which it is named as the place where, after the return of Judah and Jerusalem from captivity, Jehovah would gather the heathens for divine judgments for their abuses of Israel. About the fourth century A. D., the name became applied to the deep ravine which separates Jerusalem from the Mount of Olives, known in the Bible as the Brook Kidron. | Joel | 3 | 2, 12 | 551 | **White Stone** The white stone is a token of fraternal friendship and helpfulness, of endearing alliance. | Rev. | 2 | 17 | 743 |
| | | | | | **Widow's Son** Masons are sometimes referred to as "sons of the widow" as this was the title applied to Hiram, the architect of the Temple. | 1 Ki. | 7 | 14 | 235 |

The above excerpt is taken from Defendants Masonic Bible confirming that the Whitestone of Revelation 2:17 is a token. It is the reason that the Washington Monument appears in all Masonic Bibles. These are illustrated on pages 265 thru page 279 of Plaintiff's original complaint. The stone which stood before Pharaoh's House during the day of Moses, and that was represented by the token that God gave to Moses, were moved from the entry to Pharaoh's House to the Banks of London's Thames River, and its twin was moved to New York Central Park where they both remain standing unto this day. The Washington Monument was built 8 times their official height of 69.375 Feet to stand exactly 555 Feet over our

Page 5

Nation's Capitol.  Defendants assumed that by changing the height of the Washington Monument, that this would effectively erase my name from this white stone, and thus deprive me of the financial and other benefits to carry out God's Temple Construction.

The token which was given to Moses which turned to a serpent was also called a Rod because it represented a unit of



measurement which divided Earth's Equator into 7,968,320 Rods.  Pharaoh Magicians also had a Rod which turned into a serpent. Aaron's Rod swallowed up the Rod of Pharaoh's Magicians which meant Moses and Aaron's Rod was now two Serpents. These two serpents wrapped around the Washington Monument became the secret symbol for the American Cancer Society whose emblem speaks by symbolism of the Plagues that God has hidden within my token which will consume those who defies His words that He

has put into my mouth with Orders to build His Temple. The emblem of Defendant Yale University depicts that Rod which God has put in my mouth by having 16 of the 32 teeth visible. A rod measures 16.5 feet in length., **(Isaiah 11:4)**.



The contents of Plaintiff's Complaint has laid out, and compiled scientific corroborations of undisputed evidence how the Defendants immediately began engaging in a multiplicity of corrupt **(RICO)** activities. These evidences were overpowering which forced the Defendants to shield themselves in their doctrine which they call in the Latin tongue, **"Audi-Vici-Tace"**. The English translation is, **"Hear, See, and Be Silent". Therefore they have not answered.**

Their **RICO VIOLATIONS** were aimed at undermining Plaintiff's Prophetic identity in order to deprive Plaintiff of

Page 7

specific benefits, and financial entitlements that had been sat aside for the construction of two Historic sanctuaries. The construction of God's Temple is a task for which the Defendants have chosen the 45th President of the United States to do, and they were determined to see that there were no other legitimate conflicts to their undertaking after having



minted perhaps millions of Trump Temple silver and gold coins to announce their violent undertaking. This was, and it continues as the underlying reason for Defendants RICO Violations targeting this Plaintiff. Because of the secret manner by which Plaintiff's benefits and financial entitlements were set aside for such purposes, the Defendants were convinced that it would be impossible , and that this Plaintiff would not have the knowledge, neither the intellect to defend my entitlement to same. Defendants political power, and other special privileges  which  they enjoy because of their broad

status amongst the ruling classes, they were able to undermine, and deprive this Plaintiff of his most basic Civil, and Constitutional rights by influencing the United States Department of Justice to ignore this Plaintiff's pleas for DOJ intervention. Moreover, there is strong evidence that elements of the U.S. Justice Department may have willfully assisted them by purposely ignoring my direct pleas for their assistance.

In order to validate my identity, and my entitlement, I Prophet Willie H. Ellis, the Plaintiff, was given a secret Password that has been sealed within the United States Great Seal, and hidden within the Washington Monument, the Statue of



Liberty, and within the emblems of the three oldest Universities in the United States. These being Yale University, Harvard University, and the College of William and Mary within its Phi-Beta-Kappa Golden Key. This Key is also called The Key of David. Because Plaintiff has used this key properly, God has therefore allowed it to mysteriously open all the doors which has allowed this Plaintiff to bring forth his claim. These claims have been set forth and corroborated with a

multiplicity of evidences which Defendants are unable to dispute, and as such, they have chosen silence as their best and only response to these Divine Words of Veritas. My password has also been hidden in many other places including the Dimension of Earth's Equator which was measured with the Two Candlesticks fixed on Yale's Emblem written in Hebrew as the URIM and the Tummim. They are rightfully called **"The Stone Of Destiny"** and their 69 Feet Height became a symbol for the Zodiac sign of Cancer.

**More Saith Not:**

    **WHEREFORE,** plaintiff Prophet Willie H. Ellis requests that the default of Defendants Yale University, WellsFargo Bank, and the Scottish Rite of Freemasonry Supreme Counsel Southern Jurisdiction be noted and a certificate of default issued.

    I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief, that the amount claimed is justly due to plaintiff, and that no part thereof has been paid.

Dated: May 10, 2024    By: _/s/ Willie H. Ellis_
                                        Prophet Willie H. Ellis
                                        P.O. Box 545
                                        Giddings, Texas 78942
                                        **832-771-0115**

Prophetellis.whitestoneofhope@gmail.com

# UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TEXAS AT AUSTIN

---

Prophet Willie H. Ellis, et al
Plaintiff, Pro Se

VS.

Civil Action No:
1:24:CV-00177

WellsFargo Bank, et al
Defendants

---

## CERTIFICATE OF SERVICE

---

I, Prophet Willie H. Ellis is the Plaintiff in this Cause, and I am of such age and discretion as to be competent to serve papers.

I further certify that on this date I caused a copy of Plaintiff's Request For Certificate of Default, Affirmation In Support Of Request For Certificate Of Default, and Plaintiff's Proposed Certificate of Default, to be placed in U.S. Certified mail envelopes ,return receipts requested, at the last known addresses of each defendant stated herein to wit:

Page 1

(1). WellsFargo Bank, Office Of The General Counsel, P.O. Box 63710, San Francisco, California, CA. 94163 **VIA U.S. Certified Mail #9589 0710 5270 1281 9115 63.**

(2) Yale University, Office Of The Associate General Counsel, Tobias W. Crawford, P.O. Box 208255, New Haven, Connecticut 06520-8255.  **VIA U.S. Certified Mail# 9589 0710 5270 1281 9115 18**

(3)  Scottish Rite of Freemasonry Supreme Counsel Southern Jurisdiction, Jorge Franchi CFO & Authorized Agent, 1733 16th Street, NW, Washington D.C. 20009, **VIA U.S. Certified Mail #** 9589 0710 5270 1281 9115 25.

Dated this 10th Day of May, 2024.

X_____

Sworn By My Hand, Prophet Willie H. Ellis

# UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TEXAS AT AUSTIN

---------------------------------------------------

**CERTIFICATE OF DEFAULT**
**CIVIL ACTION NO:**
**1:24:CV-00177**

Prophet Willie H. Ellis, et al
Plaintiff Pro Se
VS
WellsFargo Bank, et al
Defendants

I, Barry D. Knight, Clerk of Court of the United States Court for the Western District of Texas at Austin, do hereby certify that the Defendants **Yale University, WellsFargo Bank, and the Scottish Rite of Freemasonry Supreme Counsel Southern Jurisdiction** have not filed an answer or otherwise moved with respect to the complaint herein. The default of defendants **Yale University, WellsFargo Bank, and Scottish Rite Of Freemasonry Supreme Counsel Southern Jurisdiction** is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:_____2024.    Barry D. Knight, Clerk of Court

By:_____
Deputy Clerk

Page 1