ORIGINAL FILED

2024 MAY 30 PM 2:11

CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY ____ OR
DEPUTY

# UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TEXAS AT AUSTIN

----------------------------------------------------

Prophet Willie H. Ellis, et al
Plaintiff, Pro Se

**CIVIL ACTION #
1:24:CV-00177**

VS

WellsFargo Bank, et al

----------------------------------------------------

MOTION TO VOID FALSIFIED ORDER OF
DISMISSAL AND PLAINTIFF'S AFFIDAVIT PURSUANT TO
28 U.S. CODE 144-BIAS OR PREJUDICE JUDGE AND
REQUEST FOR NEW JUDGE TO HEAR PLAINTIFF'S
AFFIDAVIT OF DEFENDANTS DEFAULT

----------------------------------------------------

I, Prophet Willie H. Ellis, being duly sworn do hereby
state as fellows:

(1)      I am the Plaintiff Pro Se in the above-entitled
action and I am familiar with the file, records and
pleadings in this matter. As such I have noticed a
monumental abuse of the Court's discretion Via an
**intentional falsified Order that has been corruptly**

Page 1

entered into the record as genuine, but is actually intended as a corrupt Lifeline to Default Defendants. The Court's Order appears on its face to be purposed to hide and cover up what is undoubtedly the largest criminal conspiracy ever in American and World History.   It has all been hidden under the symbolism of the Confederate Flag.. The Confederate Flag is the 22nd Hebrew Letter Tau (X) with a value of 400 in Hebrew Numerology. It is used by a powerful International Network of antisemitics , and also by Defendants



Table 6: Values of Hebrew Letters

Yale University Secret Society of Skulls and Bones,to mark a Biblical Time period described in **Genesis 15: 13-14.  These 400 years  marks a  timeline when the first Judean slaves captives arrived in**

Jamestown, Virginia on August 20, 1619, unto the time of January 23, 2020 when the first case of the Coronavirus  AKA Disease X reached  our American Soil from Wuhan, China. The Chinese word Wuhan is written by using the 22nd Hebrew letter Tau (X) and its Latin corresponding letter "t" dressed as weapons. It is a printing method developed by Yale's Sinologist George Kennedy in 1943 to teach Mandarin to American Soldiers. The Court falsely stated in its Order that such claim is frivolous. The Co-Conspirators would call this time period *"Wuhan-400" which caused millions without knowledge to believe that a well known best selling Novelist had predicted the Pandemic.* This alphabet which is used by many, Is therefore called a Time Sign (X) and a Conspiracy Flag by those named herein as



Defendants. The word Confederate derives from the root word "Conspiracy". Their ensign which is

biblically referred to as an ensign of the Gentiles, and not an ensign of the Jews, is recorded along with the ROD which   God has given to me as a token in Isaiah 11: 1-16.  This 22nd Hebrew letter is attached to all 33rd Degree emblems of the Scottish Rite Freemasonry Defendants of both the Northern and Southern Jurisdictions. The Semites about 1500 B.C. Used this letter Tau(X) for mark. It is what the scripture refers to as the mark (X) of the Beast.   Those   who worship the Beast by loyalty, and an oath of allegiance, would acknowledge such by receiving this mark in their right hand usually as a 33rd Degree Masonic ring where this mark (X) is a part thereof on the ring



finger of the right hand. The Defendants Freemasons put this mark on a 33rd Masonic Ring so that it would appear in the right hands of their

members. This mark (X) appears inconspicuously in a right hand fixed on the end of the right bar of this letter (X) on all 33rd Degree Masonic emblems. The emblem is skillfully constructed of three DELTA TRIANGLES Which is a signal for DELTA-DELTA-DELTA . Tre-Delta is used because the word Delta has a Pythagorean Numerical value of 6. Therefore  Tre-Delta would cleverly represent 666.  It is Calculated as follows using the Pythagorean Numerology Chart;  D=4, E=5, L=3, T=2, A, = 1: Therefore 4+5+3+2+1 Equals 15, and 1 plus 5 Equals 6. It is called the "Mark (X) of the Beast because in the Pythagorean Numerology Chart the Beast is a FOX whereby each of these letters (F-O-X) has a value of 6.  This scientific and historical illustration accounts for the Trident symbol used by the Delta-Delta-Delta Sorority and Fraternity. Inside of this mark is a right hand as depicted by this Plaintiff following graphic illustration . This 33rd Degree illustration is presented to show this Court and all other interested parties who and what we are dealing with that has moved cleverly to destroy the Jewish peoples in these last and evil days, and especially Jews of color. The instructions or Order for mass destruction of the Jewish people especially those of dark skin, is cleverly written on all 33rd Degree emblem with the Latin phrase "Ordo ab Chaos" (Order Out Of Chaos".) It is a

reference to their perceived Biblical Order found in Ezekiel 9:11 which appears to call for the complete destruction of Jews, but was in fact God's snare for those who oppose His Son Jesus, and the reign of the Tribe of Judah. It all represents their futile efforts to prevent the Kingdom of God from being established by opposing His Temple, and by stealing the funds that were secretly set aside to construct it, and to sustain this Plaintiff during his Testimony. On pages 52 and 53 of Plaintiff's attachments, the Scottish Rite Freemasons writes that this Hebrew alphabet is of the greatest importance in Freemasonry.  They have correctly further stated, that this alphabet and its numerical value is the



key to the greater words spoken in Masonry, and

the Key to the Mysteries of the Bible. I have been given that Key as my Rod, Password, and username. Its purpose is to validate my identity which is sealed within both the United States Great Seal, the United States Treasury, and also the Holy Bible.  God fixed it so that My identity can be rejected, but it cannot be mistaken by a competent Court and literate peoples.   If any Defendant , or otherwise a sympathizer of Defendants; should use this falsified Order to perpetuate and/or conceal these Criminal activities, then they themselves would become



entangled in the biggest murder conspiracy in

**U.S. and World History, and thereby unnecessarily subject themselves to potential consequences that follows them into the World to come which cannot be circumvented. This Motion is not intended to be received and formatted as a traditional legal Document because it is not.   There is forensic evidence strongly supporting that the Defendants Scottish Rite Freemasons operating within and/or outside the Court, may have had unlawful contact with the Court to enable the Scottish Rites  to GET OFF _SCOTT FREE._ Thus hiding their unlawful Conduct with an Order secured by unlawful influence.** Therefore  Plaintiff  move the Court to set aside the Falsified conspiratorial Order Of Dismissal, based on these  sworn  statements,  and  thereafter  enter  a Default Judgment against those Defendants named herein in favor of Plaintiff. This Court, and those who are  licensed  to  practice  law,  or  conduct  business under SEC regulations,   have a legal, moral, and professional  responsibility  to  refer  the  contents  of Plaintiff's Complaint to the United States Department of Justice.

(2)  **_FACTS:_**    The summons and complaint were served upon Defendant **WellsFargo Bank on April 8, 2024 at 11:03 AM.**   (3)  The answer to the complaint was due April 29, 2024. No response was served within the time allowed by law, nor has Defendant WellsFargo Bank

sought additional time within which to respond. The Court had no prior knowledge of the contents of the Plaintiff's Complaint, and could not truthfully say they were false when the Defendants themselves have not denied the truthfulness of the Complaint made against them.  Moreover, The Defendants have some of the most able , and most qualified Counsel in America, and they durst not call Plaintiff's Complaint false, nor frivolous. And if they were so, they could and would have asserted such by a proper Motion, or brief.

The Court bruised its credibility when it falsely claimed in its Order of Dismissal that Plaintiff submitted a **FOUR PAGE COMPLAINT in order to Judicially hide under Color of its office the additional 58 pages of Plaintiff's corroborating evidence that were made the central part of Plaintiff's Complaint. The Court attempted to minimize this Plaintiff's complaint by falsely entering into the record that it contained only four pages while knowing all the time that such entry was false. The Defendants therefore intends to use a perjured Order to further the crimes alleged against them, in order to steal under the color of their offices and employment monies that have been appropriated via secret diplomatic channels for the Church. The 33rd Degree emblem of Freemasonry Defendants speaks by symbolism and identifies who is trying to steal from the Church with the aid of the Court, and unscrupulous lawyers.**

With malicious and bias intent, the Court purposely altered the style of Plaintiff's cause because the Court maliciously rejected Plaintiff's Prophetic gift. The Court deleted Prophet Willie H. Ellis, et al, and changed my name, gender, and style of the cause to its liking. The Plaintiff's name is not **Willie E. Ellis. The Order also referred to the Plaintiff as "SHE" rather then the male gender He. It was all likely designed as a diabolical insult via a blasphemous statement which are identifying characters and behavior of the Man of Sin, the Son of Perdition operating globally as the Freemasons.**

By falsely stating that Plaintiff's Complaint contained only four pages, the Defendant Scottish Rite Freemasons sought to have the Court hide for them a treasonous act of the 45th President which the Plaintiff intercepted on **June 2, 2018. The Plaintiff illustrated such act on pages 6-7-8 and 9 of his complaint. Those**



Windsor Castle Lo... ·6/2/18 ⌄
Korean Leader initiates
President Trump as a mason.
#fakenews #masonicapron

*pages shows how the Defendants schemed to hide my Authority to build God's Temple in favor of the 45th President. On Pages 8 and 9 this Plaintiff illustrated how North Korea Master Spy Freemason Kim Yong Chol infiltrated, recruited , and initiated the 45th President as a Freemason obligating him by a Death Oath to keep silent on things that jeopardizes the safety and security of every American. No other person outside of the Masonic Brotherhood have this photograph other than this Plaintiff. The Plaintiff secured it when Windsor Castle Lodge of the United Kingdom, the International Seat of Masonic authority, mistakenly allowed this Plaintiff as one of their Twitter Followers while being blindfolded by Plaintiff's angels. The Lodge assumed Plaintiff was a Freemason just as Isaac who was blind, thought that Jacob was his twin brother Esau. The Lodge learned of my interception apparently after receiving a*





***reprimand directly from the White House. They thereafter blocked me as a follower. The 45th President attempted to hide his Masonic Apron given by the Korean President and Master Spy Chol by taking it with him when he left office. My interception of this treasonous act led in-part to the Harrison County West Virginia Sheriff Department fail attempt to kidnap me by planting a forged $9850 check drawn on their Bank Account. The Court claim falsely that this Claim is Frivolous.***

The contents of this Plaintiff's Complaint were drawn in a corroborating manner with the Counsel of the Most High, and His angels.  As such, this Court knew, or it should have known, that the allegations were all substantiated as in this immediate Motion. Therefore The Court's action represents a deliberate abuse of its Judicial discretion, and the Order should be voided, and an entry made into the record awarding a Default Judgment in favor of Plaintiff against all non-responding Defendants.

(4) The Default of Defendant WellsFargo Bank is awaiting the Court's action on Plaintiffs request for Certificate of Default filed on 5/10/2024.

(5)  As required by the Service Members Civil Relief Act of 2003, I have confirmed that the Defendant

WellsFargo Bank is not currently in active military Service.

(6)      To my best information and belief, Defendant WellsFargo Bank is not an infant or incompetent person.


## PART II: YALE UNIVERSITY DEFAULT:

(7)    Defendant YALE UNIVERSITY was served at the office of its Associate General Counsel Tobias W. Crawford on **April 9, 2024.**

(8)    The answer from Defendant Yale University to the Complaint was due on **April 30, 2024.**   No response was served within the time allowed by law, nor has Defendant Yale University sought additional time within which to respond.   The Court improperly and falsely stated that Plaintiff's Claims against Defendant Yale University were false when Yale University who has competent Counsel, did not, and would not have made such outrageous false assertions themselves while knowing that all of Plaintiff's Claims were true and correct.    Among Plaintiff's Claims were Defendants conspiratorial theft by Bank and Wire Fraud of nearly $60,000 from Plaintiff. An act of Mail Fraud occurred when Defendants while acting in concert, intercepted Plaintiff's Certified Mail Notices on 11/22/2019 alerting Congressional and other leaders of a man made

imminent pandemic.     In addition to the foregoing claims, Defendants conspiratorial failed attempt to capture and kidnap the Plaintiff using the Harrison County West Virginia Sheriff office accusing the Plaintiff of forging a $9850 check on the Sheriff Department. The Court did not mention not one of Plaintiff's Claims in its Order because it was attempting to hide those claims in order to rescue Defendants from a Default Judgment by assisting the Defendants in hiding the crimes of the century.  To do this, the Court therefore replaced the claims alleged by the Plaintiff with the ambiguous word "**ALL", but failed to define All, and by falsely stating Plaintiff's claim was 4 pages instead of the Claim actual 62 pages.**

The Court's action was a forceful Category 5 abuse of its discretion, and was intended as a lifeline to favor Defendants who were clearly in Default by operation of Law..

(9)     The Default of Defendant Yale University
 is awaiting the Court's Action on Plaintiff request for Certificate Of Default filed May 10, 2024.
.

(10)     As required by the Service Members Civil Relief Act of 2003, I have confirmed that the Defendant Yale University is not currently in active military service.

(11)      To my best information and belief, Defendant Yale University is not an infant or incompetent person.

## PART III: Default By Scottish Rite Of Freemasonry Supreme Counsel Southern Jurisdiction.

(12)      The summons and complaint were served upon Defendant **Scottish Rite Of Freemasonry Supreme Counsel Southern Jurisdiction** through its authorized agent Jorge Franchi CFO on **April 15, 2024.**

(13)   An answer to the complaint by Defendant Scottish Rite of Freemasonry Supreme Counsel Southern Jurisdiction was due **May 6, 2024.** Counsel for Defendant after being in **Default, on May 7, 2024 filed a Motion To Dismiss Pursuant to Federal Rule R. CIVIL. (12b)(6) and Rule 8. Nevertheless** his Motion is void because No response was served within the time allowed by law, nor has Defendant **Scottish Rite Of Freemasonry Supreme Counsel Southern Jurisdiction** sought additional time within which to respond.

(14) The default of Defendant Scottish Rite Of Freemasonry Supreme Counsel Southern Jurisdiction is awaiting the Court's action on Plaintiff's request for Certificate of Default filed on May 10, 2024.

(15)     As required by the Service Members Civil Relief Act of 2003, I have confirmed that Defendant **Scottish Rite of Freemasonry Supreme Counsel Southern Jurisdiction** is not currently in active military service.

(16)     To the best information and belief, the Defendant Scottish Rite Of Freemasonry Supreme Counsel Southern Jurisdiction is not an infant or incompetent person.

## **PART IV: PLAINTIFF'S CLAIM**

(17)     **Defendants Yale University, WellsFargo Bank, And the Scottish Rite of Freemasonry Supreme Counsel Southern Jurisdiction are each, and individually liable to the Plaintiff for treble damages which equals to $67,500,000 plus other damages which the Court shall find as reasonable and just.**

Chapter 18 U.S.C. Sec. 1962(a)-(d) was intended to combat this type of organized criminal activity, and to provide a federal cause of action and treble damages to every tort Plaintiff. " *Oscar v. Univ. Student Coop. Ass'n, 965 F.2d 783 (9th Circuit. 1962) abrogated on grounds by Diaz v. Gates, 420 F. 3d 541, 546 (9th Circuit 2007.*

Neither of the Defendants have denied any of the allegations brought against them pursuant to the RICO

ACT, and as such, they have waived all their rights to foreclose Plaintiff's rightful recovery of the damages sought hereunto, and if applicable, hereafter.

This amount **: Sixty Seven Million Five Hundred Thousand ($67,500,000)** is three times the **$22,500,000** which was a small portion of the ancient levy of tribute placed on Arab Nations known also as the "Muslin Brotherhood"'. The Muslin Brotherhood 322 as used by Yale is hidden under a similar time sign as *MARCH 22.* *The Muslim Brotherhood was organized on March 22, 1928 by an Islamic Scholar and Schoolteacher named Hassan al-Banna. Its emblem is the 22nd Hebrew letter Tau (X) dressed as a crosssword laid against a Bible or Koran with an apparent reference to Ezekiel 9:1-11 which appears to call for the extermination of all Jews.*

*Also on 3/22/1945, the Arab League of Nations*



Muslim Brotherhood logo with the Arabic word for "prepare" present under two crossed swords

*used this 322 Key when they formed in Chiro, Egypt with 22 Arab Nations.*

*Saudi Arabia who recognized my Password which is the substance of its Palm Tree laid between crossed Swords, hid its 322 in 22 Shriner Hospitals spread between 3 Western Countries. There are 19 Shriner Hospitals in the United States, 2 in Canada, and 1 in Mexico City.  Its emblem is the 22nd Hebrew letter Tau (X) as a Crossed Sword laid against what the angels have  nicknamed the Shatner Tree. William Shatner is a Jewish Canadian Actor who was born on March 22, 1931.  (see plaintiff following graphics).*

*Plaintiff's Password 6 is hidden inside Saudi Arabia 's PALM TREE with the word PALM . PALM has a value of 6 in Pythagorean Numerology which is calculated as follows:   P=7, A=1, L=3, M=4. Therefore 7+1+3+4 Equals 15, and 1+5 Equals 6.   The Kingdom was therefore under an ancient Divine Obligation to deliver to me the $22,500,000 which the Defendants are using their offices and employment to steal based on antisemitism aimed at Jewish people of color.   They seek to transfer by fraud my Divine Authority to build God's Temple to the 45th U.S. President.* The Palm Tree,  an emblem of Saudi Arabia, conceals my Divine Password. It is a Great Sword given unto me to complete the assignment given unto me to put down all opposition raised up by the Brotherhood

of Freemasonry, and their more than 1000 appendages. Both Al Qaeda and Hamas are secret appendages of Freemasonry. The Brotherhood employs a word system which is called **"Onomatopoeia" to hide what the**



# March 22, 1931

William Shatner · Date of birth



**Freemason call "Al Kader Shriners". Onomatopoeia is the process of creating a word, that phonetically, imitates, resembles, or suggests the sound that it describes. Therefore; Al Qaeda was created from Al Kader. Because of Masons cunning modus operandi, the scripture in Revelation 13: 2 says "The Beast is like a leopard", and the Dragon gave him his power.**

The most significant trial in U.S. History has been underway in a Manhattan, New York City Federal Courthouse for   nearly three year whereby the Family Victims of nearly 3000 people who perished in the 9/11 inferno, are now without the government Blessings, are suing the Saudi government for its complicity. There are

no mainstream media covering the trial, and only one persistent News group known as the Florida Bulldogs. A levy of tribute was raised on Arab Nations during the reign of King Solomon for the purpose of rebuilding God's Temple.  It is a levy which continues unto this day, **(1King 9:15-21).**   The $22,500,000 was the actual amount authorized by the late Saudi King Abdullah, and delivered in a Secret Diplomatic Trunk to the Security Vaults of Defendant Bantmax Securities which designated this Plaintiff as the irrevocable beneficiary. The $22,500,000 was not the full amount of the Temple fund, but was a small token amount. Additional funds are still believed to be held by Defendant WellsFargo Bank, BBVA Compass Bank, and definitely by the U.S. and UK Governments and other Private Organizations.  Those are identified only as Jane and John Does in Plaintiff's Original Complaint. Their Conduct fulfills the prophesy made by Jesus in *Luke*



About Al Kader Shriners

**Al Kader Shriners**



Most North Westerners are familiar with the legendary story of how Portland, Oregon was named. Francis Lovejoy from Boston and A.J. Pettygrove from Portland, Maine both

AA 🔒 alkadershriners.org ✕

**19:12-27.**   Defendants foolishly believes that by stealing the money for the building of the LORD'S TEMPLE, that such act would make it impossible for him to rule over them.

Because of jealousy, coupled with Black antisemitism, the Defendants have chosen the 45th United States President for this task, and Plaintiff will show that they

(Defendants) are conspiring to bring him back to power by violence as the 47th U.S. President to complete a False Temple Project, (See pages 242 through 279).

Plaintiff's entitlement is securely protected by a Divine issued Password and username that was secreted with each Defendant without their knowledge , and also sealed within the United States Great Seal which has now been opened. This Plaintiff has made a scientific illustration of this historical event on pages 133-143 of the exhibits attached to his Claim. It is a password which comes with ultimate Divine Power hidden inside the URIM And THUMMIM that were put in the Breastplate of Judgment so that my work and Testimony may be successfully completed. The URIM and THUMMIM are the subject of the Hebrew writings on Defendant Yale University emblem. For good and just cause, The United States Great Seal is conspicuously displayed within all chambers of all United States District Courts.   For those who are wise enough to find and read it, this Plaintiff and Jehovah's  names are written therein fulfilling God's promise in Haggai 2:23. It is a mystery reaffirmed by those things made visible by the Lamp of Liberty that is lifted beside a golden door on an Island which bares my namesake **"ELLIS"** as a m o n u m e n t a l testimony of these truths.



Plaintiff's Password is encrypted within the United States National Monuments, as well as a 3000 year old ancient map of the United States that is scientifically known as Euclid Figure of the 47th Problem. All of this was embroidered into the crucifixion apron of our Lord Jesus which was an apron given to the U.S. first President as a gift from the Lafayette Family of Paris. The 47th Problem is a name that alludes to the year of Plaintiff's Birth, and the unprecedented Problems that shall be associated with electing the 47th United States President. (See Pages 67 thru 96 of Plaintiff's Complaint).

The said sum of $22,500,000 was deposited into Plaintiff's newly opened unauthorized BBVA Bank Account in Madrid, Spain on **June 6, 2022** in Collusion



with Defendant WellsFargo Bank. All Defendants acted in a secret Concerted manner to block Plaintiff's access thereto by a multiplicity of Criminal activities that were

calculated to ruin the Plaintiff financially . These activities included but were not limited to a plot to kidnap this Plaintiff by using the Harrison County West Virginia Sheriff Department.  The Defendants pretended that the Plaintiff and/or Plaintiff's spouse had forged a check for **$9850** on the Harrison County Sheriff Department, (See pages 97 through 113 of Complaint). By the power of God, and the legion of angels which He has sent to protect me, their malevolent scheme fell apart, and the Sheriff became entangled in his cruel craftiness.

**FACTS:**

Beginning On January 30, 2014, and continuing to February 6, 2014, this Plaintiff alerted the full United States Congress, and U.S. Senate by a combination of direct mails, and open letters with two full page Newspapers ads validating my prophetic identity, and that the time had come for implementation of the **Key of David Project.**    The Washington Monument, the



white stone of God's promise in **Revelation 2:17,** was

given unto me as a Divine Token, and it was the centerpiece of my notice whose secrets allowed the Defendants to identify me as a legitimate Messenger of the Most High. The token which God has given unto me, is the same token which He gave to Moses so that Pharaoh may authenticate Moses Divine authority.

**Exodus 3: (12) And he said, Certainly I will be with thee: and this shall be a token unto thee, that I have sent thee.**

**Revelation 2:(17)   He that hath an ear, let him hear what the Spirit saith unto the Churches:  To him that overcometh will I give to eat of the hidden manna, and will give him a white  stone, and in the stone a new name written, which no man knoweth saving he that receives it.**

The foregoing excerpt  from the Biblical Index To Freemasonry confirms that the White Stone of Revelation 2:17 is a token. The LORD Himself reaffirmed the Washington Monument as being that white stone when He said unto me; ***"THIS IS THE STONE, THIS IS THE LAND, THIS IS THE HOPE, THIS IS THE PROMISE".*** It is the reason that



the Washington Monument appears in all Masonic Bibles. These are illustrated on pages 265 thru page 279 of Plaintiff's original Complaint. The stone which stood before Pharaoh's House during the day of Moses, and that was represented by the token that God gave to Moses, were moved in 1877 from the entry to Pharaoh's House to the Banks of London's Thames River. Later in 1880 its twin was moved to New York Central Park where it remains standing unto this day. The Washington Monument that is secretly nicknamed **THE WASHINGTON POST,** is the white stone that inspired the name of a Newspaper founded also in 1877. The paper was founded simultaneously with the stones being moved from Egypt to the United Kingdom, and its twin to New York Central Park. The Washington Monument was built 8 times their official height of 69.375 Feet to stand exactly 555 Feet over our Nation's Capitol. This 555 Feet was designed to encrypt Jehovah's name, and also my name in the white stone of Revelation 2:17.



After my open letter announcement, Defendants acting in secret concert with certain Members of Congress, changed the official height of the Washington Monument for the purpose of

undermining my Prophetic identity, thus depriving me of the financial resources that are necessary to carry out this most sacred assignment . The Defendants assumed that by changing the official height of the Washington Monument, that this change would effectively erase my name from this white stone, and thus deprive me of the financial and other benefits that are necessary to carry our God's Temple Construction. Time Magazine which was founded by Yale University Skull and Bones Members Henry Luce, and Briton Hadden, boasted by symbolism on the cover of TIme that they had made the Washington Monument shorter to make way for the Trump Temple. The Court knew I had asserted these facts, but falsified its Order saying all my claims were frivolous while knowing always that Order was falsified.

The token which was given to Moses which turned to a serpent was called a Rod because it represented a unit of measurement which divided Earth's Equator into 7,968,320 Rods.   Pharaoh's Magicians also had a Rod which turned into a serpent.  Aaron's Rod swallowed up the Rod of Pharaoh's Magicians which meant Moses and Aaron's Rod were now two serpents.

***Exodus 7: (8) And the LORD spake unto Moses and unto Aaron, saying, (9) When Pharaoh shall speak unto you, saying, Shew a miracle for you: then thou shall say unto Aaron, Take thy rod, and cast it before Pharaoh, and it shall become a serpent.***

*(10) And Moses and Aaron went in unto Pharaoh, and they did so as the LORD had commanded: and Aaron cast down his rod before Pharaoh , and it became a serpent.  (11) Then Pharaoh also called the wise men and the sorcerers: now the magicians of Egypt, they also did in like manner with their enchantments.*
*(12) For they cast down every man his rod, and they became serpents: but Aaron's rod swallowed up their*



*rods.*
These two serpents wrapped around the Washington Monument became the secret symbol for the American Cancer Society whose emblem speaks by symbolism of the Cancer and other Plagues that God has hidden within this white stone token which is consuming with Cancer those whom He gave power such as the British

Royal Family.    The Royal Family, and the American Pharaohs like Egypt's Pharaoh, both refused to honor the token which God has given unto me as a Christian Jew of color.  Because of the deadly plagues hidden by the Powers of God within this stone, the keepers of it have nicknamed it ***"The Stone of Destiny".***

The Death Symbol   of Defendant  YALE UNIVERSITY is symbolic of those  plagues  that  are hidden  within  the  Stone o f   D e s t i n y   t h e Cornerstone  of  God's 
Temple.   This Stone   has been the secret Coronation Stone for the Kings and Queens of England for more than 1000 years while a **SHAMROCK acted as a decoy beneath   the Queen's Coronation Chair**.   The Royal Family is the ruling authority over Freemasonry which includes  authority  over  Freemasonry  in  North  Korea. Therefore **on 6/2/2018** when this Plaintiff intercepted secret communications from UK Windsor Castle Lodge Number 771 that North Korea Spymaster Kim Yong Chol had infiltrated and recruited the 45th U.S. President, and initiated him a Mason, all Masonic allies were silent, **(See pages 44-53 of Complaint).**   This Plaintiff's February 22, 2022 letter to   King Charles III advising him prior to his May 6, 2022 Coronation, that the time has come for rebuilding God's Temple fell on deaf ears.   My letter which Plaintiff has made a part of this Motion, may have

been met with Mail Fraud. Nevertheless, God is using the Plagues which He promised in these latter days to enforce the rebuilding of His Temple. This Cancer is the Noisome sore mentioned in ***Revelation 16: 2 which is associated with forcing the building of God's Temple. Revelation 16: (1) AND I heard a great voice out of the Temple saying to the Seven Angels, Go yours ways, and pour out the vials of the wrath of God upon the earth.***





## King Charles is being treated for cancer

UPDATED FEBRUARY 6, 2024 · 12:08 PM ET ⓘ

👤 Lauren Frayer



King Charles III departs the London Clinic after receiving treatment for an enlarged prostate on Jan. 29.
*Carl Court/Getty Images*

***(2) And the first went, and poured out his vial upon the earth: and there fell a noisome and grievous sore upon the men which had the mark of the beast, and upon them which worshiped his image. THAT SORE IS CANCER/CRAB.***

*The 8 Legs of the STONE CRAB is the sophisticated symbol of the Zodiac CANCER which is the plague which is currently coming upon all of those who are using their office and employment to prevent the building of God's Temple by His Jewish Messenger of Color. My Password and Key of 6 is therefore hidden inside of the Hebrew Zodiac Cancer symbolized by the 8 legs of the STONE CRAB who takes its name from the STONE OF DESTINY.  Sixty Nine Feet (69) is*



*the height of the Stone of Destiny. This 69 or 96 is represented by the two hands of the Stone Crab. The Stone of Destiny and its Cancer Plague affirms its self*

*by the Destiny of Elizabeth I. Elizabeth 1, The Queen of England was 69 when she transitioned by Death on March 24, 1603. The Stone of Destiny reaffirmed itself 419 years later when Queen Elizabeth II transitioned by Death on September 8, 2022 at the age of 96. The cause of the Queen's Death was not disclosed. Thus the symbolism of the height of the Stone of Destiny which is 69 feet tall. It was all hidden in the heavenly Stars with the sign of the Stone Crab representing the Zodiac of CANCER. The Stone of Destiny whose power God has given unto me is purposed to carry out the Works of Two Sanctuaries, and to validate and confirm the legitimacy of my Testimony by unprecedented*



The *Darnley Portrait*, c. 1575

**Queen of England and Ireland** (more...)

**Reign**        17 November 1558 – 24 March 1603



Formal portrait, 1959

**Queen of the United Kingdom and other Commonwealth realms** (full list)

**Reign**        6 February 1952 – 8 September 2022

knowledge.   The central purpose of my Password which acts as a username and Key, is to identify plagues that constitute God's Judgment. The number 6 is the number of Jehovah's name, and it is the number of my name whom He is using as His Signet. Therefore the Tornado, Texas, and Crab all have Pythagorean Numerical values of 6 representing God's Signet, and signature. The plagues of Tornadoes and Cancer which come upon those who are using their offices, and employment to steal the money appropriated for God's Temple are verified by my Divine Password. It can be called Frivolous, but it is a consuming fire of Judgment. The Calculation of Tornado value is as follows:   T=2, O=6, R=9, N=5, A=1, D=4, O=6.  Therefore; 2+6+9+5+1+4+6 Equals 33: 3+3 Equals 6.

The Pythagorean Numerical value of CRAB is calculated as follows to confirm my Password and Rod to put down all fraud and artifices that are used by the Defendants to steal the money which God has



*appropriated for His Temple Construction.   CRAB is calculated as follows: C=3, R=9, A=1, B=2: Therefore 3+9+2+1 Equals 15, and 1+5 Equals 6.*



The eight legs of the Crab was worn on the backs of the Clergymen who preformed the Coronation of King Charles lll as an 8-Pointed star. The symbol had a target (Strike) in the center of it to speak symbolically to all the Co-Conspirators who were plotting to hinder the building of God's Temple by me as His Messenger, and a Christian Jew of Color. Each point of the 8-Point star represented a measurement of ***996,040 Rods.  Earth's Equator is 7,968,320 Rods or 131,477,280 feet. This***



***131,477,280 divided by the 5280 feet that equals to one mile, would equal exactly the 24,901 Mile***

***length of Earth Equator.   Thus providing scientific
verification of my Rod by using the stone which God
used to measure Earth during Creation.***

The Freemasons communicate their secrets only by a
science of Symbolism. This unusual Motion/Brief is
necessary because it contains critical information which
the Court cannot know even if it was a central part of the
Brotherhood. The American Cancer Society created its
emblems to communicate secrets on those things which
should come hereafter regarding God's Temple, and its
cornerstone that is capable of grinding them to powder,
**(Matthew 21: 42-44KJV)**. The Freemasons Defendants
and the KU KLUX KLAN are one and the same. The 11th
Latin letter "K" is repeated cunningly three times as **KKK
to write 33 for the 33rd Degree.** This 33 represents the
⅓ of the angels which fell from Heaven with the Grand
Dragon who is the head of the Klan. Their white robes
are designed to represent their fallen angelic State. Just
as the burning of an American or Jewish Flag is
symbolic of anti-American and antisemitism , the
burning of the Cross is symbolic of Anti-Christian
sentiments.   They are called Fallen Stars which is the
Biblical name given unto them in Revelation 12: 3-5:

***(3) And there appeared another wonder in heaven;
and behold a great red dragon, having seven heads
and ten horns, and seven crowns upon his heads.***

**_(4) And his tail drew the third (33%)  part of the stars of heaven, and did cast them to the earth: and the dragon stood before the woman which was ready to be delivered, for to devour her child as soon it was born.  (5) And she brought forth a man child, who was to rule all nations with a Rod of iron: and her child was caught up unto God, and to his throne._**

The Brotherhood of Freemasonry is very cunning in their speech through scientific symbolism. The three Delta equilateral triangles which makes up their 33rd Degree emblems, the Crescent and Star which makes up Islamic emblem, and the Washington Monument with two serpent wrapped around it, constitute the logo for **_"RELAY FOR LIFE"_** where unwitting Cancer Victims are running for their life wearing this Masonic emblem



created by the Prince of Darkness. They are symbolically speaking of the Rod which God has given me as a token, and they have positioned Masonic operatives in every conceivable office where power is relevant to convince the people that my Testimony is **_Frivolous._**

God has sent me before this Court with the same token which God gave Moses commanding me to speak to the American Pharaohs . That token was called a **Caduceus.** It was a token of the two ancient pillars standing before Pharaoh's House in Egypt which God had removed by the Freemasons, and then hid them with the UK and the United States. These stones were the Birthstones of Twin Brothers who were Esau and Jacob. The stone in New York Central Park is Red like Esau. Its twin in the United Kingdom representing Jacob, inspired the Jacobtism movement which supported the Senior line of the



House of Stewarts to the British Throne. God had His servant Jeremiah to hide them symbolically in the sight of the Men of Judah which was the Tribe of Color of Israel, **(Jeremiah 43:7-10)**. The Defendants use the

German term **Juden   to describe the Dark Tribe of Judah so as to keep our identity hidden.  This graphic used by a CNN documentary on rising antisemitism cautions Black Jews to "WATCH OUT ", but who is able to read and understand the deadly message. The Court says it is all Frivolous enabling Defendants Criminal activities to continue undiscovered .**

This Plaintiff did not bring this Claim before this Court solely for the purpose of getting redress for $60,000 in Bank Wire transactions that was stolen from Him by



those who are   foolishly seeking to undermine my Testimony. The contents of these Motions, Claims, Orders, and other Pleading are the contents of a Book containing the continuous Testimony of GOD's Two Witnesses. Our Revelation is a door that is opened which cannot be closed.  As such, my identity has been vetted for many years by the U.S. government, and also unwittingly by the Theological Professionals for Minnesota Graduate School of Theology at South Texas. This was done in a Master Thesis paper that was also published in book form. My Book has been distributed



throughout the World, and every sentence written in these documents will be published by a Divine Order which cannot be circumvented. In Defendants international campaign to cripple Plaintiff financially, retailers and Distributors of my Testimony steal the money due to Plaintiff by withholding all royalties for



which I do not complain. My Canadian Publisher and his son were convicted of stealing mine, and the royalties of other Christian Publishers, however the theft of my funds

have now spread globally. I have no desire to sell my testimony for cash. I cannot sell my Testimony and serve God also. Therefore I do not complain about the theft of royalties. It was this book and my open letters to





Congress which spooked the
Defendants to change the height of the Washington Monument, and pick the 45 President as theirs and Israel's choice to Build a Temple for their god who is hidden under the disguise of the Uni-Faith of Freemasonry. The front Cover of Time Magazine whose roots can be traced back to Yale University 1920 Graduating Classmates, boasted by symbolism that the 45th President of the United States will build a Temple for their god who is pretending to be God.

Just as the giant Cedars of Lebanon were used to build the First Temple, the East Texas Pines will be used in the New Temple of God.   In preparation of this, Time has purchased more than 22 Million acres of East Texas





Pines Trees under the Corporate name **Temple-Inland.**   Supporters of the 45th President who are aware of the Temple Fraud have created a Flag with the Pine Tree with the slogan   **" AN APPEAL TO HEAVEN".** Those who crafted the Flag understand that there will be



Page 42

Court Battles challenging their Temple Fraud, and they therefore have allies waiting to throw them a lifeline as in this immediate action. A Supreme Court Justice has embraced this Appeal with an Upside-Down Signal of a Pine Tree, and also a United States flag. .

Their Modus Operandi of hiding their works in darkness by turning things upside down was one of the Prophesies God gave to the Prophet Isaiah on these things that have been kept under a Divine Seal.

**_Isaiah 29: (15) WOE unto them that seek deep to hide their counsel from the LORD, and their works are in the dark, and they say, Who seeth us? And who knoweth us?_**

**_(16) Surly your turning of things upside down shall be esteemed as the potter's clay: for the work say of him that made it, He made me not? Or shall the thing framed say of him that framed it, He had no_**



Page 43

*understanding? (17)   is it not yet a very little while and Lebanon shall be turned into a fruitful field, and*



*the fruitful field SHALL BE ESTEEMED AS A FOREST?*


*(18) And in that day shall the deaf hear the words of the book, and the eyes of the blind shall see out of obscurity, and out of darkness.   (19) The meek also shall increase their joy in the LORD, and the poor among men shall rejoice in the Holy One of Israel.*

*(20) For the terrible one is brought to nought, and the scorned is consumed, and all that watch for iniquity are cut off:*

*THE COURT'S LIFELINE TO THE TERRIBLE ONE:*

The Court acted in a prejudicial and bias manner against this Plaintiff to throw an **URGENT LIFELINE TO ALL DEFENDANTS** even those who were in the Process of being served the Summons to prevent the biggest conspiracy operating under the Confederate Flag from going before a public jury trial.

**DEFENDANT CONOCOPHILLIPS** began erecting the **DELTA VIRUS NAZI SYMBOL** along with the 45th President at all its gasoline service stations as the



CDC was promoting by dark sentences what it called the *DELTA VIRUS*. When this *PLAINTIFF* notified one of *CONOCO/PHILLIPS* retailers that I could read their symbolism, the signs came down quickly across the country, but not before this Plaintiff secured



evidence of their plot for this moment. The Court in its falsified Order said it is all Frivolous. However these timepieces says differently with all 3 hands locked on 10-2-6 for 18 for 6-6-6 code of the Beast.

John Doe who is a South African Native of an Apartheid government, brought to America the 22nd Hebrew letter Tau (X) as a Time Sign and logo for all of his major businesses.   This includes TWITTER whereby this Hebrew Alphabet is in Black and White to deliver a subtle racial message to an International Network of Antisemitics who have risen up 400 years after the first slave captives of Judah  arrived in Jamestown, Virginia.



Their influence in Government appears to be overwhelming, and this Plaintiff's strength to expose their crimes would be impossible without the Rod which God has put into my mouth with His Finger of Love.

This Rod is the Stone which was given to America when our Nation was Founded July 4, 1776 At Philadelphia, Pennsylvania. This Stone stands 69.375 Feet Tall which is a height that encrypts my hidden Password 6. This stone which Dr. Martin Luther King rightfully called "THE STONE OF HOPE", gave Pennsylvania its nickname as



the Keystone State. The date of July 4, 1776 is that Key when it is written in Roman Numerals and applying the ancient Rules of Pythagorean Numerology to the engravings which God engraved therein encrypting His name ***JEHOVAH with these letters MDCCLXXVI .***

***It is Calculated as follows: M=4, D=4, C=3, C=3, L=3, X = 6 ,   X = 6 ,   V = 4 ,   I = 9 :     T h e r e f o r e ; 4+4+3+3+3+6+6+4+9 Equals 42: 4+2 Equals 6.*** This number (6) for Jehovah's name, and the number of my name as His Messenger, is engraved three times on the United States Great Seal so that no competent person can be with an excuse for not obeying the Message God

has sent. It is literally the meaning of that which is rightfully called ***"THE GREAT SEAL OF THE UNITED STATES "***, **which can be opened only by The Key Of David.**

Since this 22nd Hebrew letter Tau (X)  has a value of 6 in the Pythagorean Numerology Chart, it is therefore the symbol of the Rod that is placed in my mouth as contained in the scriptures. A Rod is equal to 16.5 Feet, and it is symbolized as the 16 upper teeth of the skull where this 22nd Hebrew letter appears as Cross Bones on Defendant Yale's emblem of a Skull.

The three letters **NRA *is also a code for the number 6. It is calculated as follows: N = 5, R = 9, A = 1: Therefore 5+9+1 Equals 15: 1+5 Equals 6.*** The National Rifle Association uses this 22nd Hebrew



letter as a Weapon just as the Coronavirus from **WUHAN, China was used as a Biological weapon against a global population.**

The Chinese Word **WUHAN *has a Pythagorean NUMERICAL VALUE of 22. It was designed to be***

*written by using the 22ⁿᵈ Hebrew Letter Tau (X) , and its lower case Latin corresponding letter (t) dressed as weapons. It is calculated as follows:   W=5, U=3, H=8, A=1, N=5:  Therefore 5+3+8+1+5 Equals 22.*

*The Numbers 11 and 22 are not reduced to single digits. The rules do not state the reasons why these two numbers are not reduced to single digits. However God revealed to me that these are the*



*numbers of Jesus's and David's names respectively.*
The plot of Mass Destruction of Jews, and especially Jews of Color is called *"**THE ORDER OF THE RED CROSS "**.* Their emblem as clearly articulated in all parts of Plaintiff's Complaint, is the origin of the word *"**MAGA"**, as used by the 45ᵗʰ President, and the word **VERITAS as used by Defendant Yale on its logo. The**



*Order is based as stated previously on their perceived interpretation of Ezekiel 9:1-11. This ORDER is the chief doctrine of the Catholic Church. During Easter celebrations of 2024, the Pope put on a special hat for a special audience to signal by symbolism that the time for the Order Of The Red Cross was in progress. Ezekiel 9:4 appears to Order that this 22nd Hebrew letter be placed on the forehead of those to be spared. Therefore the Pope wore a Special Hat which I have never seen in all my 30 years of studying their printing methods with this 22nd Hebrew Letter (X) on his forehead.*

This Red Cross "X" is also called a FedEx. The Letters F-E-D is a code for the number 6 because these three letters have a Pythagorean Numerical value of 6. They are calculated as follows:   **F=6, E=5, D=4:   Therefore: 6+5+4 Equals 15, and 1+5 Equals 6.   The word "Ex"**



**in red letters represents the Red Cross.   This Cancer has spread through America's whole body, and it has reached the Lymp Lobes of arms stretching from Sea to Shinning Sea. The Court has moved to call all of Plaintiff's claims frivolous so that this giant door which God has opened may be shut. IT CANNOT.**

As I have stated in an earlier illustration, God hid my Password 6 in a right angle triangle in an ancient map of the United States and its fifty States. A right angle triangle has three sides labeled as **Sides A, B, and C. The Rules of Pythagorean Numerology gives A a value of 1, B=2, and C=3. Therefore 1+2+3 Equals 6.**

The Counsel for the Southern Jurisdiction of Freemasonry asked the Court to give no consideration to Plaintiff's claim of having a Divine Password while knowing it is much more than a Word. It is also a Great Sword. One of the John Does Defendant published online the 47th Problem of Euclid which is the ancient map of the United States which is Biblically called among other things **"NEW JERUSALEM".**  *A version of the Map has 6 NBC Peacock wings positioned in the right angle triangle. The letters MSNBC which equals 6 in Pythagorean Numerology, are placed in the Right Angle Triangle. They are calculated as follows:*



**M=4, S=1, N=5, B=2, C=3:   Therefore : 4+1+5+2+3 Equals 15, and 1 + 5 Equals 6.  The "MS" in MSNBC stands for God's MESSENGER who would have the ancient USA map as a token. MESSENGER also has a Pythagorean Numerical value of 6. The 6 peacock wings have a Biblical origin of Revelation 4: 8 which says: "And the four beasts had each of them six wings about him; and they were full of eyes within: and they rest not day and night, saying, Holy, holy, holy, Lord God Almighty, which was, and is, and is to come.**

**The calculation for MESSENGER to equal 6 is as follows:   M=4, E=5, S=1, S=1, E=5, N=5, G=7, E=5, R=9: Therefore: 4+5+1+1+5+5+7+5+9 Equals 42: 4+2 Equals 6.**

For more than 3000 years these three squares of Euclid Figure of the 47th Problem have remained blank as scholars since that time have struggled to fill the 50 blank spaces with the right numbers, and words, and make sense of the three squares meaning. God gave me those things which He has kept sealed which fits into the three squares. This became the substance of a book which I published, but have kept it from being released for the exception of a few copies for the record. These are kept in a public Library, a local Historical Museum, and one was sent to each of the 14 Congressional recipients warning them of the coming global manmade Pandemic in my November 22, 2019 letters. America is

also Biblically referenced as NEW JERUSALEM. It is the symbolic Holy City where Jesus now is secretly dwelling in the Earth. Therefore it has a Pythagorean Numerical value which matches the number of Jesus' name which is 11. God hid the **USA which is 311 inside the midst of JERUSALEM (JER-USA-LEM).**   This 311.5 is the sum of the Mystery 4-Square which formed when God revealed by His Spirit those things which goes into the 50 blank squares. The 5 separated from the 311 is the Capitol of the United States which is **WASHINGTON DISTRICT OF COLUMBIA which has a Pythagorean Numerical value of 131. Therefore**



**1+3+1 Equals 5. Therefore 311.5 is the sum of any four numbers whether they are vertical, horizontal or vertical, or diagonal. The name of the first USA president goes into the 5 square.  Russia is the Trinity Square which was the first name for Red Square.**

*My appearance before this Court is not merely to demand the stolen money for God's Temple, but to also warn that America will be divided into three parts by its enemies which cannot be avoided. It is the consequences of the Defendants actions. This division appears Biblically with the Cancer Plague which is found in Revelation 16: 19 along with the other plagues that are already In progress.*



**<u>Revelation 16: (19) And the great city was divided into three parts, and the cities of the nations fell: and great Babylon came in Remembrance before God, to give unto her the cup of the wine of the fierceness of his wrath.</u>**

Operating via the secret works of Freemasonry,   and what they call a **"UNIFIED RIGHT (RIECH)** elements of America's so called Right wing extremists have unified with foreign strongmen to rule the world, and destroy

## Trump's social media account shares video referencing 'unified reich'

Story by Natalie Allison • 1w



those identifiable as Jews, and Jews of Color. This image taken from their website, converts the plain-biblical text of Revelation 6:7-8 into complex symbolism which requires a great degree of Biblical knowledge to understand. That scripture describes their global rule by

saying that they would have power over the fourth part of the earth. Three-Fourths of the earth is water over which God has given control to His Two Witnesses. One-Fourth is land which is inhabited by people. Therefore the scripture from which their graphics speaks by symbolism reads as follows:



**_Revelation 6: (7) And when he had opened the fourth seal, I heard the voice of the fourth beast say, Come and see._**
**_(8) And I looked, and behold a pale horse: and his name that sat on him was Death, and Hell followed with him. And power was given unto them over the fourth part of the earth, to kill with sword, and with hunger, and with death, and with the beasts of the earth._** (Their graphics depict DEATH followed by Hell).

I have informed and illustrated for the Court how Time depicted the 45th President standing beside a broken Washington Monument that had been made shorter after my opened Letter Message to Congress in late 2014. In the Scottish Rite training manual that is nicknamed *"Thousand Points of Light"*, *question and answer number 5 of General Test Twenty-One ask, "How does Kronos, or Time , appear in the Masonic*

## GENERAL TEST

### NUMBER TWENTY-ONE

1. What evidences of the worship of the stars remain in the details of the tabernacle as constructed by Moses?......................
...............................................................................................................
2. Were all the doctrines of the Jews committed to writing?........
...............................................................................................................
3. Over what did the most ancient god of Latium, Janus or Kronos, preside?.............................................................................
4. How was Janus depicted?...........................................................
5. How does Kronos, or Time, appear in the Masonic system?
...............................................................................................................

*system?   Their answer must not be minimized, nor recklessly misunderstood. Their answer states, "In the emblem of the Beautiful Virgin weeping beside a broken column, where Kronos (Time) is seen pointing*

| Test Number Twenty-One | List of Answers |
| --- | --- |

2. No.  They had oral traditions, which were known to but a few among them.
3. Over revolutions in nature, particularly the revolutions of the year.
4. With a double face, a scythe, and the keys with which he opened and
   •  closed the year, beginning with the spring equinox and ending with the winter solstice.
5. In the emblem of the Beautiful Virgin weeping beside a broken column, where Kronos is seen pointing to the summit of the zodiacal arch.

*to the summit of the zodiacal arch. It is their clever way by a shorthand language to speak of the DEATH coming upon the Earth by what they call the "ORDER OF THE RED CROSS".   It is not Frivolous, but Frightening to those with knowledge.*

 

*The 45th President standing before the broken Column as Time founded by Yale's Skull and Bones Luce and Hadden, is symbolizing DEATH as in the Unified Right (RIECH).   The sickle in Freemasonry symbolizes DEATH. The angel with the sickle depicted by Defendants Freemasons represents the Death Angel of Revelation 14: 19-20 which says:*

*Revelation (19) And the angel thrust in his sickle into the earth, and gathered the vine of the earth, and cast it into the great wine press of the wrath of God. (20) And blood came out of the wine press, even unto the horse bridles, by the*



### The Jewish Experience



**WHEN WHITE NATIONALISTS CHANT THEIR WEIRD SLOGANS, WHAT DO THEY MEAN?**

**The Long, Ugly Antisemitic History of "Jews Will Not Replace Us"**

October 10, 2017

by David Neiwert



Explaining 'You Will Not Replace Us,' 'Blood and Soil,' 'Russia is Our Friend,' and other catchphrases from torch-bearing marchers in Charlottesville.

*space of a thousand and six hundred furlongs. It is the Blood and Soil alluded to in the chants of White Nationalist who chants" BLOOD AND SOIL, JEWS WILL NOT REPLACE US, RUSSIA IS OUR FRIEND".   All of these things which began brewing within the secrets of Skull and Bones, and other antisemitic elements around the world is*

Page 61

*now upon us, and the Court says it is all Frivolous. It was done with a FALSIFIED ORDER designed as a Lifeline to this International and Domestic Network.*

*No man neither among Clergymen, Rulers, nor Churchmen knew that God's Messenger would be identified by a white stone, and a Password unless they themselves had received it. The purpose of plaintiff's next illustration is to show that Defendant Freemasons, as well as the Court by way of the State Department, have received my Password, and they have identified me as God's Messenger. However, they have rejected me because of my racial identity as a Christian Jew of Color.*

*Under Defendant Masonic Training Book titled "ASK ME BROTHER", and nicknamed "A THOUSAND POINTS OF LIGHT ", they discuss the 47th Problem, and my Password of 6 that is hidden inside of the right angle triangle of this USA ancient Map.  Q & A #15 confirms when the*



GENERAL TEST
NUMBER EIGHTEEN

1.  Why should the figure of the 47th problem, when used in Masonry, always be accompanied by the circle?.........................

2.  How may the figure of the 47th problem be taken to represent Masonry? .........................

14.  What is said to be the length of the wands or rods of our three ancient Grand Masters?.........................

15.  When placed in juxtaposition, what figure did they form?.......

16.  What officer in an English Lodge wears a figure of the 47th problem as his jewel?.........................

17.  What are the total contents of the three squares of the 47th problem? .........................

*List of Answers*                    *Test Number Eighteen*

GENERAL TEST NUMBER EIGHTEEN

1.  Because it belongs to that figure, and should be displayed as a test of its proper form.

2.  It is in itself a perfect representation of Masonry in its three Degrees. The smaller squares represent the E. A. and F. C. Degrees, and the larger one the Master's Degree.

14.  They were 3, 4 and 5 units in length respectively.

15.  The right-angled triangle, contents 6.

16.  The Past Master.

17.  Fifty. Three square plus four square plus five square equals fifty.

*3 squares, A-B- and C, are placed in juxtaposition, that my Password appears in a Right Angle Triangle. My Password is my name, and the name of Jehovah who sent me as His Two Witnesses. This information is hidden deep within USA records which they cannot truthfully deny lest they deny their God. That is because the Stone of Hope that was laid before Joshua is a Witness for God.*

*__Joshua 24: (27) And Joshua said unto all the people, Behold, this stone shall be a witness unto us; for it hath heard all the words of the LORD which he spake unto us: it shall be therefore a witness unto you, lest ye deny your God.__*

This is the same Stone in Matthew 4: 1-10 held by Satan who sought to Tempt Jesus to turn them to Bread to prove that Jesus is the Son of God. Satan still holds these stones as the Freemason Defendants who call their cornerstone. **THIS CLAIM IS NOT FRIVOLOUS.**

***These are what Defendant Yale calls the URIM and THUMMIM.***



Signs of the Zodiac

*These are Twin Pillars whose Pythagorean names equals 7 for the 7-Seals, and 7 Golden Candlesticks. These are the Birth Stones of Esau and Jacob whose names also are equal when Jacob's new name Israel is used in place of his old name Jacob.*

*They are calculated as follows: ESAU:  E=5, S=1, A=1, U=3: Therefore 5+1+1+3 Equals 10: 1+0 =1.*

*ISRAEL:  I=9, S=1, R=9, A=1, E=5, L=3:  Therefore: 9+1+9+1+5+3 Equals 28: 2+8 = 10:  1+0=1.*

*It is the symbolism of twins represented by the Gemini Zodiac Located at the Summit next to the Crab and Cancer Zodiacs. The mystery is alluded to in Psalms 8 where David declares that God has set his Glory in the Heavens and Ordained Strength because of His enemies". As such my Password is much more than just an idle word without power.  It is my Divine Obligation to sound the Trumpet to avoid Defendants Freemasons who have aligned themselves secretly with the most evil regimes in the Earth by what they define as the Mystic-Tie. The building of God's House is the only way to escape the coming devastation already in progress where unprecedented Tornadoes are destroying thousands of Houses of those who oppose building God's House using Fraud among other Criminal Means.*

*This final illustration is to show how the Masonic Defendants who boast of their Supreme Counsel given by the Prince of this world, states in their own words that my Password which is interchangeable with the 22nd Hebrew letter Tau (X) under*

| Number Three | General Test |
|---|---|
| 14. What were the principal objects of their search?............................ |
| 15. What connection, if any, existed between the Freemasons and the Rosicrucians?............................ |
| 16. Who was Hermes Trismegistus?............................ |
| 17. What is the origin of the word "gibberish"?............................ |
| 18. What is Chiromania?............................ |
| 19. What is the meaning of the motto "Audi, Vidi, Tace," found on Masonic medals and documents?............................ |
| 20. What three classes of Guilds existed in England?............................ |
| 21. Why are the Guilds of particular interest in Freemasonry?............................ |
| 22. Why is modern Freemasonry termed Speculative?............................ |
| 23. Why is the Hebrew language of the greatest importance in Freemasonry?............................ |

*Pythagorean Rules, is a Key to the mystery of the Bible, and the greater words spoken in Freemasonry by Symbolism. As such, they write that the Hebrew Alphabet is of the greatest importance in Freemasonry.*

*This question and answer coming from these defendants is designed to impeach their false claims*

*that my Password is Frivolous.   A claim designed to further their aims of discrediting my Testimony in Order to serve the Prince of this World, and destroy the Holy People of God with the help of the Court's gavel.*

*Q & A number 23 from General Test Three shown by this graphic from Thousand Points of Light ask, "Why is the Hebrew Language of the greatest importance in Freemasonry?*

*List of Answers*                                    *Test Number Four*

18. The peculiar art of speaking with the hands and by gestures, with or without the assistance of the voice. (Exodus, iv-8.)
19. "Hear, see and be silent."
20. Religious Guilds under patronage of the Church of Rome. Merchant Guilds exemplified in the Livery Companies of London. Craft Guilds, similar to the present-day Trades Unions.
21. From them is said to have arisen the Brotherhood of Freemasons.
22. To distinguish it as a system of Speculative or Contemplative science from an Operative art.
23. Because this alphabet, with its numerical values, is the key to the greater number of words employed in Masonry as well as the mysteries of the Bible.

*I will show how this 22nd Hebrew alphabet when used in the 322 or March 22nd  format, is the Key to the mystery of the Bible. This means that it reveals God, His Messenger, and the Prince of this world who has appeared before this Court as the Freemasons. This Plaintiff has illustrated this in a scientific and*

*Spiritual format which no other person upon the Earth, or under the Earth has done since Earth and the Heavens were created. This Plaintiff shall illustrate how this 22nd Hebrew Letter, and its Numerical value when used in conjunction with a once Divine Sealed Blueprint, all hidden within the three emblems Of America's three oldest Universities, will unseal the mysteries of the Bible. Inside thereof this Court, and all the World shall find Jehovah's name, and Plaintiff's name both sealed within each of the 66 Books thereof. THIS ILLUSTRATION IS NOT FRIVOLOUS as claimed in the Court's Falsified Order.*

*To do this, one must began with the PHI-BETA-KAPPA Golden Key, and the date of 12/05/1776 when the Fraternity was established at William And Mary College. The Phi-Beta-Kappa Key is the Key of David held by Jesus only. It is the Key which gave Pennsylvania its nickname as the keystone State when this Nation was founded at Philadelphia exactly 5 months before the Phi-Beta-Kappa Fraternity was established.*

<u>*Revelation 3: (7) And to the angel of the Church in Philadelphia write; These things saith he that is holy, he that is true, he that hath the Key of David, he that openeth, and no man shutters; and shutters, and no man openeth.*</u>



*The Key is a right hand fixed on a Bible with the Greek Letter Phi which corresponds to the 6th Latin "F" for Father, and the two Greek letters Beta and Kappa which corresponds to the Latin B and K for the abbreviation of Book. Collectively these convert the text of Revelation 5: 1 into symbolism where a Book is held in the right hand of the Father sealed with Seven Seals is unsealed. PHI acts as a veil for its Corresponding Latin F and its place value of 6. Thus 6 is the Key which unseal the Bible along with the Greek word VERITAS which is a veil for TRUTH. TRUTH has a Pythagorean Numerical value of 6. It is calculated as follows:*

*T=2, R=9, U=3, T=2, H=8: Therefore: 2+9+3+2+8 Equals 24: 2+4 Equals 6.*

*Jesus is hidden by the date 12/05/1776 which has a Pythagorean numerical value of 11 which is the number of Jesus' name.*
*It is calculated as follows: J=1, E=5, S=1, U=3, S=1: Therefore 1+5+1+3+1 Equals 11: 12/05/1776: 1+2+0+5+1+7+7+6 Equals 29: 2+9 =11.*



**STEP TWO: The two emblems of Yale instruct by Symbolism to Divide this book into 22 Sets of 3 Books to each set according to their Biblical Chronological Order as depicted and instructed by Harvard's Blueprint. Therefore when the Word of Truth (VERITAS) is rightly divided into 22 Sets of 3 Books to each set, and each set added applying the rules of Pythagorean Numerology, the Password 6 of God's Messenger would appear in each of the 22 Sets of 3 Books per set. This is the 322 Key to the mysteries of the Bible, and the Password which confirms this Plaintiff's identity. No other humans have this information. We are the Two Olive Trees, and The Two Candlesticks depicted on Yale's emblem as the URIM and THUMMIM, and as LIGHT and TRUTH, (Revelation 11:1-19)**

**Plaintiff's hereby illustrates for the Court, and for all people, how the 66 Books of the Holy Bible are divided into 22 sets of 3's to produce my Password 6.**




## Pythagorean Numerology

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| A | B | C | D | E | F | G | H | I |
| J | K | L | M | N | O | P | Q | R |
| S | T | U | V | W | X | Y | Z |   |

## <u>AN ILLUSTRATION OF THE OLD TESTAMENT BIBLE CODE OF 6</u>

**The number of my name is calculated as follows.**

**WILLIE HERMAN ELLIS: W=6, I=9, L=3, L=3, I=9, E=5, H=8, E=5, R=9,**

**M=4, A=1, N=5, E=5, L=3, L=3, I=9, S=1: Therefore,**

**6+9+3+3+9+5+8+5+9+4+1+5+5+3+3+9+1=87. 8+7 = 15, 1+5 equals 6.**

---

| | | |
|---|---|---|
| **Genesis** 1 | **Numbers** 4 | **Judges** 7 |
| **Exodus** 2 | **Deuteronomy** 5 | **Ruth** 8 |
| **Leviticus** 3 | **Joshua** 6 | **1 Samuel** 9 |
| ——————— | ——————— | ——————— |
| **Total** 6 | **Total** 15 | **Total** 24 = 2 + 4 = 6 |
| | 5 + 1 = 6 | |

---

| | | |
|---|---|---|
| **2 Samuel** 10 | **1 Chron** 13 | **Nehemiah** 16 |
| **1 Kings** 11 | **2 Chron** 14 | **Esther** 17 |
| **2 Kings** 12 | **Ezra** 15 | **Job** 18 |
| ——————— | ——————— | ——————— |
| **Total** 33 | **Total** 42 | **Total** 51 |
| 3 + 3 = 6 | 4 + 2 = 6 | 5 + 1 = 6 |

| Psalms | 19 | S of S | 22 | Lament. | 25 |
| Proverbs | 20 | Isaiah | 23 | Ezekiel | 26 |
| Eccl. | 21 | Jeremiah | 24 | Daniel | 27 |

| | | | | | |
|---|---|---|---|---|---|
| Total | $60 = 6+0=6$ | Total | $69 = 6+9= 15$  $(1+5=6)$ | Total | $78 = 7+8=15$  $1+5=6$ |

| Hosea | 28 | Obadiah | 31 | Nahum | 34 |
| Joel | 29 | Jonah | 32 | Habak | 35 |
| Amos | 30 | Micah | 33 | Zephan. | 36 |

| | | | | | |
|---|---|---|---|---|---|
| Total | $87 + 8+7=15$  $1+5=6$ | Total | $96= 9+6=15$  $1+5=6$ | Total | $105 = 1+0+5 =6$ |

| Haggi | 37 |
| Zecha. | 38 |
| Malachi | 39 |

| | |
|---|---|
| Total | $114 = 1+1+4=6$ |

The foregoing illustrations are the 39 Books of the Old Testament beginning with Genesis, and ending with Malachi. If there were 40 Books in the Old Testament instead of 39, then this 322 Key would not work.

Therefore it is this reason that the LORD put in place a deadly penalty for anyone who add to, or take away the words of this Book.

Revelation 22: (18) For I testify unto every man that hearth the words of the prophecy of this book, if any man shall add unto these things, God shall add unto him the plagues that are written in this book.

(19) And if any man shall take away from the words of this book of this pro- phesy, God shall take away his part out of the book of life, and out of the Holy City, and from the things which are written in this book.

**The Number of JEHOVAH's name is calculated as follows.**

J = 1, E = 5, H = 8, O = 6, V = 4, A = 1, H = 8; 1+5+8+6+4+1+8 equals 33.

3+3 = 6.

**Pythagorean Numerology**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| A | B | C | D | E | F | G | H | I |
| J | K | L | M | N | O | P | Q | R |
| S | T | U | V | W | X | Y | Z |   |

**As God's Messenger, the number of my birth name is also 6, and is calculated as follows.**

| Matthew | 40 | John | 43 | 1 Corint. | 46 |
|---------|----|------|----|-----------|----|
| Mark | 41 | Acts | 44 | 1 Corint. | 47 |
| Luke | 42 | Romans | 45 | Galatians | 48 |

|  | 123 |  | 132 |  | 141 |
|--|-----|--|-----|--|-----|
|  | 1+2+3=6 |  | 1+3+2=6 |  | 1+4+1=6 |

The New Testament contains 27 Books which is also divisible by 3 representing the Trinity. If one Book was added, or if one was taken away, then this 322 Key would not apply.  These are the things which the Court Order sought to hide when it falsely stated that Plaintiff's Complaint had only four pages.

---

| Ephesians | 49 | 1 Thess. | 52 | 2 Timothy | 55 |
| Philippians | 50 | 2 Thess. | 53 | Titus | 56 |
| Colossians | 51 | 1 Timothy | 54 | Philemon | 57 |

|  |  |  |
|---|---|---|
| 150 | 159 | 168 |
| 1+5+0=6 | 1+5+9 = 15 | 1+5=6 |

| Hebrews | 58 | 2 Peters | 61 | 3 John | 64 |
| James | 59 | 1 John | 62 | Jude | 65 |
| 1 Peter | 60 | 2 John | 63 | Revelation | 66 |

|  |  |  |
|---|---|---|
| 177 | 186 | 195 |
| 1+7+7=15 | 1+8+6=15 | 1+9+5=15 |
| 1+5=6 | 1+5=6 | 1+5=6 |

---

The Court knew at all times that its Order was falsified, and the Defendants accepted the falsified Order in Order to save money that was rightfully due the Plaintiff according to the normal practice of the Rules of Law. Each held their Peace while complying with a Masonic Doctrine known in the LATIN TONGUE AS WHAT IS CALLED "AUDI-VICI-TACE". ITS ENGLISH TRANSLATION IS "HEAR, SEE, AND BE SILENT".  It was this Masonic Doctrine whereby the Court would not permit them to answer, and thereby used its gavel to place a FALSIFIED DOCUMENT INTO GOVERMENT RECORDSunder color of its Office.

**Prophet Willie H. Ellis**                      **February 22, 2023**
**Candlestick Ministries**
**1136 Road 8037**
**Lincoln, Texas 78948**
**832-771-0115**
**Prophetellis.whitestoneofhope@gmail.com**


**His Majesty The King**
**Buckingham Palace**
**London, SW1A 1AA**
**United Kingdom**


**Sir,**

1. **I am Prophet Willie H. Ellis the promised Messenger of God to the Nations for these special times.  Please allow me Your Majesty to further introduce myself by my secret Divine issued Password of 6 that has been secretive with the nations so that God's Messenger May be positively identified.**

**This number 6 is the number of my birth name (Willie Herman Ellis). It matches my Password that has been scientifically calculated in the contents of my enclosed documents.  Their purpose is to validate me, and my critical Temple message which I bring to your Majesty the King.  Six (6) is also the number of Jehovah's name who has sent me as His promised Messenger unto this and all other nations. The number of His name is calculated within my enclosed documents.**

**This number 6 is the same 6 attached to the name King James VI who was the authorized Authority charged with the translation of the Holy Bible. This Divine issued Password is also embedded inside the 69 feet height of the true Coronation stone of the British Crown so that I might be made known, and distinguished from any possible imposters. This true stone stands on the banks of the River Thames. Its 69 feet height is converted to 6 by**

**1**

applying the scientific rules of Pythagorean Numerology also known as Biblical Numerology.

This stone is also known as Cleopatra's Needle.  It is the same stone that is one of the cornerstones for the Millennium Temple of God whose time has come at this critical crossroad. It is a crossroad culminating with the transition of our beloved Elizabeth II, and the upcoming coronation of her beloved son, His Majesty the King, significantly on May 6, 2023. This date bares the number of your Majesty's name given at birth, the same being the number 9.

The transition of the beloved Queen at the golden age of 96, has my Password 6 hidden in the years of her Destiny by applying the ancient rules of Pythagorean Numerology. This 96 and 69, the height of the Stone of Destiny, have interchangeable characteristics that are hidden in heavenly stars in the cancer constellations.  As illustrated in my enclosed documents, it is the number which sealed the Holy Bible which was translated by her ancestor King James VI for the good of Believers.

The use of this sacred stone, its dimensions, and characteristics for validating my identity, and my Divine authority, is paramount before providing you notice that the time has come to rebuild God's Temple. The funds for rebuilding the Temple are awaiting your receipt on my behalf in a Diplomatic crate at London's Heathrow International Airport. The place where the Temple is scheduled to be rebuilt is Texas. The name Texas therefore has a Pythagorean Numerical value of 6. So that this stone may remain hidden as proclaimed by God in Jeremiah 43:7-10, it's true height of 69.375 feet was made known only to God's Messenger. The 69 feet published height is for the public only.

This stone was used to measure Earth's Equator during God's 6 days of Creation. Therefore the number 6 was hidden in the dimensions of the Earth whose dimensions corresponds and agrees with the 69.375 feet true height of this stone. In other

2

words, when the 24,901 miles length of Earth's Equator is converted to 131,477, 280 feet, the sum of these 9 numbers which equals to 33, is reduced to a single digit of 6 by adding 3 plus 3 for the sum of 6.  Therefore to hide this evidence of the Earth being measured by the Stone of Destiny, Earth was created so that her Prime Meridian would pass through Greenwich, UK at zero degrees longitude.

These twin pillars are the Birthstones of twin brothers Esau and Jacob. Esau and Jacob were those two nations which God said were in Rebecca's womb, and two manner of people shall be separated from her bowels, and that one people shall be stronger than the other people; and the elder (UK) shall serve the younger (USA), (Genesis 25:23). Those two nations are the United States and the United Kingdom. They are the custodians of these Egyptian obelisks. Esau was red and hairy according to Genesis 25:25. Therefore the Obelisk in New York Central Park is a red granite. The obelisk that stands on River Thames represents Jacob. The name Jacob which is interchangeable with the name James, inspired a political movement known as Jacobitism.  Jacobitism supported the restoration of the senior line of the House of Stewart to the British Throne.

The British Monarchy is privileged as the keeper of the Throne of David. The name DAVID has a Pythagorean Numerical value of 22. The name RACHEL MEGHAN MARKLE has a value of 11 which is the number of JESUS's name. Meghan is a sign of Jesus's return to sit on the throne of David.  Meghan, the Duchess of Sussex is a descendant of King David, of the House of Judah.

1. This number 6 has been hidden within the blueprint of the Bible. Six (6) is a key which looses and unseals the Bible. This Key is called the Phi-Beta-Kappa golden key which is the Key of David which God gave unto Jesus, (Revelation 3:7).  Phi-Beta-Kappa was the First Fraternity established on December 5, 1776. This date has a Pythagorean Numerical

3

value of 11 which is the number of Jesus's name. The 6 key which unseals the Bible can only be found by employing the number 3 which is the number of the birth name of our Beloved Queen Elizabeth II. That birth name is ELIZABETH ALEXANDRA MARY WINDOR. It is calculated as follows:  E=5, L=3, I=9, Z=8, A=1, B=2, E=5, T=2, H=8   A=1, L=3, E=5, X=6, A=1, N=5, D=4, R=9, A=1,    M=4, A=1, R=9, Y=7,    W=5, I=9, N=5,  D=4, S=1, O=6, R=9.

The sum of these 29 numbers is 138. This 1+3+8 Equals 12. Therefore 1 plus 2 equals 3. This number 3 sits beside the 22 which is the number of David's name combined with 3 to form the 3-22 structure of the Bible. That structure organizes the 66 Books of the King James Bible into 22 sets of threes in their numerical orders. The sum of each group is reduced to a single digit which will always equal to 6. This formula would not work if you add or take away one of the 66 Books. It was for this reasons that the last words of the book of the Bible which is Revelation 22: 18-19 warned not to add or take away any of the words of this Book.

The 3-22 Biblical blueprint has been hidden within the emblems of America's three oldest institutions of Higher learning. Those institutions are the College of William and Mary, Yale University, and Harvard University. This is confirmed and articulated in two booklets which I have enclosed. The cover of one of these booklets bares a 3000 year old ancient map of America and her 50 States. It also bares the name of George Washington America's first President. The inside cover has the George Washington Masonic Apron which was made from the crucifixion apron of Jesus, and a gift from France. The apron has a pattern of the Millennium Temple of God, and there are 6 steps leading up to the Altar. On March 6, 2022, Former UK Prime Minister Boris Johnson mentioned these 6 steps in a cryptic statement to a select group of people that it was time to rebuild God's Temple to lessen the curse that has come upon Ukraine by the sword of Vladimir Putin.

4

The West has an obligation to rebuild God's Temple, but they are not pleased that God has chosen a Christian Jew of color for this historic work. The war in Ukraine, and the global fall out because of it, is a direct result of the West rejecting the building of God's Temple because He has chosen a Christian Jew of

# Boris Johnson: 6 steps the West must take to help Ukraine right now

The New York Times
LONDON • Updated: Mar 07, 2022, 11:36 PM IST



VIEW IN APP

color for this historical task. I have faced, and continue to face

5

many challenges including those who believe that the taking of my life will also kill the Temple project.

The contested Temple Mount in East Jerusalem has been the catalyst for too much bloodshed for many, many, centuries. Destroying the Mosque of Islam which has stood on the sight for more than 709 years, would bring even more bloodshed, and global instability in a measure which cannot be measured. Therefore, so that the peace promised through the Prophet in Isaiah 11:1-16 may be achieved, GOD has brought down a New Jerusalem inside the USA. When the name Jerusalem is divided into 3 parts which is the number of the Queen's name, a sign of the Trinity, and the figure of the 47th Problem of Euclid, ( JER—USA—LEM), the USA will be found in the middle thereof.

Therefore the Temple would be in the New World where Saudi Arabia have kept hidden in plain sight the 322 Key in 22 Children Hospitals, in 3 Western Countries. The Kingdom did so through the Ancient Arabic Order of Nobles of the Mystic Shrine commonly known as Freemasonry's Shriners. There are 19 of these Children Hospitals in the United States, two in Canada, and one in Mexico City, Mexico.

The Saudi Kingdom also by Divine inspiration hide this 322 in another fashion so that it could not be mistaken when revealed by GOD's Messenger unto the Nations. Therefore, on March 22, or 3-22 of 1945, 22 Arabic Nations gathered In Cairo, Egypt to form the Arab League of Nations. It was a sign of 322 which is the secret key which unseals the Holy Bible.

Apparently through a combination of private, Spiritual, and/or Diplomatic channels, the Late King Abdullah the 6th Ruler of Saudi Arabia who reigned from 2005 to 2015, would by the promise, and inspired Spirit of God, set aside for me as Beneficiary, the sum of $22,500,000 US dollars for rebuilding God's Temple, and a New Sanctuary for my home Church. That $22, 500,000 now sits in a Diplomatic Trunk at London's Heathrow International Airport while opponents of God's

Temple plot how they May scheme to steal the funds, and block the Temple construction by using their employment, and official offices.

The veil of secrecy surrounding it cannot be broken, nor discovered. It must come by Divine revelations, or it will not come at all. These funds were promised by God, and per His instructions, that promise was documented in my contemporaneous hand written Prophetic Journal. These funds were delivered by a Non-Prince Diplomat who was the head of the King's Royal Court. The veil of secrecy was such, so that the right hand had no understanding of what the left hand was doing. It is now   by a Divine Order that your Majesty receive these funds for the purpose for which they are intended, and protect them from those who have purposefully abandoned them as part of their perpetual artifices, aimed at blocking the Temple construction by a Christian Jew of color.

As additional confirmation of this Divine charge that your Majesty may receive these Temple Funds for the purposes for which they are intended, God has therefore revealed unto me three Truths. Those Truths are that the number of the King's Birth name,  "CHARLES PHILIP ARTHUR GEORGE ", the date of the King's coronation on May 6, 2023, and the $22,500,000 Temple fund, all have a Pythagorean Numerical value of 9. The failure of the King to receive and secure these Temple funds, means the failure of the King's Coronation on May 6, 2023.  It is God who sets up Kings, and it is God who removes kings. Those were the words of Daniel when he was interpreting King Nebuchadnezzar Dream about this same stone in Daniel 2:21.

On February 9, 2023, I requested that the United    States Department of Justice Civil Rights Division in Washington DC investigate the conduct of those plotting to block God's Temple rebuilding as a Criminal act. This is because it is believed that they are engaged in a number of Federal Crimes in order to prevent the Temple rebuilding. I have enclosed only my Sworn

statement of that complaint, and I am requesting that your Majesty use whatever powers available to him that would allow Him to assist by confirming as much about the Temple responsibilities which rest on the King's shoulders as is possible.  I have only a copy of my receipt for the VAT paid at Heathrow Airport Customs. The original is held by those who are pretending to be Allies, but will most likely make an attempt to



**HM Revenue & Customs**

HM Revenue & Customs

Heathrow Airport Branch
Terminal 3, Nelson Rd, Longford,
Hounslow TW6 1QG, UK

68345291
VAT N0: GB975634287

**OFFICIAL RECEIPT**

**PAID**

Date: _06/02/2023_

Received from: _Willie H. Ellis._

The sum of : _Six Thousand Six Hundred Great Britain Pounds Only_

Purpose of payment: _VAT for Consignment / Valuable_

£ _6,600.00 GBP_          Sign : _____

Cashier

seize the Temple's Funds. The code lock may have already been changed as one artifice to block me from the funds. The information on this copy of the VAT receipt may be helpful towards identifying the consignment. The consignment left Madrid Spain  International Airport on December 5, 2023. It arrived at London's Heathrow Airport on December 6, 2023 under the escort of  Dr Jose Antonio of Bantmax Securities.  It has remained there since that time  pending the payment of the £6600.00 VAT.  The destination of the consignment was to Willie H. Ellis, 1136 Private Road 8037, Lincoln, Texas.   My International Wire Transfer of $8400.00 dollars sent on January 30, 2023, was returned by the intermediary Bank on February

11, 2023 without a definitive reason stating why. Someone is alleged to have paid the VAT for me to avoid additional demurrage charges, or perhaps gain control of the Temple Fund. This makes my plea to your Honorable Majesty more urgent .

I Have The Honour to Be, Sir, Your Majesty's Humble and Obedient Servant,

Prophet Willie H. Ellis

**_PRESENTATION OF CASE LAW:_**

**_US vs Christopher Taylor, No. 20-6575 (4th Circuit 2020) A District Court abuses its discretion when it acts arbitrarily, or irrationally, fails to consider judicially recognized factors Constraining its exercise of discretion, relies on erroneous factual or legal premises, or commits an error of law. United States v. Dillard, 892 F.3d 151,158(4th Circuit 2018)_**

**_Gomillion v. Lightfoot, 364 U.S. 155 (1966) cited also in Smith v. All weight, 321 U.S. 649,644_**
**_"Constitutional rights would be of little value if they could be indirectly denied._**

**_Haines v. Kerner, 404 U.S. 519 (1972). "Allegations such as those asserted by Petitioner, however In-artfully pleaded, are sufficient"..." which we hold to less stringent standards than formal pleading drafted by lawyers._**

**_Davis v. Wechler, 263 U.S. 22, 24; Stromberb v. California, 283 U.S. 359; NAACP v. Alabama, 375 U.S. 449. The assertion of federal rights, when plainly and reasonably made, are not to be defeated under the name of local practice._**

**_Pickering v. Pennsylvania Railway, 151 F.2d. 240, Third Circuit Court of Appeals. The Plaintiff's civil_**

*rights pleading was 150 pages and described by a federal judge as "inept". Nevertheless, it was held "Where a Plaintiff pleads pro Se in a suit for protection of civil rights, the Court should endeavor to construe Plaintiff's Pleadings without regard to technicalities.*

**U.S. v. Lee, 106 U.S. 196, 220 1 S, Ct.240, 261,27 L. Ed 171 (1882).** *No man in this country is so high that he is above the law, No officer of the law may set that law at defiance, with impunity. All the officers of the government, from the highest to the lowest, are creatures of the law are bound to obey it."*

*"It is the only supreme power in our system of government, and every man who, by accepting office participates in its functions, is only the more strongly bound to submit to that supremacy*

WHEREFORE; Plaintiff Prayer for relief began by the removing of the Judge who has abused his judicial discretion with Bias and blatant Prejudice against the Plaintiff, that another Judge be assigned hereto. That a review be made by the New Judge of the Claims stated by the Plaintiff including Default by their failure to timely answer the Claims against them. And that the Court find during it review of both the law and facts, that the Plaintiff is duly entitled to the triple damages requested

by his Motion for Default the same being $67,500,000 from each Defendant named in said Motion. The Plaintiff further request that additional time be allocated for Process of Service upon Defendants who have been wrongfully and improperly informed that the Claims against them have been dismissed

I, Prophet Willie H. Ellis, do hereby declare that all of the claims stated in this Affidavit and Motion are  to the best of my knowledge true and Correct.

Sworn by My Hand This 29th Day of May 2024.


Prophet Willie H. Ellis
P.O. Box 545
Giddings, Texas 78942
832-771-0115

Email:  prophetellis.whitestoneofhope@gmail.com

_____

Page 75

## CERTIFICATE OF SERVICE

I, Prophet Willie H. Ellis is the Plaintiff in this Cause, and I am of such age and discretion as to be competent to serve papers.

I further certify that on _____May 30, 2024_____ I caused a copy of Plaintiff's Motion to Set Aside Falsified Order, and Plaintiff's Affidavit of Bias or Prejudice Judge to be removed Pursuant to 28 U.S. Code Section 144 to be served upon each Defendant who are a party to this litigation.   Each Party and/or their Counsel of Record were notified by Certified United States Mail.


Prophet Willie H. Ellis
Pro Se
P.O. Box 545
Giddings, Texas 78942
832-771-0115

Email: Prophetellis.whitestoneofhope@gmail.com